NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

David T. Tran (in proper)
43916 Formosa St.
Jurupa Valley, CA 92509-3421
(415) 361-9927

ATTORNEY(S) FOR: David T. Tran

FILED
2017 MAR 27  PM 3:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David T. Tran

Plaintiff(s),

v.

Ross University School of Medicine

Defendant(s).

CASE NUMBER: ED CV17-00583 AB (PLAx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  David T. Tran
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| David T. Tran | Plaintiff |
| Ross University School of Medicine | Defendant |
| DeVry Education Group | Parent Company of Defendant |

3-27-2017
Date

_David T. Tran_ (signature)
Signature

Attorney of record for (or name of party appearing in pro per):
David T. Tran

CV-30 (05/13)    NOTICE OF INTERESTED PARTIES