Name: David T. Tran
Address: 4396 Formosa St.
Jurupa Valley, CA 92509
Phone: (415) 361-9927
Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David T. Tran

Plaintiff

v.

Ross University School of Medicine

Defendant(s).

CASE NUMBER: ED CV17-00583 AB (PLAx)

Request for an attorney

(Enter document title in the space provided above)

FILED
2017 MAR 27 PM 4:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY___

Page Number 1

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

David T. Tran (in pro per)
4396 Formosa St.
Jurupa Valley, CA 94509
trantdavid@gmail.com
(415) 361-9927

3/27/2017

Your Honor,

As a plaintiff proceeding *pro se* and *in forma pauperis*, I sincerely request that I am appointed an attorney to level the playing field in my quest for personal justice. I believe that you may appoint me an attorney pursuant to 28 U.S.C. § 1915(e). As a person with a disability, has been very daunting to pursue legal action against the defendant's "hot shot" lawyers who have behaved in an intimidating fashion. I had previously filed a similar lawsuit in state court, but it was removed to federal jurisdiction, in which I find it much more complex and intricate procedural-wise. It has been extremely difficult for me to find an attorney who would be patient enough to tackle the issues in my rather complicated complaint, particularly without the financial resources to get counsel. The defendant's actions have been very oppressive and my inability to seek counsel makes it seem like a "long shot" to pursue my case. Finally, it is important to note that my complaint has serious merit to it and by no means am I attempting to file a frivolous or malicious lawsuit.

Respectfully,

*David T. Tran*

David T. Tran