## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

David T. Tran

PLAINTIFF(S)

v.

Ross University School of Medicine

DEFENDANT(S)

CASE NUMBER

ED17CV583AB (PLAx)

ORDER RE REQUEST TO PROCEED
*IN FORMA PAUPERIS*

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_3/29/17_
Date

_____
United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency               ☐ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____

☐ Other: _____

Comments:

_____
Date

_____
United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☐ DENIED (see comments above).  IT IS FURTHER ORDERED that:

    ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

    ☐ This case is hereby DISMISSED immediately.

    ☐ This case is hereby REMANDED to state court.

_____
Date

_____
United States District Judge