Name: David T. Tran
Address: 4396 Formosa St.
Jurupa Valley, CA 92509
Phone Number: 415-361-9927
E-mail Address: trantdavid@gmail.com
Pro Se

FILED
Lodged (proposed)
2017 MAY 12 PM 3:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David T. Tran

PLAINTIFF(S)

v.

Ross University School of Medicine

DEFENDANT(S)

CASE NUMBER

5:17-cv-00583-JGB-DTB

APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING

As the (Plaintiff/Defendant) **Plaintiff** in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: May 11, 2017                Signature: /s/ David

CV-005 (12/15)                APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING

LODGED

2017 MAY 12 PM 3: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVID T. TRAN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV17-00583 JGB (DTBx) |
| v. | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by    DAVID L. TRAN
_____ is hereby:

☐ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _____          _____
                                     United States District/Magistrate Judge

☐ DENIED
Comments:




Dated: _____          _____
                                     United States District/Magistrate Judge