Name: David T. Tran
Address: 4396 Formosa St.
Jurupa Valley, CA 92509
Phone: (415) 361-9927
Fax: No Fax

In Pro Per

**FILED**
2017 JUN 16 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

David T. Tran

Plaintiff

v.

Ross University School of Medicine

Defendant(s).

CASE NUMBER: 5:17-CV-00583-JGB(DTBx)

PROOF OF SERVICE ACKNOWLEDGEMENT

(Enter document title in the space provided above)

Page Number 1

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ross University School of Medicine
was received by me on *(date)* May 31, 2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I executed, via certified mail, service of documents, as listed below, to the defendant's (Ross University School of Medicine) president/CEO, Steven P. Riehs, who is located at a different address from that stated on the summons. The address on the summons is the location of the corporate headquarters. The address of the CEO is:
3005 Highland Parkway, Downers Grove, IL 60515.

My fees are $ 0.00 for travel and $ 12.87 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 12, 2017

*Server's signature*

Erica Velasco
*Printed name and title*

5254 Marlatt St.
Mira Loma, CA 91752
*Server's address*

Additional information regarding attempted service, etc:
Documents served include:

1. Copy of the Summons
2. Copy of the Complaint
3. Proof of Service Form
4. Order Re Transfer Pursuant to General Order (notice of transfer of judge)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Ross University Services, Inc.<br>(School of Medicine)<br>Attn: STEVEN P. RIEHS<br>3005 Highland Pkwy<br>Downers Grove, IL 60515<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2777 6351 8771 38 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 3560 0000 9234 9894 | Mail<br>Mail Restricted Delivery<br>(over $500) |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |