David T. Tran
4396 Formosa St.
Jurupa Valley, CA 92509
(415) 497-8534
trantdavid@gmail.com
David T. Tran, In Pro Per

SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 270-9600
Facsimile:  (213) 270-9601

SEYFARTH SHAW LLP
Alison Loomis (SBN 296618)
aloomis@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN,<br><br>                Plaintiff,<br><br>        v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>                Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  June 12, 2017<br>Current response date:  July 3, 2017<br>New response date:  August 2, 2017<br><br>Date Action Filed:  March 27, 2017 |

1  Plaintiff DAVID TRAN ("Plaintiff") and Defendant ROSS UNIVERSITY
2  SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED
3  ("Defendant"), pursuant to Local Rule 8-3, stipulate and agree that Defendant shall be
4  granted an extension of time of thirty (30) days in which to respond to Plaintiff's
5  Complaint in this action up through and including August 2, 2017.
6  This is the first extension of time to respond to Plaintiff's initial complaint, and it
7  does not extend the time to respond for more than thirty (30) days from the date the
8  response(s) would initially have been due and, thus, does not need to be approved by the
9  Court.
10  **IT IS SO STIPULATED.**
11  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Elisabeth C. Watson, hereby certify that
12  the content of this document is acceptable to Plaintiff, and that Mr. Tran has provided his
13  authorization to affix his electronic signature to this document.

DATED: June 27, 2017                     Respectfully submitted,


                                         By: /s/ David Tran
                                             David Tran
                                             In Propria Persona


DATED: June 27, 2017                     Respectfully submitted,
                                         SEYFARTH SHAW LLP



                                         By: /s/ Elisabeth C. Watson
                                             Elisabeth C. Watson
                                             Alison C. Loomis

                                             Attorneys for Defendant
                                             ROSS UNIVERSITY SCHOOL OF
                                             MEDICINE, SCHOOL OF
                                             VETERINARY MEDICINE LIMITED

2
**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**
**CASE NO. 5:17-CV-00583 JGB(DTBX)**

39569539v.1

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On June 27, 2017, I served the within document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

☐ I sent such document from facsimile machines (213) 270-9601 on June 27, 2017. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

Mr. David T. Tran                     ***DAVID T. TRAN, In Pro Per***
4396 Formosa Street
Jurupa Valley, CA 92509
Tel: (415) 361-9927
Email: trantdavid@gmail.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 27, 2017, at Los Angeles, California.

/s/Michelle Stevenson
Michelle Stevenson

PROOF OF SERVICE
CASE NO.: 5:17-CV-00583 JGB (DTBX)

39662039v.1

SEYFARTH SHAW LLP
ATTORNEYS AT LAW
333 S. HOPE STREET, SUITE 3900
LOS ANGELES, CALIFORNIA 90071