SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Alison Loomis (SBN 296618)
aloomis@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE
LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN,<br><br>    Plaintiff,<br><br>v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>    Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**DECLARATION OF JEFFREY HARPER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(B)(2) AND 12(B)(6)**<br><br>Date:   October 23, 2017<br>Time:   9:00 a.m.<br>Crtrm:  1<br>Judge:  Jesus G. Bernal<br><br>Date Action Filed: March 27, 2017 |

I, Jeffrey Harper, declare under penalty of perjury that the following statements are true:

1. I am a corporate paralegal for Adtalem Global Education Inc. (ATGE) and its subsidiaries, which include Ross University School of Medicine, School of Veterinary

Medicine Limited (RUSM). As such, I have personal knowledge of the corporate structure of ATGE and its subsidiaries, including RUSM. I make this declaration in further support of Defendant's Motion To Dismiss Under FRCP 12(b)(2) and 12(b)(6). If called as a witness for this purpose, I could and would competently testify under oath to the facts stated herein.

2. RUSM is a private company limited by shares, organized under the laws of Dominica.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2017 in Downers Grove, Illinois.

_____
Jeffrey Harper