SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Alison Loomis (SBN 296618)
aloomis@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN,<br><br>             Plaintiff,<br><br>      v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>             Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**DECLARATION OF WILLIAM F. OWEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(B)(2) AND 12(B)(6)**<br><br>Date:       October 23, 2017<br>Time:      9:00 a.m.<br>Crtrm:     1<br>Judge:     Jesus G. Bernal<br><br>Date Action Filed:  March 27, 2017 |

     I, William F. Owen, declare under penalty of perjury that the following statements are true:

     1.   I am Dean and Chancellor of Ross University School of Medicine (RUSM). I make this declaration in further support of Defendant's Motion To Dismiss Under FRCP

DECLARATION OF WILLIAM F. OWEN IN SUPPORT OF MOTION TO DISMISS

40058681v.1

12(b)(2) and 12(b)(6). This declaration is based on my personal knowledge, and if called upon, I could and would testify competently to the matters set forth herein.

2. The principal business of Ross University School of Medicine, School of Veterinary Medicine Limited is to educate medical school students at RUSM. RUSM has a single medical school campus, and that campus is located in the Commonwealth of Dominica, an island nation in the Caribbean Sea. RUSM is accredited by the Dominica Medical Board and the Caribbean Accreditation Authority for Education in Medicine and other Health Professions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 08/01, 2017 in Miramar, FL.

_____
Dr. William F. Owen