SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Alison Loomis (SBN 296618)
aloomis@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE
LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN,<br><br>             Plaintiff,<br><br>      v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>             Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS UNDER FRCP 12(B)(2) AND 12(B)(6)**<br><br>Date:   October 23, 2017<br>Time:   9:00 a.m.<br>Crtrm:  1<br>Judge:  Jesus G. Bernal<br><br>Date Action Filed: March 27, 2017 |

On October 23, 2017, at 9:00 a.m., the Court held a hearing on Defendant's Motion to Dismiss. After considering the arguments of Plaintiff and Defendant's counsel and

---

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

39565963v.1

1  reviewing the papers filed by the parties, IT IS ORDERED that Defendant's motion is
2  GRANTED.

4       IT IS SO ORDERED.

6  Dated: _____, 2017

                                               _____
                                                    Hon. Jesus G. Bernal
                                         United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

39565963v.1