SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Alison Loomis (SBN 296618)
aloomis@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE
LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN,<br><br>             Plaintiff,<br><br>       v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>             Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**DECLARATION OF SANDRA HERRIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(B)(2) AND 12(B)(6)**<br><br>Date:     October 23, 2017<br>Time:    9:00 a.m.<br>Crtrm:   1<br>Judge:   Jesus G. Bernal<br><br>Date Action Filed:  March 27, 2017 |

I, Sandra Herrin, declare under penalty of perjury that the following statements are true:

1.     I am the University Registrar for Ross University School of Medicine (RUSM).  I make this declaration in further support of Defendant's Motion To Dismiss

---

DECLARATION OF SANDRA HERRIN IN SUPPORT OF MOTION TO DISMISS

40177813v.1

Under FRCP 12(b)(2) and 12(b)(6). This declaration is based on my personal knowledge, and if called upon, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibits A-F are true and accurate copies of all of RUSM's Student Handbooks in effect in 2011, 2012 and 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _July 31_, 2017 in _Miramar, Florida_.

_Sandra Herrin_
Sandra Herrin