# EXHIBIT  C

# EXHIBIT  C

EXHIBIT C
Page 178



# *STUDENT HANDBOOK*

# 2011-2012

## Effective May 1, 2012

EXHIBIT C
Page 179

## Table of Contents

1.0 INTRODUCTION ............................................................................................................ 4
    1.1 Interpretation and Modification ................................................................... 4
    1.2 Changes in This Edition ............................................................................... 4
2.0 THE CURRICULUM ..................................................................................................... 4
    2.1 The Degree "Doctor of Medicine" .............................................................. 4
3.0 ACADEMIC STANDARDS ........................................................................................... 5
4.0 STUDENT GRADING AND PROMOTIONS POLICIES ................................................ 6
    4.1 Grading Policies for Foundations of Medicine Semesters ......................... 6
    4.2 Examinations ............................................................................................... 8
    4.3 Grading And Examinations for the Clinical Sciences Semesters ............... 9
    4.4 Grades ........................................................................................................ 9
    4.5 Promotion Policies ...................................................................................... 9
5.0 LICENSURE TO PRACTICE MEDICINE IN THE U.S. ............................................... 18
    5.1 United States Medical Licensing Examination (USMLE) Policy, Steps 1 & 2 .................... 18
6.0 CODE OF CONDUCT .................................................................................................. 20
    6.1 Purpose ...................................................................................................... 20
    6.2 Scope ......................................................................................................... 20
    6.3 Prohibited Contact ..................................................................................... 22
    6.4 Disciplinary Forums .................................................................................. 25
    6.5 Disciplinary Process .................................................................................. 26
    6.6 Sanctions ................................................................................................... 27
    6.7 Appeal ....................................................................................................... 29
    6.8 Procedure .................................................................................................. 30
    6.9 Professionalism Cards ............................................................................... 30
7.0 REGISTRATION AND OTHER REGISTRAR SERVICES ........................................... 31
    7.1 Visa Requirements Prior to Check-in of Incoming Students ..................... 31
    7.2 Initial Registration – Check-In Of Incoming Students ............................... 32
    7.3 Registration – Check-In Of Continuing Students ...................................... 32
    7.4 Registration – Clinical Science Segment .................................................. 33
    7.5 Transcript Requests .................................................................................. 33
8.0 STUDENT LOAN DEFERMENT PROCESS ................................................................ 34
    8.1 Tuition During Remedial Semesters ......................................................... 34
    8.2 Tuition Refund Policy for Withdrawals ...................................................... 34
9.0 EMERGENCY ABSENCES, & ACADEMIC LEAVES OF ABSENCE ......................... 35
    9.1 Emergency Absences – Foundations of Medicine .................................... 35
    9.2 Short-Term Personal Leaves .................................................................... 36
    9.3 Approved Leave of Absence ..................................................................... 36
    9.4 Unauthorized Leaves ................................................................................ 38
    9.5 Withdrawals ............................................................................................... 38
    9.6 Deferrals .................................................................................................... 39
    9.7 Additional Interruptions/Terminations ...................................................... 39
10.0 STUDENT POLICY ON ALCOHOL AND OTHER DRUGS ....................................... 39
11.0 STUDENT RIGHTS AND RESPONSIBILITIES ........................................................ 40
    11.1 Privacy Rights ......................................................................................... 40
    11.2 Students with Disabilities ........................................................................ 40
    11.3 Religious Observance ............................................................................. 41
    11.4 Student Ombudsman .............................................................................. 41
12.0 THE ANNE ROSS LIBRARY AND RELATED MATTERS ......................................... 41
13.0 HOUSING IN DOMINICA .......................................................................................... 42
14.0 SECURITY ................................................................................................................. 42
15.0 STUDENT ORGANIZATIONS ................................................................................... 43
    15.1 Student Government Association ............................................................. 43
16.0 WHEN YOU LEAVE DOMINICA ............................................................................... 43

EXHIBIT C
Page 180

**APPENDIX I-**     **Technical Standards** ............................................................... **44**
**APPENDIX II-**    **AMA Ethical Principles** ........................................................ **46**
**APPENDIX III-**   **Grievance Committee Procedures** ......................................... **47**
**APPENDIX IV-**   **Student Honor Code & Constitution** ...................................... **50**
**APPENDIX V-**     **Professionalism Card Policy** ................................................ **57**
**APPENDIX VI-**   **Annual Disclosure** ................................................................ **59**
**APPENDIX VII-** **Alcohol & Substance Abuse Policy** ...................................... **68**
**APPENDIX VIII-** **Controlled Drugs Prescription Policy** ................................... **71**
**APPENDIX IX-**   **Sexual Offense Policy** ......................................................... **71**
**APPENDIX X-**     **Notification of Student Rights** .............................................. **72**
**APPENDIX XI-**   **Course Evaluations Policy** ................................................... **73**
**APPENDIX XII-**   **Photography & Video Imaging Policy** ..................................... **74**
**APPENDIX XIII-** **Disclosure of Consumer Information** ..............................…… **75**
**APPENDIX XIV– Dominica Campus Policies**…………………...…………………...……………………**78**

EXHIBIT C
Page 181

## 1.0 INTRODUCTION

Ross University School of Medicine (RUSM) publishes this handbook (the "Handbook") for its students.

Effective May 2012, all rules and regulations in this Handbook are binding upon all students enrolled at RUSM, including students on leave of absence from the school and students who are visiting at other medical schools.

**This edition supersedes all previous editions of the Handbook and, when appropriate, updates the RUSM Catalog.**

Students are expected to be familiar with the content of both this Handbook and the Catalog. Those students who receive financial aid are expected to have read the *Financial Planning Guide*. Only general aspects of financial aid are included here.

**RUSM reserves the right to change its rules and regulations, course offerings, degree requirements, academic calendar and other material contained in this Handbook or the Catalog at any time. Such changes will be announced in advance of their effective dates whenever possible; and will be disseminated via email and posted on the University and/or campus website.**

### 1.1 INTERPRETATION AND MODIFICATION OF THE STUDENT HANDBOOK

The final arbiter of the interpretation of any regulation in this Handbook is the Dean of the University. RUSM reserves the right to modify or make changes to any rule or regulation in this Handbook. Any change pertaining to the first four semesters, or changes communicated to enrolled clinical students by the Dean or his/her authorized designee, become effective on the first day of the semester, unless otherwise noted in the announcement of the change.

It is the student's responsibility to be aware of all regulations in this Handbook, as well as any changes or modifications to these regulations.

### 1.2 Changes in This Edition

There have been changes incorporated throughout this Handbook. Students are responsible to make note of all changes in policy, and will be held to the rules outlined in this Handbook.

## 2.0 THE CURRICULUM

### 2.1 The Degree "Doctor of Medicine"

The degree of Doctor of Medicine is awarded upon the successful completion of the Foundations of Medicine curriculum, the Clinical Sciences curriculum, and the U.S. Medical Licensing Examination (USMLE) Steps 1 and 2. In addition, all applicants and all candidates for the Doctor of Medicine degree must meet the Technical Standards (Appendix I).

Step 2 of the USMLE consists of two examinations: the Clinical Knowledge (CK) exam and the Clinical Skills (CS) exam. These will be referred to as Step 2 CK and Step 2 CS throughout this Handbook.

In September 2010, the Foundations of Medicine curriculum was restructured to present the curriculum in organ systems-based modules, replacing discipline-based courses. The organ systems-based modules of this program are organized into blocks, which represent the units of assessment, or courses, within each semester. The blocks are Fundamentals of Biomedical Science I & II, Musculoskeletal/Hematopoietic and Lymphoreticular Systems I & II, Cardiovascular/Respiratory Systems I & II, Nervous and Psychiatric/Endocrine Systems I & II, Digestive/Renal Systems I & II and Reproductive/Integumentary

EXHIBIT C
Page 182

Systems I & II. In addition, each semester includes a continuous Clinical and Competencies Skills Block (CCS).

The first 60 instructional weeks (four semesters) of the **discipline-based** Foundations of Medicine curriculum consisted of 60 credits of specifically prescribed coursework. Students having entered the medical school on or before the semester commencing May 2010 were enrolled in this discipline-based curriculum. The first 60 instructional weeks (four semesters) of the **organ systems-based** Foundations of Medicine program began in September 2010 and consist of 64 credits of specifically prescribed coursework. Students registering for semester 1 in September 2010, and semesters thereafter, are enrolled in this new organ systems-based Foundations of Medicine program.

There are 60 instructional weeks (four semesters) of Foundations of Medicine classes, for a total of two academic years. The first 60 instructional weeks (four semesters) are offered on the School of Medicine campus, located at Portsmouth, in the Commonwealth of Dominica and must be satisfactorily completed there. The hours, instructional weeks, credits, and credit limitations are strictly prescribed. Deviation from these standards may jeopardize a student's eligibility for licensure in the United States. Students taking nine or more semester credit hours are considered full-time; students who are taking less than nine semester credit hours may not satisfy enrollment requirements of financial aid, sponsoring organizations, outside health insurance plans, and other related services.

The Clinical Science curriculum consists of 90 instructional weeks (semesters 6 – 10) of clinical training. It begins with an introductory clinical segment of 12 weeks, in the course "Advanced Introduction to Clinical Medicine"(AICM). This segment provides training in the basic clinical skills combined with an introduction to the pathophysiology of major disease processes, and is conducted in clinical facilities either in the United States or in Dominica. The remaining 78 instructional weeks consist of 48 instructional weeks of required ("core") clerkships and 30 instructional weeks of elective clerkships as described in the Academic Catalog. During this time, the student participates in patient care while rotating through various medical specialties in affiliated teaching hospitals and other approved health care facilities in the United States. Clinical clerkships are performed under the guidance of clinical faculty, the Chief Academic Officer, the Dean of the School of Medicine, and under the general supervision of the School of Medicine's Senior Associate Dean for Clinical Sciences.

## 3.0 ACADEMIC STANDARDS

All academic matters, including grading policies and academic standards, while students are pursuing the first 60 instructional weeks (four semesters of the Foundations of Medicine segment) are within the purview of the Sr. Associate Dean for Academic Affairs, who may take into consideration the recommendation of the School's Promotions Committee and other faculty committees. The Promotions Committee acts within the framework of the policies set forth herein.

All academic matters, including grading policies and academic standards, while students are pursuing 90 instructional weeks (semesters five through ten) of the Clinical Sciences segment are within the purview of the Sr. Associate Dean for Clinical Sciences. The academic standards and promotions policies for the Clinical Sciences segment are set forth herein; these standards and policies are further detailed in the Clinical Clerkship Program Guidelines.

### 3.1 Definitions of Academic Terms

3.1.1 Promotion: Advancement to the next level in the student's academic program.

3.1.2 Academic Warning: A finite period (e.g. the following enrolled semester) wherein a student must improve his/her academic performance as specifically required or be subject to dismissal.

EXHIBIT C
Page 183

3.1.3 Academic Probation: A finite period (e.g. the following enrolled semester) after an approved appeal to return, wherein a student must improve his/her academic performance as specifically required or be subject to dismissal.

3.1.4 Dismissal: The discharge of a student from RUSM.

3.1.5 Suspension: A period during which a student will not be allowed to enroll in classes and may have special requirements to complete prior to returning to his/her academic program.

3.1.6 Good Standing: Students maintain good standing by complying with all academic policies and procedures, and by remaining current with financial obligations. RUSM reserves the right to withhold services, transcripts, grades and certifications from students who are not in good standing.

3.1.7 Satisfactory Academic Progress (SAP): Satisfactory academic progress represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and in determination of financial aid eligibility. SAP requires completion of the Foundations of Medicine portion of the curriculum within 75 instructional weeks (five semesters) or less, and completion of the clinical portion within 135 instructional weeks. The program must be completed in no more than 210 instructional weeks. Students who do not maintain SAP are subject to dismissal.

**3.1.6.1** Students must maintain a cumulative Grade Point Average of 2.00 or higher.

**3.1.6.2** Students failing one block will be required to repeat all blocks in that semester regardless of their original performance. They will not be allowed to continue into the next semester's course of study without passing all of the blocks in the repeated semester.

**3.1.6.3** Students must pass all blocks in a semester.

**3.1.6.4** Students must pass all blocks while on probation.

**3.1.6.5** No block or semester can be repeated more than once.

## 4.0 STUDENT GRADING AND PROMOTIONS POLICIES

### 4.1 Grading Policies for Foundations of Medicine Semesters

The aim of the grading and promotions policies is to establish a minimum acceptable performance that a student must achieve in order to advance within the curriculum.

 A Minimum Passing Score (MPS) is established that must be achieved for a passing **"C"** grade. A well-established method (the "Hofstee" method) is used to determine the MPS.

The Hofstee method utilizes the class performance but also sets a Minimum Passing Score (MPS) that is derived from the lower group of scores within a defined range.

For all students starting coursework prior to January 2012, the range for the MPS to be used is between 55% and 65%. Students with scores between 55% and 65% have marginal performance that may result in course failure depending on the calculated MPS, which is derived from the performance among the lowest performing group of students (in the range of 55% and 65%).

Recorded grades will be A (80 and higher), B (70-79), C (MPS-69), or F (below MPS).

EXHIBIT C
Page 184

Beginning with the January 2012 entering class, the range for the MPS to be used is between 62% and 70%. Students with scores between 62% and 70% have marginal performance that may result in course failure depending on the calculated MPS which is derived from the performance among the lowest performing group of students (in the range of 62% and 70%). Recorded grades will be A (85 and higher), B+ (84 to 80), B (79 to 75), C+ (74 to 70), C (69 to MPS), or F (below MPS).

Grades are available to the student at semester's end via myRoss. Students are expected to complete certain school surveys prior to receiving grades for the semester (see Appendix VII).

### 4.1.1 Exemplary Grades

Students earning exemplary grades are recognized as follows:

**Dean's List:** Students who maintain grades of A in all courses or blocks in two successive semesters will qualify for the Dean's list. They will remain on the Dean's list as long as they do not receive a grade below B in the subsequent semesters. The Dean's list will be posted at the beginning of each semester, as soon as the grades are available from the previous semester. This applies for semesters 2-4.

**Distinguished Scholar:** Students with a grade point average during the first four semesters of 4.0 are designated as distinguished scholars.

**Honor Roll:** The honor roll recognizes all A's in the first semester.

**Graduation with Honors:** Honors designees will be published in the commencement program, and honors will be printed on diplomas to which they apply. To be eligible for Honors status, you must be a student in good standing, have a file review for academic performance, have not have received an "F" in any course, have a 3.0 cumulative GPA through the first four semesters, have passed the USMLE Step 1 with a score of 210 or higher, have passed Step 2CK with a score of 200 or higher, have passed Step 1, Step 2 CK, and/or CS in no more than 1 attempt, and meet one of the following combined basic science and clinical curriculum cumulative GPA requirements.

The Honors designation is as follows:
3.5 – 3.59 Honors
3.6 – 3.79 High Honors
3.8 – 4.00 Highest Honors

### 4.1.2 Grading Policies: Organ Systems-Based curriculum:

Each semester of the organ systems-based curriculum is comprised of three organ systems-based instructional blocks and one clinical and competencies skills (CCS) block which spans the entire semester.

The Clinical and Competencies Skills (CCS) block is graded and recorded on official transcripts as pass/fail.

The organ systems-based blocks are graded using several assessments including multiple choice question examinations. Examinations may include questions from all lectures, PBL, simulation and clinical skills as is delineated in the syllabus for each block. Each exam is reported as a percent score achieved out of a possible 100 percent.

The final examinations are cumulative and cover material from all blocks.

Student performance according to traditional discipline will be monitored in order to provide students more information about their content knowledge and to assist faculty in

understanding student performance changes.

The semester letter grades obtained will be for the organ systems-based blocks in that semester (Excepting the CCS block, which is pass/fail). (See table 4.4)

The percentage weighting for each organ systems-based block is calculated using the estimated percentage hourly contact hours of the block.

## 4.2 Examinations

### 4.2.1 Foundations of Medicine Semesters

Written examinations may be in the single-best answer or extended matching format. In certain blocks, there are written assignments and/or practical examinations that contribute to the block grade. All blocks also have a number of mid-term exams that contribute to the block grade. All examinations in the first 60 instructional weeks (four semesters) must be taken on the Portsmouth campus, except clinical practical examinations, which may be given in the Princess Margaret Hospital (RUSM facility).

Students are expected to be at their assigned seat five minutes prior to the beginning of an examination. Students who arrive to the examination room once the proctor has begun giving instructions will be denied entry and receive a mark of zero in the examination.

Mid-term examinations that are missed for a valid reason may be "made up" by weighting the final examinations in the block. In order to be excused, the student must present valid documentation prior to initiation of the examination. The determination of a valid reason shall be approved by the Associate Dean of Student Affairs or his/her designee and must include appropriate documentation that would qualify the student for an emergency absence, as described below. An examination missed without approval and required documentation will be assigned a grade of zero.

A final examination, which is missed for any reason(s), cannot be made-up. Any student who misses a final examination will have a grade of "F" reported to the Registrar for that organ-systems block unless the student is on an approved emergency absence. In that case, the grade of "I" (Incomplete) will be recorded and the student must take that examination at the end of the following semester. If the incomplete exam is not completed at the end of the following semester the "I" grade will revert to an "F".

All students must bring the official RUSM University identification card to all exams. If a student suspects a fellow student of cheating during an exam, the student should discreetly alert an exam proctor. A student found cheating on an examination receives a grade of zero for that examination, and is subject to dismissal from the University. No bags, books, electronic devices, or cellular phones may be brought into the examination room. Final and make-up examinations must be returned, and may not be removed from the examination room.

No arrangements will be made to exam group assignments (either written or clinical exams) to accommodate students' travel off the island. Do not book a flight on the same day as your exam.

### 4.2.2 NBME Comprehensive Basic Science Examination

All students are required to take the NBME Comprehensive Basic Science Examination at the beginning of the 5th semester course, Advanced Introduction to Clinical Medicine (AICM). Students must obtain a passing score (as determined by the Dean) prior to being certified to take Step 1 of the USMLE. Students will be given three opportunities to obtain a passing grade on the NBME Comprehensive Basic Science Examination. If a student does not sit for the exam within three consecutive attempts or within one year from becoming eligible, (whichever is sooner)

he/she is subject to administrative withdrawal. Students who fail to obtain a passing score on the NBME Comprehensive Basic Science Examination within three attempts are subject to dismissal.

**4.3 Grading And Examinations for the Clinical Sciences Semesters**

Students in the clinical sciences segment are required to complete written examinations at the conclusion of core clerkships and receive a letter grade at the conclusion of each clinical rotation. The basis for clinical rotation grades and details of written examinations may be found in the Clinical Sciences Program Guidelines.

**4.4 Grades**

For coursework begun prior to the January 2012 semester, grades are interpreted and Grade Point Averages are determined as follows:

| Letter Grade | Numerical Percentage Range | Quality points per credit hour |
|---|---|---|
| A | 80-100 | 4.00 |
| B | 70-79 | 3.00 |
| C | MPS-69 | 2.00 |
| F | Fail | 0.00 |
| P | Pass | 0.00 |
| W* | Withdrawn Before Interim Exams | 0.00 |
| WP* | Withdrawn Passing | 0.00 |
| WF* | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |

For coursework began in the January 2012 semester and forward, grades are interpreted and Grade Point Averages are determined as follows:

| Letter Grade | Numerical Percentage Range | Quality points per credit hour |
|---|---|---|
| A | 85-100 | 4.00 |
| B+ | 80-84 | 3.50 |
| B | 75-79 | 3.00 |
| C+ | 70-74 | 2.50 |
| C | MPS-69 | 2.00 |
| F | Fail (below MPS) | 0.00 |
| P | Pass | 0.00 |
| W* | Withdrawn Before Interim Exams | 0.00 |
| WP* | Withdrawn Passing | 0.00 |
| WF* | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |

**\*Withdrawal from a single course during a semester is not permitted.**

When repeating a semester, Grade Point Averages are determined using the original grade and the new grade. Grade Point Average is used to determine academic promotion at the end of semester four. All students must have a minimum GPA of 2.00 in order to advance to semester five.

**4.5 Promotion Policies**

### 4.5.1 Foundations of Medicine Semesters

**4.5.1.1** Students who pass all blocks will be promoted to the next semester.

**4.5.1.2.** Students who fail one block will be allowed to repeat the semester on Academic Warning.

**4.5.1.3** Regarding the clinical skills and competencies block: The passing grade for this block is 100%.

> *a.* Students who score between 80% and 99% will receive an incomplete (I). Students with an "I" will be allowed to advance to semester two on probation. If a student is unable to make up the incomplete grade to a pass (P) during semester two, the grade reverts to a failing (F) grade and the student will be dismissed.

> *b.* Students who score less than 80% will receive a failing (F) grade. Students who fail the clinical skills and competencies block will need to repeat the entire semester. Students who fail the clinical skills and competencies block and one or more other blocks will be dismissed.

**4.5.1.4** Students who fail two or more blocks in one semester will be dismissed.

**4.5.1.5** Students who have been dismissed have the right of appeal to the Dean (see below). If a student successfully appeals a dismissal and is allowed to return, the student will be placed on Academic Probation for the returned semester.

## 4.5.2 Academic Warning and Probation

**4.5.2.1** Academic Probationary status of students will be determined by the Associate Dean for Education, based on the student's academic performance.

**4.5.2.2** Students will be placed on Academic Probation for the next semester for which they are registered if they are required to repeat the semester and/or their cumulative GPA is below the required minimum of 2.00 and after a successful appeal to a dismissal.

**4.5.2.3** Students who fail to maintain a 2.00, or who fail one block and are automatically allowed to repeat will be placed on Academic Warning for the next semester.

**4.5.2.4** Students will be removed from Academic Warning or Probation if, at the end of the semester, they pass all blocks and their cumulative GPA is 2.00 or higher**.**

**4.5.2.5** Academic Probation has important financial aid consequences, which are explained in the Office of Student Finance publication "Financial Planning Guide" (available on our website at http://www.rossu.edu/documents/1011Financial_Planning_Guide.pdf)

**4.5.2.6** Students must clear any academic deficiency and have a cumulative GPA of 2.00 or higher by the end of the pre-clinical curriculum or they will not advance to their clinical training.

## 4.5.3 Academic Dismissal

Students are subject to Academic Dismissal based on the following:

**4.5.3.1** Failure of two or more organ systems blocks, including the clinical skills and competencies block.

**4.5.3.2** Failure of remedial blocks or remedial competencies.

**4.5.3.3** Student is, or will be, unable to complete the first 60 instructional weeks (four-semester Foundations of Medicine curriculum) in no more than 75 instructional weeks (five

EXHIBIT C
Page 188

semesters) (starting with semester one of May-August 2011) including regular and remedial semesters.

**4.5.3.4** Failure to achieve a cumulative GPA of 2.00 or above by the completion of the 60 instructional week (four-semester) Foundations of Medicine curriculum.

**4.5.3.5** Failure to pass the Comprehensive NBME in three attempts.

**4.5.3.6** Failure to pass the USMLE Step 1 or Step 2 CK or CS in three attempts.

**4.5.3.7** Failure of two clinical rotations (semesters 5-10).

**4.5.3.8** Failure to abide by University policies set forth.

**4.5.3.9** Student demonstrates the inability to meet the RUSM's technical standards.

Students may also be dismissed for non-academic reasons or professionalism concerns pursuant to the Code of Conduct. See Section 6 of this Handbook.

### *4.5.4 Appeals process for Academic Dismissal:*

Any student dismissed from the first 60 instructional weeks (four semesters of Foundations of Medicine segment) may appeal the dismissal through the office of the Associate Dean of Education. Appeal letters should be emailed to the Associate Dean of Education and must be made within seven days of the date on the dismissal notification letter.

The appeal will be heard by the Promotions Committee which will then make an official recommendation to the Senior Associate Dean of Academic Affairs. The Senior Associate Dean of Academic Affairs will make a decision to uphold or overturn the dismissal.

.

In cases where a student feels there were extraordinary circumstances leading up to the dismissal, a final appeal may be made to the Dean of the School of Medicine. Appeal letters should be emailed to the Dean of the School of Medicine and must be made within seven days of the date on the decision letter from the Senior Associate Dean of Academic Affairs. The Dean's decision on such appeals is final.

Those students who are appealing their dismissal decision will only be considered for reinstatement for the semester subsequent to the semester in which the decision regarding the appeal is made. For example, a student who is dismissed at the end of the September 2012 term, and is allowed to return, would be on inactive status for the January 2013 term and then resume his or her studies during the May 2013 term.

## 4.5.5 Administrative Withdrawal

Students are subject to administrative withdrawal if they:

**4.5.5.1** Do not register for semesters 1 - 5 by the prescribed deadline determined by the Office of the Registrar.

**4.5.5.2** Do not return to campus to check-in during the designated check-in period prior to the start of the semester. Check-in period is determined by the Office of the Registrar.

**4.5.5.3** Fail to report to a clinical rotation on the first day of the rotation (for AICM and Clinical Clerkships).

EXHIBIT C
Page 189

**4.5.5.4** Do not return at the time specified as the end of an approved leave or take an unauthorized leave.

**4.5.5.5** Are not scheduled for a clinical rotation for a period of 30 days or more and have not applied for and received an approved leave of absence.

**4.5.5.6** Do not sit for the Comprehensive NBME within 3 consecutive semesters.

**4.5.5.7** Do not sit for their first attempt of the USMLE step 1 within six months of becoming eligible.

**4.5.5.8** Do not pass the USMLE Step 1 within one year of becoming eligible.

**4.5.5.9** Do not pass the USMLE Step 2 within three years of becoming eligible.

**4.5.5.10** Do not submit USMLE results within thirty days of receipt.

**4.5.5.11** Do not submit missing file documentation within one semester of being admitted, including but not limited to transcripts and immigration documents.

A student who is administratively withdrawn will be reported as withdrawn effective the last day he/she attended classes. The date of withdrawal will be reported to the U.S. Department of Education if the student has federal student financial aid loans.

## 4.5.6 Clinical Sciences Clerkship Eligibility

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following prerequisites:

**4.5.6.1** Successfully complete all the requirements of the Foundations of Medicine curriculum (first 60 instructional weeks/four semesters).

**4.5.6.2** Successfully complete the course "Advanced Introduction to Clinical Medicine" (5th semester).

**4.5.6.3** Pass the USMLE Step 1 (see below).

## 4.5.7 Clinical Sciences Clerkship Segment

The Clinical Science curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course.

All students are required to take the USMLE Step 1 for the first time within six months of becoming eligible. Failure to do so will subject the student to administrative withdrawal. Following the 12-week AICM, there is a 16-week scheduled break during which students remain fully enrolled. (Aside from a private "extra" loan for live board review course fees, students are ineligible for financial aid during this period.) Some students will use this time preparing for, taking, and passing the USMLE Step 1.

Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

EXHIBIT C
Page 190

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. All students must take and pass all required core and elective clinical clerkships. In addition to the 12 instructional weeks of the AICM course, the School requires 48 instructional weeks of core clerkships and 30 instructional weeks of electives, for a total of 90 instructional weeks (semesters five through 10) of clinical training. These requirements may be subject to change in the future depending on regulatory and other academic requirements.

A final examination is given at the end of each clerkship. Students are also required to pass the USMLE Step 1, Step 2 CK and Step 2 CS licensure examinations (see below).

**4.5.7.1** If a student fails a core clerkship, the student must repeat that same clerkship before being allowed to continue in the program.

**4.5.7.2** If a student fails an elective clerkship, that student must successfully repeat either the same elective, or another elective involving the same number of weeks as the failed elective.

**4.5.7. 3** Students with two failing grades of the clinical sciences (AICM, core clerkships, or elective clerkships) are subject to dismissal.

**4.5.7.4** Passing the USMLE Step 2 CK and Step 2 CS examinations are required for graduation.

**4.5.7.5** To be eligible to take the USMLE Step 2, the student must have passed AICM and USMLE Step 1 and have begun the sixth semester of the clinical clerkships. Students must submit the Step 2 CK application to the Office of the Registrar at least six weeks prior to the requested eligibility window. The Step 2 CS application may be submitted concurrently with the CK application or separately, upon eligibility. These examinations must be passed in no more than three attempts and within three years of eligibility.

**4.5.7.6** The entire clinical segment, currently 90 instructional weeks, must be successfully completed within 135 instructional weeks of attendance.

### 4.5.8 Good Standing and Satisfactory Academic Progress

#### 4.5.8.1. Good Standing

The University reserves the right to withhold services, transcripts, and certifications from students who are not in good standing. Students maintain good standing by complying with all academic rules and regulations, and remaining current with all financial obligations.

#### 4.5.8.2. Satisfactory Academic Progress

Satisfactory Academic Progress (SAP) represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and in determination of financial aid eligibility. Students maintain SAP by meeting the requirements listed under "Promotions Policies."

SAP is evaluated at the conclusion of each semester.

- Any student receiving a grade below "C" (2.00) is reviewed by the Academic Promotions Committee.

- Students failing one Foundations of Medicine block with an "F" grade may be placed on Academic Warning, as well as Financial Aid Warning, and allowed to repeat the semester- without appeal.

- Students receiving two or more "F" grades will be recommended for dismissal. The student may submit a written appeal to request reconsideration of this recommendation.
    a) The student may be allowed to continue on Academic/Financial Aid Probation if the appeal is approved.
    b) Students who are recommended for dismissal must sit out a semester while the Academic Promotions Committee (and the Dean if the Promotions Committee's decision is appealed) hears their appeal.
    c) If the appeal is approved, the student can return the following semester. For example, if a student receives more than two "F" grades during the January term and appeals his or her academic dismissal, the student will have to sit out for the May term; if the appeal is approved, the student would return to classes in September.
- Students are expected to pass all coursework in the following semester in order to be removed from academic/financial aid warning or probation status.

- Any student receiving two consecutive notices of Academic/Financial Aid Warning or Probationary statuses will not be allowed to receive financial aid until SAP is regained.

- Students failing any courses in the semester after appeal will be recommended for dismissal, usually without appeal.

- Students must pass all blocks during academic/financial aid warning and/or probationary semesters.

- Any student allowed to repeat must repeat all blocks of the semester that they have failed, except the already passed Clinical and Competencies Skills block, and, in addition, must enroll in the remedial block, "Essential Lifelong Learning Skills."All courses must be successfully completed with passing grades to progress to the next semester.

- Students are encouraged to contact their student finance counselors to review their aid options when repeating any coursework. A student's financial aid will be based on the number of credits of the remedial course, plus the failed course. Students must fund the remaining tuition through personal resources or private loans.

- Students who started in January 2011 or prior must complete the Foundations of Medicine curriculum in no more than 90 instructional weeks (six semesters). Students starting in May 2011 and later must complete the Foundations of Medicine curriculum (semester 1-4) in no more than 75 instructional weeks (five semesters). Grades of incomplete, W, WP and WF do not count toward this total.

- Students must have a cumulative GPA of 2.00 by the end of the fourth semester. Students not meeting these criteria will be dismissed.

### 4.5.8.3 Academic Progress Standards for Clinical Students

- Passing the NBME Comprehensive Basic Science Exam in no more than three attempts.

- Taking the USMLE Step 1 within six months after becoming eligible.

- Passing the USMLE Step 1 in no more than three attempts, and within one year of becoming eligible.

- Passing the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) in no more than three attempts and within 3 years of eligibility.

- Any student receiving a grade of "F" in any portion of the clinical sciences will be subject to review by the Senior Associate Dean for Clinical Sciences. The student may, at the Senior Associate Dean for Clinical Sciences discretion, be allowed to continue rotations on Academic/Financial Aid Warning. If the student needs to submit an appeal, the student may be allowed to repeat the semester on probation.

- Students must complete the 90 instructional week (semesters 6 – 10) clinical sciences segment in no more than 135 weeks of instructional attendance.

### 4.5.8.4 Maximum Timeframe

- Students must complete the entire Doctor of Medicine program in no more than 210 instructional weeks of attendance.

- Any student who does not complete the program within the timeframes listed will no longer be eligible to receive federal financial aid.
- **Note:** All of the above items refer to actual attendance in regular or remedial semesters, as well as actual instructional weeks of attendance in the clinical training segment. They do not include periods when the student is on an approved leave of absence (ALOA) for preparation and time needed to schedule and take the USMLE Steps 1, 2 CK and 2 CS, the time of regularly scheduled breaks between semesters, or while pending assignment to a scheduled clinical clerkship. (See Section 9 - Leaves of Absence.)

- A semester during which a leave of absence is taken, or in which the student withdraws prior to the end of week two of the semester, will not be counted toward the limit for meeting the above requirements.

- Students who do not meet the standards for SAP are subject to dismissal. However, under very unusual circumstances, the Promotions Committee may determine, on an individual basis, that a student may continue at the University for one semester (on probationary status).

### Federal Student Aid Recipients Only

In addition to the criteria listed above, students in the first two semesters of enrollment are expected to earn a 50% completion rate, and all other students receiving federal aid are expected to achieve a 66.67% completion rate for their coursework throughout all semesters. This means that the completed credit hours divided by the attempted credit hours must meet or exceed 50% for students in their first two periods of enrollment; all others must meet or exceed 66.67% in order to maintain academic progress. Students failing to meet the 66.67% must submit an appeal to the University Director of Student Finance. Grades of incomplete, W, WP, and WF do not count toward this total.

### 4.5.9 Probation

Students may be placed on academic probation for academic issues. "Academic Probation" is based on course work and professional behavior, and is recommended by the Promotions

Committee to the Dean. Academic Probation can be imposed in any semester, including clinical semesters. Students are on Academic Probation while repeating one of the four Foundation of Medicine semesters and during any remedial semesters. Students placed on Academic Probation are also placed on Financial Aid Probation for one semester. During this semester, students may obtain financial aid. If they are not removed from Academic Probation the following semester, they will be ineligible to obtain financial aid. Additional detailed information regarding financial aid eligibility is provided in the University publication Financial Planning Guide.

Ross University School of Medicine grants professional degrees and thus professional behavior is as important as academic performance. Students may also be placed on Non-Academic Probation for professionalism or behavioral problems upon recommendation of the Grievance Committee or Honor Council to the Senior Associate Dean of Academic Affairs or the Senior Associate Dean for Clinical Sciences. Non-Academic Probation is based on a student's behavior which does not meet one or more of the requirements in the Student Handbook (See Section 6, Code of Conduct), and can be imposed in any semester, including the clinical semesters.

### 4.5.10 Attendance

**4.5.10.1 Foundations of Medicine:** Per LCME standards, students in the Foundations of Medicine curriculum are expected to be in attendance 100% of the time. Individual instructors will determine the consequences for absenteeism, which will be described, in writing, in the syllabus. RUSM is non-sectarian and does not close for religious holidays.

Attending examinations and other required exercises (as specified in the course syllabus at the beginning of a course) is mandatory, except for the following:

- A medical or family emergency for which a student has requested and been granted an Emergency Leave of Absence. See policy on Approved Leaves for more information.

- Military obligations, jury duty, or the mandate of a subpoena, with proper advance notification to the Associate Dean for Student Affairs in advance).

- Illness or injury documented by the RUSM Health Center. RUSM Health Center personnel WILL NOT provide a medical excuse to a student for a previously unreported student illness after a missed clinical activity has occurred. In the case of an acute illness or accident, a medical excuse from the Health Center, or treating physician, is required. Even if your illness is self-limiting and does not require an immediate appointment, you must contact the Health Center for assessment as soon as you have symptoms, and prior to the Clinical & Competencies Skills Block activity. Phone consultation by Health Clinic personnel is supported by transportation provided by RUSM Security to and from the Health Clinic for the purpose of assessment/treatment for ill students who require assistance.

Missed mandatory sessions will be dealt with as a professionalism issue. Repeated absences and/or tardiness may result in disciplinary or remedial action, up to and including dismissal from RUSM.

The Attendance Committee will consider petitions for excused absences that are not addressed by the above exceptions. Petitions for permission to miss or reschedule an exam or required exercise on the basis of extraordinary personal circumstances that are not included in the three exceptions listed above are considered by the Attendance Committee. The petitioning process begins by submitting a Short-term Personal Leave request form. These forms are available on MyRoss. Whenever possible, the request form must be

submitted four weeks in advance of the start date of the requested leave. Please see the section on Approved Leaves for more information.

**4.5.10.2 Clinical Sciences** Students in the Clinical Sciences curriculum are expected to be in attendance 100% of the time. It is up to each individual hospital to enforce its attendance rules, and our students are expected to abide by those rules.

**Dropping a Rotation**
Students are not permitted to drop a clinical rotation within four weeks of the start date, or after beginning the rotation. Exceptions to this policy may be made by the Senior Associate Dean of Clinical Sciences, at his/her discretion.

If a student drops a clinical rotation within four weeks of the start date or after beginning the rotation, without permission of the Senior Associate Dean of Clinical Sciences, the student will:

- Be personally responsible for the tuition costs of the entire rotation (The weekly amount is determined by dividing the tuition for one semester by the number of weeks in the semester.)

- Receive an "F" grade.

- Not be permitted to begin another clinical rotation until after the end date of the rotation he/she has dropped.

- Have no priority in re-scheduling.

**Residency Interviews**
It is unacceptable for a student to miss multiple days to interview for residency positions. Students should plan ahead to take time off during the interview period (October - January). Short (2-3 week) electives can be done so those interviews can be scheduled between them.

# 5.0 LICENSURE TO PRACTICE MEDICINE IN THE U.S.

In order to be licensed to practice medicine in the United States, RUSM graduates must be ECFMG certified. To become certified, the Educational Commission for Foreign Medical Graduates (ECFMG) requires students to take and pass the USMLE Step 1, Step 2 CK, Step 2 CS, and to graduate from a school listed in the International Medical Education Directory (IMED) (See www.ecfmg.org )

Ross University School of Medicine students and graduates are eligible to sit for these exams. The USMLE has three Steps, the first two of which are taken by students while in medical school (Step 2 consists of two exams, the CK and the CS). Passing of Steps 1, 2 CK, and 2 CS of the USMLE, is required for graduation.

Students must have their applications for these exams certified by the University Registrar's Office in New Jersey before the exams are taken. See section below on "Certification for the USMLE Examinations." Step 3 of the USMLE, the final step for licensing, is taken either after graduation, during, or at the conclusion of residency training, depending on state board requirements. Information regarding the examinations may be obtained from the **Educational Commission for Foreign Medical Graduates (ECFMG), 3624 Market Street, Philadelphia, Pennsylvania 19104-2685. Telephone: (215) 386-5900; Fax: (215) 387-9196; Website: www.ecfmg.org**

EXHIBIT C
Page 195

**5.1 United States Medical Licensing Examination (USMLE) Policy, Steps 1 & 2**

The University has adopted the following policy regarding the United States Medical Licensing Examination:

**5.1.1 USMLE Step 1**

The School of Medicine uses the USMLE Step 1 as one criteria of a student's overall knowledge necessary for entering into clinical clerkships.

**5.1.1.1** Students become eligible to take the USMLE Step 1 when they have passed all courses in the Foundations of Medicine curriculum, successfully completed the Advanced Introduction to Clinical Medicine clerkship, and have passed the NBME Comprehensive Basic Sciences Exam.

**5.1.1.2** Students are required to sit for the USMLE Step 1 examination for the first time within six months of becoming eligible. Failure to do so will result in the student's Administrative Withdrawal from the School of Medicine. Administrative Withdrawal from RUSM will also include rescission of sponsorship for the USMLE Step 1 and forfeiture of the USMLE Step 1 fee. Extensions to this eligibility will not be approved. Information regarding USMLE registration and application to ECFMG will be provided to students during the fourth semester and during the AICM course.

**5.1.1.3** Students are required to take and pass the USMLE Step 1 in no more than three attempts, and within one calendar year of becoming eligible.

**5.1.1.4** Students who do not pass the USMLE Step 1 in three attempts within a year of becoming eligible are dismissed from RUSM.

**Passing Step 1 is required by the University to proceed to the core clinical clerkships of the curriculum.**

**5.1.2 USMLE Step 2 Clinical Knowledge (Step 2 CK)**

The USMLE Step 2 CK assesses whether the student is able to apply the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. Step 2 CK of the USMLE is taken in the clerkship years, after completion of the required clinical training. Passing Steps 1 and 2 CK and CS of the USMLE are requirements for graduation, ECFMG certification, and acceptance into residency training.

**5.1.2.1** Students are eligible to be certified to take the USMLE Step 2 CK provided that they have passed the AICM course, the USMLE Step 1, and are enrolled in the sixth semester clinical curriculum. Students must submit the CK application to the Office of the Registrar at least six weeks before the requested eligibility window, but no more than 120 days before.

**5.1.2.2** Students must pass Step 2 CK in a maximum of three attempts, and within three calendar years of becoming eligible, in order to receive the Doctor of Medicine degree from RUSM.

**5.1.2.3** Students requesting a leave of absence to prepare for Step 2 CK will be allowed a period of time not to exceed ten weeks. (See section on Leave of Absence)

EXHIBIT C
Page 196

### 5.1.3 USMLE STEP 2 Clinical Skills (Step 2 CS)

The Step 2 CS is taken during the clinical clerkship portion of medical studies. The Step 2 CS assesses whether an examinee can obtain a relevant medical history, perform a physical examination of a patient, and compose a written record of the experience. It includes an evaluation of the examinee's ability to communicate effectively in the English language.

**5.1.3.1** To be certified to take the Step 2 CS, students must have passed the AICM course and the USMLE Step 1, and be enrolled in the sixth semester clinical curriculum.

**5.1.3.2** Students must pass Step 2 CS in a maximum of three attempts, and within three calendar years of becoming eligible in order to receive the Doctor of Medicine degree from Ross University School of Medicine.

### 5.1.4 Certification for the USMLE

Applications for the USMLE Steps 1 and 2 CK and CS, are available online from www.ecfmg.org

**5.1.4.1** To be certified, a student must be in good standing and must have met all of his/her financial obligations to the RUSM. All students requesting re-certification in order to take an examination a second or third time must submit to the University Registrar's Office a copy (both sides) of the USMLE score report for the previously taken examination.

**5.1.4.2** Students who pass the USMLE Step 1 and are requesting placement in clinical clerkships must submit a copy of the score report, along with the performance profile, to the University Registrar's Office. Verbal statements or incomplete reports are not acceptable.

**5.1.4.3** Students who have been administratively withdrawn and have not passed the USMLE on their first or second attempts may reapply through the RUSM Admissions Office for reacceptance to be sponsored to retake the USMLE. Such requests for sponsorship will be reviewed individually, and may include certain conditions for approval.

**5.1.4.4** Sponsorship for taking or retaking the USMLE within a specified period of time may be provided to those who meet certain criteria (see below). Students will not be reinstated into active status until they pass the USMLE and begin or resume their clinical clerkships.

**5.1.4.5** Criteria taken into consideration for sponsorship will include, but are not limited to:

- The time that has elapsed between when they are eligible and when the USMLE is taken for the first time.

- The USMLE scores received in prior attempts.

- Related items dealing with the student's activities during the interim period.

## 6.0 CODE OF CONDUCT, DISCIPLINARY ACTIONS, DOCUMENTATION OF PROFESSIONALISM

### 6.1 Purpose

Ross University School of Medicine (RUSM) supports the rights of each student to study in an atmosphere conducive to the pursuit of knowledge, as well as the rights of each member of the RUSM community to operate in a respectful and nonviolent environment.  Each student is expected to assume responsibility for creating and maintaining a setting appropriate to fulfilling these goals.  RUSM expects its students to adhere to the highest standards of ethical and professional behavior in every aspect of their

lives, as expected of medical professionals.  Students shall conduct all aspects of their lives with honesty, integrity, and respect for themselves and all others.  Failure to do so may result in disciplinary action and sanctions ranging from a documented warning up to and including permanent dismissal from the medical school.

The RUSM Dean and the Dean's designees reserve the right, therefore, to develop and enforce policies and procedures which enhance this philosophy, as well as to act to preserve the educational goals and mission of RUSM.  Students, their guests, and any authorized person acting on a student's behalf are required to comply with all articulated policies and procedures.

By applying, accepting an invitation for admission, enrolling and/or attending classes at RUSM, or availing themselves of any RUSM services, students are voluntarily indicating their acceptance of the behavioral norms set forth by RUSM within this Student Handbook, as well as any subsequent policies and procedures incorporated into this or future editions during the student's tenure as a member of the RUSM community.  Any student who is not willing to live within these norms should expect disciplinary action by RUSM.

### 6.2 Scope

#### 6.2.1 General Scope

The function of the medical school is to facilitate the learning and development of persons within the RUSM community who are pursuing careers as physicians.  This purpose carries with it the responsibility to regulate conduct and behavior so that the achievement of educational and other goals is not impeded, obstructed, or threatened.  Student conduct that evidences good intentions, mature considerations for reasonable and foreseeable consequences, and respect for others will support the standards of the RUSM community.

#### 6.2.2 Jurisdiction, Local Laws (Dominica), U.S. Laws and Standards

**(a) General Jurisdiction.**  The RUSM standards of conduct for students shall apply to conduct that occurs on RUSM premises, at RUSM- sponsored activities, at RUSM affiliates including but not limited to clinical sites, and to off-campus conduct that affects the RUSM community and/or the pursuit of its objectives. Each student is responsible for his/her conduct from the time of application for admission through the actual awarding of a degree (and afterwards as long as the student avails him or herself of RUSM' services), even though the conduct may occur before classes begin or after classes end, as well as during periods between terms of actual enrollment.  These standards shall apply to a student's conduct even if the student is suspended or withdraws from school while a disciplinary matter is pending.  RUSM possesses the sole discretion to determine what conduct occurring off campus adversely impacts the RUSM community and/or the pursuit of its objectives.

**(b)  Local Laws.**  Local and all other laws apply to all students based on their location within or outside the continental U.S.  Students in Semesters 1-4, as well as students remaining for a clinical semester in Dominica are reminded that they are subject to the same local laws as are other citizens and residents of Dominica.  RUSM University is not a sanctuary from these laws.  RUSM may respond with disciplinary action in response to possible violations of the law whether or not local authorities elect to enforce those laws and regardless of any sanction imposed by local officials or representatives, including a local court of law.

**(c)  U.S. Laws and Standards.**  Students in Semesters 1-4, as well as students remaining for a clinical semester in Dominica are reminded that they are studying at a U.S. medical school to become physicians primarily or predominantly in the United

States.  Laws and standards of the United States remain applicable to the disciplinary process when students are studying in Dominica.  If a student's behavior potentially would violate federal law, common law, or law familiar to the U.S. judicial system in local jurisdictions, RUSM may respond with disciplinary action whether or not the conduct is an enforceable violation in Dominica.

### 6.2.3 Intramurals, Clubs and Organizations, Student Leaders

**(a) Intramurals and extracurriculars.** While RUSM is primarily focused on the personal and professional development of future physicians, conduct in other activities such as, but not limited to, intramural sports and other extracurricular activities also impacts the campus environment.  All community members participating in intramural sports and other recreation organized for the benefit of the RUSM community or where RUSM is represented are expected to act in a manner consistent with good sportsmanship and conduct becoming medical professionals.  While failure to adhere to rules established for participation in intramurals or extracurriculars may result in sanctions related to that program, such consequences do not eliminate the possibility of additional disciplinary action by RUSM.

**(b) Clubs and Organizations.**  While RUSM is concerned with individual conduct, student organizations, as groups, are expected to adhere to all applicable institutional policies and procedures. Clubs, organizations, their leaders, and their members are expected to adhere to the highest standards of conduct as outlined in the student code of conduct and the bylaws of the Student Government Association.  When engaged in community activities and when creating artifacts and/or memorabilia which include their group's name and/or reference to RUSM, clubs and organizations are expected to demonstrate good judgment (and to obtain prior permission for any use of RUSM's name or logo).  While clubs and organizations failing to adhere to behavioral norms or demonstrating an inability to assure that individual members do so while acting as a member of those groups can expect sanction or reprimand from the SGA, such consequences do not eliminate the possibility of additional disciplinary action by RUSM.

**(c) Student Leaders.**  Officers of organizations, including the SGA, are responsible for assuring compliance and, if appropriate, for representation when disciplinary proceedings are initiated.  While student leaders are expected to demonstrate a clear understanding of the rules and regulations articulated by the SGA, Campus Activities Center Staff, and administration, all members of an organization are responsible for acting in a manner which reflects the heightened level of scrutiny implicit in representing a collective.  While leaders risk loss of their leadership position or sanctions imposed upon the group they lead, such consequences do not eliminate the possibility of additional disciplinary action by RUSM.

### 6.2.4 Spouses and Guests, Authorized Agents, Unauthorized Agents

**(a) Spouses and Guests**.  Any adult companion present in and/or regularly acting as a part of the RUSM community based on their romantic affiliation with a RUSM student is considered a spouse for the purposes of this Section, regardless of a legally recognized marriage.  Any other adult or child present at a RUSM or affiliated institution based on their affiliation with a RUSM student or by implicit or explicit invitation of a RUSM student is considered a guest of that student.  In all cases, the conduct of all spouses and guests is ultimately the responsibility of the RUSM student.

The behavior of a spouse or guest may reflect directly upon RUSM and specifically upon the student they are accompanying.  In Dominica, spouses are present on island as a result of a courtesy extended by the government, at the request of the University, on behalf of the student.  In all other locations, spouses still may enjoy certain privileges and

even where they do not, these individuals may at times represent the interests of a RUSM student or the University either intentionally or unintentionally.

Where appropriate, RUSM will respond to misconduct by spouses and/or guests. Where the spouse or guest is present based on a formal invitation by a government, campus or affiliated institution, that person may lose privileges or relevant access to facilities such as loss of their RUSM Identification card or loss of visitor immigration status. Additionally, when a student is directly implicated in a spouse's or guest's conduct or when RUSM administration has consulted with a student regarding the behaviors of a spouse or guest and that misconduct goes unchanged, disciplinary action for the student may result.

**(b) Other Agents.**  Pursuant to the Family Educational Rights and Privacy Act, RUSM will not communicate with a third party about a student's educational information unless authorization from the enrolled student is received by RUSM. Students are reminded that in their pursuit of a professional degree, the day-to-day management of their medical education should remain in their exclusive control to the extent possible.  However, RUSM also understands the need to assign an agent from time to time.  Students are responsible for the conduct of their agents.  When an agent acts in a manner which violates community norms of respect, honesty, and professionalism, the student may be subject to disciplinary action.

## 6.3 Prohibited Conduct

All students admitted to study at RUSM with the intent of becoming physicians should be capable of meeting **technical standards** (see appendix I) throughout their tenure as a medical student. Furthermore, students should also be prepared at all times to make ethical and responsible decisions pursuant to the **American Medical Association Code of Ethics** (See Appendix II) and the SGA-sponsored **Honor Code** (See Appendix III).  Any behavior indicating a failure to adhere to the tenets of these documents may result in disciplinary action.

Some specific acts of misconduct that are unacceptable and therefore subject to disciplinary action include but are not limited to:

(a) **Academic Misconduct.**  A student has an obligation to exhibit honesty in carrying out all of his/her academic assignments.  Academic dishonesty is no more or less relevant based on the particular exam, assignment, class or clinic in which it occurs.  While a faculty member may consider academic misconduct in the award of a grade, a student may also be subject to disciplinary action.  Academic dishonesty includes, but is not limited to receipt or transmission of unauthorized aid on assignments or examinations, plagiarism, and violation of rules established to assist in monitoring academic integrity.

(b) **Tolerance.**  A student has an obligation to assist in maintaining community norms and standards.  Tolerance of inappropriate behavior by other students, spouses, or agents such that the RUSM community is negatively impacted will be subject to disciplinary action.  Tolerance includes, but is not limited to aiding, abetting, inciting, or cooperating with another person in the violation of a RUSM University regulation, policy, honor code tenet or Code of Conduct provision.

(c) **Alcohol on Campus.**  RUSM University prohibits the unauthorized possession or use of alcohol on campus (see Alcohol and Substance Abuse Policy, Appendix VII).

(d) **Possession or Use of Controlled Substances/ Drugs.**  RUSM University prohibits the possession, sale, or distribution of illegal drugs, diversion of controlled substances, or use of controlled substances without a prescription.

EXHIBIT C
Page 200

(e) **Dishonesty, Deception, Fraud and Misuse of Documents.**   RUSM expects students to conduct all business in an honest and forthcoming manner.  Deception, fraud, and misuse of documents includes, but is not limited to furnishing false information such as representing oneself as another verbally or in writing; knowingly supplying false or misleading information verbally or in writing; and falsifying, tampering with, altering, forging or misusing any RUSM record or any official documents.

(f) **Failure to Comply with Requests.**  RUSM expects compliance with all administrative requests.  Failure to comply with requests includes but is not limited to failing to follow oral or written instructions regarding policies and expectations by a properly identified RUSM official.  This section includes but is not limited to failing to respond in a timely and affirmative manner to requests for meetings, requests for immigration documents, requests to register by a certain date, requests to present RUSM or other identification and knowingly interfering with students, faculty or staff acting in the performance of their assigned duties.

(g) **Failure to Comply with Judicial and Administrative Sanctions or Other Required Remediation.**   RUSM recognizes that in many instances a student's response to a sanction or remediation efforts may offer insight into that person's ability to learn and change conduct based on the receipt of feedback.  Failure to comply with or seek proper clarification of disciplinary sanctions and/or refusal to remediate, such as missed mandatory classroom or clinic instruction time and/or professionalism card remediation, may result in disciplinary action.

(h) **Possession or Use of Weapons/ Explosives/ Fireworks**. RUSM is not an appropriate venue for weapons to be carried or used.  Possession, use, or distribution of weapons or explosives of any kind are prohibited.  This includes but is not limited to rifles, shotguns, pistols, air rifles, pellet guns, slingshots, machetes, explosives, fireworks, and any kind of ammunition.  While small utility knives are acceptable to have on one's person, they are not to be displayed as an implicit or explicit threat of use as a weapon.  Though commonly carried visibly in Dominica, machetes and cutlasses are not appropriate on campus even when wrapped or stored according to local custom.

(i) **Violation of Laws.**   RUSM expects community members to adhere to all local laws and to act in accordance with commonly understood U.S. laws which may be enforced at the local or federal level within the United States.

(j) **Sexual Misconduct, Harassment, Assault and Abuse.**  RUSM does not tolerate any form of sexual assault, rape, sexual harassment, physical assault or abuse.  No person will harass, coerce, intimidate, assault or recklessly endanger another person in a sexual or other manner.   Students are encouraged to pursue action through the campus disciplinary system and/or local law enforcement agencies when there has been sexual misconduct, harassment, assault or abuse.  Students are also encouraged to recognize that the standards of law enforcement procedures related to rape, sexual assault and sexual harassment vary significantly from location to location and are encouraged to consult with RUSM officials regarding potential options.

(k) **Improper Communication.**   RUSM University expects professional communication and a respectful demeanor when presenting information in all venues.  This includes but is not limited to email correspondence, social networking, websites/ blogs, phone calls, and face-to-face interactions in and outside of the classroom and/or clinic setting.  The belief that one has made a communication private or has limited access does not excuse vulgar, offensive, defamatory or otherwise problematic words or ideas. While students may speak, dissent and protest, they are expected to assure that any such speech, dissention, or protest does not interfere with the rights of others or disrupt RUSM

EXHIBIT C
Page 201

activities.

(l) **Inappropriate Behavior/ Conduct Unbecoming a Medical Student or Professional.** Students are expected to behave in a mature and responsible manner, respecting the rights and privileges of others at all times. An act on or off campus which is morally shameful, or jeopardizes the integrity of RUSM or the medical profession, or is detrimental to RUSM or any member of the RUSM community is prohibited.

(m) **Misuse of Property, Vandalism and Arson.** RUSM and vendor property is to be respected and used in a responsible manner. Violations of this section include but are not limited to unauthorized removal, alteration, possession or use of property; unauthorized entry into property; damage or destruction of property; reckless, negligent or knowing acts which may result in damage to property; creating a fire hazard or endangering the safety of people or the integrity of property; misuse or tampering with fire prevention, control and detection equipment; and unauthorized use, possession or duplication of keys.

(n) **Misuse of Technology and Intellectual Property**. No student shall violate the law or RUSM policies in the use of technology, computers, electronic resources, copyrighted works or other intellectual property.

(o) **Gambling.** RUSM prohibits gambling on campus.

(p) **Failure to Adhere to the Tenets of the American Medical Association Code of Ethics or the Expectations of a Reasonable Patient in a Healthcare Setting.** As future physicians, RUSM students must demonstrate an understanding of ethical behaviors and the associated critical thinking skills expected of medical professionals. Failure to adhere to ethical standards and reasonable patient expectations includes but is not limited to performing medical procedures without proper supervision, falsifying clinic records, failure to wear RUSM or hospital identification, failure to identify oneself as a medical student, sharing patient information/ violating patient confidentiality, and providing medical advice without a license. These standards apply to simulations and other role play activities in addition to community clinics and all genuine patient care settings.

(q) **Refusal and/or Consistently Demonstrated Inability to Adhere to Technical Standards.** All students are asked to review the LCME Technical Standards and certify that they are capable of meeting those standards as part of the enrollment process. Failure to meet the technical standards may be a Code of Conduct violation where a student has not requested accommodations to meet these standards or fails to appropriately and successfully make use of granted accommodations. An inability to successfully practice medicine which results in misconduct may result in disciplinary action.

(r) **Violation of the Student Honor Code.** Honor Code tenets prohibit lying, cheating, stealing, conduct unbecoming a medical professional and intolerance. While addressed within the student Code of Conduct, the SGA reasserts these principles in the Honor Code, which reflects the student body's commitment to appropriate conduct and adherence to community norms. Students are required to sign a pledge acknowledging an awareness of the Honor Code and Code of Conduct. The Honor Pledge will be recited at White Coat Ceremony. Ignorance of the contents of the Honor Code does not constitute an excuse for non-compliance. (See Honor Code and Constitution, Appendix IV). Refusal to sign and/or recite the Honor Pledge may impact a student's enrollment status and may result in disciplinary action.

(s) **Failure to Adhere to Policies.** RUSM expects compliance with all policies set forth

EXHIBIT C
Page 202

in this Student Handbook and on the RUSM Student G: Drive, as well as all other published RUSM policies.   Furthermore, students are expected to comply with expectations set forth by DeVry Inc. and affiliate institutions including but not limited to Synergy, Inc. and any hospital, clinical, or other affiliate institutions while benefiting from facilities at those institutions.

**6.4 Disciplinary Forums.** A student disciplinary action is initiated upon receipt of a written complaint about a student from any member of the RUSM community by the Conduct Administrator, (Director of Professional Standards and Judicial Management in Dominica or University Ombudsman Stateside) or by any one of the following administrators or their designees:  Dean, Associate Dean, AICM Director, the Chairperson of the Grievance Committee, or the Honor Council President.   One or more of these administrators, in conjunction with the Conduct Administrator, will determine the appropriate forum for the complaint.

**6.4.1 Informal Resolution.**  Infractions may be dealt with through informal resolution methods such as mediation and restorative justice by agreement of all involved parties.  Mediation will not be used to resolve sexual assault complaints.

**6.4.2 Conduct Boards.**

**(a) Grievance Committee (Dominica).**   The Grievance Committee consists of faculty representatives appointed by the Dean or his/her designee and up to four students (one per each class in Semesters 1-4) elected under the auspices of the Student Government Association, provided that such students meet the same requirements as must be met by students elected to the Honor Council.

The Grievance Committee is an investigative arm of the Office of the Dean and its authority is derived from that office.   The Grievance Committee has authority over complaints including but not limited to violations of the Code of Conduct, Honor Code, AMA Ethical Guidelines and/or RUSM Technical Standards.

Related procedures are attached hereto and incorporated by reference. (See Appendix III)

**(b) Grievance Committee (Stateside).**   The Grievance Committee consists of faculty representatives appointed by the Dean or his/her designee and of two students from semesters 5-10. Students must meet the same requirements as must be met by students elected to the Honor Council in Dominica and be in good standing.

The Grievance Committee is an investigative arm of the Office of the Dean and its authority is derived from that office.   The Grievance Committee has authority over complaints including but not limited to violations of the Code of Conduct, Honor Code, AMA Ethical Guidelines and/or RUSM Technical Standards.

Related procedures are attached hereto and incorporated by reference. (See Appendix III)

**(c) Honor Council.**  The Honor Council consists of student representatives elected under the auspices of the Student Government Association.   They must meet basic requirements outlined in the Honor Code and Honor Constitution.   The Council will consist of nine members: two representatives from each class in semesters 1-4 and the Honor Council President.  The Honor Council has authority over complaints including but not limited to violations of the Honor Code, AMA Ethical Guidelines and/or RUSM Technical Standards.

The Honor Council is entrusted by the student body to consider alleged violations of the

Honor Code and to forward decisions and sanction recommendations to the Associate Dean or Dean on behalf of the student body.

The Honor Council will be supported and guided by the Conduct Administrator to conduct a fair hearing and determination process.  Neither the Conduct Administrator nor the Faculty Advisor will actively influence deliberations or recommended sanctions except by request of the Council for information and/or feedback.  The Honor Code (and Constitution pertaining to it) is attached hereto. (See Appendix IV)

### 6.4.3 Forum Determination.

The Conduct Administrator will initiate an initial investigation and confer with the appropriate administrators and/or the President of the Honor Council (if the allegation arises in Dominica), to determine an appropriate venue: informal resolution, the Grievance Committee, or the Honor Council

**6.5 Disciplinary Process (Adjudication).**  When a Complaint is determined to not be appropriate for informal resolution, the student against whom the Complaint has been lodged will be notified of the Complaint and where it will be adjudicated and will have three Semester Days (defined as a day on which regularly-scheduled classes are in session on the Dominica campus) after that notification to file an Answer with the Chair of the Grievance Committee or the President of the Honor Council.

The Complaint will state the charges, a summary of the matter at issue, the names of witnesses and reference to supporting materials gathered during the preliminary investigation.  The Answer will state whether or not the student accepts responsibility for the charges, a response statement written by the student and a listing of any additional witnesses.  The student is also invited to include additional supporting materials at this time.  If an Answer is not received within three Semester Days, the case will move forward without the student's response.  Any witnesses, supporting materials or written statements from the student submitted after the passing of those three Semester Days will be considered at the discretion of the Grievance Committee or Honor Council.

The student against whom the complaint has been filed will be provided access to the Complaint, Answer, and materials submitted to and considered in advance of the hearing by the Grievance Committee or Honor Council.  Access to materials will be closely monitored to assure confidentiality of information as it relates to the accused and to all others named in the case report.  The student against whom the complaint has been lodged may not retain a copy of case materials, which will remain the property of RUSM at all times.

The complainant and the charged student may invite a classmate or faculty member to serve as an advisor for the proceeding which will be scheduled after receipt of or the deadline for receipt of an Answer.  While the advisor(s) will be present at the hearing, they will be present in a support role only and will not be permitted to participate in the hearing.  The complainant and charged student will have the opportunity to present witnesses and evidence.  The Grievance Committee or Honor Council will supervise the questioning of witnesses.  The hearings will not be governed by rules of substantive or procedural law.  The Grievance Committee or Honor Council will consider a case and render a decision/ recommendation even if the student or witnesses fail to appear for the scheduled hearing.

In deliberations, the Grievance Committee or Honor Council shall examine the relevant facts and circumstances presented, determine the credibility of witnesses' statements, and shall, using the standard of "more likely than not," determine whether the charged student has committed misconduct pursuant to the Code of Conduct, Honor Code, AMA Guidelines and/ or Technical Standards.  The Grievance Committee or Honor Council will also consider appropriate sanctions.  Findings and recommendations will be forwarded to the Associate Dean for Student Affairs (semesters 1-4) or the Associate Dean for Clinical Affairs (semesters 5-10) or his designee after the conclusion of deliberations.  The complaint investigation

EXHIBIT C
Page 204

and hearing process generally will be completed within 60 Semester Days of the submission of the written complaint; however, the complexity or severity of a complaint may merit a longer process, as may other circumstances surrounding a complaint.

The Associate Dean or a designee will provide a final decision.  Notice of the decision generally will be provided to the complainant and charged student within 15 Semester Days of the Associate Dean's receipt of the Grievance Committee's or Honor Council's findings and recommendations; however, the complexity or severity of a complaint may merit a longer review period, as may other circumstances surrounding a complaint.  The notice sent to the complainant will advise of the final decision on the complaint, but usually will not contain details about sanctions imposed on the charged student, particularly where the sanctions do not directly relate to the complainant and/or the complaint does not involve a crime of sex or violence.

Nothing shall limit the right of RUSM to immediately remove from University premises, clinical premises, or University events a student accused of a violent, criminal or other egregious act that in RUSM's sole discretion warrants immediate suspension and/or removal from campus.  A student so removed from the campus or clinical premises shall not re-enter until authorized by RUSM in writing to do so.

## 6.6 Sanctions

Sanctions imposed by the Associate Dean following an informal resolution or a hearing by the Grievance Committee or Honor Council may include one or more of the following sanctions.  The University reserves the right to impose other, non-listed sanctions as appropriate.

### 6.6.1 Available Sanctions

**(a) Warning or Admonition.**   A warning or admonition means the issuance of oral or written reprimand.  In the case of a written warning, a professionalism card may be issued.  Though not a disciplinary tool, a professionalism card may be used as a written censure regarding misconduct which indicates that further violations could represent a concerning pattern of conduct.  The card places RUSM on notice of prior concerning behavior that has been addressed with the student without formal disciplinary consequences.

A warning will not be placed in the student's formal educational file however a professionalism card may be revisited by the Office of Student and Professional Development when preparing the Medical Student Performance Evaluation (MSPE).  Therefore, students are encouraged to address the identified misconduct in a manner which prepares them to demonstrate changed attitudes regarding the documented issue.  Pursuant to the Professionalism Card Policy, students will be permitted to write a response to this formal warning.  A student's written response will be included with the professionalism card in an internal and separately maintained file, not in the student's educational record.

**(b) Required Compliance/ Remediation.**   Required compliance means satisfying a University requirement as a condition for admission or continued enrollment.   This sanction may include, but is not limited to restricted privileges, restitution, counseling, participation in psychoeducational groups and/or assigned educational initiatives.

**(c) Disciplinary Probation.**  Probation permits a student to continue their studies but restricts various other components of access to the campus.  Furthermore, a student on probation risks suspension or expulsion in the event that additional violations occur.  Probation may include a prohibition against participation in RUSM-sponsored social events, extracurricular activities, clubs and organizations, leadership roles, and/or attendance at or involvement in public performances, publications, events or activities sponsored by student campus organizations.  However a student will be permitted to participate in any activity or event that is required for course work.

EXHIBIT C
Page 205

Probation will be documented as Disciplinary Probation.  Upon successful completion of an identified probationary period, a student may request that the probation be noted as successfully completed.  Students are encouraged to document efforts taken to address a cited violation.

Disciplinary probation, unlike academic probation, will not impact a student's status as it relates to financial aid.

**(d) Suspension.**  Suspension means ineligibility to enroll or participate in any University activities or activities held on University premises for a determined period of time, typically one full semester or until the end of a semester already begun and up to one full calendar year (three semesters).  An interim suspension will not count toward completion of a suspension sanction issued following a formal hearing or private decision unless the determination communicates otherwise in clear language.  During a suspension, the privileges of attending classes, being on campus and/or participating in campus-sponsored events (see probation) are withdrawn.

Suspended students will surrender their RUSM identification card and should consult with Student Services regarding the status of their financial aid and, in Dominica regarding the status of their student visa and may be on campus for the limited purposes of making these determinations during the five Semester Days following the issuance of sanction. When on any campus for these or other administrative purposes, the student must be accompanied by a RUSM official from the office meeting with the student.

Failure to comply with the limitations of suspension may result in extended suspension or permanent expulsion.  Where conditions are placed upon a student's return, those conditions must be certified prior to registration for a future semester.  A suspended student, upon return to campus, will be on automatic disciplinary probation for either a designated period of time identified at the time the original sanction is issued or until graduation from RUSM.

A suspension will appear in the student's educational file as Non-academic Suspension. Students are encouraged to document efforts taken to address a cited violation.

**(e) Expulsion.**  Expulsion means permanent termination of student status.  An expelled student is no longer permitted to attend RUSM or any of its affiliated institutions.  A student dismissed on disciplinary grounds is not eligible for re-admission.  A record of this disciplinary action will be placed in the student's educational file.

**(f) Interim Suspension.**  A student may be suspended on a temporary basis prior to an informal resolution or hearing.  This immediate suspension and loss of student rights and privileges may be imposed if: (1) there is an indication that a student's misconduct will be repeated or continued; (2) there is an indication that safety for the RUSM community will be compromised without immediate action; and/or (3) suspension is necessary for RUSM or its affiliates to carry on its functions effectively and efficiently.

Where subjected to interim suspension, a student will be entitled to a review by the Dean or a delegate of a concisely written appeal limited in scope to whether the interim suspension should remain in effect until the time of disciplinary action.  An interim suspension should not conclude until after a final disciplinary determination has been made.

Interim suspension may impact the student's transcript.  The designation for missed time on a student's transcript will be determined in consultation with the Office of the Registrar on a case by case basis following any formal determination reached by informal

EXHIBIT C
Page 206

resolution or hearing.

**6.6.2 Record of Sanction.** Record of a sanction will be maintained in the student's disciplinary file and, where appropriate, noted in the student's permanent educational record. Information regarding probations, suspensions and expulsions will be readily available to RUSM officials as necessary to assure administrative compliance with those sanctions. In the event of withdraw or dismissal prior to a finding and imposition of a sanction, documentation of a pending disciplinary case without final determination will be included as part of the student's educational record.

**6.6.3. Notification.**

**(a) Immigration.** In those situations in which a student is not a citizen of the country where the study of medicine is occurring, a student who has been suspended or expelled may no longer be entitled to the status of a legal resident. The immigration authorities of the country may be notified of any change of a student's enrollment status following an informal resolution or hearing.

**(b) Complainants and Victims.** RUSM will take privacy and other legal rights into consideration on a case-by-case basis with respect to providing access to information involved in or regarding a conduct matter.

## 6.7 Appeals.

Decisions of the Associate Dean may be appealed to the Dean or the Dean's designee. Decisions rendered by informal resolution may be appealed to the Dean. When an appeal is filed, the Associate Dean of Student Affairs (Semesters 1-4) or the Associate Dean of Clinical Sciences (Semesters 5-10) may elect to delay sanctions pending the outcome of the appeal. Unless and until a contrary determination is made regarding the status of sanctions pending an appeal, all parties should consider the sanction to be in effect.

Both the Complainant and the charged student have the right to file an appeal. Either party may appeal the finding of responsibility (or lack thereof); however the Complainant may not appeal sanctions. Decisions of the Dean or the Dean's designee are final and cannot be appealed.

**6.7.1 Initiation and Scope.** Appeals must be submitted to the Dean or the Dean's designee in proper form within ten Semester Days of notification of the decision of the Associate Dean. Appeals will be considered only when it is clearly established by the appealing party, in a concise written statement, that one of the following occurred:

(a) The decision was unreasonable based on the information presented at the hearing and/or based on the alleged violation of the Code of Conduct;

(b) For the charged student, the sanction was unreasonable based on the information presented at the hearing and/or based on the violation of the Code of Conduct;

(c) The Grievance Committee, Honor Council, or administrator misinterpreted the Code of Conduct or other policies upon which the complaint and/or decision was made;

(d) A procedural error occurred that resulted in an unfair hearing; or

(e) Relevant information sufficient to alter a decision was not brought out in the hearing because such information was not known to the person appealing at the time of the original hearing.

EXHIBIT C
Page 207

Ross University School of Medicine                                    May 2012 Student Handbook

The specific basis or bases for the appeal must be identified by the appealing party in the written appeal.

**6.7.2 Administrative Response**.  Neither the complainant nor charged student will be present during the appeal. With the exception of appeals involving new information not known at the time of the original hearing or informal resolution, the Dean or designee's review will be limited to the written appeal, documents and evidence presented at the hearing or informal resolution, and the record of the hearing. The Dean or designee may:

(a) Uphold the original finding and outcome;

(b) Require a (new) hearing;

(c) Send the appeal back to the Associate Dean,  Grievance Committee or Honor Council for review of decision or sanctions;

(d) Reverse the original decision by finding that a violation or no violation of the Code of Conduct occurred; or

(e) Amend sanctions where the original sanctions imposed are found to be unreasonable.

**6.7.3 Notification**. The Dean or designee will notify the Associate Dean of the Dean's final decision on the appeal within 15 Semester Days of the Dean's receipt of the written appeal. The Dean or Associate Dean or their designee, will notify the parties of the appeal decision.

**6.9 Professionalism Cards.**  Professionalism Cards are an educational tool intended to provide a method of tracking and recording commendable and concerning behaviors observed by faculty.  The issuance of a card of commendation or concern is an opportunity for a faculty member to provide instruction and/or feedback to a student about professional expectations.  Professionalism Cards may also be a documented warning when disciplinary action is contemplated but a student is invited instead to attempt to incorporate feedback into future behaviors.  This is part of a holistic process intended to assist students in developing ethical, professional behavior throughout their medical school experience.

RUSM faculty members, clinical preceptors and administrators may file a Professionalism Card regarding a student enrolled at the RUSM. The cards are reports designed to catalog commendable actions that often go unacknowledged, as well as minor breaches of unprofessional behavior (with the Grievance Committee, Honor Council, and informal decisions as avenues for more significant breaches).

Professionalism Cards will be saved as part of a file along with written responses and summaries of a student's response to feedback from the issuing faculty member, preceptor, and/or administrator where appropriate.  Students are reminded that a professional response to feedback is often more significant than the initially documented behavior.  A concern could ultimately be read a commendation and vice versa.  In this way, the tone of any filed professionalism card is ultimately within the control of the student for whom the card is issued.

Where Professionalism Cards of Concern reflect a pattern of concerning behavior or are in effect a report of a violation of the Code of Conduct, the matter will be referred for investigation as a disciplinary matter.

A word about the MSPE: Professionalism Cards may be used in the development of a student's MSPE along with letters of recommendation, a student's portfolio of extracurricular and volunteer activities and feedback solicited from clerkship preceptors and others.  Students may seek counseling from the Office of Student Affairs and/or the Office of Student and Professional Development regarding how to effectively and positively benefit from an issued Professionalism Card.

EXHIBIT C
Page 208

The Professionalism Card Policy is attached hereto and incorporated by reference. (See Appendix V)

# 7.0 REGISTRATION AND OTHER REGISTRAR SERVICES

## 7.1 Visa Requirements Prior to Check-In Of Incoming Students

The government of Dominica requires that all adults entering the country for more than three weeks must have submitted visa applications prior to arrival. This applies to incoming students. Beginning with second semester registration, students will need to be in compliance with visa-related requests from the RUSM Immigration Officer prior to being allowed to register for the next semester.

Students must remember that they are guests in Dominica, and must observe all immigration rules and local laws. All students are required to possess a return ticket to their normal country of residence and have a valid visa in their passport. If in doubt, students should check with the campus registrar's office, which handles immigration issues.

Non-resident, non-U.S. citizens may require a visa to enter the U.S. for the Clinical Clerkship segment.

## 7.2 Initial Registration – Check-In Of Incoming Students

**7.2.1** Students enrolled in the first 60 instructional weeks (four semesters of Foundations of Medicine curriculum) must register online by the deadline established by the Office of the Registrar. In addition, students must check-in in person on campus each semester prior to the first day of the semester. The check-in schedule will be determined by the Office of the Registrar. Students checking in late without prior approval from the University Registrar will be charged a late check-in fee of US$200. A waiver of the late check-in fee may be approved only in cases of medical emergencies or documentation showing a flight delay/cancellation which was outside of the student's control. Students who wish to apply for a late check-in fee waiver must submit the Petition for Late Arrival form with supporting documentation via email to Registrar@RossU.edu or via fax to 732-509-4820. The Petition for Late Arrival form is available online at http://www.rossu.edu/medical-school/currentstudents/formshandbooks.cfm.

**7.2.2** Students arriving on campus after the end of the check-in period established for each semester will not be permitted or checked-in for that semester and will be administratively withdrawn. Any financial aid disbursements received by the University will be returned to the lender.

**7.2.3** A new student's enrollment is contingent upon submission of all documentation required for admission. Any missing documentation that is specified in the offer of admission must be submitted to the University Registrar by the end of the first semester. This includes immigration paperwork necessary for obtaining a student visa. If the documentation is not received within that time, the student will be subject to administrative withdrawal and may lose the privilege to register for a subsequent semester.

**7.2.4** Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person check-in occurs. At that point, only students with approved financial aid and/or those sponsored by a RUSM recognized third-party payer will be allowed to register unless approval is granted by the University Director of Student Finance.

**7.2.4.1** In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment under the terms of their note. Furthermore, if non- or under-payment occurs, the student will not receive any credit for that semester.

EXHIBIT C
Page 209

## 7.3 Registration – Check-In Of Continuing Students

**7.3.1** Continuing students enrolled in the first 60 instructional weeks (four semesters of Foundations of Medicine curriculum) must register online by the deadline established by the Office of the Registrar and check-in in person on campus prior to the first day of the semester. The check-in schedule will be determined by the Office of the Registrar. Students checking in late without prior approval from the University Registrar will be charged a late check-in fee of US$200. A waiver of the late check-in fee may be approved only in cases of medical emergencies or documentation showing a flight delay/cancellation which was outside of the student's control. Students who wish to apply for a late check-in fee waiver must submit the Petition for Late Arrival form with supporting documentation via email to Registrar@RossU.edu or via fax to 732-509-4820. The Petition for Late Arrival form is available online at http://www.rossu.edu/medical-school/currentstudents/formshandbooks.cfm

**7.3.2** Students arriving on campus after the end of the check-in period established for each semester will not be permitted to check-in for that semester and will be administratively withdrawn.  Any financial aid disbursements received by the University will be returned to the lender.

**7.3.3** To ensure proper identification and to complete check-in, students must present the official RUSM identification card. There is a charge of US$25 to replace a lost ID card for students and spouses.

**7.3.4** Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person registration occurs. At that point, only students with approved financial aid and/or those sponsored by a RUSM recognized third-party payer will be allowed to register unless approval is granted by the University Director of Student Finance.

In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment as indicated on the terms and conditions of their promissory note. Furthermore, if non- or under-payment occurs the student will not receive any credit for that semester.

## 7.4 Registration – Clinical Science Segment

**7.4.1** Students in the Advanced Introduction to Clinical Medicine must register online by the deadline established by the Office of the Registrar and check-in in person at their AICM location on the first day of the semester. The check-in schedule will be determined by the AICM location administration.

**7.4.2** Students in the clinical clerkship segment of the curriculum must register through the Division of Clinical Sciences. Students must be present on the first scheduled day of a clinical segment or be subject to administrative withdrawal.

**7.4.3** Once students have successfully completed the AICM course, have passed the USMLE Step 1, have submitted documentation of their scores to the University Registrar (copies of both sides of the USMLE report), have submitted health records and required documentation to the Office of Clinical Sciences, and have received financial clearance from the University Director of Student Finance, they will be assigned to clinical clerkships by the Division of Clinical Sciences.

**7.4.4** In general, clerkship programs will be taken according to a pre-arranged schedule. Students will be notified of their entry into a given program via written confirmation from the Division of Clinical Sciences. Students in the Clinical clerkship curriculum are initially registered for 30 instructional weeks (two 15 –instructional week semesters) Students who decline their clerkship

schedule must sit out for a semester (15 calendar weeks) before reassignment will be provided. Failure to attend a scheduled clinical clerkship is grounds for dismissal from the University, and an "**F**" will be posted on the transcript for that clerkship.

**7.4.5** Students performing clerkships are considered enrolled full-time, provided they are scheduled for a minimum of 12 instructional weeks. The calendar period in which 15 instructional weeks of clerkships are completed defines the semester for that student.

Students who are about to begin or are continuing in the clerkship program should consult the Clinical Clerkship Program Guidelines published by the Division of Clinical Sciences for more detailed information.

## 7.5 Transcript Requests

Official transcripts are requested from and provided by the University Registrar. Students may submit a transcript request online at www.rossu.edu/myross/**.** Requests cannot be taken over the telephone. Transcripts are not released until all financial obligations to the University have been met and any missing administrative documents have been received.

To obtain an unofficial transcript, students may view and print their unofficial grade report on the MyRoss website.

# 8.0 STUDENT LOAN DEFERMENT PROCESS

Students who have previously attended another school and received financial aid in the form of student loans, and wish to defer repayment of student loans using a form from their lender, may print an enrollment verification letter from the MyRoss website and mail it to their lender. Loans cannot be deferred during curriculum gap periods of more than four weeks. (This includes gaps due to studying, sitting for, and waiting for passing results for the USMLE).

## 8.1 Tuition During Remedial Semesters

Full-time tuition is charged for students registered full-time (9 or more credits).

All students will be charged for full-time tuition, including all repeat courses.

Any student allowed to repeat coursework must repeat all courses in the semester and, in addition, must enroll in the remedial course, "Essential Lifelong Learning Skills". All courses must be successfully completed with passing grades to progress to the next semester. Students are encouraged to contact their student finance counselors to review their aid options when repeating any coursework. A student's financial aid will be based on the number of credits of the remedial course plus the failed course. Students must fund the remaining tuition for other repeated courses through personal resources or private loans.

## 8.2 Tuition Refund Policy for Withdrawals

Tuition policies are administered in accordance with federal guidelines (See Appendix XIV, Title IV Disclosure of Consumer Information).

**8.2.1** A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, even temporarily interrupted (see **Note** below). A withdrawal may be official (when the student notifies the Associate Dean of Student Affairs and the University Registrar in writing) or unofficial (without written notification).

**8.2.2** The effective date of withdrawal is normally the student's last date of attendance.

EXHIBIT C
Page 211

If a student withdraws, RUSM's handling of tuition corresponds with Federal loan entitlement regulations, which are based on the period attended:

- If a new student withdraws prior to the start of the first semester, no tuition charges are due; however, acceptance deposits are forfeited.

- If a continuing student withdraws prior to the start of a semester, no tuition charges are due.

- If a student withdraws during the first 60% of a semester, tuition charges are directly prorated based on the portion of the semester that has elapsed (as semesters are normally 15 weeks in length, tuition is prorated for withdrawals during weeks one through nine).

- If a student withdraws after the first 60% (i.e., after completing the ninth week) of a semester, the full tuition charges remain due.

**8.2.3** For withdrawal during the first 60% of a semester, as per federal regulations, student loan entitlement is recalculated, and RUSM and the student are each proportionally responsible for returning "unearned" financial aid to the relevant lender(s).

**Note:** Although a leave of absence may be authorized in limited circumstances, failure to return to school from a leave of absence is considered a withdrawal as of the last date of attendance. A Leave of Absence started during a semester and with a return date at the beginning of the next semester will be reported as not enrolled to all lenders. However, the student is not required to reapply to RUSM if on an approved Leave of Absence.  Additionally, under federal regulations, a leave of absence must be requested and approved in advance, may not exceed 180 days, and may not be granted within 12 months of a previous leave of absence. An interruption of enrollment status that does not qualify as a leave of absence is considered a withdrawal as of the last date of attendance.

See Section 5 of this Handbook regarding enrollment status while taking the USMLE.

# 9.0 LEAVES OF ABSENCE

The School of Medicine curriculum is designed to be a series of integrated, consecutively scheduled learning experiences. Interruptions of the educational program are academically undesirable and are of concern to medical licensure boards; they also can affect financial aid eligibility and loan repayment status. Approved absences are granted only under extraordinary and well-documented circumstances.

Students are advised to consult with the Associate Dean of Student Affairs or the Senior Associate Dean of Clinical Sciences, as appropriate, to discuss their plans for any interruption of their studies and its academic impact. All approved leaves of absence must be submitted to the Office of the Registrar. Those receiving student loans must also contact the Office of Student Finance; additional information is provided in the University publication, *Financial Planning Guide*.

During the clinical clerkship, students must also abide by the policies and procedures of the external institutions they are attending. Short breaks due to scheduling constraints may occur between clinical clerkships. Such breaks, if not exceeding four weeks, have no impact on the student's enrollment status. (Consult the Office of Student Finance publication, *Financial Planning Guide*, for information about loan disbursements in the event of longer gaps.)

### 9.1 Emergency Leaves of Absence (ELOA) – Foundations of Medicine

On occasion students may have unavoidable, non-academic reasons for interrupting their enrollment during a semester. With the approval of the Associate Dean of Student Affairs or her/his designee, a

EXHIBIT C
Page 212

student may be temporarily excused from classes during a semester due to documented emergency circumstances, such as severe illness or major injury to the student himself, or a similar emergency or death in the student's immediate family. Such a brief absence, wherein a student intends to (and can) return within two weeks to complete all coursework for that semester, constitutes an Emergency Leave of Absence (ELOA) and has no effect on the student's enrollment status. Documentation of the emergency is required.  If documentation is not provided the ELOA can be nullified and the student's absence will no longer be counted as an excused absence. No more than one ELOA will be granted per term.

**9.1.1** Students who experience difficulty returning to the island (for travel or other reasons) and cannot return within the two-week timeframe will not be allowed to resume their academic work within the same semester. Students who miss more than two weeks will be required to convert their leave to an academic leave of absence and will need to resume their studies during a subsequent term.

**9.1.2** A student who finds it impossible to return from an ELOA within two weeks may request an Approved Leave of Absence (see Section 9.3) extending for the remainder of the semester. Failure to request an Approved Leave of Absence after an absence of more than two weeks following an ELOA will result in administrative withdrawal (see below) and the student must apply for readmission.

**9.1.3** In the cases of an ELOA, the interrupted portion of the semester will not be counted when determining time limits for satisfactory academic progress.

## 9.2 Short-term Personal Leaves (STPL)

The Attendance Committee will consider petitions for excused absences via a Short-Term Personal Leave for reasons that are not addressed by the exceptions listed in the section on attendance (See Section 4.5.10).

**9.2.1** Petitions for permission to miss or reschedule an exam or other required exercise, on the basis of extraordinary personal circumstances (those that are not included in the three exceptions listed in the attendance policy), are considered by the Attendance Committee. The petitioning process begins by submitting a STPL request form. These forms are available on MyRoss. Whenever possible, the request form must be submitted four weeks in advance of the start date of the requested leave.

**9.2.2** Students should understand that the profession of medicine is one that demands a great deal of time and attention. There are components of the medical education program that cannot be made up or remediated. Students will frequently be required to make tough choices concerning the competing demands of educational and personal interests. Prior to submitting a request for a STPL, students should give careful consideration to the priorities required for successful completion of the RUSM medical degree. Typically, excused absences will only be granted if the student has a significant, unavoidable conflict and the missed activity can be made up

**9.2.3** Students on a STPL may not miss more than one week. Students who experience difficulty returning to the island (for travel or other reasons) and cannot return within this timeframe will not be allowed to resume their academic work in the same semester. Students who miss more than one week will be required to convert their leave to an approved leave of absence and will need to resume their studies during a subsequent term.

## 9.3 Approved Leave Of Absence (ALOA)

The first 60 instructional weeks (four semesters of Foundations of Medicine) are scheduled three times per calendar year with short breaks between semesters. Outside of these scheduled breaks, ELOA and STPL, students must be continuously enrolled. A student who wishes to temporarily interrupt his or her

studies may apply for an Approved Leave of Absence. To qualify for an approved leave of absence the student must meet the criteria established below:

**9.3.1** An ALOA must be requested in writing on the standard form, stating specific reasons and return date, and must be approved by the Associate Dean of Student Affairs or her/his designee and  the Associate Dean for Education or her/his designee.

**9.3.2** An ALOA may commence during a semester (to continue until the end of the semester) or between semesters (to cover a period of time equal to one semester). When applying for a leave, the student must indicate when he or she intends to resume studies, which must be at the beginning of a subsequent semester. A leave of absence may not exceed 180 days under any circumstances. If the student does not resume his or her studies on the date indicated on his or her application, or if the leave of absence exceeds 180 days, he or she will be administratively withdrawn retroactive to the last date of attendance before the approved leave.

**9.3.3** The student should be in good academic standing at the time of his or her application for an Approved Leave of Absence. The student may not be on academic warning or probation and may not be failing more than one block at the time of application. The Associate Dean for Education or his/her designee will meet with the student to discuss the reasons for the application, ramifications of the proposed leave and review the student's academic standing at the time of the application. Students who are repeating a semester are on academic warning or probation and are thus not eligible to take an ALOA.

**9.3.4** In certain unusual situations, students may request an ALOA following a short period of unacceptable academic performance. The student must indicate the reason for the leave on his or her application. Acceptable reasons for an approved leave may include, but are not limited to, any of the following: personal or family medical emergency, other personal or family emergency, or legal or financial hardship. In addition to providing a written explanation at the time of his application, the student may be asked to provide additional documentation. The Associate Dean of Student Affairs or his/her designee will review the student's application, meet with the student as necessary to understand the situation and discuss ramifications of the leave with the student. During the Foundations of Medicine segment, the Associate Dean of Student Affairs together with the Associate Dean of Education will approve or deny the request for a leave of absence. During the Clinical Sciences segment, the Senior Associate Dean of Clinical Sciences makes the determination.

**9.3.5** Students are only eligible for an ALOA after successfully completing one full semester at RUSM.

**9.3.6** During the Clinical clerkship phase, an ALOA may be taken only at the end of a clinical segment or clerkship, and the student must return to resume clinical clerkships at the time specified.

**9.3.7** During the Clinical clerkship phase, requests for an ALOA to prepare for Step 2 will be granted for a period of time not to exceed 10 weeks.

**9.3.8** Students may not have more than one ALOA within a 12-month period.

**9.3.9** Students must confirm with the University Registrar, their intent to return eight weeks prior to the start of the semester they are returning to, unless otherwise approved at the time of their application. Failure to do so may result in the student's administrative withdrawal. Students who are approved for a leave of absence for medical reasons must supply satisfactory documentation from a healthcare professional. The documentation must substantiate to RUSM's satisfaction that the student is medically able to return to classes.

EXHIBIT C
Page 214

**9.3.10** Students who are granted an ALOA during a semester will be reported as not enrolled to all lenders until returning to courses the following semester. At this time students will be placed on their grace period with their lenders and possible loan repayment. Once a student returns to classes, they must submit a deferment form/enrollment letter to their lender to be placed back into in-school deferment status with that lender.

**9.3.11** Students who are granted an ALOA during a semester will receive W, WF or WP grades for that semester and must repeat the semester upon their return. In such situations the student will not be charged twice for the same semester. A student who takes the leave prior to completing 60% of the semester, as determined by his or her last date of attendance, will receive a partial tuition credit during the interrupted semester and the remainder of the tuition waiver will be applied in the semester in which he or she returns. A student who takes the leave after completing 60% of the semester will not receive tuition credit for the interrupted semester but will receive a full tuition waiver for the semester in which he or she returns. Per section 9.3.13, students will be responsible for covering any costs associated with an increase in tuition.

**9.3.12** A student who does not return from an ALOA at the specified time will be administratively withdrawn, effective the last day of class attendance. (Note the effect of this on financial aid obligations; see *Financial Planning Guide*.)

**9.3.13** All students returning from an ALOA must follow the standard registration and check-in procedures prior to the start of the semester, being certain that the University Registrar and the Office of Student Affairs or Senior Associate Dean for Clinical Sciences are notified of their presence on campus to resume study and must pursue the curriculum then in effect. They are subject to all policies that are in force at that time and must pay the current tuition and fees. Similarly, students who defer their enrollment or are readmitted or reinstated to the University after any period of absence are also subject to all policies, tuition, and fees then in effect.

## 9.4 Unauthorized Leaves

Except for ELOAs, STPL, or ALOAs outlined above, students who leave during a semester or a scheduled clinical clerkship may be administratively withdrawn (See Section 9.5).

Students wishing to return to the University after an unauthorized leave must apply for readmission. The past performance of these students will be reviewed by the Readmission Committee to determine whether they can be readmitted and, if so, under what conditions, including academic warning or probation.

## 9.5 Withdrawals

Students who have been withdrawn (by student request or administrative action) must apply for readmission if they wish to return to RUSM and are subject to the tuition polices for withdrawals. Such readmission must be reviewed by the Readmission Committee and is not guaranteed. They typically will be subject to all academic policies and tuition and fees then in effect, without any "grandfathering" provisions based on their original admission.

### 9.5.1 Student Withdrawals

**9.5.1.1** Students may not withdraw from a single course/block during a semester; they must withdraw completely from RUSM. Students in the first 60 instructional weeks (four semesters of Foundations of Medicine curriculum) may begin the withdrawal process by completing an Application for Withdrawal Form available on MyRoss and online at http://www.rossu.edu/medical-school/shared-content/documents/DominicaWithdrawal.pdf and obtaining appropriate clearances and approvals. Such students will receive "**W**", "**WP**", or "**WF**" on their transcripts depending on whether they were passing or failing a block at the time of their withdrawal, as specified under the **Student Grading and Promotions Policies**

section of this Handbook. All approved withdrawals must be submitted to the Office of the Registrar.

**9.5.1.2** Refunds, if required, will be determined by the last day of attendance in an academically related activity.

**9.5.1.3** Those who received "**WF"** in any of their blocks at the time of withdrawal will be reviewed by the Readmission Committee to determine whether they are eligible for readmission.

**9.5.1.4** Students who were failing one or more courses at the time of withdrawal will be on academic probation if they are readmitted. The student's schedule of courses will be assigned by the Associate Dean of Education.

**9.5.1.5** Students who were failing one or more courses at the time of withdrawal will also be on financial aid probation, and will not receive funds to continue if they are still on academic probation in the succeeding semester.

**9.5.2 Administrative Withdrawals**
See Section 4.5.5

## 9.6 Deferrals

**9.6.1** Prior to the start of classes, students admitted to a specific semester may request to defer their admission to a subsequent semester. This is limited to no more than the next two semesters. Those who do not begin enrollment during that period are considered to have deactivated their applications and must re-apply for admission. Applications for deferrals must be made to the Admissions Office. Students deferring to a future semester must meet all the requirements in effect for that semester.

**9.6.2** Entering students who, following their initial check-in on campus, wish to defer their enrollment to the following semester may do so through Student Affairs, only during Week One of the semester.

**9.6.3** Students who are admitted for a given semester, do not come to campus to check-in for that semester, and do not request a deferral, are administratively withdrawn and are considered to have deactivated their applications and must re-apply for admission.

## 9.7 Additional Interruptions/Terminations

RUSM may implement disciplinary actions for non-academic infractions (see e.g., Section 6 of this Handbook) which may result in suspension or dismissal. Students may be dismissed from the University for poor academic performance, for violation of the Honor Code, and/or for disruptive or unprofessional behavior. As a general University policy, students who are dismissed will not be considered for readmission. Dismissal on this basis during an academic semester does not warrant reduction of tuition and fee charges.

# 10.0 STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

RUSM has developed a Student Policy on Alcohol and Other Drugs, with which all students must comply. It attached hereto (See Appendix VII) and incorporated herein.

EXHIBIT C
Page 216

## 11.0 STUDENT RIGHTS AND RESPONSIBILITIES

### 11.1 Privacy Rights

The University follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows (See also Appendix XI - Annual FERPA Notification):

- The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

- Students should submit to the University Registrar a written request that identifies the records they wish to inspect. The Registrar will make arrangements for access and notify the student of the time and place where the records may be inspected.

- The right to request the amendment of the student's education records that the student believes is inaccurate or misleading.

- Students may ask the University to amend a record that they believe is inaccurate. They should write to the University Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

- If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

- The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

- One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

- A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility. Upon request, the University may disclose education records without consent to officials of another school in which a student seeks or intends to enroll.

- The University may disclose directory information upon request. Directory information includes:

  Name, address, and telephone listing

  Dates of attendance, degrees and awards

  Field of study

  Most recent previous school attended

  Photographs

  Date and place of birth

EXHIBIT C
Page 217

E-mail address

- The right to file a complaint with the U.S. Department of Education concerning alleged failures by the University to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-4605.

## 11.2 Accommodations of Students With Disabilities

RUSM is committed to ensuring that qualified students with disabilities are afforded reasonable accommodations in compliance with Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act of 1990, and the Persons with Disabilities Civil Rights Act of 1976. The University follows the guidelines established by the National Board of Medical Examiners, which determines eligibility for testing accommodation for the United States Medical Licensing Examinations.

Requests for accommodation should be made within thirty (30) days of acceptance to the University through the University Accommodation Administrator. The Accommodation Administrator keeps all accommodation requests confidential except to the extent necessary to consider the request and implement any approved accommodations. The Accommodation Coordinator reviews requests to determine whether they are supported by adequate and appropriate documentation. The Accommodation Administrator will facilitate each request through the Accommodation Committee which, after careful review and if necessary consultation with appropriate professionals, will make a recommendation to the Dean. The decision of the Dean will be communicated to the student by the Accommodation Administrator.

All accommodations will be confidential, reasonable, and appropriate to the circumstances, allowing equal opportunity for students with disabilities, and will not infringe on the essential requirements of, or fundamentally alter, the medical education program of RUSM.

If accommodation is required during clinical clerkships it is the responsibility of the student to seek appropriate accommodation directly from facilities in which training is undertaken. The Accommodation Coordinator is available to clinical students if needed to facilitate those discussions between the student and the site.

**Disclaimer:** While RUSM is committed to providing reasonable accommodations to qualifying students, RUSM cannot guarantee any student will obtain any or similar accommodations from the United States Medical Licensing Board. It is the responsibility of each student to keep abreast of the United States Medical Licensing Board requirements, as well as corresponding state licensing law for accommodation consideration.

Furthermore, RUSM makes no guarantee that facilities outside of its campuses, including but not limited to housing and other establishments, will provide accommodations for individuals with disabilities.

## 11.3 Religious Observance

RUSM is non-sectarian, and as such does not close for the religious holidays of any specific denomination or group. Students who miss classes or laboratories for any reason will be responsible for the content of all missed course work. Examinations that are scheduled to occur on religious holidays generally will not be rescheduled.

## 11.4 Student Ombudsman

The Student Ombudsman is available to assist students to gain access to services, and to understand the policies of the University. The Ombudsman is an agent who is available to listen to students' concerns and questions, and explore and identify appropriate resources. The Ombudsman functions as a mediator,

EXHIBIT C
Page 218

listener, and facilitator. Students are encouraged to contact the Ombudsman to help open avenues of communication. Students may contact the Ombudsman at 732-509-4600, extension 2890.

## 12.0 THE ANNE ROSS LIBRARY AND RELATED MATTERS

The Anne Ross Library and Learning Resource Center (LRC) strives to be the intellectual center of the Ross University School of Medicine and provides services, resources, equipment, and facilities needed to enhance self-directed learning, support evidence-based medicine, and help students succeed academically.

Students are expected to purchase required textbooks for each course. The library houses a full range of biomedical books, journals, study aids, audiovisual programs, and computer-assisted materials that supplement the required readings. The library also provides access to many electronic and online resources through its website.

A student identification card with barcode is required for all library transactions and services including borrowing books, using multimedia resources, and accessing the Internet. The library is intended for RUSM students, faculty, and staff only. Children are not permitted in the Anne Ross Library and LRC. The Library Director and staff are available to help students access and efficiently utilize all of the library's resources.

During the semester, the library is open 22 hours per day, seven days a week for the convenience of students. Prior to exams the library is open 24 hours per day. Any changes in library hours are posted on the front door in a timely manner.

Students are expected to take their notes, books, and personal items with them when they leave the library. At 5:00 am each morning the library is closed for cleaning, and study tables, carrels, and group study rooms are cleared of all materials left behind. The library re-opens at 7:00 am.

Students are expected to return library materials on time. Overdue fines are assessed to ensure prompt return of high-use items. Failure to pay fines or return books will affect a student's ability to borrow other materials and may affect the release of final grades or the ability to register for the following semester.
Eating  and smoking are not permitted in the library. Students should silence cell phones and take calls outside the library.

Stealing or damaging library materials, equipment, or furniture is a serious offense. Students caught vandalizing, mutilating, or stealing library materials, equipment, or furniture, or physically threatening staff members will receive disciplinary action. Security cameras are in operation in all rooms of the library. Personal items lost or stolen are the responsibility of the student. Students should be careful not to leave valuables unattended. Items found in the library will be turned over to the security department.

Students who consistently ignore the basic rules of the library will be identified and warned by the library staff. Unprofessional behavior will be reported to administration through use of fines and/or the professionalism card program, described elsewhere in the Student Handbook. Students are encouraged to make suggestions and express their ideas about library services, resources, and facilities to the Library Director or through the Student Government Association.

See Appendix XIV for additional policies applicable to the library on the Dominica Campus.

## 13.0 HOUSING IN DOMINICA

RUSM offers on-campus housing primarily for first semester students. Due to the limited number of available rooms, these residences are assigned on a "first come, first served" basis; however, students also have access to housing options within walking distance of the campus in the town of Portsmouth and the surrounding area.

EXHIBIT C
Page 219

A limited number of apartments are available for students with special needs; particularly students with requirements for suitable accommodation for families and pets. Students should review the material provided in the Welcome Packet and on the housing database to arrange housing prior to their arrival in Dominica. RUSM's housing coordinators are available to assist students in finding appropriate accommodations.

## 14.0 SECURITY

The University maintains a security force on the campus to preserve order and the safety of the students and the campus. This security force functions under policies and procedures established by the administration, as well as in response to directives from the administration that may be issued and publicized from time to time. All on- and off-campus incidents must be reported to the security force.

In accordance with U.S. Department of Education requirements, information about security and safety practices, as well as campus crime statistics, is published annually. This information is distributed to current students and may be obtained, upon request, by any prospective student.

In Dominica RUSM employs a cadre of security officers to provide 24-hour security to the University, its students, and staff, at the Portsmouth Campus. All security officers have received in-house training, supplemented by formal training at the Dominica Police Training School.

By and large, most student security problems occur outside the campus compound. While the Island has a relatively low crime rate, students and visitors should still take the same precautions that they would take in major cities in the United States.

Security is also provided for the RUSM Clinical Facility at the Princess Margaret Hospital in Roseau, which is used by students during clinical assignments and clinical clerkships.

## 15.0 STUDENT ORGANIZATIONS

### 15.1 Student Government Association

The student body elects class representatives and officers for the Student Government Association (SGA) each semester. The SGA is active in coordinating athletic events, supporting student philanthropic efforts, underwriting various student interest clubs, sponsoring and arranging social activities on campus, and bringing student concerns to the attention of the administration. To be qualified to run for office and serve as an officer or other SGA position, a student must be a full-time student and in good academic standing as defined in this Handbook. Students who are officers in the SGA are considered leaders and role models for the student body. As such, they are required to maintain a cumulative grade point average (cGPA) above 2.6 prior to election and have no disciplinary action on record.  Those who do not meet these criteria will be asked to resign and another student will be appointed or elected to serve.

Employees from the Office of Student Affairs act as advisors to the SGA. Students are required to pay an SGA fee, assessed with their tuition, to support the efforts of the SGA. In addition, all late registration fees and library fines go entirely to the SGA.

## 16.0 WHEN YOU LEAVE DOMINICA

Students must pay all their non-student loan and local debts before they leave Dominica. Students are responsible for all debts to landlords, local restaurants, phone companies, the University, or others. The Dominican laws on debt are strict, and it has happened that students have found themselves detained or in jail for debt.  If debts to the University remain outstanding, the student may not be allowed to proceed with clinical clerkships or obtain any transcripts from the New Jersey Office.

It is recommended that each student find two faculty members to write letters of recommendation. It is best to get letters from professors who know you well from small group interactions such as problem

based learning (PBL) or introduction to clinical medicine (ICM). These letters are kept on file in the New Jersey office for possible inclusion into the MSPE.  It is very beneficial to have these on file, as professors know you well now, but details about you may fade over time.   These letters are references, not testimonials, and are, therefore, confidential; students may not have copies. It is advisable to check with the Registrar to confirm that your letters are on file. The necessary release of information forms for students and letter of recommendation forms for faculty are on the G drive under Student Affairs.

# APPENDIX I- Technical Standards
**Qualifications for Doctor of Medicine Degree Candidates**

### Introduction

The Liaison Committee on Medical Education (LCME) has recommended that all medical schools develop technical standards to assist them in determining whether applicants for admission candidates seeking the degree of Doctor of Medicine are qualified to pursue a career in medicine. This document, "Qualifications for Doctor of Medicine Degree Candidates" (Qualifications), contains RUSM's technical standards which are based on guidelines produced by the Association of American Medical Colleges. All applicants who reach the interview stage will be required to read the Qualifications and to sign a copy of the attached form to indicate that they understand the Qualifications. The signed form is kept as a permanent part of the record of all matriculating candidates.

### Technical Standards

Medicine is a physically and mentally demanding profession in which practitioners are asked to place the interests of their patients above their own, which requires commitment to a life of service and dedication to continuous learning. The rigorous four year medical school curriculum is where candidates begin to develop the qualities necessary for the practice of medicine. It is during this period of medical education that the candidate acquires the foundation of knowledge, attitude, skills, and behaviors that he or she will need throughout his or her professional career. During this period, it is critical for the School of Medicine to evaluate whether the candidate is qualified to receive a degree of Doctor of Medicine. The School of Medicine has a responsibility to society to train physicians who are competent to care for their patients with critical judgment, broadly based knowledge, and well honed technical skills. The abilities that physicians must possess to practice safely are reflected in the technical standards that follow. Thus, applicants and candidates must be able to meet these standards and successfully complete all identified requirements to be admitted to the School of Medicine, to progress through the curriculum and ultimately, to receive the degree of Doctor of Medicine. Candidates for the degree of Doctor of Medicine must be capable of performing in defined areas: Visual, Oral-Auditory, Motor, Cognitive, and Social.

### A. Visual

Candidates must be able to observe and participate in experiments in the basic sciences, e.g., physiologic and pharmacologic demonstrations and microscopic studies of microorganisms and tissues. In order to make proper clinical decisions, candidates must be able to observe a patient accurately. Candidates must be able to acquire information from written documents, films, slides or videos. Candidates must also be able to interpret X-ray and other graphic images, and digital or analog representations of physiologic phenomena, such as EKGs with or without the use of assistive devices. Thus, functional use of vision is necessary, close and at a distance.

### B. Oral-Auditory

Candidates must be able to communicate (both verbally and in writing) effectively, sensitively, and rapidly with patients and members of the health care team. Candidates must be fluent in English. In emergency situations, candidates must be able to understand and convey information essential for the safe and effective care of patients in a clear, unambiguous, and rapid fashion. In addition, candidates must have the ability to relate information to, and receive from, patients in a caring and confidential manner.

### C. Motor

Candidates must possess the motor skills necessary to perform palpation, percussion, auscultation, and other diagnostic maneuvers. Motor skill demands require reasonable endurance, strength, and precision. Candidates should have sufficient motor function to be able to do basic laboratory tests (urinalysis, CBC, etc.), carry out diagnostic procedures (proctoscopy, paracentesis, etc.) and read EKGs and X-rays. A candidate should be able to execute motor movements reasonably required to provide general care and emergency treatment to patients. Examples of emergency treatment reasonably required of physicians are cardiopulmonary resuscitation, the administration of intravenous medication, application of pressure to stop bleeding, the opening of obstructed airways, the suturing of simple wounds, and the performance

EXHIBIT C
Page 222

of simple obstetrical maneuvers. Such actions require coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision.

**D. Sensory**

Candidates need enhanced sensory skills, including accuracy within specific tolerances and functional use for laboratory, classroom, and clinical experiences. Students who are otherwise qualified but who have significant tactile, sensory, or productive disabilities must be evaluated medically to determine whether they are able to perform adequately in a medical setting with or without a reasonable accommodation. These disabilities include individuals who were injured by significant burns, have sensory motor deficits, cicatrix formation, or have malformations of upper extremities.

**E. Strength and Mobility**

Candidates must have sufficient posture, balance, flexibility, mobility, strength, and endurance for standing, sitting, and participating in the laboratory, classroom, and clinical centers.

**F. Cognitive**

In order to effectively solve clinical problems, candidates must be able to measure, calculate, reason, analyze, integrate, and synthesize in a timely fashion. In addition, they must be able to comprehend three-dimensional relationships and understand the spatial relationships of structures.

**G. Social**

Candidates must possess the emotional health required for the full utilization of their intellectual abilities, for the exercise of good judgment, for the prompt completion of all responsibilities attendant to the diagnosis and care of patients, for the development of effective relationships with patients, and for effective functioning as a member of the health care team. Candidates must be able to tolerate physically taxing workloads and function effectively under stress. They must be able to adapt to changing environments, display flexibility and learn to function in the face of the uncertainties inherent in the clinical problems                                                      of                                                       patients.

The unpredictable needs of patients are at the heart of becoming a physician. Academic and clinical responsibilities of students may require their presence during day and evening hours, any day of the week.

Students will be judged not only on their scholastic accomplishments, but also on their physical and emotional capacities to meet the full requirements of the University's curriculum, and to graduate as skilled and effective practitioners of medicine.

The following technical requirements apply:

    **1.** Is the candidate able to observe demonstrations and participate in experiments in the basic sciences?

    **2.** Is the candidate able to analyze, synthesize, extrapolate, solve problems, and reach diagnostic and therapeutic judgments?

    **3.** Does the candidate have sufficient use of the senses of vision and hearing and the somatic sensation necessary to perform a physical examination? Can the candidate perform palpation, auscultation, and percussion?

    **4.** Can the candidate reasonably be expected to relate to patients and establish sensitive, professional relationships with them?

    **5.** Can the candidate reasonably be expected to communicate the results of the examination to the patient and to his or her colleagues with accuracy, clarity, and efficiency?

EXHIBIT C
Page 223

**6.** Can the candidate reasonably be expected to work as an effective member of the health care team?

**7.** Can the candidate reasonably be expected to learn and perform routine laboratory tests and diagnostic procedures?

**8.** Can the candidate reasonably be expected to perform routine invasive procedures as a part of training using universal precautions without substantial risk of infection to patients?

**9.** Can the candidate reasonably be expected to perform with precise, quick, and appropriate actions in emergency situations?

**10.** Can the candidate reasonably be expected to display good judgment in the assessment and treatment of patients?

**11.** Can the candidate reasonably be expected to possess the perseverance, diligence, and consistency to complete the medical school curriculum and enter the independent practice of medicine?

**12.** Can the candidate reasonably be expected to accept criticism and respond by appropriate modification of behavior?

## APPENDIX II- AMA Ethical Principles
**American Medical Association Principles of Medical Ethics Preamble**

The medical profession has long subscribed to a body of ethical statements developed primarily for the benefit of the patient. As a member of this profession, a physician must recognize responsibility to patients first and foremost, as well as to society, to other health professionals, and to self. The following Principles adopted by the American Medical Association are not laws, but standards of conduct which define the essentials of honorable behavior for the physician.

Principles of medical ethics

**1.** A physician shall be dedicated to providing competent medical care, with compassion and respect for human dignity and rights.

**2.** A physician shall uphold the standards of professionalism, be honest in all professional interactions, and strive to report physicians deficient in character or competence, or engaging in fraud or deception, to appropriate entities.

**3.** A physician shall respect the law and also recognize a responsibility to seek changes in those requirements which are contrary to the best interests of the patient.

**4.** A physician shall respect the rights of patients, colleagues, and other health professionals, and shall safeguard patient confidences and privacy within the constraints of the law.

**5.** A physician shall continue to study, apply, and advance scientific knowledge, maintain a commitment to medical education, make relevant information available to patients, colleagues, and the public, obtain consultation, and use the talents of other health professionals when indicated.

**6.** A physician shall, in the provision of appropriate patient care, except in emergencies, be free to choose whom to serve, with whom to associate, and the environment in which to provide medical care.

**7.** A physician shall recognize a responsibility to participate in activities contributing to the improvement of the community and the betterment of public health.

**8.** A physician shall, while caring for a patient, regard responsibility to the patient as paramount.

EXHIBIT C
Page 224

**9.** A physician shall support access to medical care for all people.

*Adopted June 1957; revised June 1980; revised June 2001*

## APPENDIX III- Grievance Committee Procedures

The Grievance Committee is an investigative arm of the Office of the Dean, and its authority is derived from that office. The Committee investigates complaints and hears grievances, including, but not limited to, violations of the Code of Conduct, Technical Standards, AMA Ethical Guidelines and Honor Code, referred by the Dean, the Assistant/Associate Dean of Student Affairs, the Student Government Association, and the Director for Professional Standards and Judicial Management or any individual student or faculty member ("Complainant"). Recommendations and reports generated by the Committee are submitted to the appropriate Assistant or Associate Dean for review. The final appeal of a decision is to the Dean or his/her designee.

### Composition

The Grievance Committee in Dominica consists of faculty representatives appointed by the Dean and up to four students (one per each class in Semester 1-4) elected under the auspices of the Student Government Association. The chairperson shall be a faculty member appointed by the Dean. The Committee shall elect a vice-chair by majority vote, such election to be held on a yearly basis or as needed. Students elected to the grievance committee are required to meet the same requirements as must be met by students elected to the Honor Council.

The Grievance Committee Stateside convenes on the Miramar Campus and consists of faculty representatives appointed by the Dean and a minimum of two students (from semesters 5-10 and preferably with past experience on a conduct board while in Dominica) elected under the auspices of the Student Government Association. The chairperson shall be a faculty member appointed by the Dean. The Committee shall be reconstituted as needed to hear cases.

### Complaints

Complaints may be submitted to any of the individuals designated in Section 6 in writing on the appropriate form ("Complaint"), which is available through the Conduct Administrator, the Grievance Committee's Chair or Vice Chair and/or the Office of Student Affairs. If an individual brings allegations to RUSM's attention but does not pursue a written Complaint, a RUSM official may lodge a written Complaint based on those allegations if appropriate.

The Conduct Administrator, in consultation as necessary with RUSM administrators and/or the President of the Honor Council, will consider the appropriate venue.  In a meeting to determine forum, the Conduct Administrator and any other individual(s) having received the Complaint typically will hold confidential the identities of the individuals involved and only describe the nature of the complaint such that appropriate forum may be designated, provided that the names of involved individuals may be disclosed in appropriate circumstances, e.g., when the identity of the accused could create a conflict of interest for one or more members of either the Grievance Committee or the Honor Council.

The matter may be referred to the Office of Student Affairs or an appropriate RUSM administrator to explore possibilities for an informal resolution. In these cases, within five Semester Days, the Office of Student Affairs or RUSM administrator to whom the matter was referred will notify the Conduct Administrator whether an informal resolution has been reached and with a recommendation about whether to continue with a hearing..  If, upon review of the Complaint, the Conduct Administrator determines that a hearing is appropriate, the Conduct Administrator will confer as necessary  to determine the forum (Grievance Committee or Honor Council) to which the Complaint will be referred.

When a Complaint is referred to the Grievance Committee, the  student(s) charged with a violation ("Respondent") will notify the student of the Complaint and the venue. The Respondent will have three Semester Days to file a response ("Answer") with the Chair. If a single complaint involves more than one Respondent, the Chair will determine whether the hearings concerning each Respondent

EXHIBIT C
Page 225

will be held separately or at the same time.  Each Respondent will typically be required to file a separate Answer.

**Scheduling of Hearing**

Upon receipt of the Answer, the Chair will issue a notice of hearing ("Notice") to the Complainant and Respondent. Notice shall include copies of the Complaint and Answer, in addition to the date, time and location of the hearing. The hearing ordinarily will be scheduled to take place within seven (7) Semester  Days after the notice is issued, though circumstances may justify setting a hearing date outside this time period.

**Procedural Rules of the Hearing**

Failure to appear at the hearing by either the Complainant or Respondent will result in the loss of the opportunity to present information or respond to charge(s) at the hearing and the Committee will consider the case without the absent party's participation. Both parties may have an advisor present at the hearing, and each party will have an opportunity to present information, evidence and witnesses to the Committee at the hearing. Though both parties have the right to be assisted by an advisor, the Complainant and Respondent are responsible for presenting their own information; therefore, advisors are not permitted to participate in the hearing, and may speak only to the individual party whom they are advising.

Hearings will not be governed by rules of substantive or procedural law.

**Quorum**

Seven (7) members of the Committee, including a minimum of one student member, will constitute a required quorum.

**Recusal**

Members of the Committee must disqualify themselves from hearing cases arising from matters directly relating to them, or concerning people about whom they are biased. Any such situation shall be brought to the attention of the Chair by the Committee Member. If a case involves the Chair or people about whom the Chair is biased, than he/she shall disqualify himself, and either the Vice Chair or an unbiased faculty member of the Committee will be appointed by the Dean to preside over the proceedings. Any Committee Member who fails to disclose bias or a conflict of interest may be subject to disciplinary action.

**Confidentiality, veracity, relevancy**

Information prepared in anticipation of or presented at the hearing or deliberation is confidential. Disclosure of confidential information not authorized by RUSM by any individual associated with the hearing will be subject to disciplinary action. Materials prepared in anticipation of the hearing will be accessible to all committee members, parties and advisors (as appropriate) in order to prepare for proceedings but will remain at all times the property of RUSM.  Reproduction of these materials and/or unauthorized sharing of materials with individuals outside the disciplinary process is prohibited.

Hearings will be closed to everyone except Committee members and individuals involved in the hearing. Witnesses shall only be present in the hearing room when appearing before the Committee to testify. Individuals appearing before the Committee are responsible for presenting truthful information and conducting themselves in a courteous and respectful manner. Any person found knowingly presenting false or misleading information may be subject to disciplinary action.

The Committee will examine all relevant facts and circumstances available at the hearing. Information presented to the Committee by the parties should be limited to that which is relevant to the case. When a witness is available and willing to testify at the hearing, the testimony normally will be presented in person.  However, when appropriate, the Chair may accommodate availability restraints or concerns for the safety and well-being of the parties or witnesses by providing separate facilities, using a visual screen, or by permitting participation by telephone, video recording or written or other means. Any attempted or actual intimidation of hearing participants may be subject to disciplinary action.

EXHIBIT C
Page 226

All questions during the hearing will come from Committee members. The Complainant and Respondent may suggest questions to the Chair, but neither will question witnesses or the other party directly. All procedural questions during the hearing are subject to the decision of the Chair at the time of the hearing.

**Record**

There shall be a single verbatim record, either in writing or audio or visual recording, of the hearing, not including deliberations. The record shall be the property of RUSM.

**Deliberations/recommendations**

After all information has been presented, the hearing will be adjourned and the Committee will deliberate in private to determine whether the Respondent charged has committed a disciplinary offense. During deliberations, the Committee may request and review the disciplinary file history of the Respondent. Finding of a violation will be made by majority vote of the Committee based on whether it is more likely than not that the Respondent violated the Code of Conduct or other rule or provision at issue. The Committee Member chairing the hearing will vote only as needed to break a tie. Upon a determination of such offense, the Committee will make a recommendation to the applicable Associate or Assistant Dean as to appropriate sanction(s).

Written notice of these findings and recommendations will be sent by the Chair to the Associate or Assistant Dean  (or a delegate) within five Semester Days following the hearing.

**Decisions**

A written, dated notice of decision ("Decision") (including sanctions, if imposed) will be forwarded to the Respondent by the Dean or his/her designee. The notice may also include information about further support available through the Office of Student Affairs. Record of a sanction will be maintained in the student's disciplinary file and, where appropriate, noted in the student's permanent educational record.  .

The Complainant will also be provided notice of the final decision on the Complaint; however, the notice sent to the Complainant usually will not contain details about sanctions imposed on the Respondent, particularly where the sanctions do not directly relate to the Complainant and/or the Complaint does not involve a crime of sex or violence.

**Appeals**

Decisions of the Assistant Dean may be appealed to the Dean or the Dean's designee. When an appeal is filed, the Assistant Dean may elect to delay sanctions pending the outcome of the appeal.

Both the Complainant and the Respondent have the right to file an appeal. Either party may appeal the finding of responsibility (or lack thereof); however the Complainant may not appeal sanctions. Decisions heard by the Dean or the Dean's designee are final.

## APPENDIX IV- Student Honor Code & Constitution

**HONOR CODE**

**The Concept of Honor at Ross University School of Medicine**
The Honor System at Ross University School of Medicine is a deeply cherished obligation founded upon the personal integrity of each individual member of the University community. It requires that all members of this community conduct themselves honorably at all times and in all dealings with others. This shared commitment to high ethical standards creates an atmosphere of trust and respect vital to the unique sense of community, which characterizes the institution. Authority for the maintenance and operation of the Honor System is delegated directly by the Board of Trustees to the students through the Dean, with concurrence of the faculty. It is the students who are responsible for determining when a breach of honor has been committed, and it is they who are entrusted with enforcing the system. Accordingly, every member of the student body has the responsibility, not only for understanding the provisions of the Honor Code, but also for maintaining at all times the highest possible degree of personal integrity. Moreover, every student must realize that acceptance of admission to Ross University School of Medicine includes

EXHIBIT C
Page 227

the explicit agreement to abide by the provisions of the Honor Code as contained in the Honor Constitution.

The presence of the Honor Code and its provisions does not in any way abridge or subrogate the responsibilities of the faculty in monitoring the student body in all areas herein identified, and in bringing actions through previously adopted mechanisms if incidents occur which are not brought to the attention of the School by the Honor Council.

## THE HONOR CONSTITUTION

### Introduction

The Honor System applies to every student who is enrolled at Ross University School of Medicine. Accordingly, every student shall be required to verify acceptance of the Honor System by signing the following Honor Pledge:

"I, (written student name), as a student at Ross University School of Medicine, do hereby accept the Honor System. I have read the Honor Constitution, understand it, and agree to abide by its provisions. Accordingly, I resolve to refrain from giving or receiving academic material in a manner not authorized by the instructors, from illegally appropriating the property of others, and from deliberately falsifying the facts. I will also refrain from conducting myself in a manner that is unbecoming of a medical professional. I acknowledge that, in support of the Honor System, it is my responsibility to report any violations of the Honor Code of which I am aware. I realize that, in the event of a violation of the Honor Code, a plea of ignorance will not be acceptable, and that such a violation could result in my permanent dismissal from the University. I further pledge that I shall endeavor at all times to create a spirit of honor, both by upholding the Honor System myself and helping others to do so."

Registration as a student at Ross University School of Medicine is not complete until signed verification of the Honor Pledge is on file, and no grades can be recorded until this is done. If the Pledge is not signed by the end of the fourth week of the semester the student's matriculation will be cancelled and all fees paid will be forfeited in accordance with the withdrawal policy described in the catalogue. The ultimate responsibility for signing the Honor Pledge rests with each individual student. Two weeks following registration a reminder will be sent out to the entire student body via email concerning the signing of the Honor Code.

### Article I: Scope of the Honor Code

**Section 1** The violations of the Honor Code are lying, cheating, and stealing, as well as toleration of the aforementioned acts in all their various forms. In addition, conduct unbecoming of a medical professional will not be permitted as long as a student represents the institution. These terms are explained as follows:

**A. Lying:** a deliberate verbal, written, or other misrepresentation of the truth. This violation includes, but is not limited to, forgery and the falsification or misuse of the student identification card by using another's card or by allowing another to use one's own card, falsification of documents concerning sickness or physicians visits, financial documents or transcripts, or verbal attempts to mislead others concerning their identity.

**B. Cheating**: an intentional misrepresentation of another's work as one's own, or a misrepresentation of the circumstances under which the work was done. This violation includes, but is not limited to, copying, plagiarism, unauthorized collaboration and unauthorized divulging of test contents or other information.

**C. Stealing**: intent to deprive owner of property, or of the University, without authorization or consent. This violation includes, but is not limited to, the theft or mutilation of library material, the unauthorized use or duplication of a key belonging to the University or

**D. Conduct unbecoming of a medical professional:** any behavior deemed inappropriate of a medical professional that would otherwise reflect poorly upon the University and its representatives. Such

EXHIBIT C
Page 228

behavior includes, but is not limited to, sexual harassment, illegal use/possession/distribution/sale of drugs, public intoxication to a gross extent and public indecency.

**E. Toleration:** failure of a student to report items A: lying, B: cheating, C: stealing and D: conduct unbecoming of a medical professional constitutes a violation of the Honor Code and that student is thereby subject to disciplinary action.

**Section 2** In order to reaffirm commitment to the Honor System, the student shall sign or write out the Honor Pledge, in abbreviated form, on all quizzes, examinations, papers, and other assignments, as appropriate. The Pledge verifies that the work submitted is the student's own and has been done in accordance with the requirements set forth by the instructor.

**The Pledge:**
"I hereby declare upon my word of honor that I have neither given nor received unauthorized help on this work."

## Article II. Organization

**Section 1** The Honor Council is a judicial body designed to try specific cases brought to it regarding possible violations of the Honor Code.

**Section 2** The Honor Council consists of a president, vice president and seven other members.

**A.** The Honor council president is elected at large by the entire student body from among currently enrolled students.

**B.** The eight other members, consisting of two representatives each from the first, second, third and fourth semester classes, are elected by currently enrolled students in the respective semester.

**C.** One Honor Council representative shall be elected by the Council to serve as vice president. That person shall assume the duties of the president in the president's absence, and shall perform other duties as may be assigned by the president. A majority vote in favor must take place for assignment of position.

**D.** The terms of office of Honor Council members shall start at the beginning of each semester, and shall continue until the installation of the succeeding members the following semester. Members of the Honor Council may be re-elected.

**E.** Any member of the Honor Council who fails to perform the duties or uphold the standards of office may be removed by action taken by the Honor Council as follows:

**1.** A majority vote by the Honor Council must take place in favor of removing the Honor representative in order for the motion to be carried. This applies to all members of the Honor Council including the honor president and vice president.

**2.** Those members who have been removed from office for any reason will not have their nomination honored if they choose to run for Honor Council at a later date nor will they be allowed to hold any position on the Honor Council at any time during their tenure at RUSM.

**3.** If the Honor Council representative must leave office due to personal reasons they are still eligible for subsequent re-elections.

**4.** Any student who wishes to run for a position on the Honor Council must not have been found guilty for a prior Honor Code violation.

EXHIBIT C
Page 229

**Section 3** There shall be two Honor Investigators appointed by the Honor Council president from amongst the honor Council representatives whenever an alleged honor violation has been reported, and it shall be the duty of these representatives to gather information from both the accuser and the accused concerning the alleged violation. The duties of the Honor Investigators shall ordinarily be carried out by two appointed class representatives, but may also be assigned to another member of the Honor Council at the discretion of the president if a conflict of interest arises. If there is a conflict of interest between any honor investigator or other Honor Council member and the accused, that member will not be able to participate in any of the proceedings. In the situation that an Honor Investigator discovers evidence that the accused has not actually committed the honor Violation, then the accusation is null and void. If the aforementioned evidence implicates a third party, it is the duty of the Honor Investigator to file a new Honor Code Violation.

**Section 4** There shall be one non-voting faculty representative to the Honor Council, who shall be present at each hearing.

    **A.** The Honor Council upon a majority vote of acceptance shall appoint faculty Representatives for the duration of the semester.

    **B.** The faculty representative will take part in all deliberations concerning the case and give counsel regarding considerations for verdict, but may not vote

**Article III: Procedure**

**Section 1 Investigation**
The Honor Council operates on the premise that every person is deemed innocent until proven guilty.

    **A.** All members of the School of Medicine community should feel obligated to aid the Honor Investigators concerning any investigation involving violations the Honor Code. If it is apparent that no honor violation has in fact occurred, there shall be no further proceedings. If, however, it is believed that a violation has occurred, the Honor Investigators should approach the person suspected of the violation with a request for an explanation of the suspected violation. If the explanation is deemed satisfactory, there shall be no further proceedings. If the explanation is not satisfactory, an accusation should be made and the accuser must notify the president of the Honor Council in writing within three academic days.

    **B.** The Honor Council president shall meet with the accuser and the accused at separate times to provide procedural information and council concerning Honor Council hearings.

    **C.** Once the Honor Council president receives information from both the accused and the accuser, there will be a meeting involving all Honor Council members and the faculty representative to deliberate over the information to see if it should go to a hearing. Based on the outcome of this meeting one of the following determinations will be made

       **1.** If there is no evidence that a violation has occurred then the process shall end.

       **2.** If the evidence presented is insufficient, or the grounds inappropriate, to warrant further adjudication, there shall be no further proceedings.

       **3.** If there is evidence of a violation, but not one that involves an infraction of the Honor Code Per se, the matter shall be referred to the appropriate body for adjudication (e.g., Grievance Committee).

       **4.** If there is evidence of an Honor code violation, the accused student shall be given the option of withdrawing from the School of Medicine or standing trial before the Honor Council.

    **D.** Voluntary Withdrawal

EXHIBIT C
Page 230

**1.** An accuser cannot withdraw a charge of an honor violation upon the agreement of the accused to withdraw from the college.

**2.** If the accused elected to withdraw voluntarily:

    a. The Honor Council shall take appropriate action to record the facts as they were presented;

    b. The Honor Council president shall notify the Dean and other appropriate administrative officers of such action; and

    c. The following entry shall be made on the student's official academic record: —**Withdrew voluntarily from Ross University School of Medicine on (date) under accusation of an Honor Code violation of (name of violation)**.

**E.** If the accused student elects to stand a hearing, the president of the Honor Council shall arrange for a hearing. No hearing shall be scheduled between the beginning of the week prior to Final Examinations and the end of the Examination Period. Cases that arise within this time frame shall be tried as soon as possible, but ordinarily no later than the end of the second week of classes during the subsequent semester; in the event of extenuating circumstances, the president of the Honor Council may grant a postponement.

**F.** Admission of Guilt

**1.** The accused student may plead guilty at any point prior to convening the actual honor hearing.

**2.** When pleading guilty, the accused student must send a signed, written statement to the Honor Council president acknowledging a plea of guilty and waiving the right to an honor hearing.

**3.** Upon receipt of the accused student's statement, the Honor Council president shall arrange for a review and sanction hearing.

**Section 2 Hearing**

**A.** Composition

**1.** At a hearing, the Honor Council shall be represented by six of its members and the faculty representative. The Honor Council members must include: the Honor Council president, who is the presiding officer for the hearing, vice president and at least four unbiased Honor Council representatives.

    a. It shall be the duty of the Honor Council president to ensure that each representative is unbiased. Toward that end of the hearing, the accuser and the accused, as well as the members of the Honor Council, shall have the right to question anyone who may be biased.

    b. Although Honor Council representatives are normally expected to serve if called, exemptions may be made for academic reasons or other legitimate extenuating circumstances.

**B.** Rules of Testimony

**1.** If the accused or accuser chooses to respond to questions from the Honor Council, such responses must be made personally by the accused, not by counsel or by any other representative of the accused.

**2.** At the hearing an option of declining verbal testimony will be presented to both parties individually. If verbal testimony is declined a signed waiver will be required by said party stating:

—I, (student name), as a student of Ross University School of Medicine, waive my right for verbal testimony and will abide by any decision made by the Honor Council.

**3.** Upon conclusion of all testimony, the vice president and Honor Council shall deliberate and deliver to the Honor Council president a verdict of guilt or innocence. A verdict of guilt shall be rendered only upon the concurrence of majority of the Honor Council.

**4.** If a verdict of guilt is rendered, the vice president and the unbiased Honor Council representatives who are present shall decide the appropriate penalty, which shall be announced by the president of the Honor Council to the Dean for final approval.

**C.** Procedures

**1.** The honor Council President will set the time and date for the hearing and shall notify the accused and the accuser via a hearing notice in the mail and email.

**2.** Upon the date of the hearing both parties shall appear individually and shall present their case.

**3.** Upon agreement of verbal testimony by the involved parties the following procedure shall be followed:

The accuser shall present their case first. Upon completion of testimony, questions may be posed to the accuser from the Honor Council. If witnesses are present or requested, they shall be heard at this time. This procedure is repeated for the accused.

**4.** Post-hearing deliberations will take place immediately following and a majority resolution will be reached. If a decision cannot be reached, the Honor Council president shall cast the tiebreaker vote.

**5.** A memorandum will be drawn up concerning the case proceedings and final resolution upon which will be distributed to the Honor Council, faculty representative, Dean, Dean of Students and the involved parties.

**D.** Penalties

**1.** Following a verdict of guilty or an admission of guilt, the Honor Council shall recommend to the Dean one or more of the following penalties:

a. **Academic violations**: In a case involving academic violations, the academic sanction shall include a failing grade and may include one or more of the following:

i. Probation: Probation places the student on notice that any future violation of the Honor code will result in either suspension for a specified period of time or permanent dismissal from the school.

ii. Suspension: A suspension is the loss of registration privileges for the specified semester(s). The period of suspension must be at least one semester, and may be longer at the discretion of the Dean. In cases where the offense takes place in one semester, and the penalty is imposed in a subsequent semester, a failing grade may be assigned in one or more courses for the semester in which the offense took place. The assigning of a failing grade is in addition to a suspension effective in the specified semester.

iii. Non-academic probation:

EXHIBIT C
Page 232

is given for fifteen consecutive weeks unless otherwise stated during sanctioning. It is a comprehensive loss of social privileges for the allotted period of probation. The following events/activities are prohibited for the probation period:

 1. Student Government Association entertainment events

 2. University sponsored social events, not those relating to religion

The non-academic probation sanction does not prohibit participation in any events required by professors or that are considered academic service. The full privileges of being a Ross University School of Medicine student will be restored upon completion of the allocated period of social probation.

 iv. Permanent dismissal.

A student receiving the penalty of permanent dismissal is not eligible to return to the university.

 b. **Violations of Conduct Unbecoming of a medical professional**: In the case of a violation of conduct unbecoming of a medical professional, the punishments described above will be enforced based on the severity of the offense.

 **E.** Cases involving actions against the community may be forwarded to the Grievance Committee for action.

 **F.** Any record of previous honor offenses shall not be taken into account in determining the verdict in a trial; however, the Honor Council shall consider such record in determining the penalty to be imposed in the event of subsequent conviction, as follows:

 **1.** If a student, having been previously convicted and placed on probation, shall be found guilty of a second violation, the penalty for the latter violation must be either suspension or permanent dismissal.
 **2.** If a student, having been previously convicted and suspended, shall be found guilty of a subsequent violation, the penalty for the latter violation must be permanent dismissal.

 **G.** In any hearing resulting in a conviction, the sanction imposed shall be entered into the student's official academic record.

## Section 3 Appeal

 **A.** Appeal of Verdict

 **1.** A student convicted of an honor offense may appeal the verdict on procedural grounds or upon the presentation of relevant new evidence that was unavailable at the time of the original hearing. Such appeal must be made in writing, and may, in addition, be presented orally, to the Honor Council within five calendar days after the initial verdict is rendered; the Honor Council shall then determine whether sufficient grounds exist for granting the appeal.

 **2.** If the appeal is granted, the case will go directly to the present acting Dean for final a decision

 **3.** If the appeal is not granted, the original verdict shall stand as rendered.

 **B.** Appeal of Sanction.
 **1.** A student convicted of an honor offense has the right to appeal the sanction on the grounds that the penalty is too harsh for the violation committed. Such appeal must be made in writing, and may, in addition, be presented orally, to the president of the Honor Council within five calendar days after the initial verdict is rendered. The president of the Honor Council shall meet with the present acting dean to consider such appeal.

EXHIBIT C
Page 233

**2.** The president of the Honor Council and present acting Dean shall review transcripts and/or tapes of the initial hearing and, on the basis, determine whether to sustain, decrease, or increase the penalty imposed at the initial hearing.

**3.** This decision shall be made final by the Dean, and the convicted student shall have no further right of appeal.

## Section 4 Record of Honor Hearing

**A.** In the case of acquittal, all records of the hearing shall be destroyed expeditiously.

**B.** In the case of conviction, one of the following entries shall be made on the student's official academic record, as appropriate:

**1.** Placed on probation for (period of time) by the Honor Council on (date) for the honor Code offense of (name of violation). Probation involves (specific sanction imposed).‖

**2.** Suspended for (period of time) by the Honor Council on (date) for the Honor Code offense of (name of violation). Entitled to enroll no earlier than (date).‖

**3.** Permanently dismissed from the School by the Honor Council on (date) for the Honor Code offense of (name of violation).‖

**C.** There will also be a Hearing History maintained by the Honor Council for research and review of future cases. The names of the students involved in these cases will be removed.

## Section 5 Publication
A brief summary of every case tried by the Honor Council, whether resulting in acquittal or conviction, shall be submitted to the SGA for publication in an appropriate format. Such summary shall include the verdict and the punishment (if any), but shall not include the names of the accuser or the accused.

## Article IV: Ratification

**Section 1** Amendments to this Constitution may be initiated either by the Honor Council itself or by the student body.

**A.** The Honor Council may initiate an amendment by a majority vote.

**B.** The student body may initiate an amendment by presenting to the Honor Council a petition signed by at least ten percent of the currently enrolled student body. For approval, the amendment must then receive an affirmative vote of at least three-fourths of the honor Council members. It must then receive an affirmative vote by the majority of the Honor Council members.

**C.** In the event that the Honor Council does not approve an amendment initiated by the student body, such action can be overridden if a petition, signed by at least twenty-five percent of the currently enrolled student body, is presented to the Honor Council requesting a referendum on the amendment.

# APPENDIX V- Professionalism Card Policy
**PURPOSE:**

1. To provide a method of tracking and recording individual student behavior as it pertains to the process of developing ethical, professional behavior throughout the basic science and clinical clerkship components of RUSM University School of Medicine.

EXHIBIT C
Page 234

2.  To identify concerning behaviors early in the student's education to maximize the likelihood of successful intervention.

3.  To capture, in writing, patterns of commendable or otherwise behavior that can be included in letters of recommendation and in the Medical Student Performance Evaluation.

**SCOPE:**
Professionalism "cards" may be given to any RUSM University student and may be completed by any RUSM University faculty member or clerkship preceptor.

**DEFINITIONS**:
**Professionalism Card Administrators**: Associate/Assistant Deans and Directors of the Office of Student Affairs, the Dean, RUSM  Associate Dean of Academic Affairs, the administrators of Clinical Sciences (Associate Dean of Clinical Sciences and Directors of the RUSM University 5th semester programs) and the RUSM University Ombudsman.

**Professionalism Card File Curator**: Professional/s within the Office of Student Affairs at several RUSM-affiliated sites tasked with responsibility for management, and currency of the Professionalism Card file.

**Medical Student Performance Evaluation**: MSPE, formerly referred to as the Dean's Letter.

**POLICY STATEMENT:** Professionalism Cards are electronic reports utilized by RUSM University faculty and preceptors of RUSM University students to record instances of students' inappropriate professional behavior (with the Honor Council and the Grievance Committee as additional avenues for relatively serious behaviors) and to record the examples of commendable behavior that otherwise may be unacknowledged.

**A. POLICY:**
**Overview**:
It is the responsibility of a professional school to inculcate ethical standards and guidelines for professional behavior in its student body. Professionalism cards provide a means for faculty or others in contact with students to comment—with either a concern or a commendation—on an individual student's behavior as it relates to professionalism. The comments will be received in the Office of Student Affairs, recorded as commendations or concerns and maintained for the duration of the student's enrollment by the Professionalism Card File Curator. The Office of Student Affairs will initiate discussions aimed at education and positive behavior change with students receiving cards of concern; in this way Professionalism Cards are formative assessments.

If a pattern of concerning behavior emerges, the student may be referred for counseling/remediation or referred to the RUSM University Grievance Committee or Honor Council. A pattern of behavior (commendable or concerning) may be noted for inclusion in the Medical Student Performance Evaluation (MSPE) or letters of recommendation for honoraries or other professional memberships.

**B. Initiation of a Professionalism Card**
A faculty member noting a behavior by a student that is cause for concern or commendation may complete a professionalism card identifying the student and describing the behavior/situation.

1.  It may be appropriate and useful for the faculty member to give immediate feedback to the student at the time the behavior is observed as well as to confirm the student's name for accuracy in reporting.

2.  Except in unusual circumstances, a card given by a faculty member may be given only for student behavior directly witnessed by the faculty member. In such unusual circumstances, the student's identity and the cited behavior should be corroborated by a reliable witness.

The Grievance Committee or the Honor Council may, during deliberations regarding a grievance, choose to submit a Professionalism Card of concern or commendation regarding the behavior of a student involved in the grievance.

The completed professionalism card is forwarded by the author to the card file curator by electronic transmission or hard copy.

The professionalism card curator notifies the student of the particulars of the card which has been submitted, and invites the student to submit a response which will be filed with the card.

In the event of a card of concern, a Professionalism Card Administrator (and, at times, together with the card author) holds a meeting with the student to discuss the behavior and explore ways the student may modify her/his behavior in order to more consistently demonstrate professional behavior

**C. Professionalism Card Catalog**
A copy of the submitted card will be maintained confidentially by the file curator/s in a secure file.

Professionalism Card Administrators shall have access to the secure file. An individual student's professionalism card data will be maintained for the duration of the student's enrollment in RUSM University.

The Grievance Committee and Honor Council may request and receive the professionalism card history of any student who is involved in a complaint proceeding before the committee/council.

**D. Pattern of concerning behavior**
    **1.** If a student accumulates two or more cards of concern, this could be indicative of a pattern of behavior which is cause for further administrative action. Additionally, when considering whether a student is exhibiting a pattern of concerning behavior, any sanctions previously recommended to be placed on the student by the Honor Council or Grievance Committee should be considered together with the student's Professionalism Card history. If a pattern of concerning behavior is determined, the Associate Dean of Student Affairs, the Associate Dean of Academic Affairs or the Associate Dean for Clinical Sciences or his/her designee, will:

        a. Discuss with the student this pattern and offer feedback or recommend counseling or other remediation, as indicated. Following such a meeting, a summary of the meeting will be placed in the student's file for mention in the letters of recommendation, as appropriate,

Or,
        b. Determine that the pattern of concerning behavior is of sufficient gravity such that a complaint will be brought to the Grievance Committee or Honor Council for review and action.

        **2.** If a course of counseling/remediation has been recommended and the student declines to follow the recommendations, a complaint may be brought to the Grievance Committee or Honor Council for review and action.
        **3.** At the discretion of the Director for Professional Standards and Judicial Management and/or the Associate Dean for Student Affairs and/or the Associate Dean of Clinical Affairs, concerns of sufficient severity noted in submitted cards may be brought as a complaint submitted to the Grievance Committee or Honor Council for review and action.

**E. Student Objection**
    **1.** A student who has been counseled following issuance of a card of concern or regarding a pattern of concern and believes the history to be an inaccurate representation of his/her behaviors may request a hearing before the Honor Council.  The student is also permitted to submit a response which will be filed with the card.

EXHIBIT C
Page 236

**F. Pattern of commendation**

If a student accumulates two or more cards indicating a pattern of behavior which is cause for commendation, the Associate Dean of Student Affairs, the Associate Dean of Academic Affairs or the Associate Dean of Clinical Affairs, may commend the student, verbally or in writing, on his/her consistent demonstration of commendable behaviors. A summary of such notification will be placed in the student's file for mention in MSPEs and other letters of recommendation, as appropriate.

# APPENDIX VI- Annual Disclosure

**Student Right-to-Know and Clery Campus Security Act**

This document includes information for:

Ross University School of Medicine, Picard Campus, Portsmouth, Commonwealth of Dominica
Princess Margaret Hospital, Goodwill, Roseau, Commonwealth of Dominica

## Campus Watch

**It's your campus - Protect it!**

A truly safe campus can only be achieved through the cooperation of students, faculty and staff. As a member of the Ross University School of Medicine community, it is your responsibility to report a crime, suspicious activity or other emergencies on campus to the appropriate campus official. Should you become a witness to or victim of a crime, immediately report the incident to local law enforcement officials, Campus Security, the student services office, or to the Senior Associate Dean of Academic Affairs. All crimes will be investigated and when appropriate, brought to the attention of the Student Services office for disciplinary hearings.

**Purpose of the Annual Disclosure Report**

RUSM prepares this report to comply with the Jeanne Clery Disclosure of Campus Security and Crime Statistics act. The full text of this document can also be found on the www.rossmed.edu portal or by visiting your local Dean of Student Affairs office. This report was prepared with the assistance of local law enforcement agencies surrounding our campuses and centers. Campus crime, arrest and referral statistics include those that were reported to local law enforcement and campus faculty and staff. This data may also include crimes that have occurred in private residences or businesses adjacent to the campus or center.

**Reporting Crimes and Emergencies**

When making your report of an incident you will be asked to provide the following information:

1. Description of the incident

2. Date, time and location of the incident

3. Description of the persons or vehicles involved in the incident.

4. Detail regarding who was notified about this incident

Upon receipt of this report the school will determine the appropriate response, which could include disciplinary action against the offender(s), notification to local law enforcement, notification to the campus community or other public safety alternatives deemed appropriate given the circumstances. Please note that your identity may not be confidential when reporting an incident. The School does not have procedures for voluntary, confidential reporting of crimes.

Once each semester, Ross University School of Medicine will contact the Dominica police departments and property management to monitor and record crimes that occur within the designated area around the campus that have been reported to the local Police.

EXHIBIT C
Page 237

***All Emergencies –Dial: Campus Security – (767) 235-9111 or Local Police – 911***

**SIREN Emergency Alert System**

In the event of an emergency or a potential threat to the campus arises, you will receive timely notification via the SIREN system, on campus flyers, and through email announcements. Please make sure to keep your contact information updated in SIREN through the student portal at MyRoss.

AREA POLICE/FIRE NON-EMERGENCY NUMBERS:
COUNTY/CITY POLICE FIRE/PARAMEDIC
Campus Emergency Phone: 1-767-445-5911
Or
Portsmouth Police Station: 1-767-445-5222
**Campus Access, Facility Security, and Law Enforcement**

## Ross University School of Medicine Campus

The Facilities department maintains the building and grounds with a concern for safety and security. Facilities staff inspect the facility regularly, promptly make repairs affecting safety and security hazards, and respond to reports of potential safety and security hazards such as broken windows, locks, etc. Students and staff can assist the Facilities staff by calling Work Control at: (767) 275-5373. Additionally, the Facilities Manager routinely inspects the grounds and building to review lighting and other environmental concerns for safety.

Buildings in which campus administration, faculty and other student support services are located are generally open from 8:00 am to 4:00 pm Monday to Friday, while classrooms and other study spaces are generally opened on a twenty-four hour basis, except when closed for cleaning purposes or other special occasions. When the buildings are closed, they are locked and monitored by campus security.
Access to classrooms and laboratories is limited to those enrolled in the courses meeting there. Access to on- and off-campus activities is limited to actively enrolled students and their guests. Students are responsible for the behavior of their guests at all times at campus-arranged events. RUSM reserves the right to require that student identification cards be presented for admittance to certain locations and events. RUSM may also require students to register their guests with the Safety and Security Department prior to attendance. Student and staff identification cards should be carried at all times.

Campus security provides security coverage for campus proper and the RUSM Housing Units on a twenty-four hour basis Monday to Sunday, and for the Annex classroom throughout the period it is in use (Monday to Sunday from 7:00 am to 2:00 am). Security also provides coverage for the Princess Margaret Hospital library facility from 7:00 am to 11:00 pm Monday to Friday, and for the Princess Margaret Hospital classroom facility on a twenty-four hour basis Monday to Sunday. The uniformed guard must be called to respond to emergencies and can be contacted at: (767) 235-5387 or (767) 235-5911 for the Picard Campus; and (767) 440-5836 or (767)-448-7948 for the Princess Margaret Hospital facilities. The security guard has the authority to ask questions and request identification at any time. Criminal incidents will be referred to local law enforcement.

All crime victims and witnesses are strongly encouraged to report incidents to both campus security and local police. Prompt reporting will ensure timely warning notices to the campus community and timely disclosure of crime statistics.

Students living in off-campus student housing facilities should check with the apartment landlord for specific safety and security measures at their complex. Although most complexes provide keys for individuals and restrict access to apartments, the level of additional security varies from complex to complex. Crimes committed at off-campus housing should be immediately reported to campus security and the Police department with jurisdiction over the complex and as soon as reasonably possible to the Safety and Security Department.

EXHIBIT C
Page 238

## Safety and Security

Campus safety and security is the shared responsibility of both students and staff. To enhance student and staff awareness of their responsibility for personal safety, various information and services including but not limited to the following are provided throughout the year:

- Pamphlets on personal safety
- Emergency safety information
- Use of school publications as a forum for personal safety topics
- School housing inspections to consider security precautions
- Shuttle service provided between 7pm and 5am from campus to student residential areas every half hour. If a student misses the shuttle they may request a security escort but are encouraged to take the shuttle if possible.

## Safety and Security Tips

### Personal

- Stay alert and tuned in to your surroundings
- Communicate that you are calm, confident and know where you are going
- Stay away from isolated areas.
- Stay on the part of sidewalks furthest away from shrubs, dark doorways and alleys
- Walk with a companion whenever possible.
- Check the back seat before getting into a car. Keep doors locked while driving.
- Don't overload yourself with packages or wear shoes or clothing that restrict movement
- Avoid displaying large amounts of cash or jewelry
- Carry a purse close to your body. Carry a wallet in an inside coat or front trouser pocket.
- If you think someone is following you, abruptly switch directions and walk toward an open store, restaurant or lighted home.
- Don't hitchhike or pick up hitchhikers
- Park in well-lighted areas.
- Avoid isolated bus stops at times when few other people are around.
- Do not reveal your name, phone number or address to strangers.
- Never admit that you are alone or that you will be away from home.
- Keep an eye on neighbors' homes or apartments while they are away and have them do the same for you.
- Keep your local police department's phone number next to your phone.

### Residence

- Keep doors locked at all times.
- Draw shades and curtains whether or not you are at home.
- Keep money and jewelry locked in a safe place.
- Leave a light on while you are away or use a timer.
- Secure sliding glass doors with commercially available locks or a rigid wooden dowel in the track.
- Don't hide spare keys in mailboxes, planters or under doormats.
- Make a record of your valuables and keep it in a safe spot.
- Don't' leave a note that says you are not in.
- Never prop doors open.
- Keep ladders and tools in a locked area
- Have someone cut your lawn while you're on vacation

### Vehicle

- Always lock your car and remove the keys. Make sure the windows are closed.
- Lock all valuables in the trunk.
- Never leave an ID tag on your key ring.
- Leave only the ignition key with parking attendants

EXHIBIT C
Page 239

- Park in well-lighted areas

**Office**
- Keep your purse, wallet and other valuable items with you at all times or locked in a drawer or closet.
- Never leave keys lying out
- Never leave change or cash on the desk or in a top drawer
- Notify security personnel of any suspicious persons or vehicles
- Lock doors when working after normal hours
- Report any broken or flickering lights, and doors that don't lock properly

**SEE ANNUAL DISCLOSURE FOR CAMPUS CRIME STATISTICS**

## Sexual Offense Awareness
### DEFINITIONS

SEXUAL ASSAULT is defined as physical contact of a sexual nature, which is against one's will or without one's consent.

RAPE is defined as sexual intercourse that is coerced through force or threats of force, or with someone who is unconscious, or incapable of giving consent.

FORCIBLE SEXUAL OFFENSES are defined as, "Any act directed against another person, forcible and/or against the person's will; or not forcibly or against the person's will where the victim is incapable of giving consent," and include, forcible rape, forcible sodomy, sexual assault with an object, and forcible fondling.

NON-FORCIBLE SEX OFFENSES are defined as "Unlawful, non-forcible sexual intercourse," and include incest and statutory rape.

**Procedures to Follow After an Assault**
Victims of sexual assault or rape are strongly encouraged to report the incident in order to deter these assaults and to ensure that victims receive the services they need. Steps should be taken to help deal with the physical and emotional trauma.

1. Go to a safe place; go somewhere to get emotional support.

2. Report a sexual assault on campus to the Safety and Security Department or the Associate Dean of Student Affairs.

3. Report the assault to the police. If requested, the school will assist with notification.

4. Preserve all physical evidence. Do not shower, bathe or douche and save the clothing worn.

5. Go to the hospital for medical care. Injuries should be treated and an examination completed to document and collect physical evidence of the assault. The School will assist with transportation if necessary.

6. Seek professional counseling. This can help in the recovery from the psychological effects of the assault.

Please see below for a list of local resources that will provide immediate advice and assistance to victims of sexual assault or rape.

EXHIBIT C
Page 240

Victims of a sexual assault or rape may request a change in their academic arrangements by contacting their Associate Dean of Student Affairs. Changes will be made if feasible and reasonable to do so.

All reports filed with the school will remain confidential. Staff and faculty should report any on-campus sexual offenses to the Safety and Security Department, the Associate Dean of Student Affairs and the proper authorities.

DISCIPLINARY ACTION

**Disciplinary procedures and sanctions as outlined in the Student Code of Conduct will be followed once charges are brought after an alleged sexual assault. Both the accuser and the accused are entitled to the same opportunities to have a university community advisor present during a disciplinary hearing. Both shall be informed of the outcome of the proceedings.**

SEXUAL OFFENSE AWARENESS
During orientation, the Safety and Security Department and the Associate Dean of Student Affairs instruct students on how to report sexual assaults/harassment and the Counseling Center presents on how to get treatment in the event of a sexual assault.

**Resources for Victims of Sexual Assault**
RUSM Counseling Center: (767) 255-6552
After hours Call Center: (767)275-6350 or 235-5380
RUSM Health Clinic: (767) 255-6301
RUSM EMS: (767) 235-7677
Portsmouth Hospital: (767) 445-5237
Princess Margaret Hospital, Roseau: (767) 266-2000
Ministry of Community Development, Roseau: (767) 266-3248

## On-Line RESOURCES FOR Victims of Sexual Assault
**http://www.rapecrisis.com/**

Campus Sex Crimes Prevention Act

The Campus Sex Crimes Prevention Act requires sex offenders already required to register in a State to provide notice, as required under State law, to each institution of higher education in that state at which the person is employed, carries on a vocation, or is a student. The act requires that state procedures ensure this registration information is promptly made available to law enforcement agencies with jurisdiction where the institutions of higher education are located and that it is entered into appropriate sate records or data systems. These changes became effective two years after enactment of the law (2002).

This act amends the Higher Education Act of 1965 to require institutions of higher education to issue a statement, in addition to other disclosures required under that Act, advising the campus community where law enforcement agency information provided by a State concerning registered sex offenders may be obtained. This change takes effect two years after enactment (2002).
This act amends the Family Educational Rights and Privacy Act of 1974 to clarify that nothing in that Act may be construed to prohibit an educational institution from disclosing information provided to the institution concerning registered sex offenders; requires the Secretary of Education to take appropriate steps to notify educational institutions that disclosure of this information is permitted.

**ALCOHOL AND SUBSTANCE ABUSE POLICY**
Ross University School of Medicine forbids the use, possession, distribution or sale of drugs, except when taken under a doctor's prescription. The possession, distribution, sale or consumption of alcoholic beverages anywhere on school property is also forbidden. Students in violation of state, federal or other local regulations with respect to illegal drugs or alcohol are subject to both criminal prosecution and campus disciplinary action.

EXHIBIT C
Page 241

**EDUCATIONAL GUIDELINES PERTAINING TO DRUG FREE SCHOOLS & COMMUNITIES ACT**
Ross University School of Medicine expects all members of its community; students, faculty and staff, to be familiar with and to abide by applicable state, federal and local laws regarding alcohol and drugs. Students are responsible also for knowing school regulations concerning alcohol use on campus. Ross University School of Medicine forbids the use, possession, distribution or sale of drugs or alcohol by a student anywhere on school property. Violation of these laws or regulations may subject a student to both criminal prosecution and campus disciplinary action.

Use of illicit drugs and abuse of prescription drugs pose a serious threat to mental and physical health. Alcohol is a drug. Its use in even the smallest amounts may be harmful to some people, and when used to excess, alcohol is harmful to everyone. For this reason, responsible drinking is essential and is expected of those who choose to (See Table Effects of Substance Use attached).

**SUBSTANCE ALCOHOL (AT .08 BLOOD ALCOHOL CONCENTRATION & ABOVE)**
Impaired motor abilities; reduced judgment; sleepiness; increased sexual desire but reduced ability to perform; nausea, vomiting; liver disorders-alcoholic hepatitis, alcoholic cirrhosis; cancer of the-tongue, mouth, throat, esophagus, liver, breast; fetal alcohol syndrome (most common symptom is mental retardation).

**CANNABIS MARIJUANA HASH/HASH OIL THC**
Diminished-short term memory, motivation & cognition, coordination & concentration, oral communication, reaction time; anxiety & panic reactions; carcinogenic elements in smoke; damaged lungs & respiratory system.

**COCAINE (INCLUDES CRACK COCAINE)**
Increased likelihood of risk taking; seizures; sleeplessness; paranoia; irregular heartbeat; can cause sudden death by stroke or heart failure, even in young users; cocaine psychosis (paranoia & hallucinations); ulceration of mucous membranes in the nose; sexual dysfunction; during pregnancy can cause severe physical & emotional problems in babies.

**DEPRESSANTS, TRANQUILIZERS, BARBITURATES, METHAQUALONE**
Dangerous effects when mixed with alcohol; calmness & relaxed muscles; slurred speech, staggering gait, loss of motor coordination; altered perceptions; respiratory depression which can result in coma or death; disruption of normal sleep cycle; during pregnancy-birth defects, brain tumors in children; tolerance develops severe withdrawal symptoms; physical & psychological dependence.

**OTHER STIMULANTS (EXCLUDING COCAINE), AMPHETAMINES, METHAMPHETAMINES**
Increased heart & respiratory rates; elevated blood; decreased appetite; headaches; blurred vision; dizziness; sleeplessness; anxiety; amphetamine psychosis-violent behavior, hallucinations, delusions, paranoia; drug tolerance & dependency; mood swings; ulcers; mental confusion.

**PSYCHEDELICS, LSD, MESCALINE, PSILOCYBIN, PHENCYCLIDINE (PCP), MDMA (ECSTASY), MDA**
Distorted sense of distance, space and time; blockage of pain sensations; nausea, vomiting & diarrhea; severe mood disorders, panic depression, anxiety; greater suggestibility & feelings of invulnerability; unpredictable reactions if drugs are "cut" with impurities; tolerance after (3-4 daily doses--higher doses are required to produce same effects).

**NARCOTICS, OPIUM, MORPHINE, CODEINE, THEBAINE, HEROIN, METHADONE, DARVON, DEMEROL**
Feeling of euphoria followed by drowsiness; nausea & vomiting; respiratory depression; central nervous system depression; use of unsterile needles promotes-AIDS, hepatitis B, endocarditis (infection in the heart); women dependent on opiates have multiple pregnancy complications-spontaneous abortions, still births, anemia, diabetes.

**LAWS REGARDING DRUGS: DRUGS (PREVENTION OF MISUSE) ACT CHAPTER 40:07 OF 1990 (SEE TABLE ATTACHED)**

EXHIBIT C
Page 242

The laws of the Commonwealth of Dominica with respect to the possession, cultivation, trafficking etc of illicit drugs provide as follows:

(a) Possession of cannabis in any amount is an offense.

(b) On summary conviction, possession of cannabis carries a maximum penalty of $10,000.00 or twelve months imprisonment, and for conviction on indictment, the penalty is $20,000.00 or two years imprisonment.

(c) Possession of cannabis in any amount above 15 grams is deemed at law to be possession with intent to supply.

On summary conviction this carries a maximum penalty of $100,000.00 or three years imprisonment and on conviction on indictment $200,000.00 or ten years imprisonment.

(d) For the cultivation of cannabis- on summary conviction a maximum $100,000.00 or three years imprisonment, and on indictment a maximum of $200,000.00 or ten years imprisonment.

(e) On summary conviction, possession of cocaine carries a maximum penalty of $50,000.00, or eighteen months imprisonment, and for conviction on indictment the maximum penalty is $200,000.00 or fourteen years imprisonment.

(f) Possession of cocaine in any amount above 1 gram is deemed at law to be possession with intent to supply. On summary conviction this carries a maximum penalty of $100,000.00 or three years imprisonment and for conviction on indictment the maximum penalty is $200,000.00 or fourteen years imprisonment.

The Laws of the Commonwealth of Dominica Regarding Alcohol:

**THE DRINKING OF ALCOHOL IN PUBLIC PLACES IS NOT PROHIBITED**

**Liquor License Act Chapter 70:03 of 1990:**

This act provides that it is an offence to sell alcohol to a drunken person or child under the age of sixteen years. The penalty is a maximum of $1,000.00 and six months imprisonment.

**The Small Charges Act # 10:39 of 1990:**

This Act provides As follows:

(a) It is an offence to be drunk in a public place: Penalty up to $100.00

(b) To be drunk and in charge of a motor vehicle: Penalty- $100.00 or one month imprisonment.

**The Road Traffic Act # 46:50 of 1990:**

With regards to driving and the use of alcohol, this act provides that:

(a) Driving under the influence of alcohol is also an offence: Penalty- $2,000.00 or twelve months imprisonment first offence, subsequent offence $3,000.00 or two years imprisonment

The law of the Commonwealth of Dominica provides that any person, who commits a drug trafficking offence or the offence of being in possession of a controlled drug for the purpose of drug trafficking in any school, prison, or military premises shall on summary conviction be liable to a maximum fine $150,000.00 or three time the street value of the drug where the value is known or to fifteen years imprisonment.

SCHOOL SANCTIONS ** (APPLIED TO ALL CATEGORIES OF SUBSTANCES- SEE ANNUAL DISCLOSURE)

STUDENTS

Possession, use, sale of any amount on school property or as part of any school activity is prohibited. Sanctions for this violation could lead up to expulsion.

STUDENT DISCIPLINARY SANCTIONS DEFINED

**Disciplinary Probation** - A specified period of time, during which the student's activities may be curtailed, for which an active student is advised in writing of probable suspension or expulsion for future misconduct.

**Suspension** - Temporary exclusion from any extra-curricular activities for a specified period of time with the student advised in writing of probable expulsion for future misconduct. Conditions for terminating the suspension period and appeal will be stated in the written order of suspension.

EXHIBIT C
Page 243

**Expulsion** - Termination of student status for an indefinite period; usually a permanent dismissal from the School. Conditions of expulsion and appeal will be stated in the written order of expulsion.

### FACULTY AND STAFF
While performing school business, it is prohibited to be under the influence, in possession of, using, selling, or furnishing to a minor. Sanctions for this violation could lead up to recommendations for dismissal.

** These sanctions are in addition to any criminal sanctions that may be imposed. Student employees are subject to both employee and student sanctions.

### LOCAL TREATMENT RESOURCES:
LOCAL TREATMENT CENTER – (767) 255-6352
The local treatment center can refer students/employees to the following:
ALCOHOLICS ANONYMOUS: CAMPUS
ALCOHOLICS ANONYMOUS: ROSEAU
ALCOHOLICS ANONYMOUS: PORTSMOUTH

## Ross University School of Medicine- Annual Campus Crime Statistics ***
*Reported in accordance with Uniform Crime Reporting procedures and the*
*Jeanne Cleary Disclosure of Campus Security Policy and Campus Crime Statistics Act*

***See Annual Disclosure

## CRIMINAL SANCTIONS-DOMINICA

**Alcohol**                          **Marijuana-Class B Offense**                          **All Other Narcotics-Class A Offense**

Ross University School of Medicine

May 2012 Student Handbook

Drunkenness in any public place or on any licensed premises is a summary offense, carrying a fine of $25.00 E.C. or one month imprisonment.
On a second conviction within 12 months, it carries a fine of $50.00 E.C. or 12 months imprisonment. Drunkenness when in charge of a motor vehicle is a summary offense, carrying a fine of $100 E.C. or one month imprisonment.

Trafficking (importing/exporting)- twelve months (12 months.) and ($10,000.00 E.C.) ten thousand dollars
Conviction on indictment for trafficking- fourteen (14) years imprisonment or two hundred thousand dollars ($200,000.00 E.C.)
Summary conviction for possession with intent to supply- three (3) years and ($100,000.00 E.C.) one hundred thousand dollars
Conviction on indictment for possession with intent to supply- fourteen (14) years imprisonment and two hundred thousand dollars ($200,000.00 E.C.)
Conviction on indictment for possession two (2) years imprisonment and twenty thousand dollars ($20,000.00 E.C.) Summary conviction for cultivation of Marijuana- three (3) years and one hundred thousand dollars ($100,000.00 E.C.) Conviction on indictment for cultivation of Marijuana- fourteen (14) years and two hundred thousand dollars ($200,000.00 E.C.)

Summary conviction for possession, production, supplying, trafficking, - three years (3years.) imprisonment and/or one hundred thousand ($100,000.00 E.C.)
Summary conviction for possession with intent to supply- three (3) years imprisonment and one hundred thousand dollars ($100,000.00)
Conviction on indictment for possession production, supplying, trafficking –fourteen (14) years imprisonment and ($200,00.00 E.C.) two hundred thousand dollars
Conviction on indictment for trafficking, i.e. importing and exporting- Maximum of fourteen (14) years imprisonment or ($200,000.00) two hundred thousand dollars.

**University Sanctions-Sanctions apply to all categories of substances**

**Students**

Possession, use or sale of any amount on University property, at University contract housing, or as part of any University activity - up to dismissal.

**Student Disciplinary Actions Defined**
**See Ross University School of Medicine Student Handbook regarding Sanctions which may be imposed. Sanctions could result in dismissal from the university**
*\*\*These sanctions are in addition to any criminal sanctions that may be imposed. Student employees are subject to both employee and student sanctions.*

## LOCAL TREATMENT RESOURCES

The following is a sampling of local area information and treatment resources. A more comprehensive listing of available counseling and treatment programs can be obtained in the Student Services Office.

**LOCAL HOTLINES**
**COMMUNITY COUNSELING/HEALTH SERVICES**
**REGIONAL ALCOHOL AND PROGRAM DETOX**
CrossRoads Centre, P.O. Box 3592, St. John's, Antigua, 268-562-0035

## CRIMINAL SANCTIONS-MIAMI

| **Alcohol** | **Marijuana-Class B Offense** | **All Other Narcotics-Class A Offense** |
|---|---|---|
| Driving under the influence (first offense): fine of $250-$400; possible confinement of up to 90 days; vehicle impoundment. | Possession: fine of $500-5000; possible confinement 60 days to 5 years. | Possession (felony): fine of $1000-250,000; possible confinement of 1-15 years. |

## **\*\*University Sanctions-Sanctions apply to all categories of substances**

**Students**

Possession, use or sale of any amount on University property, at University contract housing, or as part of any University activity - up to dismissal.

**Student Disciplinary Actions Defined**

**See Ross University School of Medicine Student Handbook 6.1.1 regarding Sanctions which may be imposed. Sanctions could result in dismissal from the university**

*\*\*These sanctions are in addition to any criminal sanctions that may be imposed. Student employees are subject to both employee and student sanctions.*

**Faculty and Staff**
(while performing University business)
Under the influence, possession, use, sale, furnishing to a minor - up to dismissal

## LOCAL TREATMENT RESOURCES

The following is a sampling of local area information and treatment resources. A more comprehensive listing of available counseling and treatment programs can be obtained in the Student Services Office.

## LOCAL HOTLINES

Drug/Alcohol Helpline: 800-662-4357

## COMMUNITY COUNSELING/HEALTH SERVICES

Professional Health Network, 7800 S.W. 87th Ave. 274-4330 64
South Miami Hospital, 6200 S.W. 73rd St. 662-8118
**REGIONAL ALCOHOL & PROGRAM DETOX**
Miami-Date County Central Intake Unit, 2500 N.W. 22nd Ave. 638-6540
*These sanctions are in addition to any criminal sanctions that may be imposed. Student employees are subject to both employee and student sanctions*

## APPENDIX VII- Alcohol & Substance Abuse Policy
## ALCOHOL AND SUBSTANCE ABUSE POLICY AND EDUCATIONAL GUIDELINES

**1.0 Overview**

All students, faculty, administrators, and support staff are expected to recognize the potential for alcohol and drug abuse whenever illegal drugs or alcohol are sold, given, manufactured, and/or used and that such abuse is in conflict with the University's purpose. To mitigate abuse, the University has established policies and regulations which adhere to applicable laws and statutes regarding such abuse. The regulations and policies governing the use of alcohol and other substances apply to all students, guests, and visitors on University property or as part of any University activity. The responsibility for knowing and abiding by the provisions of these policies rest with each individual.

Medical students are held to the same ethical and behavioral standards as physicians during both the pre-clinical and clinical years of medical school. Untreated abuse and/or dependence are unacceptable to the school and are cause for administrative action up to and including dismissal.

EXHIBIT C
Page 246

Both for reasons of personal well-being and because of the nature of the profession, students are expected to show restraint and responsibility regarding the use of any substance. Possession or use of illegal substances or unlawful use of lawful controlled substances could result in a criminal conviction, which could preclude licensure to practice.

## 2.0 Applicable Law

All members of the University community shall abide by the laws of the US Federal Government, the Commonwealth of Dominica and any local laws, ordinances and regulations where the student is located at any time during which he or she is affiliated with or represents RUSM relative to the possession, consumption, distribution, transportation, manufacture and sale of alcoholic beverages or products.

Conviction for the possession or distribution of illegal drugs or alcohol may result in various penalties according to the nature of the offense. The prescribed penalties under Dominican law are included in the Drug Prevention (Of Misuse Act), Chapter 40:07 of the laws of the Commonwealth of Dominica. According to this Act, a person found in possession of a controlled drug on any school premises is deemed to have the controlled drug for the purpose of drug trafficking unless the contrary is proved, the burden of proof being on the accused. On summary conviction of these charges, penalties include a fine of one hundred fifty thousand EC dollars and imprisonment for a term which may extend for fifteen years.

## 3.0 Prohibited Activities

RUSM strictly prohibits the unlawful manufacturing, distribution, dispensing, use or possession of alcohol, illegal drugs and controlled substances or the misuse of prescription medications/drugs at any time during which a student is affiliated with or representing RUSM.

Any violation of the Policy on Substance and Alcohol Abuse is considered a violation of school conduct and is subject to the penalties of the school in addition to local, state and federal jurisdictions.

## 4.0 Penalties/Sanctions

All students are expected to be familiar with and to respect local and Federal laws with regard to the use and possession of drugs or alcohol. Violation of the law could subject the student to disciplinary action up to and including dismissal and possible referral for prosecution.

The University will impose sanctions for violation of the standards of behavior (on and off campus) consistent with local and federal laws, and University policies. Violations will result in disciplinary action, up to and including dismissal, and referral for possible prosecution. Sanctions imposed will depend upon the severity and frequency of the violation. In addition to, or in lieu of discipline, violators may be required to complete an appropriate rehabilitation program.

The RUSM Honor Code governs all students. Violation of policies specific to alcohol and other drugs are considered violations of the Honor Code. They include the unlawful possession, use, manufacture, sale or distribution of alcohol and other drugs.

Applicable sanctions include, but are not limited to, probation, probation and referral for treatment and rehabilitation (without adjudication), suspension or expulsion. The University may refer any case to the proper local, state and/or federal authorities for appropriate legal action. Individuals disciplined under the University Policy on Substance and Alcohol Abuse have the right to an appeal in accordance with applicable University grievance protocol.

Persons convicted of drug possession under US Federal law are ineligible for federal student grants and loans for up to one year after the first conviction, five years after the second; the penalty for distributing drugs is loss of benefits for five years after the first conviction, ten years after the second, permanently after the third conviction

The University sanctions imposed under the Policy on Substance and Alcohol Abuse neither diminishes nor replaces the penalties available under generally applicable civil or criminal laws. Violations of University standards may also violate federal, state and local laws of the United States, England and the Commonwealth of Dominica, or other appropriate governance body.

EXHIBIT C
Page 247

Violators will be subject to all appropriate penalties within the jurisdiction of the offense. Within the Commonwealth of Dominica jurisdiction, drug trafficking, which includes producing, supplying and using, is punishable by fines, deportation and/or imprisonment.

**5.0 Prevention & Assistance**
The University recognizes alcohol and drug abuse and dependency as clinical disorders defined in the current version of the Diagnostic and Statistical Manual (DSM-IV-TR) of the American Psychiatric Association.

Excessive drinking and drug use will lead to a wide variety of health problems and professional difficulties. The use of any amount of drug -- prescription, illicit or legal (including alcohol), will alter the chemical balance of the body. Misuse or compulsive use of alcohol and other drugs can often cause serious damage to major body organs such as the brain, stomach, lungs, liver, kidneys, heart, as well as, the immune and reproductive systems. Pregnant women put the fetus at risk for serious birth defects and complications at birth, as well as the possibility of delivering a baby with a drug dependency who may exhibit withdrawal signs. Other health problems include sleep disturbances, malnutrition, convulsions, delirium and greater risk for life threatening accidents and events such as traffic deaths and suicides. Intravenous drug users, who share needles, are at high risk for contracting HIV/AIDS. Use and/or withdrawal from a substance can also create mental problems including, but not limited to depression, anxiety, paranoia and delusions.

RUSM will facilitate substance abuse prevention through general promotion of a substance-free educational environment In addition to the active enforcement of the Policy on Substance and Alcohol Abuse; students will be informed of any current and subsequent changes to the Policy on Substance and Alcohol Abuse. Additionally, the medical school curriculum incorporates information on the effects that alcohol and drugs have on both mental and physical health. At RUSM, an atmosphere will exist wherein individuals with alcohol and/or drug problems are encouraged to seek help.

For information or assistance with substance and/or alcohol abuse matters, or for information on programs such as Alcoholics Anonymous (AA) an individual can confidentially contact RUSM Counseling Services.

Modeled upon the principles of the AMA's Council on Ethical and Judicial Affairs (CEJA), RUSM offers services that are geared toward ensuring the personal health of students by providing support and avoiding punitive measures. RUSM, through Student Affairs and the Counseling Services, helps coordinate intervention services, conduct screening assessments, make appropriate referrals for comprehensive assessment and treatment, provide case management services for those with continuing problems, and encourage a collegial supportive environment. Moreover, they help promote students' overall health and wellness as a priority for the profession. Students are encouraged to seek guidance from these programs at the earliest sign of need. To further utilization, help will be provided through a system that remains separate albeit appreciated by the University's disciplinary system.
Students seeking assistance for a substance abuse problem will not be subject to sanctions by the University as a result of seeking such assistance.

The use of drugs and alcohol can cause physical and psychological dependence and can interfere with memory, sensation and perception. Drugs impair the brain's ability to synthesize information. Regular users of drugs develop tolerance and physical dependence often experienced by withdrawal symptoms. The psychological dependence occurs when the drug taking becomes central to the user's life.
Medical students who are aware of or suspect a colleague of abusing alcohol or drugs are encouraged to intervene and provide assistance, or to refer the matter to the medical education administration.
    • If a medical student in good standing seeks help for substance abuse, support is available through Student Affairs, the Health Clinic or Counseling Services.
    • If a medical student violates school policy or has academic difficulties and a substance abuse problem is identified, assistance will be provided if the student acknowledges the problem, consents to treatment in an appropriate rehabilitation program, and complies with the program.

EXHIBIT C
Page 248

• If a medical student violates school policy or has academic difficulties and a substance abuse problem is identified, and the student refuses to acknowledge the problem, or does not consent to therapy, or does not comply with the appropriate rehabilitation program, disciplinary action up to and including dismissal or expulsion may be recommended.
        • If a student reports to school or to a clinical setting under the influence of alcohol or drugs, they will be immediately suspended and possibly dismissed or expelled from the University.

RUSM will facilitate substance abuse prevention through general promotion of a substance-free educational environment, by informing students on current and subsequent changes to policies on alcohol and other drugs and through advocating an atmosphere where individuals with a problem are encouraged to seek help. The medical school curriculum incorporates information on the effects that alcohol and drugs have on both mental and physical health.

A list of some drug and alcohol prevention, counseling, treatment and rehabilitation, and re-entry programs is available at RUSM Counseling Services located adjacent to Classroom 1. Any student, spouse, or faculty member can confidentially contact Counseling Services for additional referral information.

## APPENDIX VIII- Controlled Drugs Prescription Policy
**Policy for the prescription of controlled drugs to Ross University School of Medicine medical students.**

The policy for the acquisition and possession of prescription/controlled drugs by RUSM students as advised by the Counseling Services of RUSM in conjunction with the Ministry of Health of Dominica is as follows: any student of RUSM who requires a prescription for a controlled substance will need to present to his or her physician adequate proof or evidence that he or she has the diagnosed condition for which the drug is indicated as a pharmacological treatment.

## APPENDIX IX- Sexual Offense Policy
RUSM informs students about safe practices intended to avoid sexual assaults during orientation at the Foundations of Medicine campus in Dominica. Other educational programs are offered from time to time to promote awareness of rape, acquaintance rape and other forcible and non-forcible offenses.

In the event that a student becomes aware of a possible sexual assault, the student should promptly notify campus Security personnel at the telephone numbers given under Security and Safety Contact Information. Every effort should be made to preserve evidence for an investigation. Every member of the University community is also encouraged to notify local law enforcement agencies of any sex crime, and University counselors or other administrators will support and assist in this notification.

University disciplinary proceedings are separate from and may be in addition to criminal charges when a sexual assault is reported. Both the accuser and the accused have the right to be accompanied by an advisor during any disciplinary hearing, and both will be informed of the final determination and where appropriate the sanction(s) imposed. Sanctions may include reprimand, probation, suspension and dismissal.

University counselors and outside counselors are available to provide mental health and other services to any member of the University community affected by a reported sex offense. The University will also assist the victim of a sexual assault to adjust living or academic arrangements if requested and the changes are reasonably available.

Sexual assault is defined as physical contact of a sexual nature, which is against one's will or without one's consent.

EXHIBIT C
Page 249

Rape is defined as sexual intercourse that is coerced through force or threats of force, or with someone who is unconscious, or incapable of giving consent.

Forcible sexual offenses are defined as, "Any act directed against another person, forcible and/or against the person's will; or not forcibly or against the person's will where the victim is incapable of giving consent," and include, forcible rape, forcible sodomy, sexual assault with an object, and forcible fondling.

Non-forcible sex offenses are defined as "Unlawful, non-forcible sexual intercourse," and include incest and statutory rape.

CAMPUS SEX CRIMES PREVENTION ACT

This Act requires sex offenders already required to register in a State to provide notice, as required under State law, to each institution of higher education in that State at which the person is employed, carrying on a vocation, or is a student. This act requires that state procedures ensure that this registration information is promptly made available to law enforcement agencies with jurisdiction where the institutions of higher education are located and that it is entered into appropriate State records or data systems. These changes take effect 2 years after enactment (2002).

This act amends the Higher Education Act of 1965 to require institutions of higher education to issue a statement, in addition to other disclosures required under that Act, advising the campus community where law enforcement agency information provided by a State concerning registered sex offenders may be obtained. This change takes effect 2 years after enactment (2002).

This act amends the Family Educational Rights and Privacy Act of 1974 to clarify that nothing in that Act may be construed to prohibit an educational institution from disclosing information provided to the institution concerning registered sex offenders, and requires the Secretary of Education to take appropriate steps to notify educational institutions that disclosure of this information is permitted.

States in the United States are required to maintain registries on certain convicted sex offenders. Information about this requirement and the registry in each state may be obtained at the following web site maintained by the U.S. Department of Justice:
http://www.ojp.usdoj.gov/bjs/pub/pdf/sssordp.pdf

Although the law enforcement agencies in Dominica do not maintain information on registered sex offenders, the University will assist anyone making specific inquiries of the police.

**SECURITY ALERTS**

In addition to periodic advisories of a general nature, RUSM will notify the campus community if it has information about any crime or situation reported to campus Security that poses a credible and imminent threat to students or employees.

## APPENDIX X- Notification of Student Rights
## Annual Notification of Student Rights Under FERPA
(*The Family Educational Rights and Privacy Act*)

DeVry Inc. and its divisions (DeVry University, RUSM, and Chamberlain College of Nursing) respect the rights and privacy of its students and acknowledge the responsibility to maintain confidentiality of personally identifiable information.

FERPA is a federal law that affords students the following rights with respect to their education records:

1. THE RIGHT TO INSPECT AND REVIEW THE STUDENT'S EDUCATION RECORDS

Students have the right to review their education records within 45 days of the day the institution receives their request. Students should submit to the registrar, dean, or head of the academic department written requests that identify the record(s) they wish to inspect. The institution official will make arrangements for access and notify the student of the time and place where the records may be inspected. If the official to whom the request is submitted does not maintain the records, that official will advise the student of the correct official to whom the request should be addressed.

EXHIBIT C
Page 250

2. THE RIGHT TO SEEK AN AMENDMENT OF INACCURATE OR MISLEADING INFORMATION
**Students may ask the institution to amend a record that they believe is inaccurate or misleading. They should write to the official responsible for the record, clearly identify the part of the record they believe should be changed and specify why it is inaccurate or misleading. If the institution decides not to amend the record as requested by the student, the student will be notified of the decision and advised of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the student when they are notified of the right to a hearing. Following the hearing, if the institution still decides not to amend the record, the student has a right to place a clarifying statement in the record. The institution is not required to consider requests for amendment to grades or disciplinary decisions.**

3. THE RIGHT TO LIMIT DISCLOSURE OF PERSONALLY IDENTIFIABLE INFORMATION
Students have the right to consent to disclosure of personally identifiable information contained in their educational records, except to the extent that FERPA authorizes disclosure without consent. An exception that permits disclosure without consent is disclosure to school officials who have legitimate educational interests, and the disclosure of directory information. Directory information is not considered to be harmful or an invasion of privacy if disclosed. See additional information on next page.

4. **THE RIGHT TO FILE A COMPLAINT WITH THE U.S. DEPARTMENT OF EDUCATION IF THE INSTITUTION FAILS TO COMPLY WITH FERPA REQUIREMENTS**
**Complaints should be directed to:**
Family Policy Compliance Office
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-4605

**DIRECTORY INFORMATION**
The Family Educational Rights and Privacy Act (FERPA) designates certain student information as "Directory Information" and gives the institution the right to disclose such information without having to ask students' permission. The items listed below as "Directory Information" may be released for any purpose at the discretion of the institution. Under the provisions of FERPA, students have the right to withhold the disclosure of any or all of the categories of information listed below. **The following information will be released unless students specifically request that their information be withheld:**
Directory Information: Name, address, telephone number, email address, date and place of birth, dates of attendance, previous institution(s) attended, major field of study (program), enrollment status, degrees and awards, past and present participation in officially recognized activities.

**To Withhold Information**
To have directory information withheld, students must submit a written request to the Office of the Registrar. Once filed, this request becomes a permanent part of the student's record and no information may be released until the student instructs the institution otherwise.

## APPENDIX XI- Course Evaluations Policy
RUSM is committed to improve the quality and content of its educational program. To achieve this goal student feedback is extremely important.

All students are required to complete at the end of each semester an evaluation for each course in their semester and of each of the members of the faculty involved in the teaching. Evaluations are completed on-line through a program called CoursEval. In addition, students may be asked periodically to complete surveys evaluating specific functions and services that RUSM provides. This input is important to evaluate students' perceptions and needs.

RUSM maintains the confidentiality of these evaluations. Faculty receive aggregate responses for their courses and sometimes receive notification of completion and non-completion. Under no circumstances

EXHIBIT C
Page 251

will students be identified and associated with the content of their evaluations. Although confidentiality is maintained, individuals who complete or do not complete the evaluation can be identified by name for reporting purposes.

RUSM communicates with students through its own email system. The CoursEval program also utilizes RUSM email to inform students about the evaluation process. Students leaving the Dominica campus are reminded that communication regarding evaluation requirements in AICM and the Clerkships will continue through RUSM email.

## APPENDIX XII- Photography & Video Imaging Policy

**1. Purpose:**

1.1 The purpose of this Policy is to ensure that any type of photography such as still pictures, video and film recorded or broadcast by any means including storage by electronic media, which occurs in or around the facilities of Ross University School of Medicine is not used for commercial purposes and that it does not interfere with the educational, scholarly or administrative functions of the institution, or impair any individual's right to privacy.

**2. Scope:**

2.1. This procedure applies to all visitors, faculty, staff and students. Pictures are not for publication or public distribution unless approved by the Dean or the Dean's designee.

2.2. All individuals found to be in violation of this policy are subject to institutional discipline up to and including expulsion.

**3. Procedure**

Photography is generally permitted as long as it is in good taste and for personal use. Prior permission from the Dean or the Dean's designee is required when (1) the photography is for commercial purposes; (2) photography has questionable content (3) the photography is intended for a political purpose; ( 4) the photography will require set up of any equipment which could impede normal activities on campus; or (5) the photography involves human specimens or cadavers. Photography shall be considered to be for commercial purposes if it is intended to be sold or otherwise exchanged for value, or is for any use that could imply endorsement of a product or service. Photography will be considered to be for a political purpose if it is used or intended to support or oppose either a candidate for any public office, or any particular point of view on an issue of public concern or debate. Photography will be considered questionable in content if it may be viewed as libelous, defamatory, predatory, lewd or pornographic.

Photography for films or videos may require submission of storyboards or scripts prior to approval. All photography permissions are for designated times and dates. RUSM does not guarantee that any specific area or activity on campus will be available at the requested time or date. Permission by RUSM must specify designated times and dates in writing and be signed by the Dean or the Dean's designee. Ross University School of Medicine may withhold its permission or require conditions for its permission at its discretion.

Permission of Ross University School of Medicine does not include or imply any permission to photograph any individual, regardless of whether such person is a staff member, student or visitor to the RUSM facilities. Photographers are reminded that they need to obtain the permission of each individual photographed and that commercial use of an individual's image or likeness typically requires written consent of that individual.

In the event of an incident or emergency requiring police, fire or other emergency response personnel, access to areas previously open to photographers may be barred or limited to allow emergency personnel to ensure safety and security. Depending on the nature of the photography, the amount of equipment used and the location of the photography, proof of general liability insurance may be required. Specific contractual arrangements must be negotiated in advance.

EXHIBIT C
Page 252

# APPENDIX XIII- Disclosure of Consumer Information

**Consumer information**

Federal regulation requires that RUSM provide consumer information to all students. Below, you will find the required disclosures, a description of the information and an explanation of how/where to obtain it. If you would like to obtain additional information, please contact the Office of Student Finance at (732)509-4600 or email us at FinAid@rossu.edu.

**Information about the University**

- ☐ Instructional Personnel
- ☐ Disabled Student Services
- ☐ Instructional Facilities
- ☐ Cost of Attending RU
- ☐ Family Education Rights and Privacy Act (FERPA)
- ☐ Campus Safety and Security
- ☐ Completion/Graduation Rates for Students
- ☐ Refund Policy
- ☐ Accreditation Information
- ☐ Student Handbook/"Code of Student Conduct"
- ☐ Academic Programs
- ☐ Contact for General Institutional Issues

**Financial Assistance**

Notices of Amounts and Types of Aid
Notice of Right to Decline/Cancel a loan
Total Withdrawal from Classes/Return of Title IV
Financial Aid Application Process
Federal Financial Aid Programs and Other Private Aid Programs Available to Students
Satisfactory Academic Progress
Information about disbursements
Terms of Student Loans, including of Repayment and Sample Repayment Schedule
How School Distributes Aid Among Students
Terms/Conditions of Deferment of a Federal Loan
Title IV Eligibility Penalties for Drug Conviction

**Instructional Personnel**

Information regarding RU's faculty can be obtained at **http://www.rossu.edu/medical-school/academics/Faculty.cfm** (School of Medicine) or **http://www.rossu.edu/veterinary-school/faculty/faculty.cfm** (School of Veterinary Medicine)

**Accommodations for Students with Disabilities**

RUSM is committed to working with students with disabilities. It is critical that the student apply prior to, or within the first two weeks of the semester so that all parties have time to consider the request for an accommodation, review the supporting data and make a decision well before the first examination period

**Med Students**

For services and information for disability services, contact Dr. David Sacks (ADA Coordinator) at (767)255-6237 or by e-mail at dsacks@rossmed.edu.dm

**Vet Students**

For services and information for disability services, please contact the University Counselor on campus.

**Instructional Facilities and Clinical Sites**

Information regarding our instructional facilities and clinical sites is available at www.rossu.edu and in the Student Handbook.

EXHIBIT C
Page 253

**Course Withdrawal Procedures**
RUSM students who are withdrawing from classes must follow several steps in order to complete the withdrawal process. The withdrawal policies and procedures can be found in the Student's Handbook and on the website at **www.rossu.edu** or by contacting the Registrar's Office, at (732)509-4600 or by e-mailing the Registrar at **Registrar@RossU.edu.**

**Cost of Attending RUSM**
Estimated costs for tuition and fees, room and board, books and supplies, transportation and personal/miscellaneous can be found on the website at **www.rossu.edu** or by contacting the Office of Student Finance at (732)509-4600 or **bursar@rossu.edu** .

**Family Education Rights and Privacy Act (FERPA***)*
*FERPA is to protect the privacy of student education records, to establish the right of a student to inspect and review their educational records, and the right of students to have some control over the disclosure of information from their records. ANNUAL NOTIFICATION OF STUDENT RIGHTS UNDER FERPA is published on the Student Handbook, the website* www.rossu.edu *and on the student's portal at* www.rossu.edu/myross.

**Completion/Graduation Rates for Students**
To obtain information regarding Completion/Graduation Rates for all students please contact the Office of the Registrar at (732) 509-4600 or by e-mailing the Registrar at **registrar@rossu.edu.**

**Refund Policy**
Students who withdraw from the University before the 60% mark in the semester may be eligible to receive a prorated refund of tuition and fees. To obtain detailed information regarding the refund policy at RUSM, please consult the Student Handbook or contact the Office of Student Finance at (732)509-4600 or by e-mail at **bursar@rossu.edu.**

**Accreditation Information**

The government of the Commonwealth of Dominica authorizes RUSM to confer the
Doctor of Medicine degree and graduates are also eligible for licensure in Dominica. The United
States Department of Education, through its National Committee on Foreign Medical Education and Accreditation (NCFMEA), has determined that the accreditation standards employed by the Dominica Medical Board are comparable with those used to evaluate programs leading to the M.D. degree in the United States. Additionally, Ross University, School of Medicine received CAAM accreditation in 2009.
RUSM is accredited by the government of St. Kitts and Nevis to confer the Doctor of Veterinary Medicine degree.
For additional accreditation information go to the website at www.rossu.edu, or contact the Student Service Center at (732)509-4600.

**Student Handbook/"Code of Student Conduct"**
To obtain information regards to the Student Handbook and the "Code of Conduct", visit the website at www.rossu.edu. The Student Handbook informs students about many services and programs that are available. The "Code of Conduct" informs students about the regulations and procedures in regards to student behavior on and off campus**.**

**Academic Programs**
Information regarding programs of study and course descriptions can be obtained on the website at **www.rossu.edu** or by contacting the Admission's Office at (732)509-4600 or by e-mail **Admissions@RossU.edu.**

EXHIBIT C
Page 254

**Contact for General Institutional Issues**
To obtain information regarding general institutional issues, contact the Student Service Center at (732)509-4600 or by e-mail at **StudentServiceCenter@RossU.edu.**

**Financial Aid Assistance**
Notice of Amounts and Types of Title IV Aid
Schools are required to notify students about the amount of financial aid the student will receive from each program before any aid is disbursed. The Office of Student Finance provides information about the Federal Direct Loan Programs and private student aid, disbursement methods, schedules, and itemized subsidized and unsubsidized Stafford and PLUS loan separately through the award letter document. This document is provided to the students once the financial aid package has been completed. It is e-mailed to the e-mail address on record and for new and continuing students.

**Notice of Right to Cancel/Decline a Loan**
RUSM is required schools to notify students of their right to cancel all or a portion of an education loan disbursement and have the funds returned to the U.S. Department of Education. Students are notified or their right to cancel/decline their loans through the award letter notifications. In addition this information is included promissory note and a notification of loan disbursement.

**Total Withdrawal from Classes/Return to Title IV Programs**
Students who totally withdraw from classes or receive all F grades in any semester may be required to return federal funds for that semester in accordance to the guidelines for Federal Student Aid. In instances where students have not maintained satisfactory academic progress, financial aid eligibility is affected. For students that have not received their financial aid funds before starting withdrawal procedures, they will be advised in writing of their post-withdrawal eligibility within 30 days of the start of the withdrawal process and an additional 14 days to accept or decline the aid. Please refer to the Financial Aid SAP policy which applies to the School of Medicine and Veterinary Medicine listed in the Student Handbook. For additional information of Title IV returns process please contact the Office of Student Finance at (732)509-4600 or by e-mail at Bursar@RossU.edu.

**Financial Aid Application Process**
For information pertaining student's financial aid eligibility or to obtain the process for applying for financial aid, go the Financial Aid Application Process of this Planning Guide or contact the Office of Student Finance at (732)509-4600 or by email at **FinAid@RossU.edu.**

**Federal Financial Aid and Other Private Aid Programs Available to Students**
Information on financial aid programs can be obtained at **www.rossu.edu**, on The Planning Guide or by contacting the Office of Student Finance at (732)509-4600 or by email at **FinAid@RossU.edu**.

**Satisfactory Academic Progress**
All students who receive federal, financial aid at RUSM must meet all requirements of the Satisfactory Academic Progress (SAP) Policy. This policy is referred in the Office of Student Finance planning guide; it can also be obtained through the website at **www.rossu.edu**. To obtain additional information on RUSM's SAP policy contact the Registrar's Office, at (732)509-4600 or by e-mailing the Registrar at **registrar@rossu.edu.**

**How and When Aid Will be Disbursed**
To obtain additional information on disbursement methods and specific dates when aid will your aid will be disbursed, please contact the Office of Student Finance at (732)509-4600 or by email at **FinAid@RossU.edu.**

**Terms of Student Loans, Including of Repayment and Sample Repayment Schedule**
To obtain loan repayment information such as repayment options, repayment schedule and other information visit the website at **www.rossu.edu**, or contact the Office of Student Finance at (732)509-4600 or by email at **FinAid@RossU.edu.**

EXHIBIT C
Page 255

**How School Distributes Aid Among Students**
RUSM awards financial aid in accordance with Department of Education policy when awarding federal student aid. We award all subsidized Stafford Loan eligibility first, then unsubsidized Stafford Loans, then Graduate Plus Loans.

**Terms/Conditions of Deferment and Consolidation of a Direct Federal Loan**
To obtain information regarding loan deferment of a Direct Federal Loan, students may review the necessary information at the U.S. Department of Education website, **www.studentloans.gov** . Please contact the Office of Student Finance at (732)509-4600 or by email at **FinAid@rossu.edu** with additional questions.

**Title IV Eligibility Penalties for Drug Conviction**
To obtain information regarding drug convictions impact on students who are using financial aid, please refer to RUSM's guide on Title IV Eligibility Penalties for Drug Conviction at http://www.rossu.edu/medical-school/currentstudents/documents/TitleIVDrugDisclosure.pdf.

**Ombudsman Information**
**University Ombudsman**
For assistance with sensitive matters, students can contact the University Ombudsman at tdonnelly@RossU.edu .

**Federal Student Aid Ombudsman**
**The Federal Student Aid Ombudsman of the Department of Education helps resolve disputes and solve other problems with federal student loans.** Here is the contact information for the FSA Ombudsman of the Department of Education.

**Online request for assistance-** If you have taken the necessary steps to resolve your loan problem on your own, you are invited to ask the Ombudsman's office to help you find a resolution. We have provided a printable Self-Resolution Checklist so that you can make sure you've taken all the necessary steps before calling us in. After you have gone as far as you can go on your own, you may fill out the online www.ombudsman.ed.gov .

U.S. Department of Education FSA Ombudsman 830 First Street, NE Fourth Floor Washington, DC 20202-5144
Phone Number (877) 557-2575
Fax Number (202) 275-0549

## Appendix XIV – Dominica Campus Policies
### Smoking Policy

1. **PURPOSE**
1.1. This document outlines the policy of Ross University School of Medicine, regarding smoking on the Dominica campus. It is designed to maintain a safe, healthy and clean environment for all members of the campus community.

2. **SCOPE**
2.1 The policy is applicable to all students, faculty, staff and visitors and includes all classrooms, University owned and rented property or vehicles, private offices, shared spaces, the library, all study spaces, living spaces owned or rented by RUSM, laboratories, gymnasium, stairwells and all open spaces surrounding the above. In addition, there will be no smoking within 100 feet in any direction of the front gates of RUSM.

3. **POLICY**
The Ross University School of Medicine campus will be a non-smoking campus with exception of designated areas on campus where smoking will be allowed. These areas will be designated with signage

EXHIBIT C
Page 256

and feature cigarette disposal receptacles. Smoking must remain within 6 feet of the marked areas listed below:

The western end of the grassy area across from the library and parking lot toward Classroom One within 6 feet of the posted sign.
At the annex – by the tree line at the back of the property by the posted sign.

For Jenner Hall – across the main access road.

For RUH – across the main access road, or public areas near RUH not owned or rented by the University.

For the Campus Activities Center area – outside the entrance gate.

## 4. DEFINITIONS
Campus is defined as all grounds owned or rented by Ross University School of Medicine.

## 5. RAMIFICATIONS
5.1 Individuals in violation of the policy will be directed to the appropriate smoking areas. Additionally students who do not comply with the policy may be issued professionalism cards. Please note that three professionalism cards affect good standing at RUSM and can negatively affect Medical Student Performance Evaluation (Dean's letters of reference) for residency.

## 6. ENFORCEMENT
Faculty, staff, and security personnel will be responsible for the implementation of this policy.

## 7. PUBLICITY OF POLICY
7.1 New students entering RUSM will be given the restricted smoking policy during orientation. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

## 8. REVIEW
8.1 Review of this restricted policy will take place within one year of the effective date in consideration of a total smoking ban on campus.

## Study Space Policy

### PURPOSE
This document outlines the policy of Ross University School of Medicine, regarding study space on campus. It is designed to: allow equal access to study space for all students, encourage students to be responsible for their personal belongings, and encourage a professional and collegial atmosphere.

### 2. SCOPE
2.1 This policy applies to all students of the Ross University School of Medicine. There are no exceptions to the study space policy: every area on campus is covered by this policy and the rules apply equally.

### 3. DEFINITION
3.1 A study space is defined as any place on campus where a student might study, including, but not limited to classrooms, the library, RUH common study areas, open areas and the upper and lower seaside decks. There is no study at the Campus Activity Center at any time – this applies to all three floors.

EXHIBIT C
Page 257

4. **POLICY**

4.1 **Students must be physically present with their belongings at all times or the belongings may be removed.** No student may leave his or her belongings for any length of time for any reason (except for brief bathroom breaks and the lunch hour, as described below) anywhere on campus.

4.2 Each semester's students may utilize their semester classroom as a preferential study space. Other classes may use the space based on availability. Students studying in classrooms are limited to two adjoining spaces for study. If there are no study spaces available in a classroom and a student sees someone from another class occupying study space, they may politely ask them to leave. The expectation is that both parties will act respectfully and professionally. When students are finished studying, going to lunch or leaving for any reason other than a 15-minute bathroom break or the lunch hour described below, students must collect all belongings and take them along. If either party becomes argumentative, the party may be reported to Student Affairs and/or may receive a professionalism card and be sent to Honor Council or Grievance Committee.

4.3 Every other study space is available on a first come basis and limited to one table or one carrel per student. When a student comes to study he or she may stay and study as long as desired as long as the student is physically present in the space. When students are finished studying, are going to lunch or leaving for any reason other than a 15-minute bathroom break, or the lunch hour described below, students must collect all belongings and take them along. When a student returns, if someone else is in that space, then the student may find another vacant space in which to study.

4.4 This policy also refers to overnight squatting – meaning that no one may leave anything anytime, anywhere in a space overnight. Again, students must be physically present with their items at all times or items may be removed.

4.5 Bathroom breaks - If a student needs to utilize the rest room during study time he or she may leave his or her belongings unattended (at his or her own risk with regard to the belongings) for a maximum of 15 minutes only. Students are responsible for any unattended items. The University reserves the right to remove any unattended items.

4.6 There are no exceptions to the study space policy, every area on RUSM owned or rented property is covered by the study space policy and the rules apply equally.

4.7 Students are allowed to leave their belongings in any study space unattended without penalty during the lunch hour from noon to 1:00 each day of the week. No sweeps will be performed during this hour.

5. **ENFORCEMENT**

5.1 Security, housekeeping and Student Affairs are primarily responsible for enforcing the study space policy and collecting items left unattended for more than 15 minutes. Additionally faculty and staff may enforce the policy. Period "sweeps may take place and those enforcing the policy may come into a study space at any time, wait for 15 minutes, and then collect any unattended property.

5.2 RUSM, its employees and/or agents will be not responsible for lost, stolen or damaged items that are left unattended and/or collected.

6. **RAMIFICATIONS**

6.1 Students who are non-compliant and/or argumentative may be issued a professionalism card and/or taken to the Honor Council or Grievance Committee. Receiving three professionalism cards can negatively impact the content of reference letters for residency appointments or have other consequences.

6.2 Any items collected will be held in a room on campus which will be determined at the start of each semester and publicized. Items collected will be held for a maximum of 24 hours and available to be

EXHIBIT C
Page 258

claimed from 5:00-6:00PM ONLY. Security officers will list and sign out the articles to the student claiming them.

6.3 Unclaimed items may be discarded, donated, or sold.

## 7. PUBLICATION OF POLICY

7.1 Initially the policy will be advertised via a pop-up on all RUSM configured computers. Additionally flyers will be posted on campus and emails will be sent. The policy will also be available on the G drive under Student Affairs/ "Study Space Policy".

7.2 Incoming first semester students will be informed of the study space policy at orientation. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

## Animals on Campus

### PURPOSE

1.1. The purpose of this policy is to help provide and maintain a safe, clean environment for the RUSM campus community by addressing the issue of animals on campus.

## 2. SCOPE

2.1 This policy applies to all members of the RUSM community present on the Dominica campus, RUSM students, employees, associates, contractors, their employees and visitors of any of these individuals.

## 3. DEFINITION

3.1 A pet includes any animal that is continuously cared for at a RUSM community member's residence.

3.2 A stray is any animal that is not continuously cared for at a RUSM community member's residence and has no apparent owner.

3.3 The campus is defined as the property including the Annex, the main campus, the Campus Activity Center (CAC), the seaside decks, Ross University Housing (RUH) and any other RUSM owned or rented property.

3.4   A **Service Dog** is an assistance dog specifically trained to help an individual with a legally-recognized disability.

## 4. POLICY

4.1  Pets are allowed on campus. The pets must be leashed and under the supervision of their owners at all times. Pets are not allowed to be tied up or left alone at anytime for any reason. Pets are not permitted into any campus building or on campus transportation. Owners must clean up after their pets and dispose of any waste properly. Pets are not allowed on the Seaside decks or on the preparatory school playground.

4.2  Legally-recognized service animals are allowed in and on campus property. Any individual requiring a service animal on campus must provide proper documentation of the need for a service animal and certification that the animal is trained as a service animal. The owner of the animal is responsible for the animal's behavior at all times. If the animal acts aggressively or inappropriately, it may be barred from campus temporarily or permanently.

4.3   Animals with no apparent owner may be captured by security officers or other designed persons. The animal will be caged on campus or sent to a designated veterinarian for one week. An announcement will be made to the campus community via e-mail about the caught stray to see if anyone wishes to claim and adopt the animal. Any stray in custody for more than a week

EXHIBIT C
Page 259

will be euthanized.

4.4  Grazing animals are considered non-pets on the campus and are not allowed on campus. Any grazing animal found on campus will be detained. The owner (if known) of the grazing animal will be notified to retrieve the grazing animal within three days. If not claimed by the three (3) day limit, arrangements will be made for the animal to be placed at the government property in Londonderry. The cost of transportation to Londonderry and any other charges assessed to retrieve the animal will be the responsibility of the owner.

4.5  No animal is to be fed on campus as this encourages animals to return to campus. Security or others have the right to report anyone found feeding animals on campus. If asked to produce an I.D. to security one must comply.

**5. ENFORCEMENT**
5.1  Stray dogs or animals tied up without their owner with them may be removed by security or their designee.

5.2 Security officers and their designee's are the main enforcers of this policy, and any campus member has the right to remind others of the policy; cordial interactions are expected.

**6. RAMIFICATIONS**
6.1  Anyone who does not follow the animals on campus policy may be fined $100 U.S. A second offense could result in a professionalism card or referral to Honor Council or Grievance Committee for students or reprimand for others. The animal may also be impounded until the fine is paid. After three days RUSM reserves the right to treat the animal as a stray and follow the process for stray animals. Any money collected from fines will support the animal policy.

6.2  If there are continued complaints regarding any pet or pet owner on campus (even if the pet is on a leash) and/or the animal's behavior poses a direct threat to the health or safety of others, the pet will be prohibited from returning to campus.

**7. PUBLICATION OF POLICY**
7.1  At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

7.2  New Students will be given this policy as part of new student orientation.

**Food and Drink in the Library Policy**

**1. PURPOSE**
1.1. This document outlines the policy of Ross University School of Medicine, regarding consumption of food and drink in the library. It is designed to prevent or reduce the destruction of library material and computer wiring by rodents and other pests; to maintain a safe, healthy and clean environment for patrons of the library including its staff.

1.2 To encourage persons to use alternative areas designated for the consumption of food.

**2. SCOPE**
2.1  This policy applies to all members of the RUSM community, RUSM associates, contractors and their employees and visitors.

**3. DEFINITION**
The **library** is that area of the campus which house materials, equipment of reference for students, faculty and staff. It comprises of books, journals, video tapes, cd's, cameras, computers, photocopiers, offices and study rooms.

**Food** is any solid or liquid matter which is taken by mouth to satisfy someone's hunger. Examples of food are, but not limited to ice cream, cookies, cake, sandwich, burger, bread, biscuits, fries, chicken, rice, soup, fruits, shakes and yogurt.

**Drinks** are defined as any liquid matter which is taken by mouth to satisfy one's thirst. Examples include (but are not limited to) water, coffee, energy drinks, tea, juice and sodas, and exclude alcoholic beverages.

4. **POLICY**
4.1 It is the policy of the library that no food will be allowed in the library at any time.

4.2 Drinks are allowed in the library at any time.

4.3 Students will be responsible for proper disposal of liquid containers.

5. **ENFORCEMENT**
5.1  Representatives of the library or their designees, student government leadership and designated representatives of the Student Government Association, campus security or other appointed persons will enforce the policy. Enforcement could include inspection of any articles brought into the library, periodic walk-throughs of study areas or other means of determining if food is present in the library.

5.2 Students will be asked to produce their RUSM identification card at the time of the violation.

6. **RAMIFICATIONS**
6.1  Students found to have food in the library will be in violation of the policy and ramifications may include removal of the food, a fine, and issuance of a professionalism card; Students with repeat violations may be referred to the Honor Council or Grievance Committee.

6.2  The first time that a student is found in violation of the policy, the food will be removed and the student will be fined $25.00EC. The student will be issued a receipt for the fine and his or her name will be recorded as violating the policy. If the fine is not immediately paid and is still outstanding at the end of the semester, the student's grades will not be released and he or she will not be able to register.

6.3  The second time that a student is found in violation of the policy he or she will be issued a professionalism card in addition to a fine.

6.4  Any further violations of the policy will be referred to the Honor Council or Grievance Committee.

6.5  Failure to produce a student ID upon request or displaying non-professional behavior when confronted with the violation may result in further disciplinary action. Additionally the individual may be escorted off the campus, and have his or her photo taken for identification purposes.

7. **PUBLICATION OF POLICY**
7.1  Initially the policy will be advertised via a pop-up on all RUSM configured computers. Additionally the policy will be posted on the doors of the library, announced in the library, publicized on media site and sent out via email by SGA representatives. The policy will also be available on the G drive under Student Affairs/Policies and Procedures/Library Policy.

7.2  Incoming first semester students will be given the library policy at orientation. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

**Printing Policy:**
**PURPOSE**
1.1. This document outlines the print policy of Ross University School of Medicine including weekly student print quotas and additional print purchases on the Dominica campus.

EXHIBIT C
Page 261

2. **SCOPE**
2.1 This policy is applicable to all students of RUSM at the Dominica campus. There are no exceptions to the print policy; every student is equally covered as outlined by the policy.

3. **DEFINITIONS**
3.1 A print is defined as one side of a sheet of paper. A page is defined as two sides of a sheet of paper A printing week is defined as the seven day period beginning immediately after midnight each Sunday morning and ending on Saturday night at midnight.

4. **POLICY**
4.1 Student print quotas starting with the effective date of this policy will be 200 prints (100 pages) per week, according to the stipulations below.

   4.1.1    Initially the policy will apply only to first and second semester students.
   4.1.2. Third semester students will maintain their previous print quota until the May 2010   semester at which time this policy will apply.
   4.1.3 Fourth semester students will maintain their previous print quota until the September 2010 semester at which time this policy will apply.

4.2 Effective September semester 2010, all students on the Dominica campus will receive the same quota which is 200 prints per week as described in 4.1.

4.3 At the end of each printing week students who have not used their allotted quota will forfeit the remainder of their quota; there is no rollover of print quotas.

4.4 In addition to the weekly print quota, any student wishing to purchase additional prints can do so from the accounts department. Additional prints are sold in increments of 50 prints for $10.00EC which is subject to change based on costs. After April 1st, 2010, the prints will be available for purchase from the campus copy center.

4.5 Additional prints purchased are separate from the print quota. Additional prints purchased will rollover every week until they are used up.

4.6 No refunds will be given for unused prints even if the student departs RUSM or does not utilize the purchased prints.

4.7 Any printing problems encountered by students concerning the printing process including printer malfunctions, loss of prints or errors in printing can be reported to the printing contracting company, Campbell's Business Systems by means of a fault report. The fault reporting procedure is outlined online in the student resources page of the RUSM website and is also located at each print station.

4.8 No printing is permitted while classes or other scheduled activities are taking place in the classroom area.

5. **RAMIFICATIONS**
5.1 Students who print during class time or when other scheduled activities are taking place may be reported to the class representative. Failure to comply may result in a professionalism card.

5.2 Any other violations of the policy considered as unprofessional behavior will be evaluated on an individual basis and may result in a professionalism card or other sanctions.
5.3 Students are expected to treat printing equipment and staff who maintain the printing stations, with respect. Any unprofessional behavior could result in a professionalism card or referral to the Honor Council or Grievance Committee.

6. **ENFORCEMENT**
6.1 SGA officers, class representatives and students are encouraged to hold their peers

EXHIBIT C
Page 262

accountable for the policy. Additionally all faculty, staff or security representatives of Ross University are permitted to enforce the policy.

## 7. PUBLICATION OF POLICY

7.1  At the beginning of each semester, a reminder of the policy will be sent out to the community via e-mail by Student Affairs.

7.2  Student Affairs will distribute the print policy to incoming first semester students at orientation.

EXHIBIT C
Page 263