# EXHIBIT  D

# EXHIBIT  D



# ROSS UNIVERSITY

EST.1978

## SCHOOL OF MEDICINE

# *STUDENT HANDBOOK*

# 2012-2013

# SEPTEMBER 1, 2012

© 2012 Global Education International. All rights reserved.

Ross University School of Medicine

September 2012 Student Handbook

## TABLE OF CONTENTS

1.0 INTRODUCTION ........................................................................................................... 4

    1.1   Interpretation and Modification of the Student Handbook ................................. 4

    1.2   Changes in this Edition ..................................................................................... 4

2.0 THE CURRICULUM ..................................................................................................... 4

    2.1   The Degree "Doctor of Medicine" ..................................................................... 4

3.0 ACADEMIC STANDARDS ........................................................................................... 5

    3.1   Definitions of Academic Terms ......................................................................... 5

4.0 STUDENT GRADING AND PROMOTIONS POLICIES ................................................ 6

    4.1   Grading Policies for Foundations of Medicine Semesters ................................ 6

    4.2   Examinations .................................................................................................... 8

    4.3   Grading And Examinations for the Clinical Sciences Semesters ...................... 9

    4.4   Grades .............................................................................................................. 9

    4.5   Promotion Policies ............................................................................................ 9

5.0 LICENSURE TO PRACTICE MEDICINE IN THE U.S. ............................................... 17

    5.1   United States Medical Licensing Examination (USMLE) Policy, Steps 1 & 2 ................. 18

6.0 CODE OF CONDUCT, DISCIPLINARY ACTIONS, PROFESSIONALISM ................... 19

    6.1   Purpose .......................................................................................................... 19

    6.2   Scope ............................................................................................................. 20

    6.3   Prohibited Conduct ......................................................................................... 22

    6.4   Disciplinary Forums ........................................................................................ 25

    6.5   Disciplinary Process ....................................................................................... 29

    6.6   Sanctions ........................................................................................................ 30

    6.7   Appeals .......................................................................................................... 31

7.0 REGISTRATION AND OTHER REGISTRAR SERVICES ........................................... 32

    7.1   Visa Requirements Prior to Check-In of Incoming Students ........................... 33

    7.2   Initial Registration – Check-In of Incoming Students ...................................... 33

    7.3   Registration – Check-In of Continuing Students ............................................. 33

    7.4   Registration – Clinical Science Segment ....................................................... 34

    7.5   Transcript Requests ....................................................................................... 35

8.0 STUDENT LOAN DEFERMENT PROCESS ............................................................... 35

    8.1   Tuition During Remedial Semesters ............................................................... 35

    8.2   Tuition Refund Policy for Withdrawals ........................................................... 35

EXHIBIT D
Page 266

Ross University School of Medicine                                              September 2012 Student Handbook

**9.0 LEAVES OF ABSENCE** ................................................................................................ **36**

    9.1  Emergency Leaves of Absence (ELOA) – Foundations of Medicine ................................36

    9.2  Short-term Personal Leaves (STPL)................................................................................37

    9.3  Approved Leave of Absence (ALOA) ..............................................................................37

    9.4  Unauthorized Leaves ......................................................................................................39

    9.5  Withdrawals ....................................................................................................................39

    9.6   Deferrals ......................................................................................................................40

    9.7  Additional Interruptions/Terminations ............................................................................40

**10.0 STUDENT POLICY ON ALCOHOL AND OTHER DRUGS**..........................................41

**11.0 STUDENT RIGHTS AND RESPONSIBILITIES** ...........................................................**41**

    11.1  Privacy Rights ...............................................................................................................41

    11.2  Accommodations of Students With Disabilities................................................................42

    11.3  Religious Observance ....................................................................................................42

    11.4  Student Ombudsman ......................................................................................................42

**12.0 THE ANNE ROSS LIBRARY AND RELATED MATTERS** .........................................**43**

**13.0 HOUSING IN DOMINICA** ...........................................................................................**43**

**14.0 SECURITY**...................................................................................................................**44**

**15.0 STUDENT GOVERNMENT ASSOCIATION** ...............................................................**44**

**16.0 WHEN YOU LEAVE DOMINICA** .................................................................................**44**

**APPENDIX I - Technical Standards** .................................................................................**46**

**APPENDIX II - AMA Ethical Principles** ............................................................................**49**

**APPENDIX III - Student Honor Code & Constitution** .....................................................**50**

**APPENDIX IV - Course Evaluations Policy** .....................................................................**59**

**APPENDIX V - Photography & Video Imaging Policy** .....................................................**60**

**APPENDIX VI - Dominica Campus Policies** ....................................................................**61**

EXHIBIT D
Page 267

## 1.0 INTRODUCTION

Ross University School of Medicine (RUSM) publishes this handbook (the "Handbook") for its students.

Effective September 2012, all rules and regulations in this Handbook are binding upon all students enrolled at RUSM, including students on leave of absence from the school and students who are visiting at other medical schools.

**This edition supersedes all previous editions of the Handbook and, when appropriate, updates the RUSM Catalog.**

Students are expected to be familiar with the content of both this Handbook and the Catalog. Those students who receive financial aid are expected to have read the *Financial Planning Guide*. Only general aspects of financial aid are included here.

**RUSM reserves the right to change its rules and regulations, course offerings, degree requirements, academic calendar and other material contained in this Handbook or the Catalog at any time. Such changes will be announced in advance of their effective dates whenever possible; and will be disseminated via email and posted on the University and/or campus website.**

### 1.1 Interpretation and Modification of the Student Handbook

The final arbiter of the interpretation of any regulation in the Student Handbook is the Dean of the University. RUSM reserves the right to modify or make changes to any rule or regulation in the Student Handbook. Any change pertaining to the first four semesters, or changes communicated to enrolled clinical students by the Dean or his or her authorized designee, become effective on the first day of the semester, unless otherwise noted in the announcement of the change.

It is the student's responsibility to be aware of all regulations in the Student Handbook, as well as any changes or modifications to these regulations.

### 1.2 Changes in This Edition

There have been changes incorporated throughout the Student Handbook. Students are responsible to make note of all changes in policy, and will be held to the rules outlined in the Student Handbook.

## 2.0 THE CURRICULUM

### 2.1 The Degree "Doctor of Medicine"

The degree of Doctor of Medicine is awarded upon the successful completion of the Foundations of Medicine curriculum, the Clinical Sciences curriculum, and the U.S. Medical Licensing Examination (USMLE) Steps 1 and 2. In addition, all applicants and all candidates for the Doctor of Medicine degree must meet the Technical Standards (Appendix I).

Step 2 of the USMLE consists of two examinations: the Clinical Knowledge (CK) exam and the Clinical Skills (CS) exam. These will be referred to as Step 2 CK and Step 2 CS throughout the Student Handbook.

In September 2010, the Foundations of Medicine curriculum was restructured to present the curriculum in organ systems-based modules, replacing discipline-based courses. The organ systems-based modules of this program are organized into blocks, which represent the units of assessment, or courses, within each

EXHIBIT D
Page 268

semester. The blocks are Fundamentals of Biomedical Science I & II, Musculoskeletal/Hematopoietic and Lymphoreticular Systems I & II, Cardiovascular/Respiratory Systems I & II, Nervous and Psychiatric/Endocrine Systems I & II, Digestive/Renal Systems I & II and Reproductive/Integumentary Systems I & II. In addition, each semester includes a continuous Clinical and Competencies Skills Block (CCS). Beginning in September 2012, students will participate in a 3-week basic medical sciences integration and review course during the last 3 weeks of semester 4. This 3-credit course will be pass/fail. Attendance will be taken; 80% attendance and active participation are required to pass.

The first 60 instructional weeks (four semesters) of the **discipline-based** Foundations of Medicine curriculum consisted of 60 credits of specifically prescribed coursework. Students having entered the medical school on or before the semester commencing May 2010 were enrolled in this discipline-based curriculum. The first 60 instructional weeks (four semesters) of the **organ systems-based** Foundations of Medicine program began in September 2010 and consists of 64 credits of specifically prescribed coursework. Students registering for semester 1 in September 2010, and semesters thereafter, are enrolled in this new organ systems-based Foundations of Medicine program.

There are 60 instructional weeks (four semesters) of Foundations of Medicine classes, for a total of 16 months. The first 60 instructional weeks (four semesters) are offered on the RUSM campus, located at Portsmouth, in the Commonwealth of Dominica and must be satisfactorily completed there. The hours, instructional weeks, credits, and credit limitations are strictly prescribed. Deviation from these standards may jeopardize a student's eligibility for licensure in the United States. Students taking nine or more semester credit hours are considered full-time; students who are taking less than nine semester credit hours may not satisfy enrollment requirements of financial aid, sponsoring organizations, outside health insurance plans, and other related services.

The Clinical Science curriculum consists of 90 instructional weeks (semesters 6 – 10) of clinical training. It begins with an introductory clinical segment of 12 weeks, in the course "Advanced Introduction to Clinical Medicine"(AICM). This segment provides training in the basic clinical skills combined with an introduction to the pathophysiology of major disease processes, and is conducted in clinical facilities either in the United States or in Dominica. The remaining 78 instructional weeks consist of 48 instructional weeks of required ("core") clerkships and 30 instructional weeks of elective clerkships as described in the Academic Catalog. During this time, the student participates in patient care while rotating through various medical specialties in affiliated teaching hospitals and other approved health care facilities in the United States. RUSM requires students to complete e-value patient logs through the Renaissance program as a tool to ensure curricular requirements are satisfied. Clinical clerkships are performed under the guidance of clinical faculty, the general supervision of the RUSM's Senior Associate Dean for Clinical Sciences, and ultimately the Dean of RUSM.

## 3.0 ACADEMIC STANDARDS

All academic matters, including grading policies and academic standards, while students are pursuing the first 60 instructional weeks (four semesters of the Foundations of Medicine segment) are within the purview of the Dean of RUSM, who may take into consideration the recommendation of RUSM's Promotions Committee and other faculty committees. The Promotions Committee acts within the framework of the policies set forth herein.

All academic matters, including grading policies and academic standards, while students are pursuing 90 instructional weeks (semesters five through ten) of the Clinical Sciences segment are within the purview of the Dean of RUSM. The academic standards and promotions policies for the Clinical Sciences segment are set forth herein; these standards and policies are further detailed in the Clinical Clerkship Program Guidelines.

### 3.1 Definitions of Academic Terms

EXHIBIT D
Page 269

Ross University School of Medicine                                    September 2012 Student Handbook

3.1.1 Promotion: Advancement to the next level in the student's academic program.

3.1.2 Academic Warning: A finite period (e.g. the following enrolled semester) wherein a student must improve his or her academic performance as specifically required or be subject to dismissal.

3.1.3 Academic Probation: A finite period (e.g. the following enrolled semester) after an approved appeal to return, wherein a student must improve his or her academic performance as specifically required or be subject to dismissal.

3.1.4 Dismissal: The discharge of a student from RUSM.

3.1.5 Suspension: A period during which a student will not be allowed to enroll in classes and may have special requirements to complete prior to returning to his or her academic program.

3.1.6 Good Standing: Students maintain good standing by complying with all academic policies and procedures, and by remaining current with financial obligations. RUSM reserves the right to withhold services, transcripts, grades and certifications from students who are not in good standing.

3.1.7 Satisfactory Academic Progress (SAP): Satisfactory academic progress represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and in determination of financial aid eligibility. SAP requires completion of the Foundations of Medicine portion of the curriculum within 75 instructional weeks (five semesters) or less, and completion of the Clinical Sciences portion within 135 instructional weeks. The entire program must be completed utilizing no more than 210 instructional weeks. Students who do not maintain SAP are subject to dismissal.

**3.1.7.1** Students must maintain a cumulative Grade Point Average of 2.00 or higher for advancement to semester 5.  Students with a cumulative grade point average of 2.00 or lower will be carefully reviewed by the Promotions Committee.  After carefully reviewing a student's complete academic record, the Promotions Committee can: (1) permit the student to begin 5th semester or (2) recommend the student for dismissal.

**3.1.7.2** Students failing one block will be required to repeat all blocks in that semester regardless of their original performance. They will not be allowed to continue into the next semester's course of study without passing all of the blocks in the repeated semester.

**3.1.7.3** Students must pass all blocks in a semester.

**3.1.7.4** Students must pass all blocks while on probation.

**3.1.7.5** No block or semester can be repeated more than once.

# 4.0 STUDENT GRADING AND PROMOTIONS POLICIES

## 4.1 Grading Policies for Foundations of Medicine Semesters

The aim of the grading and promotions policies is to establish a minimum acceptable performance that a student must achieve in order to advance within the curriculum.

EXHIBIT D
Page 270

Minimum Passing Score (MPS) is established that must be achieved for a passing **"C"** grade. A well-established method (the "Hofstee" method) is used to determine the MPS.   The Hofstee method utilizes the class performance but also sets an MPS that is derived from the lower group of scores within a defined range.

Grades are available to the student at semester's end via myRoss.

### 4.1.1 Exemplary Grades

Students earning exemplary grades are recognized as follows:

**Dean's List:** Students who maintain grades of an A in all courses or blocks in two successive semesters will qualify for the Dean's list. They will remain on the Dean's list as long as they do not receive a grade below a B in the subsequent semesters. The Dean's list will be posted at the beginning of each semester, as soon as the grades are available from the previous semester. This applies for semesters 2-4.

**Distinguished Scholar:** Students with a grade point average during the first four semesters of 4.0 are designated as distinguished scholars.

**Honor Roll:** The honor roll recognizes all A's in the first semester.

**Graduation with Honors:** Honors designees will be published in the commencement program, and honors will be printed on diplomas to which they apply. To be eligible for Honors status, you must be a student in good standing, have a file review for academic performance, have not received an "F" in any course, have a 3.00 cumulative GPA through the first four semesters, have passed the USMLE Step 1 with a score of 210 or higher, have passed Step 2CK with a score of 200 or higher, have passed Step 1, Step 2 CK, and/or CS in no more than 1 attempt, and meet one of the following combined basic science and clinical curriculum cumulative GPA requirements.

The Honors designations follow:
3.50 – 3.59 Honors
3.60 – 3.79 High Honors
3.80 – 4.00 Highest Honors

### 4.1.2 Grading Policies: Organ Systems-Based curriculum:

Each semester of the organ systems-based curriculum is comprised of three organ systems-based instructional blocks and one clinical and competencies skills (CCS) block which spans the entire semester. The CCS block and the 3-week basic medical sciences integration and review course are graded and recorded on official transcripts as pass/fail.

The organ systems-based blocks are graded using several assessments including multiple choice question examinations. Examinations may include questions from all lectures, PBL, simulation and clinical skills as is delineated in the syllabus for each block. Each exam is reported as a percent score achieved out of a possible 100 percent. The final examinations are cumulative for material presented in each semester and cover material from all blocks.

Student performance according to traditional discipline will be monitored in order to provide students more information about their content knowledge and to assist faculty in understanding student performance changes.

The semester letter grades obtained will be for the organ systems-based blocks in that semester.  Exceptions include the CCS block and the 3-week basic medical sciences integration and review course, which are pass/fail. (See table 4.4)

The percentage weighting for each organ systems-based block is calculated using the designated credit hours for the block.

## 4.2 Examinations

### 4.2.1 Foundations of Medicine Semesters

Written examinations may be in the single-best answer or extended matching format. In certain blocks, there are written assignments and/or practical examinations that contribute to the block grade. All blocks also have at least one exam that contributes to the block grade. All examinations in the first 60 instructional weeks (four semesters) must be taken on the Portsmouth campus, except clinical practical examinations, which may be given in the Princess Margaret Hospital (RUSM facility).

Students are expected to be at their assigned seat five minutes prior to the beginning of an examination. Students who arrive to the examination room once the proctor has begun giving instructions will be denied entry and receive a mark of zero in the examination.

Mid-term examinations that are missed for a valid reason may be "made up" by weighting the final examinations in the block. In order to be excused, the student must present valid documentation prior to initiation of the examination. The determination of a valid reason shall be approved by the Associate Dean of Student Affairs or his or her designee and must include appropriate documentation that would qualify the student for an emergency absence, as described below. An examination missed without approval and required documentation will be assigned a grade of zero.

Students must take final examinations on schedule; failure to do so could result in a failing grade for the course.  A student missing the final while on an approved leave of absence will receive a grade of "I" (Incomplete) and must take that examination at the end of the following semester. If the incomplete exam is not completed by the end of the following semester the "I" grade will revert to an "F".

All students must bring the official RUSM identification card to all exams. If a student suspects a fellow student of cheating during an exam, the student should discretely alert an exam proctor. A student found cheating on an examination receives a grade of zero for that examination, and is subject to dismissal from RUSM. No bags, books, electronic devices, or cellular phones may be brought into the examination room. Final and make-up examinations must be returned, and may not be removed from the examination room.

No arrangements will be made to modify exam group assignments (either written or clinical exams) to accommodate students' travel off the island. Do not book a flight on the same day as your exam.

### 4.2.2 NBME Comprehensive Basic Science Examination

Students enrolling in fourth semester on or after September 2012 are required to take the NBME Comprehensive Basic Science Examination at the end of fourth semester.  Students must obtain a passing score (as determined by the Dean) prior to being certified to take Step 1 of the USMLE. Students will be given three opportunities to obtain a passing grade on the NBME Comprehensive Basic Science Examination. If a student does not sit for the exam within three consecutive attempts or within one year from becoming eligible, (whichever is sooner) he/she is subject to review by the Promotions Committee.  After careful review of the student's entire academic record, the Promotions Committee may: (1) grant a student the opportunity to take the NBME Comprehensive Basic Science Examination an additional time or (2) recommend the student be dismissed from Ross University School of Medicine.

Ross University School of Medicine

## 4.3 Grading And Examinations for the Clinical Sciences Semesters

Students in the Clinical Sciences segment are required to adhere to curricular guidelines for each core rotation.  Students must complete written examinations at the conclusion of core clerkships and will receive a letter grade at the conclusion of each clinical rotation. The basis for clinical rotation grades and details of written examinations may be found in the Clinical Sciences Program Guidelines.

## 4.4 Grades

For coursework begun prior to the January 2012 semester, grades are interpreted and Grade Point Averages are determined as follows:

| Letter Grade | Numerical Percentage Range | Quality points per credit hour |
|---|---|---|
| A | 80-100 | 4.00 |
| B | 70-79 | 3.00 |
| C | MPS-69 | 2.00 |
| F | Fail | 0.00 |
| P | Pass | 0.00 |
| W* | Withdrawn Before Interim Exams | 0.00 |
| WP* | Withdrawn Passing | 0.00 |
| WF* | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |

For coursework begun during or after the January 2012 semester, grades are interpreted and Grade Point Averages are determined as follows:

| Letter Grade | Numerical Percentage Range | Quality points per credit hour |
|---|---|---|
| A | 85-100 | 4.00 |
| B+ | 80-84 | 3.50 |
| B | 75-79 | 3.00 |
| C+ | 70-74 | 2.50 |
| C | MPS-69 | 2.00 |
| F | Fail (below MPS) | 0.00 |
| P | Pass | 0.00 |
| W* | Withdrawn Before Interim Exams | 0.00 |
| WP* | Withdrawn Passing | 0.00 |
| WF* | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |

**\*Withdrawal from a single course during a semester is not permitted.**

When repeating a semester, GPAs are determined using the original grade and the new grade. GPA is used to determine academic promotion at the end of semester four. All students should have a minimum GPA of 2.00 in order to advance to semester five.

## 4.5 Promotion Policies

### 4.5.1 Foundations of Medicine Semesters

**4.5.1.1** Students who pass all blocks will be promoted to the next semester.

**4.5.1.2.** Students who fail one block will be allowed to repeat the semester on Academic Warning.

**4.5.1.3** CCS block: The passing grade for this block is 100%.

a. Students who score between 80% and 99% will receive an incomplete (I). Students with an "I" will be allowed to advance to semester two on probation. If a student is unable to make up the incomplete grade to a pass (P) during semester two, the grade reverts to a failing (F) grade and the student will be dismissed.

b. Students who score less than 80% will receive a failing (F) grade. Students who fail the CCS block will need to repeat the entire semester. Students who fail the CCS block and one or more other blocks will be dismissed.

**4.5.1.4** Students who fail two or more blocks in one semester will be recommended for dismissal.

**4.5.1.5** Students who have been dismissed have the right of appeal to the Dean (see Section 4.5.4). If a student successfully appeals a dismissal and is allowed to return, the student will be placed on Academic Probation for the next semester.

## 4.5.2 Academic Warning and Probation

**4.5.2.1** Academic Probationary status of students in Dominica will be determined by the Associate Dean for Education, based on the student's academic performance.

**4.5.2.2** Students will be placed on Academic Probation for the next semester for which they are registered if they are required to repeat the semester, have a cumulative GPA below 2.00, take an approved leave of absence with 2 or 3 WFs, and/or after a successful appeal of a dismissal.

**4.5.2.3** Students who fail to maintain a 2.00, who fail one block and are allowed to repeat, or who take an approved leave of absence with 1 Withdraw Failing (WF) grade will be placed on Academic Warning for the next semester.

**4.5.2.4** Students will be removed from Academic Warning or Probation if, at the end of the semester, they pass all blocks and their cumulative GPA is 2.00 or higher.

**4.5.2.5** Academic Probation has important financial aid consequences, which are explained in the Office of Student Finance publication "Financial Planning Guide" (available on our website at http://www.rossu.edu/documents/1011Financial_Planning_Guide.pdf)

**4.5.2.6** Students must clear any academic deficiency and should have a cumulative GPA of 2.00 or higher by the end of the Foundations of Medicine curriculum to advance to clinical training.

## 4.5.3 Academic Dismissal

Students are subject to Academic Dismissal based on the following:

**4.5.3.1** Failure of two or more organ systems blocks, including the clinical skills and competencies block.

**4.5.3.2** Failure of remedial blocks or remedial competencies.

EXHIBIT D
Page 274

**4.5.3.3** Student is, or will be, unable to complete the first 60 instructional weeks (four-semester Foundations of Medicine curriculum) in no more than 75 instructional weeks (five semesters) (beginning with students enrolled in Semester 1 during the May 2011 term) including regular and remedial semesters. The Promotions Committee may make a exception based on academic progress or mitigating circumstances.

**4.5.3.4** Failure to achieve a cumulative GPA of 2.00 or above by the completion of the 60 instructional week (four-semester) Foundations of Medicine curriculum.

**4.5.3.5** Failure to pass the Comprehensive NBME in three attempts.

**4.5.3.6** Failure to pass the USMLE Step 1 or Step 2 CK or CS in three attempts.

**4.5.3.7** Failure of two clinical rotations (semesters 5-10).

**4.5.3.8** Failure to abide by RUSM policies.

**4.5.3.9** Student demonstrates the inability to meet the RUSM's technical standards.

Students may also be dismissed for non-academic reasons or professionalism concerns pursuant to the Code of Conduct. See Section 6 of this Handbook.

**4.5.4 Appeals process for Academic Dismissal:**

Any student dismissed from the first 60 instructional weeks (four semesters of Foundations of Medicine segment) may appeal the dismissal through the office of the Associate Dean of Education. Appeal letters should be emailed to the Associate Dean of Education and the Registrar and must be made within seven days of the date on the dismissal notification letter.

The appeal will be heard by the Promotions Committee which will then make an official recommendation to the Senior Associate Dean of Academic Affairs. The Senior Associate Dean of Academic Affairs will make a decision to uphold or overturn the dismissal.

In cases where a student feels there were extraordinary circumstances leading up to the dismissal, a final appeal may be made to the Dean of the School of Medicine. Appeal letters should be emailed to the Dean of the School of Medicine and the Registrar and must be made within seven days of the date on the decision letter from the Senior Associate Dean of Academic Affairs. Once an appeal is received, the Dean will respond with 15 days of receipt of the appeal. The Dean's decision is final.

Those students who are appealing their dismissal decision will only be considered for reinstatement for the semester subsequent to the semester in which the decision regarding the appeal is made. For example, a student who is dismissed at the end of the September 2012 term, and is allowed to return, would be on inactive status for the January 2013 term and then resume his or her studies during the May 2013 term.

**4.5.5 Administrative Withdrawal**

Students are subject to administrative withdrawal if they:

**4.5.5.1** Do not register for semesters 1 - 5 by the prescribed deadline determined by the Office of the Registrar.

**4.5.5.2** Do not return to campus to check-in during the designated check-in period prior to the start of the semester. Check-in period is determined by the Office of the Registrar.

EXHIBIT D
Page 275

**4.5.5.3** Fail to report to a clinical rotation on the first day of the rotation (for AICM and Clinical Clerkships).

**4.5.5.4** Do not return at the time specified as the end of an approved leave or take an unauthorized leave.

**4.5.5.5** Are not scheduled for a clinical rotation for a period of 30 days or more and have not applied for and received an approved leave of absence.

**4.5.5.6** Do not sit for the Comprehensive NBME within 3 consecutive semesters.

**4.5.5.7** Do not sit for their first attempt of the USMLE step 1 within six months of becoming eligible.

**4.5.5.8** Do not pass the USMLE Step 1 within one year of becoming eligible.

**4.5.5.9** Do not pass the USMLE Step 2 within three years of becoming eligible.

**4.5.5.10** Do not submit USMLE results within thirty days of receipt.

**4.5.5.11** Do not submit missing file documentation within one semester of being admitted, including but not limited to transcripts and immigration documents.

A student who is administratively withdrawn will be reported as withdrawn effective the last day he or she attended classes. The date of withdrawal will be reported to the U.S. Department of Education if the student has federal student financial aid loans.

**4.5.6 Clinical Sciences Clerkship Eligibility**

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following prerequisites:

**4.5.6.1** Successfully complete all the requirements of the Foundations of Medicine curriculum (first 60 instructional weeks/four semesters).

**4.5.6.2** Successfully complete "Advanced Introduction to Clinical Medicine" (5th semester).

**4.5.6.3** Pass the USMLE Step 1 (see below).

**4.5.7 Clinical Sciences Clerkship Curriculum**

The Clinical Science curriculum begins with the "Advanced Introduction to Clinical Medicine" (AICM) course.

All students are required to take the USMLE Step 1 for the first time within six months of becoming eligible. Failure to do so will subject the student to administrative withdrawal. Following the 12-week AICM, there is a 16-week scheduled break during which students remain fully enrolled. Some students will use this time preparing for, taking, and passing the USMLE Step 1.

Students who have already passed Step 1 may begin clinical clerkships at any time during this period. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

EXHIBIT D
Page 276

Passing AICM and USMLE Step 1 are required for continuation of the clinical clerkships. All students must take and pass all required core and elective clinical clerkships. In addition to the 12 instructional weeks of AICM, RUSM requires 48 instructional weeks of core clerkships and 30 instructional weeks of electives, for a total of 90 instructional weeks (semesters five through 10) of clinical training. These requirements may be subject to change in the future depending on regulatory and other academic requirements.

In addition to fulfilling clerkship requirements, a final examination is given at the end of each clerkship. Students are also required to pass the USMLE Step 1, Step 2 CK and Step 2 CS licensure examinations (see below).

**4.5.7.1** If a student fails a core clerkship, the student must repeat that same clerkship before being allowed to continue in the program.

**4.5.7.2** If a student fails an elective clerkship, that student must successfully repeat either the same elective, or another elective involving the same number of weeks as the failed elective.

**4.5.7. 3** Students with two failing grades of the Clinical Sciences (AICM, core clerkships, or elective clerkships) are subject to dismissal.

**4.5.7.4** Passing the USMLE Step 2 CK and Step 2 CS examinations is required for graduation.

**4.5.7.5** To be eligible to take the USMLE Step 2, the student must have passed AICM and USMLE Step 1 and must have completed a minimum of 36 clinical core rotation weeks.  Any exception to this must receive prior approval by the Senior Associate Dean for Clinical Sciences. Students must submit the Step 2 CK application to the Office of the Registrar at least six weeks prior to the requested eligibility window. The Step 2 CS application may be submitted concurrently with the CK application or separately, upon eligibility. These examinations must be passed in no more than three attempts and within three years of eligibility.

**4.5.7.6** The entire clinical segment, currently 90 instructional weeks, must be successfully completed within 135 instructional weeks of attendance.

### 4.5.8 Good Standing and Satisfactory Academic Progress

#### 4.5.8.1. Good Standing

RUSM reserves the right to withhold services, transcripts, and certifications from students who are not in good standing. Students maintain good standing by complying with all academic rules and regulations, and remaining current with all financial obligations.

#### 4.5.8.2. Satisfactory Academic Progress

Satisfactory Academic Progress (SAP) represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and in determination of financial aid eligibility. Students maintain SAP by meeting the requirements listed under "Promotions Policies."

SAP is evaluated at the conclusion of each semester.

- Any student receiving a grade below "C" (2.00) is reviewed by the Promotions Committee.

EXHIBIT D
Page 277

- Students failing one Foundations of Medicine block with an "F" grade may be placed on Academic Warning, as well as Financial Aid Warning, and allowed to repeat the semester without appeal.

- Students receiving two or more "F" grades will be recommended for dismissal. The student may submit a written appeal to request reconsideration of this recommendation.
    a) The student may be allowed to continue on Academic/Financial Aid Probation if the appeal is approved.
    b) Students who are recommended for dismissal must sit out a semester while the Promotions Committee (and the Dean if the Promotions Committee's decision is appealed) hears their appeal.
    c) If the appeal is approved, the student can return the following semester. For example, if a student receives more than two "F" grades during the January term and appeals his or her academic dismissal, the student will have to sit out the May term; if the appeal is approved, the student would return to classes in September.

- Students are expected to pass all coursework in the following semester in order to be removed from academic/financial aid warning or probation status.

- Any student receiving two consecutive notices of Academic/Financial Aid Warning or Probationary statuses will not be allowed to receive financial aid until SAP is regained.

- Students failing any courses in the semester after appeal will be recommended for dismissal.

- Students must pass all blocks during academic/financial aid warning and/or probationary semesters.

- Any student allowed to repeat must repeat all blocks of the semester that they have failed, except the already passed Clinical and Competencies Skills block, and, in addition, must enroll in the remedial block, "Essential Lifelong Learning Skills."  All courses must be successfully completed with passing grades to progress to the next semester.

- Students are encouraged to contact their student finance counselors to review their aid options when repeating any coursework. A student's financial aid will be based on the number of credits of the remedial course, plus the failed course. Students must fund the remaining tuition through personal resources or private loans.

- Students who started in January 2011 or prior must complete the Foundations of Medicine curriculum in no more than 96 instructional weeks (six semesters). Students starting in May 2011 and later must complete the Foundations of Medicine curriculum (semester 1-4) in no more than 75 instructional weeks (five semesters). Grades of I, W, WP and WF do not count toward this total.

- Students should have a cumulative GPA of 2.00 by the end of the fourth semester.

Students not meeting these criteria will subject to dismissal.

### 4.5.8.3 Academic Progress Standards for Clinical Students

EXHIBIT D
Page 278

- Passing the NBME Comprehensive Basic Science Exam in no more than three attempts.

- Taking the USMLE Step 1 within six months of becoming eligible.

- Passing the USMLE Step 1 in no more than three attempts, and within one year of becoming eligible.

- Passing the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) in no more than three attempts and within 3 years of eligibility.

- Any student receiving a grade of "F" in any portion of the Clinical Sciences curriculum will be subject to review by the Senior Associate Dean for Clinical Sciences. At the discretion of the Senior Associate Dean for Clinical Sciences, a student may be allowed to continue rotations on Academic/Financial Aid Warning. If the student submits an appeal, the student may be allowed to repeat the semester on probation.

- Students must complete the 90 instructional week (semesters 6 – 10) Clinical Sciences segment in no more than 135 weeks of instructional attendance.

### 4.5.8.4 Maximum Timeframe

- Students must complete the entire Doctor of Medicine program in no more than 210 instructional weeks of attendance.

- Any student who does not complete the program within the timeframes listed will no longer be eligible to receive federal financial aid.

- **Note:** All of the above items refer to actual attendance in regular or remedial semesters, as well as actual instructional weeks of attendance in the Clinical Sciences segment. They do not include periods when the student is on an approved leave of absence (ALOA) for preparation and time needed to schedule and take the USMLE Steps 1, 2 CK and 2 CS, the time of regularly scheduled breaks between semesters, or while pending assignment to a scheduled clinical clerkship. (See Section 9 - Leaves of Absence.)

- A semester during which a leave of absence is taken, or in which the student withdraws prior to the end of week two of the semester, will not be counted toward the limit for meeting the above requirements.

- Students who do not meet the standards for SAP are subject to dismissal. However, under very unusual circumstances, the Promotions Committee may determine, on an individual basis, that a student may continue at RUSM for one semester (on probationary status).

### Federal Student Aid Recipients Only

In addition to the criteria listed above, students in the first two semesters of enrollment are expected to earn a 50% completion rate, and all other students receiving federal aid are expected to achieve a 66.67% completion rate for their coursework throughout all semesters. This means that the completed credit hours divided by the attempted credit hours must meet or exceed 50% for students in their first two periods of enrollment; all others must meet or exceed 66.67% in order to maintain academic progress. Students failing to meet the 66.67% must submit an appeal to the Director of Student Finance. Grades of I, W, WP, and WF do not count toward this total.

EXHIBIT D
Page 279

### 4.5.9 Probation

Students may be placed on Academic Probation for academic issues. "Academic Probation" is based on course work and professional behavior, and is recommended by the Promotions Committee to the Dean. Academic Probation can be imposed in any semester, including clinical semesters. Students are on Academic Probation while repeating one of the four Foundation of Medicine semesters and during any remedial semesters. Students placed on Academic Probation are also placed on Financial Aid Probation for one semester. During this semester, students may obtain financial aid. If they are not removed from Academic Probation the following semester, they will be ineligible to obtain financial aid. Additional detailed information regarding financial aid eligibility is provided in the Financial Planning Guide.

Ross University School of Medicine grants professional degrees and thus professional behavior is as important as academic performance. Students may also be placed on Non-Academic Probation for professionalism or behavioral problems upon recommendation of the Grievance Committee or Honor Council to the Senior Associate Dean of Academic Affairs or the Senior Associate Dean for Clinical Sciences. Non-Academic Probation is based on a student's behavior which does not meet one or more of the requirements in the Student Handbook (See Section 6, Code of Conduct), and can be imposed in any semester, including the clinical semesters.

### 4.5.10 Attendance

**4.5.10.1 Foundations of Medicine:** Students are expected to attend class. The policies that govern attendance requirements will be described, in writing, in the syllabi. RUSM is non-sectarian and does not close for religious holidays.

Attending examinations and other required exercises (as specified in the course syllabus at the beginning of a course) is mandatory, except for the following:

- A medical or family emergency for which a student has requested and been granted an Emergency Leave of Absence. See policy on Approved Leaves for more information.

- Military obligations, jury duty, or the mandate of a subpoena, with proper advance notification to the Associate Dean for Student Affairs.

- Illness or injury documented by the RUSM Health Center. RUSM Health Center personnel WILL NOT provide a medical excuse to a student for a previously unreported student illness after a missed clinical activity has  occurred. In the case of an acute illness or accident, a medical excuse from the RUSM Health Center, or treating physician, is required. Even if your illness is self-limiting and does not require an immediate appointment, you must contact the RUSM Health Center for assessment as soon as you have symptoms, and prior to the Clinical & Competencies Skills Block activity. Phone consultation by RUSM Health Center personnel is supported by transportation provided by RUSM Security to and from the RUSM Health Center for the purpose of assessment/treatment for ill students who require assistance.

Missed mandatory sessions will be dealt with as a professionalism issue. Repeated absences and/or tardiness may result in disciplinary or remedial action, up to and including dismissal from RUSM.

The Attendance Committee will consider petitions for excused absences that are not addressed by the above exceptions. Petitions for permission to miss or reschedule an exam or required exercise on the basis of extraordinary personal circumstances that are not

included in the three exceptions listed above are considered by the Attendance Committee. The petitioning process begins by submitting a Short-term Personal Leave request form. These forms are available on MyRoss. Whenever possible, the request form must be submitted four weeks in advance of the start date of the requested leave. Please see Section 9 on Approved Leaves for more information.

**4.5.10.2 Clinical Sciences** Students in the Clinical Sciences curriculum are expected to be in attendance 100% of the time. It is up to each individual hospital to enforce its attendance rules, and our students are expected to abide by those rules. Student work hours are aligned with ACGME duty hour requirements.

**Dropping a Rotation**
Students are not permitted to drop a clinical rotation within 30 calendar days of the start date, or after beginning the rotation. Exceptions to this policy may be made by the Senior Associate Dean for Clinical Sciences, at his or her discretion.

If a student drops a clinical rotation within 30 calendar days of the start date or after beginning the rotation, without permission of the Senior Associate Dean for Clinical Sciences, the student will be subject to the following:

- Be personally responsible for the tuition costs of the entire rotation (The weekly amount is determined by dividing the tuition for one semester by the number of weeks in the semester.)

- Receive an "F" grade.

- Not be permitted to begin another clinical rotation until after the end date of the rotation he/she has dropped.

- Have no priority in re-scheduling.

**Residency Interviews**
It is unacceptable for a student to miss multiple days to interview for residency positions. Students should plan ahead to take time off during the interview period (October - January). Short (2-3 week) electives can be done so those interviews can be scheduled between them.

# 5.0 LICENSURE TO PRACTICE MEDICINE IN THE U.S.

In order to be licensed to practice medicine in the United States, RUSM graduates must be certified by the Educational Commission for Foreign Medical Graduates (ECFMG). To become certified, the ECFMG requires students to take and pass the USMLE Step 1, Step 2 CK, Step 2 CS, and to graduate from a school listed in the International Medical Education Directory (IMED) (See www.ecfmg.org ).

Ross University School of Medicine students and graduates are eligible to sit for these licensing exams. The USMLE has three Steps, the first two of which are taken by students while in medical school (Step 2 consists of two exams, the Clinical Knowledge (CK) exam and the Clinical Skills (CS) exams. Students must pass USMLE Steps 1, 2 CK, and 2 CS to be eligible for graduation.

Students must have their applications for these exams certified by the Office of the Registrar in New Jersey before the exams are taken. See section below on "Certification for the USMLEs." Step 3 of the USMLE, the final step for licensing, is taken either after graduation, during, or at the conclusion of residency training, depending on state board requirements.  Information regarding the examinations may be obtained from the **Educational Commission for Foreign Medical Graduates (ECFMG), 3624**

EXHIBIT D
Page 281

**Market Street, Philadelphia, Pennsylvania 19104-2685. Telephone: (215) 386-5900; Fax: (215) 387-9196; Website: www.ecfmg.org.**

**5.1 United States Medical Licensing Examination (USMLE) Policy, Steps 1 & 2**

RUSM has adopted the following policy regarding the United States Medical Licensing Examination:

**5.1.1 USMLE Step 1**

RUSM uses the USMLE Step 1 as one criteria of a student's overall knowledge necessary for entering into clinical clerkships.

**5.1.1.1** Students become eligible to be certified  to take the USMLE Step 1 when they: (a) are enrolled as a full-time student in semester 4, (b) have passed all courses in the Foundations of Medicine curriculum, (c) successfully completed the Advanced Introduction to Clinical Medicine clerkship, and (4) have passed the NBME Comprehensive Basic Sciences Exam.

**5.1.1.2** Students are required to sit for the USMLE Step 1 examination for the first time within six months of becoming eligible. Failure to do so will result in the student's Administrative Withdrawal from RUSM. Administrative Withdrawal from RUSM will also include rescission of sponsorship for the USMLE Step 1 and forfeiture of the USMLE Step 1 fee. Extensions to this eligibility will not be approved. Information regarding USMLE registration and application to ECFMG will be provided to students during the fourth semester and during the AICM course.

**5.1.1.3** Students are required to take and pass the USMLE Step 1 in no more than three attempts, and within one calendar year of becoming eligible.

**5.1.1.4** Students who do not pass the USMLE Step 1 in three attempts within a year of becoming eligible are dismissed from RUSM.

**Passing Step 1 is required by RUSM to proceed to the core clinical clerkships of the curriculum.**

**5.1.2 USMLE Step 2 Clinical Knowledge (Step 2 CK)**

The USMLE Step 2 CK assesses whether the student is able to apply the medical knowledge and understanding of clinical science considered essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. Step 2 CK of the USMLE is taken in the clerkship years, after completion of the required clinical training. Passing Steps 1 and 2 CK and CS of the USMLE are requirements for graduation, ECFMG certification, and acceptance into residency training.

**5.1.2.1** Students are eligible to be certified to take the USMLE Step 2 CK provided that they have passed the AICM course, the USMLE Step 1, and have completed 36 weeks of core clinical rotations. Students must submit the CK application to the Office of the Registrar at least six weeks before the requested eligibility window, but no more than 120 days before.

**5.1.2.2** Students must pass Step 2 CK in a maximum of three attempts, and within three calendar years of becoming eligible, in order to receive the Doctor of Medicine degree from RUSM.

**5.1.2.3** Students requesting a leave of absence to prepare for Step 2 CK will be allowed a period of time not to exceed ten weeks. (See section 9 on Leaves of Absence)

**5.1.3 USMLE STEP 2 Clinical Skills (Step 2 CS)**

The Step 2 CS is taken during the clinical clerkship portion of medical studies. The Step 2 CS assesses whether an examinee can obtain a relevant medical history, perform a physical examination of a patient, and compose a written record of the experience. It includes an evaluation of the examinee's ability to communicate effectively in the English language.

**5.1.3.1** To be certified to take the Step 2 CS, students must have passed the AICM course and the USMLE Step 1, and have completed 36 weeks of core clinical rotations.

**5.1.3.2** Students must pass Step 2 CS in a maximum of three attempts, and within three calendar years of becoming eligible in order to receive the Doctor of Medicine degree from Ross University School of Medicine.

### 5.1.4 Certification for the USMLE

Applications for the USMLE Steps 1 and 2 CK and CS, are available online from www.ecfmg.org.

**5.1.4.1** To be certified, a student must be in good standing and must have met all of his or her financial obligations to the RUSM. All students requesting re-certification in order to take an examination a second or third time must submit to the Office of the Registrar a copy (both sides) of the USMLE score report for the previously taken examination.

**5.1.4.2** Students who pass the USMLE Step 1 and are requesting placement in clinical clerkships must submit a copy of the score report, along with the performance profile, to Office of the Registrar. Verbal statements or incomplete reports are not acceptable.

**5.1.4.3** Students who have been administratively withdrawn and have not passed the USMLE on their first or second attempts may reapply through the RUSM Admissions Office for reacceptance to be sponsored to retake the USMLE. Such requests for sponsorship will be reviewed individually, and may include certain conditions for approval.

**5.1.4.4** Sponsorship for taking or retaking the USMLE within a specified period of time may be provided to those who meet certain criteria (see below). Students will not be reinstated into active status until they pass the USMLE and begin or resume their clinical clerkships.

**5.1.4.5** Criteria taken into consideration for sponsorship will include, but are not limited to:

- The time that has elapsed between when they are eligible and when the USMLE is taken for the first time.

- The USMLE scores received in prior attempts.

- Related items dealing with the student's activities during the interim period.

# 6.0 CODE OF CONDUCT, DISCIPLINARY ACTIONS, DOCUMENTATION OF PROFESSIONALISM

### 6.1 Purpose

RUSM supports the rights of each student to study in an atmosphere conducive to the pursuit of knowledge, as well as the rights of each member of the RUSM community to operate in a respectful and nonviolent environment. Each student is expected to assume responsibility for creating and maintaining a

EXHIBIT D
Page 283

setting appropriate to fulfilling these goals.  RUSM expects its students to adhere to the highest standards of ethical and professional behavior in every aspect of their lives, as expected of medical professionals. Students shall conduct all aspects of their lives with honesty, integrity, and respect for themselves and all others.  Failure to do so may result in disciplinary action and RUSM medical school.

The Dean and the Dean's designees reserve the right, therefore, to develop and enforce policies and procedures which enhance this philosophy, as well as to act to preserve the educational goals and mission of RUSM.  Students, their guests, and any authorized person acting on a student's behalf are required to comply with all articulated policies and procedures.

By applying, accepting an invitation for admission, enrolling and/or attending classes at RUSM, or availing themselves of any RUSM services, students are voluntarily indicating their acceptance of the behavioral norms set forth by RUSM within this Student Handbook, as well as any subsequent policies and procedures incorporated into this or future editions during the student's tenure as a member of the RUSM community.  Any student who is not willing to live within these norms should expect disciplinary action by RUSM.

## 6.2 Scope

### 6.2.1 General Scope

The function of RUSM is to facilitate the learning and development of persons within the RUSM community who are pursuing careers as physicians.  This purpose carries with it the responsibility to regulate conduct and behavior so that the achievement of educational and other goals is not impeded, obstructed, or threatened.  Student conduct that evidences good intentions, mature considerations for reasonable and foreseeable consequences, and respect for others will support the standards of the RUSM community.

### 6.2.2 Jurisdiction, Local Laws (Dominica), U.S. Laws and Standards

**(a) General Jurisdiction.**  The RUSM standards of conduct for students shall apply to conduct that occurs on RUSM premises, at RUSM-sponsored activities, at RUSM affiliates including but not limited to clinical sites, and to off-campus conduct that affects the RUSM community and/or the pursuit of its objectives. Each student is responsible for his/her conduct from the time of application for admission through the actual awarding of a degree (and afterwards as long as the student avails him or herself of RUSM services), even though the conduct may occur before classes begin or after classes end, as well as during periods between terms of actual enrollment.  These standards shall apply to a student's conduct even if the student is suspended or withdraws from school while a disciplinary matter is pending.  RUSM possesses the sole discretion to determine what conduct occurring off campus adversely impacts the RUSM community and/or the pursuit of its objectives.

**(b)  Local Laws.**  Local and all other laws apply to all students based on their location within or outside the continental U.S.  Students in Semesters 1-4, as well as students remaining for a clinical semester in Dominica are reminded that they are subject to the same local laws as are other citizens and residents of Dominica.  RUSM is not a sanctuary from these laws.  RUSM may respond with disciplinary action in response to possible violations of the law whether or not local authorities elect to enforce those laws and regardless of any sanction imposed by local officials or representatives, including a local court of law.

**(c)  U.S. Laws and Standards.**  Students in Semesters 1-4, as well as students remaining for a clinical semester in Dominica are reminded that they are studying at a U.S. medical school to become physicians primarily or predominantly in the United

EXHIBIT D
Page 284

States.  Laws and standards of the United States remain applicable to the disciplinary process when students are studying in Dominica.  If a student's behavior potentially would violate federal law, common law, or law familiar to the U.S. judicial system in local jurisdictions, RUSM may respond with disciplinary action whether or not the conduct is an enforceable violation in Dominica.

### 6.2.3 Intramurals, Clubs and Organizations, Student Leaders

**(a) Intramurals and extracurriculars.** While RUSM is primarily focused on the personal and professional development of future physicians, conduct in other activities such as, but not limited to, intramural sports and other extracurricular activities also impacts the campus environment.  All community members participating in intramural sports and other recreation organized for the benefit of the RUSM community or where RUSM is represented are expected to act in a manner consistent with good sportsmanship and conduct becoming medical professionals.  While failure to adhere to rules established for participation in intramurals or extracurriculars may result in sanctions related to that program, such consequences do not eliminate the possibility of additional disciplinary action by RUSM.

**(b) Clubs and Organizations.**  While RUSM is concerned with individual conduct, student organizations, as groups, are expected to adhere to all applicable institutional policies and procedures. Clubs, organizations, their leaders, and their members are expected to adhere to the highest standards of conduct as outlined in the student code of conduct and the bylaws of the Student Government Association (SGA).  When engaged in community activities and when creating artifacts and/or memorabilia which include their group's name and/or reference to RUSM, clubs and organizations are expected to demonstrate good judgment (and to obtain prior permission for any use of RUSM's name or logo).  While clubs and organizations failing to adhere to behavioral norms or demonstrating an inability to assure that individual members do so while acting as a member of those groups can expect sanction or reprimand from the SGA, such consequences do not eliminate the possibility of additional disciplinary action by RUSM.

**(c) Student Leaders.**  Officers of organizations, including the SGA, are responsible for assuring compliance and, if appropriate, for representation when disciplinary proceedings are initiated.  While student leaders are expected to demonstrate a clear understanding of the rules and regulations articulated by the SGA, Campus Activities Center Staff, and administration, all members of an organization are responsible for acting in a manner which reflects the heightened level of scrutiny implicit in representing a collective.  While leaders risk loss of their leadership position or sanctions imposed upon the group they lead, such consequences do not eliminate the possibility of additional disciplinary action by RUSM.

### 6.2.4 Spouses and Guests, Authorized Agents, Unauthorized Agents

**(a) Spouses and Guests**.  Any adult companion present in and/or regularly acting as a part of the RUSM community based on their romantic affiliation with a RUSM student is considered a spouse for the purposes of this Section, regardless of a legally recognized marriage.  Any other adult or child present at a RUSM or affiliated institution based on their affiliation with a RUSM student or by implicit or explicit invitation of a RUSM student is considered a guest of that student.  In all cases, the conduct of all spouses and guests is ultimately the responsibility of the RUSM student.

The behavior of a spouse or guest may reflect directly upon RUSM and specifically upon the student they are accompanying.  In Dominica, spouses are present on island as a result of a courtesy extended by the government, at the request of RUSM, on behalf of the student.  In all other locations, spouses still may enjoy certain privileges and even

EXHIBIT D
Page 285

where they do not, these individuals may at times represent the interests of a RUSM student or RUSM either intentionally or unintentionally.

Where appropriate, RUSM will respond to misconduct by spouses and/or guests.  Where the spouse or guest is present based on a formal invitation by a government, campus or affiliated institution, that person may lose privileges or relevant access to facilities such as loss of their RUSM Identification card or loss of visitor immigration status. Additionally, when a student is directly implicated in a spouse's or guest's conduct or when RUSM administration has consulted with a student regarding the behaviors of a spouse or guest and that misconduct goes unchanged, disciplinary action for the student may result.

**(b) Other Agents.**  Pursuant to the Family Educational Rights and Privacy Act of 1974 (FERPA), RUSM will not communicate with a third party about a student's educational information unless authorization from the enrolled student is received by RUSM. Students are reminded that in their pursuit of a professional degree, the day-to-day management of their medical education should remain in their exclusive control to the extent possible. However, RUSM also understands the need to assign an agent from time to time. Students are responsible for the conduct of their agents.  When an agent acts in a manner which violates community norms of respect, honesty, and professionalism, the student may be subject to disciplinary action.


## 6.3 Prohibited Conduct

All students admitted to study at RUSM with the intent of becoming physicians should be capable of meeting **technical standards** (see Appendix I) throughout their tenure as a medical student. Furthermore, students should also be prepared at all times to make ethical and responsible decisions pursuant to the **American Medical Association Code of Ethics** (see Appendix II) and the SGA-sponsored **Honor Code** (see Appendix III).  Any behavior indicating a failure to adhere to the tenets of these documents may result in disciplinary action.

Some specific acts of misconduct that are unacceptable and therefore subject to disciplinary action include but are not limited to:

(a) **Academic Misconduct.**  A student has an obligation to exhibit honesty in carrying out all of his/her academic assignments.  Academic dishonesty is no more or less relevant based on the particular exam, assignment, class or clinic in which it occurs.  While a faculty member may consider academic misconduct in the award of a grade, a student may also be subject to disciplinary action.  Academic dishonesty includes, but is not limited to receipt or transmission of unauthorized aid on assignments or examinations, plagiarism, and violation of rules established to assist in monitoring academic integrity.

(b) **Tolerance.**  A student has an obligation to assist in maintaining community norms and standards.  Tolerance of inappropriate behavior by other students, spouses, or agents such that the RUSM community is negatively impacted will be subject to disciplinary action.  Tolerance includes, but is not limited to aiding, abetting, inciting, or cooperating with another person in the violation of a RUSM University regulation, policy, Honor Code tenet or Code of Conduct provision.

(c) **Alcohol on Campus.**  RUSM  prohibits the unauthorized possession or use of alcohol on campus (see Alcohol and Substance Abuse Policy on the RUSM website).

(d) **Possession or Use of Controlled Substances/ Drugs.**   RUSM prohibits the possession, sale, or distribution of illegal drugs, diversion of controlled substances, or

EXHIBIT D
Page 286

use of controlled substances without a prescription.

(e) **Dishonesty, Deception, Fraud and Misuse of Documents.** RUSM expects students to conduct all business in an honest and forthcoming manner. Deception, fraud, and misuse of documents includes, but is not limited to furnishing false information such as representing oneself as another verbally or in writing; knowingly supplying false or misleading information in or writing; and falsifying, tampering with, altering, forging or misusing any RUSM record or any official documents.

(f) **Failure to Comply with Requests.** RUSM expects compliance with all administrative requests. Failure to comply with requests includes but is not limited to failing to follow oral or written instructions regarding policies and expectations by a properly identified RUSM official. This section includes but is not limited to failing to respond in a timely and affirmative manner to requests for meetings, requests for immigration documents, requests to register by a certain date, requests to present RUSM or other identification and knowingly interfering with students, faculty or staff acting in the performance of their assigned duties.

(g) **Failure to Comply with Judicial and Administrative Sanctions or Other Required Remediation.** RUSM recognizes that in many instances a student's response to a sanction or remediation efforts may offer insight into that person's ability to learn and change conduct based on the receipt of feedback. Failure to comply with or seek proper clarification of disciplinary sanctions and/or refusal to remediate, such as missed mandatory classroom or clinic instruction time may result in disciplinary action.

(h) **Possession or Use of Weapons/ Explosives/ Fireworks.** RUSM is not an appropriate venue for weapons to be carried or used. Possession, use, or distribution of weapons or explosives of any kind are prohibited. This includes but is not limited to rifles, shotguns, pistols, air rifles, pellet guns, slingshots, machetes, explosives, fireworks, and any kind of ammunition. While small utility knives are acceptable to have on one's person, they are not to be displayed as an implicit or explicit threat of use as a weapon. Though commonly carried visibly in Dominica, machetes and cutlasses are not appropriate on campus even when wrapped or stored according to local custom.

(i) **Violation of Laws.** RUSM expects community members to adhere to all local laws and to act in accordance with commonly understood U.S. laws which may be enforced at the local and/or federal level within the United States.

(j) **Sexual Misconduct, Harassment, Assault and Abuse.** RUSM does not tolerate any form of sexual assault, rape, sexual harassment, physical assault or abuse. No person will harass, coerce, intimidate, assault or recklessly endanger another person in a sexual or other manner. Students are encouraged to pursue action through the campus disciplinary system and/or local law enforcement agencies when there has been sexual misconduct, harassment, assault or abuse. Students are also encouraged to recognize that the standards of law enforcement procedures related to rape, sexual assault and sexual harassment vary significantly from location to location and are encouraged to consult with RUSM officials regarding potential options.

(k) **Improper Communication.** RUSM expects professional communication and a respectful demeanor when presenting information in all venues. This includes but is not limited to email correspondence, social networking, websites/ blogs, phone calls, and face-to-face interactions in and outside of the classroom and/or clinic setting. The belief that one has made a communication private or has limited access does not excuse vulgar, offensive, defamatory or otherwise problematic words or ideas. While students may speak, dissent and protest, they are expected to assure that any such speech, dissention, or protest does not interfere with the rights of others or disrupt RUSM

EXHIBIT D
Page 287

activities.

(l) **Inappropriate Behavior/ Conduct Unbecoming a Medical Student or Professional.**  Students are expected to behave in a mature and responsible manner, respecting the rights and privileges of others at all times.  An act on or off campus which is morally shameful, or jeopardizes the integrity of RUSM or the medical profession, or is detrimental to RUSM or any member of the RUSM community is prohibited.

(m) **Misuse of Property, Vandalism and Arson.**  RUSM and vendor property is to be respected and used in a responsible manner.  Violations of this section include but are not limited to unauthorized removal, alteration, possession or use of property; unauthorized entry into property; damage or destruction of property; reckless, negligent or knowing acts which may result in damage to property; creating a fire hazard or endangering the safety of people or the integrity of property; misuse or tampering with fire prevention, control and detection equipment; and unauthorized use, possession or duplication of keys.

(n) **Misuse of Technology and Intellectual Property**.  No student shall violate the law or RUSM policies in the use of technology, computers, electronic resources, copyrighted works or other intellectual property.

(o) **Gambling.**  RUSM prohibits gambling on campus.

(p) **Failure to Adhere to the Tenets of the American Medical Association Code of Ethics or the Expectations of a Reasonable Patient in a Healthcare Setting.**   As future physicians, RUSM students must demonstrate an understanding of ethical behaviors and the associated critical thinking skills expected of medical professionals.  Failure to adhere to ethical standards and reasonable patient expectations includes but is not limited to performing medical procedures without proper supervision, falsifying clinic records, failure to wear RUSM or hospital identification, failure to identify oneself as a medical student, sharing patient information/violating patient confidentiality, and providing medical advice without a license.  These standards apply to simulations and other role play activities in addition to community clinics and all genuine patient care settings.

(q) **Refusal and/or Consistently Demonstrated Inability to Adhere to Technical Standards.**  All students are asked to review the LCME Technical Standards and certify that they are capable of meeting those standards as part of the enrollment process.  Failure to meet the technical standards may be a Code of Conduct violation where a student has not requested accommodations to meet these standards or fails to appropriately and successfully make use of granted accommodations.  An inability to successfully practice medicine which results in misconduct may result in disciplinary action.

(r) **Violation of the Student Honor Code.**  Honor Code tenets prohibit lying, cheating, stealing, conduct unbecoming a medical professional and intolerance.  While addressed within the student Code of Conduct, the SGA reasserts these principles in the Honor Code, which reflects the student body's commitment to appropriate conduct and adherence to community norms.  Students are required to sign a pledge acknowledging an awareness of the Honor Code and Code of Conduct.  The Honor Pledge will be recited at White Coat Ceremony.  Ignorance of the contents of the Honor Code does not constitute an excuse for non-compliance.  (See Student Honor Code and Constitution, Appendix III).  Refusal to sign and/or recite the Honor Pledge may impact a student's enrollment status and may result in disciplinary action.

(s) **Failure to Adhere to Policies.**  RUSM expects compliance with all policies set forth in this Student Handbook and on the RUSM Student G: Drive, as well as all other

EXHIBIT D
Page 288

published RUSM policies.   Furthermore, students are expected to comply with expectations set forth by DeVry Inc. and affiliate institutions including but not limited to Synergy, Inc., and any hospital, clinical, or other affiliate institutions, while benefiting from facilities at those institutions.

## 6.4 Disciplinary Forums

A student disciplinary action is initiated upon receipt of a written complaint about a student from any member of the RUSM community by the Conduct Administrator, (Director of Professional Standards and Judicial Management in Dominica or RUSM Ombudsman Stateside) or by any one of the following administrators or their designees:  Dean, Associate Dean, AICM Director, the Chairperson of the Grievance Committee, or the Honor Council President.  One or more of these administrators, in conjunction with the Conduct Administrator, will determine the appropriate forum for the complaint.

### 6.4.1 Informal Resolution.  Infractions may be dealt with through informal resolution methods such as mediation and restorative justice by agreement of all involved parties.  Mediation will not be used to resolve sexual assault complaints.

### 6.4.2 Conduct Boards.
**(a) Grievance Committee.**  The Grievance Committee is an investigative arm of the Office of the Dean, and its authority is derived from that office. The Grievance Committee investigates complaints and hears grievances, including, but not limited to, violations of the Code of Conduct, Technical Standards, AMA Ethical Guidelines and Student Honor Code, referred by the Dean, the Assistant/Associate Dean of Student Affairs, the Student Government Association, and the Director for Professional Standards and Judicial Management or any individual student or faculty member ("Complainant"). Recommendations and reports generated by the Grievance Committee are submitted to the appropriate Assistant or Associate Dean for review. The final appeal of a decision is to the Dean or his/her designee.

**Composition.** The Grievance Committee in Dominica consists of faculty representatives appointed by the Dean and up to four students (one per each class in Semester 1-4) elected under the auspices of the SGA. The chairperson shall be a faculty member appointed by the Dean. The Grievance Committee shall elect a vice-chair by majority vote, such election to be held on a yearly basis or as needed. Students elected to the Grievance Committee are required to meet the same requirements as must be met by students elected to the Honor Council.

The Grievance Committee Stateside convenes on the Miramar Campus and consists of faculty representatives appointed by the Dean and a minimum of two students (from semesters 5-10 and preferably with past experience on a conduct board while in Dominica) elected under the auspices of the SGA. The chairperson shall be a faculty member appointed by the Dean. The Grievance Committee Stateside shall be reconstituted as needed to hear cases.

**Complaints.** Complaints may be submitted to any of the individuals designated in Section 6 in writing on the appropriate form ("Complaint"), which is available through the Conduct Administrator, the Grievance Committee's Chair or Vice Chair and/or the Office of Student Affairs. If an individual brings allegations to RUSM's attention but does not pursue a written Complaint, a RUSM official may lodge a written Complaint based on those allegations if appropriate.

The Conduct Administrator, in consultation as necessary with RUSM administrators and/or the President of the Honor Council, will consider the appropriate venue. In a meeting to determine forum, the Conduct Administrator and any other individual(s) having received the Complaint typically will hold confidential the identities of the individuals involved and only describe the nature of the Complaint such that appropriate forum may be designated, provided that the names of involved individuals may be disclosed in appropriate circumstances, e.g., when the identity of the accused could create a conflict of interest for one or more members of either the Grievance Committee or the Honor Council.

The matter may be referred to the Office of Student Affairs or an appropriate RUSM administrator to explore possibilities for an informal resolution. In these cases, within five Semester Days (defined as a day on which regularly-scheduled classes are in session on the Dominica campus), the Office of Student Affairs or RUSM administrator to whom the matter was referred will notify the Conduct Administrator whether an informal resolution has been reached and with a recommendation about whether to continue with a hearing.  If, upon review of the Complaint, the Conduct Administrator determines that a hearing is appropriate, the Conduct Administrator will confer as necessary to determine the forum (Grievance Committee or Honor Council) to which the Complaint will be referred.

When a Complaint is referred to the Grievance Committee, the  student(s) charged with a violation ("Respondent") will notify the student of the Complaint and the venue. The Respondent will have three Semester Days to file a response ("Answer") with the Chair. If a single Complaint involves more than one Respondent, the Chair will determine whether the hearings concerning each Respondent will be held separately or at the same time.  Each Respondent will typically be required to file a separate Answer.

**Scheduling of Hearing.** Upon receipt of the Answer, the Chair will issue a notice of hearing ("Notice") to the Complainant and Respondent. Notice shall include copies of the Complaint and Answer, n addition to the date, time and location of the hearing. The hearing ordinarily will be scheduled to take place within seven (7) Semester Days after the Notice is issued, though circumstances may justify setting a hearing date outside this time period.

**Procedural Rules of the Hearing.** Failure to appear at the hearing by either the Complainant or Respondent will result in the loss of the opportunity to present information or respond to charge(s) at the hearing and the Grievance Committee will consider the case without the absent party's participation. Both parties may have an advisor present at the hearing, and each party will have an opportunity to present information, evidence and witnesses to the Grievance Committee at the hearing. Though both parties have the right to be assisted by an advisor, the Complainant and Respondent are responsible for presenting their own information; therefore, advisors are not permitted to participate in the hearing, and may speak only to the individual party whom they are advising.

Hearings will not be governed by rules of substantive or procedural law.

**Quorum.** Seven (7) members of the Grievance Committee, including a minimum of one student member, will constitute a required quorum.

**Recusal.** Members of the Committee must disqualify themselves from hearing cases arising from matters directly relating to them, or concerning people about whom they are biased. Any such situation shall be brought to the attention of the Chair by the Grievance Committee Member. If a case involves the Chair or people

EXHIBIT D
Page 290

about whom the Chair is biased, than he/she shall disqualify himself/herself, and either the Vice Chair or an unbiased faculty member of the Grievance Committee will be appointed by the Dean to preside over the proceedings. Any Grievance Committee Member who fails to disclose bias or a conflict of interest may be subject to disciplinary action.

**Confidentiality, veracity, relevancy.** Information prepared in anticipation of or presented at the hearing or deliberation is confidential. Disclosure of confidential information not authorized by RUSM by any individual associated with the hearing will be subject to disciplinary action. Materials prepared in anticipation of the hearing will be accessible to all Grievance Committee members, parties and advisors (as appropriate) in order to prepare for proceedings but will remain at all times the property of RUSM. Reproduction of these materials and/or unauthorized sharing of materials with individuals outside the disciplinary process is prohibited.

Hearings will be closed to everyone except Grievance Committee members and individuals involved in the hearing. Witnesses shall only be present in the hearing room when appearing before the Grievance Committee to testify. Individuals appearing before the Grievance Committee are responsible for presenting truthful information and conducting themselves in a courteous and respectful manner. Any person found knowingly presenting false or misleading information may be subject to disciplinary action.

The Grievance Committee will examine all relevant facts and circumstances available at the hearing. Information presented to the Grievance Committee by the parties should be limited to that which is relevant to the case. When a witness is available and willing to testify at the hearing, the testimony normally will be presented in person. However, when appropriate, the Chair may accommodate availability restraints or concerns for the safety and well-being of the parties or witnesses by providing separate facilities, using a visual screen, or by permitting participation by telephone, video recording or written or other means. Any attempted or actual intimidation of hearing participants may be subject to disciplinary action.

All questions during the hearing will come from Grievance Committee members. The Complainant and Respondent may suggest questions to the Chair, but neither will question witnesses or the other party directly. All procedural questions during the hearing are subject to the decision of the Chair at the time of the hearing.

**Record.** There shall be a single verbatim record, either in writing or audio or visual recording, of the hearing, not including deliberations. The record shall be the property of RUSM.

**Deliberations/recommendations.** After all information has been presented, the hearing will be adjourned and the Grievance Committee will deliberate in private to determine whether the Respondent charged has committed a disciplinary offense. During deliberations, the Grievance Committee may request and review the disciplinary file history of the Respondent. Finding of a violation will be made by majority vote of the Grievance Committee based on whether it is more likely than not that the Respondent violated the Code of Conduct or other rule or provision at issue. The Chair will vote only as needed to break a tie. Upon a determination of such offense, the Grievance Committee will make a recommendation to the applicable Associate or Assistant Dean as to appropriate sanction(s).

Written notice of these findings and recommendations will be sent by the Chair to the Associate or Assistant Dean (or a delegate) within five Semester Days following the hearing.

EXHIBIT D
Page 291

**Decisions.** A written, dated notice of decision ("Decision") (including sanctions, if imposed) will be forwarded to the Respondent by the Dean or his/her designee. The Decision may also include information about further support available through the Office of Student Affairs. Record of a sanction will be maintained in the student's disciplinary file and, where appropriate, noted in the student's permanent educational record. .

The Complainant will also be provided notice of the final decision on the Complaint; however, the notice sent to the Complainant usually will not contain details about sanctions imposed on the Respondent, particularly where the sanctions do not directly relate to the Complainant and/or the Complaint does not involve a crime of sex or violence.

**Appeals.** Decisions of the Assistant Dean may be appealed to the Dean or the Dean's designee. When an appeal is filed, the Assistant Dean may elect to delay sanctions pending the outcome of the appeal.

Both the Complainant and the Respondent have the right to file an appeal. Either party may appeal the finding of responsibility (or lack thereof); however the Complainant may not appeal sanctions. Decisions heard by the Dean or the Dean's designee are final.

**(b) Honor Council.** The Honor Council consists of student representatives elected under the auspices of the SGA. They must meet basic requirements outlined in the Honor Code and Honor Constitution. The Council will consist of nine members: two representatives from each class in semesters 1-4 and the Honor Council President. The Honor Council has authority over complaints including but not limited to violations of the Student Honor Code, AMA Ethical Guidelines and/or RUSM Technical Standards.

The Honor Council is entrusted by the student body to consider alleged violations of the Student Honor Code and to forward decisions and sanction recommendations to the Associate Dean or Dean on behalf of the student body.

The Honor Council will be supported and guided by the Conduct Administrator to conduct a fair hearing and determination process. Neither the Conduct Administrator nor the Faculty Advisor will actively influence deliberations or recommended sanctions except by request of the Honor Council for information and/or feedback. The Student Honor Code (and Constitution pertaining to it) is attached hereto. (See Appendix III)

**6.4.3 Forum Determination.**

The Conduct Administrator will initiate an initial investigation and confer with the appropriate administrators and/or the President of the Honor Council (if the allegation arises in Dominica), to determine an appropriate venue: informal resolution, the Grievance Committee, or the Honor Council

**6.5 Disciplinary Process (Adjudication).**   When a Complaint is determined to not be appropriate for informal resolution, the student against whom the Complaint has been lodged will be notified of the Complaint and where it will be adjudicated and will have three Semester Days (defined as a day on which regularly-scheduled classes are in session on the Dominica campus) after that notification to file an Answer with the Chair of the Grievance Committee or the President of the Honor Council.

The Complaint will state the charges, a summary of the matter at issue, the names of witnesses and reference to supporting materials gathered during the preliminary investigation.  The Answer will state whether or not the student accepts responsibility for the charges, a response statement written by the student and a listing of any additional witnesses.  The student is also invited to include additional supporting materials at this time.  If an Answer is not received within three Semester Days, the case will move forward without the student's response.  Any witnesses, supporting materials or written statements from the student submitted after the passing of those three Semester Days will be considered at the discretion of the Grievance Committee or Honor Council.

The student against whom the Complaint has been filed will be provided access to the Complaint, Answer, and materials submitted to and considered in advance of the hearing by the Grievance Committee or Honor Council.  Access to materials will be closely monitored to assure confidentiality of information as it relates to the accused and to all others named in the case report.  The student against whom the Complaint has been lodged may not retain a copy of case materials, which will remain the property of RUSM at all times.

The Complainant and the charged student may invite a classmate or faculty member to serve as an advisor for the proceeding which will be scheduled after receipt of or the deadline for receipt of an Answer.  While the advisor(s) will be present at the hearing, they will be present in a support role only and will not be permitted to participate in the hearing.  The Complainant and charged student will have the opportunity to present witnesses and evidence.  The Grievance Committee or Honor Council will supervise the questioning of witnesses.  The hearings will not be governed by rules of substantive or procedural law.  The Grievance Committee or Honor Council will consider a case and render a decision/recommendation even if the student or witnesses fail to appear for the scheduled hearing.

In deliberations, the Grievance Committee or Honor Council shall examine the relevant facts and circumstances presented, determine the credibility of witnesses' statements, and shall, using the standard of "more likely than not," determine whether the charged student has committed misconduct pursuant to the Code of Conduct, Student Honor Code, AMA Guidelines and/ or Technical Standards.  The Grievance Committee or Honor Council will also consider appropriate sanctions.  Findings and recommendations will be forwarded to the Associate Dean for Student Affairs (semesters 1-4) or the Associate Dean for Clinical Affairs (semesters 5-10) or his/her designee after the conclusion of deliberations.  The Complaint investigation and hearing process generally will be completed within 60 Semester Days of the submission of the written Complaint; however, the complexity or severity of a complaint may merit a longer process, as may other circumstances surrounding a Complaint.

The Associate Dean or a designee will provide a final decision.  Notice of the decision generally will be provided to the Complainant and charged student within 15 Semester Days of the Associate Dean's receipt of the Grievance Committee's or Honor Council's findings and recommendations; however, the complexity or severity of a complaint may merit a longer review period, as may other circumstances surrounding a complaint.  The notice sent to the Complainant will advise of the final decision on the Complaint, but usually will not contain details about sanctions imposed on the charged student, particularly where the sanctions do not directly relate to the Complainant and/or the Complaint does not involve a crime of sex or violence.

Nothing shall limit the right of RUSM to immediately remove from RUSM premises, clinical premises, or RUSM events a student accused of a violent, criminal or other egregious act that in RUSM's sole discretion warrants immediate suspension and/or removal from campus.  A student so removed from the campus or clinical premises shall not re-enter until authorized by RUSM in writing to do so.

### 6.6 Sanctions

Sanctions imposed by the Associate Dean following an informal resolution or a hearing by the Grievance Committee or Honor Council may include one or more of the following sanctions. RUSM reserves the right to impose other, non-listed sanctions as appropriate.

#### 6.6.1 Available Sanctions

**(a) Warning or Admonition.** A warning or admonition means the issuance of oral or written reprimand.

**(b) Required Compliance/ Remediation.** Required compliance means satisfying an RUSM requirement as a condition for admission or continued enrollment. This sanction may include, but is not limited to restricted privileges, restitution, counseling, participation in psychoeducational groups and/or assigned educational initiatives.

**(c) Disciplinary Probation.** Probation permits a student to continue his/her studies but restricts various other components of access to the campus. Furthermore, a student on probation risks suspension or expulsion in the event that additional violations occur. Probation may include a prohibition against participation in RUSM-sponsored social events, extracurricular activities, clubs and organizations, leadership roles, and/or attendance at or involvement in public performances, publications, events or activities sponsored by student campus organizations. However a student will be permitted to participate in any activity or event that is required for course work.

Probation will be documented as Disciplinary Probation. Upon successful completion of an identified probationary period, a student may request that the probation be noted as successfully completed. Students are encouraged to document efforts taken to address a cited violation.

Disciplinary Probation, unlike Academic Probation, will not impact a student's status as it relates to financial aid.

**(d) Suspension.** Suspension means ineligibility to enroll or participate in any RUSM activities or activities held on RUSM premises for a determined period of time, typically one full semester or until the end of a semester already begun and up to one full calendar year (three semesters). An interim suspension will not count toward completion of a suspension sanction issued following a formal hearing or private decision unless the determination communicates otherwise in clear language. During a suspension, the privileges of attending classes, being on campus and/or participating in campus-sponsored events (see section 4.5.2) are withdrawn.

Suspended students will surrender their RUSM identification card and should consult with Student Services regarding the status of their financial aid and, in Dominica regarding the status of their student visa and may be on campus for the limited purposes of making these determinations during the five Semester Days following the issuance of sanction. When on any campus for these or other administrative purposes, the student must be accompanied by a RUSM official from the office meeting with the student.

Failure to comply with the limitations of suspension may result in extended suspension or permanent expulsion. Where conditions are placed upon a student's return, those conditions must be certified prior to registration for a future semester. A suspended student, upon return to campus, will be on automatic disciplinary probation for either a designated period of time identified at the time the original sanction is issued or until graduation from RUSM.

A suspension will appear in the student's educational file as Non-academic Suspension.

EXHIBIT D
Page 294

Students are encouraged to document efforts taken to address a cited violation.

**(e) Expulsion.**  Expulsion means permanent termination of student status.  An expelled student is no longer permitted to attend RUSM or any of its affiliated institutions.  A student dismissed on disciplinary grounds is not eligible for re-admission.  A record of this disciplinary action will be placed in the student's educational file.

**(f) Interim Suspension.**  A student may be suspended on a temporary basis prior to an informal resolution or hearing.  This immediate suspension and loss of student rights and privileges may be imposed if: (1) there is an indication that a student's misconduct will be repeated or continued; (2) there is an indication that safety for the RUSM community will be compromised without immediate action; and/or (3) suspension is necessary for RUSM or its affiliates to carry on its functions effectively and efficiently.

Where subjected to interim suspension, a student will be entitled to a review by the Dean or a delegate of a concisely written appeal limited in scope to whether the interim suspension should remain in effect until the time of disciplinary action.  An interim suspension should not conclude until after a final disciplinary determination has been made.

Interim suspension may impact the student's transcript.  The designation for missed time on a student's transcript will be determined in consultation with the Office of the Registrar on a case by case basis following any formal determination reached by informal resolution or hearing.

**6.6.2 Record of Sanction.**  Record of a sanction will be maintained in the student's disciplinary file and, where appropriate, noted in the student's permanent educational record.  Information regarding probations, suspensions and expulsions will be readily available to RUSM officials as necessary to assure administrative compliance with those sanctions.  In the event of withdraw or dismissal prior to a finding and imposition of a sanction, documentation of a pending disciplinary case without final determination will be included as part of the student's educational record.

**6.6.3. Notification.**

**(a) Immigration.**  In those situations in which a student is not a citizen of the country where the study of medicine is occurring, a student who has been suspended or expelled may no longer be entitled to the status of a legal resident. The immigration authorities of the country may be notified of any change of a student's enrollment status following an informal resolution or hearing.

**(b) Complainants and Victims.**  RUSM will take privacy and other legal rights into consideration on a case-by-case basis with respect to providing access to information involved in or regarding a conduct matter.

**6.7 Appeals.**

Decisions of the Associate Dean may be appealed to the Dean or the Dean's designee. Decisions rendered by informal resolution may be appealed to the Dean. When an appeal is filed, the Associate Dean of Student Affairs (Semesters 1-4) or the Associate Dean of Clinical Sciences (Semesters 5-10) may elect to delay sanctions pending the outcome of the appeal. Unless and until a contrary determination is made regarding the status of sanctions pending an appeal, all parties should consider the sanction to be in effect.
Both the Complainant and the charged student have the right to file an appeal. Either party may appeal the finding of responsibility (or lack thereof); however the Complainant may not appeal sanctions. Decisions of the Dean or the Dean's designee are final and cannot be appealed.

EXHIBIT D
Page 295

**6.7.1 Initiation and Scope**.  Appeals must be submitted to the Dean or the Dean's designee in proper form within ten Semester Days of notification of the decision of the Associate Dean. Appeals will be considered only when it is clearly established by the appealing party, in a concise written statement, that one of the following occurred:

(a) The decision was unreasonable based on the information presented at the hearing and/or based on the alleged violation of the Code of Conduct;

(b) For the charged student, the sanction was unreasonable based on the information presented at the hearing and/or based on the violation of the Code of Conduct;

(c) The Grievance Committee, Honor Council, or administrator misinterpreted the Code of Conduct or other policies upon which the complaint and/or decision was made;

(d) A procedural error occurred that resulted in an unfair hearing; or

(e) Relevant information sufficient to alter a decision was not brought out in the hearing because such information was not known to the person appealing at the time of the original hearing.

The specific basis or bases for the appeal must be identified by the appealing party in the written appeal.

**6.7.2 Administrative Response**.  Neither the Complainant nor charged student will be present during the appeal. With the exception of appeals involving new information not known at the time of the original hearing or informal resolution, the Dean or the Dean's designee review will be limited to the written appeal, documents and evidence presented at the hearing or informal resolution, and the record of the hearing. The Dean or the Dean's designee may:

(a) Uphold the original finding and outcome;

(b) Require a (new) hearing;

(c) Send the appeal back to the Associate Dean, Grievance Committee or Honor Council for review of decision or sanctions;

(d) Reverse the original decision by finding that a violation or no violation of the Code of Conduct occurred; or

(e) Amend sanctions where the original sanctions imposed are found to be unreasonable.

**6.7.3 Notification**. The Dean or the Dean's designee will notify the Associate Dean of the Dean's final decision on the appeal within 15 Semester Days of the Dean's receipt of the written appeal. The Dean or Associate Dean or their designee, will notify the parties of the appeal decision.


# 7.0 REGISTRATION AND OTHER REGISTRAR SERVICES

**7.1 Visa Requirements Prior to Check-In of Incoming Students**

The government of Dominica requires that all adults entering the country for more than three weeks have submitted visa applications prior to arrival. This applies to incoming students. Beginning with second semester registration, students will need to be in compliance with visa-related requests from the RUSM Immigration Officer prior to being allowed to register for the next semester.

Students must remember that they are guests in Dominica, and must observe all immigration rules and local laws. All new students are required check on immigration requirements regarding return tickets to their country of residence and ensure they have a valid visa in their passport. If in doubt, students should check with the campus Office of the Registrar, which handles immigration issues, for current requirements.

Non-resident, non-U.S. citizens may require a visa to enter the U.S. for the Clinical Clerkship segment.

**7.2 Initial Registration – Check-In Of Incoming Students**

**7.2.1** Students enrolled in the first 60 instructional weeks (four semesters of Foundations of Medicine curriculum) must register online by the deadline established by the Office of the Registrar. In addition, students must check-in in person on campus each semester prior to the first day of the semester. The check-in schedule will be determined by the Office of the Registrar. Students checking in late without prior approval from the Associate Dean for Student Affairs will be charged a late check-in fee of US$200. A waiver of the late check-in fee may be approved only in cases of medical emergencies or documentation showing a flight delay/cancellation which was outside of the student's control. Students who wish to apply for a late check-in fee waiver must submit the Petition for Late Arrival form with supporting documentation via email to Registrar@RossU.edu or via fax to 732-509-4820. The Petition for Late Arrival form is available online at http://www.rossu.edu/medical-school/currentstudents/formshandbooks.cfm.

**7.2.2** Students arriving on campus after the end of the check-in period established for each semester will not be permitted or checked-in for that semester and will be administratively withdrawn. Any financial aid disbursements received by RUSM will be returned to the lender.

**7.2.3** A new student's enrollment is contingent upon submission of all documentation required for admission. Any missing documentation that is specified in the offer of admission must be submitted to the University Registrar by the end of the first semester. This includes immigration paperwork necessary for obtaining a student visa. If the documentation is not received within that time, the student will be subject to administrative withdrawal and may lose the privilege to register for a subsequent semester.

**7.2.4** Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person check-in occurs. At that point, only students with approved financial aid and/or those sponsored by a RUSM recognized third-party payer will be allowed to register unless approval is granted by the Director of Student Finance.

**7.2.4.1** In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment under the terms of their note. Furthermore, if non- or under-payment occurs, the student will not receive any credit for that semester.

**7.3 Registration – Check-In of Continuing Students**

EXHIBIT D
Page 297

**7.3.1** Continuing students enrolled in the first 60 instructional weeks (four semesters of Foundations of Medicine curriculum) must register online by the deadline established by the Office of the Registrar and check-in in person on campus prior to the first day of the semester. The check-in schedule will be determined by the Office of the Registrar. Students checking in late without prior approval from the Associate Dean of Student Affairs will be charged a late check-in fee of US$200. A waiver of the late check-in fee may be approved only in cases of medical emergencies or documentation showing a flight delay/cancellation which was outside of the student's control. Students who wish to apply for a late check-in fee waiver must submit the Petition for Late Arrival form with supporting documentation via email to Registrar@RossU.edu or via fax to 732-509-4820. The Petition for Late Arrival form is available online at http://www.rossu.edu/medical-school/currentstudents/formshandbooks.cfm.

**7.3.2** Students arriving on campus after the end of the check-in period established for each semester will not be permitted to check-in for that semester and will be administratively withdrawn. Any financial aid disbursements received by RUSM will be returned to the lender.

**7.3.3** To ensure proper identification and to complete check-in, students must present the official RUSM identification card. There is a charge of US$25 to replace a lost ID card for students and spouses. Please see Appendix VI for the full Campus Identification Policy.

**7.3.4** Tuition and fees are generally due approximately 15 days before the start of classes. For students receiving financial aid, tuition is deferred until an in-person registration occurs. At that point, only students with approved financial aid and/or those sponsored by a RUSM recognized third-party payer will be allowed to register unless approval is granted by the University Director of Student Finance.

In such cases, it is expected that the student complete a promissory note and remit payment within 30 days from the beginning of the semester. Late payments are subject to a $75.00 late fee and the student may also be considered for an administrative withdrawal based on non-payment as indicated on the terms and conditions of their promissory note. Furthermore, if non- or under-payment occurs the student will not receive any credit for that semester.

## 7.4 Registration – Clinical Science Segment

**7.4.1** Students in AICM must register online by the deadline established by the Office of the Registrar and check-in in person at their AICM location on the first day of the semester. The check-in schedule will be determined by the AICM location administration.

**7.4.2** Students in the Clinical Sciences segment of the curriculum must schedule through the Clinical Department. Students must be present on the first scheduled day of a clinical segment or be subject to administrative withdrawal.

**7.4.3** Once students have successfully completed the AICM course, have passed the USMLE Step 1, have submitted documentation of their scores to the University Registrar (copies of both sides of the USMLE report), have submitted health records and required documentation to the Office of Clinical Sciences, and have received financial clearance from the Director of Student Finance, they will be assigned to clinical clerkships by the Clinical Department.

**7.4.4** In general, clerkship programs will be taken according to a pre-arranged schedule. Students will be notified of their entry into a given program via written confirmation from the Clinical Department. Students in the Clinical Sciences curriculum are initially scheduled for 30 instructional weeks (two 15 instructional week semesters). Students who decline their clerkship schedule must sit out for a semester (15 calendar weeks) before reassignment will be provided. A student failing to attend a scheduled clinical clerkship is subject to a failing grade and further disciplinary action from RUSM, and an "**F"** will be posted on the transcript for that clerkship.

EXHIBIT D
Page 298

**7.4.5** Students performing clerkships are considered enrolled full-time, provided they are scheduled for a minimum of 12 instructional weeks. The calendar period in which 15 instructional weeks of clerkships are completed defines the semester for that student.

Students who are about to begin or are continuing in the clerkship program should consult the Clinical Clerkship Program Guidelines published by the Division of Clinical Sciences for more detailed information. See http://www.rossu.edu/medical-school/documents/med_clinical_curriculum.pdf.

### 7.5 Transcript Requests

Official transcripts are requested from and provided by the Office of the Registrar. Students may submit a transcript request online at www.rossu.edu/myross/. Requests cannot be taken over the telephone. Transcripts are not released until all financial obligations to RUSM have been met and any missing administrative documents have been received.

To obtain an unofficial transcript, students may view and print their unofficial grade report on the MyRoss website.

# 8.0 STUDENT LOAN DEFERMENT PROCESS

Students who have previously attended another school and received financial aid in the form of student loans, and wish to defer repayment of student loans using a form from their lender, may print an enrollment verification letter from the MyRoss website and mail it to their lender. Loans cannot be deferred during curriculum gap periods of more than four weeks. (This includes gaps due to studying, sitting for, and waiting for passing results for the USMLE). If you have questions regarding student loan deferments, please speak with the Student Services Office.

### 8.1 Tuition During Remedial Semesters

Full-time tuition is charged for students registered full-time (9 or more credits).

All students will be charged for full-time tuition, including all repeat courses.

Any student allowed to repeat coursework must repeat all courses in the semester and, in addition, must enroll in the remedial course, "Essential Lifelong Learning Skills". All courses must be successfully completed with passing grades to progress to the next semester. Students are encouraged to contact their student finance counselors to review their aid options when repeating any coursework. A student's financial aid will be based on the number of credits of the remedial course plus the failed course. Students must fund the remaining tuition for other repeated courses through personal resources or private loans.

### 8.2 Tuition Refund Policy for Withdrawals

Tuition policies are administered in accordance with federal guidelines.

**8.2.1** A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, even temporarily interrupted (see **Note** below). A withdrawal may be official (when the student notifies the Associate Dean of Student Affairs and Office of the Registrar in writing) or unofficial (without written notification).

**8.2.2** The effective date of withdrawal is normally the student's last date of attendance.
If a student withdraws, RUSM's handling of tuition corresponds with Federal loan entitlement regulations, which are based on the period attended:

EXHIBIT D
Page 299

- If a new student withdraws prior to the start of the first semester, no tuition charges are due; however, acceptance deposits are forfeited.

- If a continuing student withdraws prior to the start of a semester, no tuition charges are due.

- If a student withdraws during the first 60% of a semester, tuition charges are directly prorated based on the portion of the semester that has elapsed (as semesters are normally 15 weeks in length, tuition is prorated for withdrawals during weeks one through nine).

- If a student withdraws after the first 60% (i.e., after completing the ninth week) of a semester, the full tuition charges remain due.

**8.2.3** For withdrawal during the first 60% of a semester, as per federal regulations, student loan entitlement is recalculated, and RUSM and the student are each proportionally responsible for returning "unearned" financial aid to the relevant lender(s).

**Note:** Although a LOA may be authorized in limited circumstances, failure to return to school from a leave of absence is considered a withdrawal as of the last date of attendance. A LOA started during a semester and with a return date at the beginning of the next semester will be reported as not enrolled to all lenders. However, the student is not required to reapply to RUSM if on an approved LOA.  Additionally, under federal regulations, a LOA must be requested and approved in advance, may not exceed 180 days, and may not be granted within 12 months of a previous LOA. An interruption of enrollment status that does not qualify as a LOA is considered a withdrawal as of the last date of attendance.

See Section 5 of the Student Handbook regarding enrollment status while taking the USMLE.


# 9.0 LEAVES OF ABSENCE

RUSM's curriculum is designed to be a series of integrated, consecutively scheduled learning experiences. Interruptions of the educational program are academically undesirable and are of concern to medical licensure boards; they also can affect financial aid eligibility and loan repayment status. Approved absences are granted only under extraordinary and well-documented circumstances.

Students are advised to consult with the Associate Dean of Student Affairs or the Senior Associate Dean of Clinical Sciences, as appropriate, to discuss their plans for any interruption of their studies and its academic impact. All approved leaves of absence must be submitted to the Office of the Registrar. Those receiving student loans must also contact the Office of Student Finance; additional information is provided in the *Financial Planning Guide*.

During the clinical clerkship, students must also abide by the policies and procedures of the external institutions they are attending. Short breaks due to scheduling constraints may occur between clinical clerkships. Such breaks, if not exceeding four weeks, have no impact on the student's enrollment status. (Consult the *Financial Planning Guide*, for information about loan disbursements in the event of longer gaps.)

## 9.1 Emergency Leaves of Absence (ELOA) – Foundations of Medicine

On occasion students may have unavoidable, non-academic reasons for interrupting their enrollment during a semester. With the approval of the Associate Dean of Student Affairs or her/his designee, a student may be temporarily excused from classes during a semester due to documented emergency circumstances, such as severe illness or major injury to the student, or a similar emergency or death in

EXHIBIT D
Page 300

the student's immediate family. Such a brief absence, wherein a student intends to (and can) return within two weeks to complete all coursework for that semester, constitutes an Emergency Leave of Absence (ELOA) and has no effect on the student's enrollment status. Documentation of the emergency is required.  If documentation is not provided the ELOA can be nullified and the student's absence will no longer be counted as an excused absence. No more than one ELOA will be granted per term.

**9.1.1** Students who experience difficulty returning to the island (for travel or other reasons) and cannot return within the two-week timeframe will not be allowed to resume their academic work within the same semester. Students who miss more than two weeks will be required to convert their ELOA to an academic leave of absence and will need to resume their studies during a subsequent term.

**9.1.2** A student who finds it impossible to return from an ELOA within two weeks may request an Approved Leave of Absence (ALOA) (see Section 9.3) extending for the remainder of the semester. Failure to request an Approved Leave of Absence after an absence of more than two weeks following an ELOA will result in administrative withdrawal (see below) and the student must apply for readmission.

**9.1.3** In the case of an ELOA, the interrupted portion of the semester will not be counted when determining time limits for satisfactory academic progress.

## 9.2 Short-term Personal Leaves (STPL)

The Attendance Committee will consider petitions for excused absences via a Short-Term Personal Leave (STPL) for reasons that are not addressed by the exceptions listed in the section on attendance (See Section 4.5.10).

**9.2.1** Petitions for permission to miss or reschedule an exam or other required exercise, on the basis of extraordinary personal circumstances (those that are not included in the three exceptions listed in the attendance policy), are considered by the Attendance Committee. The petitioning process begins by submitting a STPL request form. These forms are available on MyRoss. Whenever possible, the request form must be submitted four weeks in advance of the start date of the requested leave.

**9.2.2** Students should understand that the profession of medicine is one that demands a great deal of time and attention. There are components of the medical education program that cannot be made up or remediated. Students will frequently be required to make tough choices concerning the competing demands of educational and personal interests. Prior to submitting a request for a STPL, students should give careful consideration to the priorities required for successful completion of the RUSM medical degree. Typically, excused absences will only be granted if the student has a significant, unavoidable conflict and the missed activity can be made up

**9.2.3** Students on a STPL may not miss more than one week. Students who experience difficulty returning to the island (for travel or other reasons) and cannot return within this timeframe will not be allowed to resume their academic work in the same semester. Students who miss more than one week will be required to convert their leave to an ALOA absence and will need to resume their studies during a subsequent term.

## 9.3 Approved Leave Of Absence (ALOA)

The first 60 instructional weeks (four semesters of Foundations of Medicine) are scheduled three times per calendar year with short breaks between semesters. Outside of these scheduled breaks, ELOA and STPL, students must be continuously enrolled. A student who wishes to temporarily interrupt his or her studies may apply for an ALOA. To qualify for an ALOA the student must meet the criteria established below:

EXHIBIT D
Page 301

**9.3.1** An ALOA must be requested in writing on the standard form, stating specific reasons and return date, and must be approved by the Associate Dean of Student Affairs or her/his designee and  the Associate Dean for Education or her/his designee.

**9.3.2** An ALOA may commence during a semester (to continue until the end of the semester) or between semesters (to cover a period of time equal to one semester). When applying for a leave, the student must indicate when he or she intends to resume studies, which must be at the beginning of a subsequent semester. A leave of absence may not exceed 180 days under any circumstances. If the student does not resume his or her studies on the date indicated on his or her application, or if the leave of absence exceeds 180 days, he or she will be administratively withdrawn retroactive to the last date of attendance before the approved leave.

**9.3.3** The student should be in good academic standing at the time of his or her application for an ALOA. The student may not be on academic warning or probation and may not be failing more than one block at the time of application. The Associate Dean for Education or his or her designee will meet with the student to discuss the reasons for the application, ramifications of the proposed leave and review the student's academic standing at the time of the application. Students who are repeating a semester are on academic warning or probation and are thus not eligible to take an ALOA.

**9.3.4** In certain unusual situations, students may request an ALOA following a short period of unacceptable academic performance. The student must indicate the reason on his or her application. Acceptable reasons for an approved leave may include, but are not limited to, any of the following: personal or family medical emergency, other personal or family emergency, or legal or financial hardship. In addition to providing a written explanation at the time of application, the student may be asked to provide additional documentation. The Associate Dean of Student Affairs or his or her designee will review the student's application, meet with the student as necessary to understand the situation and discuss ramifications of the leave with the student. During the Foundations of Medicine segment, the Associate Dean of Student Affairs together with the Associate Dean of Education will approve or deny the request for a leave of absence. During the Clinical Sciences segment, the Senior Associate Dean for Clinical Sciences makes the determination.

**9.3.5** Students are only eligible for an ALOA after successfully completing one full semester at RUSM.

**9.3.6** During the clinical clerkship phase, an ALOA may be taken only at the end of a Clinical Sciences segment or clerkship, and the student must return to resume clinical clerkships at the time specified.

**9.3.7** During the clinical clerkship phase, requests for an ALOA to prepare for Step 2 will be granted for a period of time not to exceed 10 weeks.

**9.3.8** Students may not have more than one ALOA within a 12-month period.

**9.3.9** Students must confirm with the Office of the Registrar, their intent to return eight weeks prior to the start of the semester they are returning to, unless otherwise approved at the time of their application. Failure to do so may result in the student's administrative withdrawal. Students who are approved for a leave of absence for medical reasons must supply satisfactory documentation from a healthcare professional. The documentation must substantiate to RUSM's satisfaction that the student is medically able to return to classes.

**9.3.10** Students who are granted an ALOA during a semester will be reported as not enrolled to all lenders until returning to courses the following semester. Students are subject to individual lenders' loan repayment policies. Once a student returns to classes, he/she must submit a

EXHIBIT D
Page 302

deferment form/enrollment letter to his/her lender to be placed back into in-school deferment status with that lender.

**9.3.11** Students who are granted an ALOA during a semester will receive W, WF or WP grades for that semester and must repeat the semester upon their return. In such situations the student will not be charged twice for the same semester. A student who takes the leave prior to completing 60% of the semester, as determined by his or her last date of attendance, will receive a partial tuition credit during the interrupted semester and the remainder of the tuition waiver will be applied in  the semester in which he or she returns. A student who takes the leave after completing 60% of the semester will not receive tuition credit for the interrupted semester but will receive a full tuition waiver for the semester in which he or she returns. Per Section 9.3.13, students will be responsible for covering any costs associated with an increase in tuition.

**9.3.12** A student who does not return from an ALOA at the specified time will be administratively withdrawn, effective the last day of class attendance. (Note the effect of this on financial aid obligations; see *Financial Planning Guide*.)

**9.3.13** All students returning from an ALOA must follow the standard registration and check-in procedures prior to the start of the semester, being certain that the Office of the Registrar and the Office of Student Affairs or Senior Associate Dean for Clinical Sciences are notified of their presence on campus to resume study and must pursue the curriculum then in effect. They are subject to all policies that are in force at that time and must pay the current tuition and fees. Similarly, students who defer their enrollment or are readmitted or reinstated to RUSM after any period of absence are also subject to all policies, tuition, and fees then in effect.

**9.3.14** Students who were failing one or more courses at the time of withdrawal will also be on financial aid probation, and will not receive funds to continue if they are still on Academic Probation in the succeeding semester.

## 9.4 Unauthorized Leaves

Except for ELOAs, STPL, or ALOAs outlined above, students who leave during a semester or a scheduled clinical clerkship may be administratively withdrawn (See Section 9.5).

Students wishing to return to RUSM after an unauthorized leave must apply for readmission. The past performance of these students will be reviewed by the Readmission Committee to determine whether they can be readmitted and, if so, under what conditions, including academic warning or probation.

## 9.5 Withdrawals

Students who have been withdrawn (by student request or administrative action) must apply for readmission if they wish to return to RUSM and are subject to the tuition policy for withdrawals. Such readmission must be reviewed by the Readmission Committee and is not guaranteed. Students typically will be subject to all academic policies and tuition and fees then in effect, without any "grandfathering" provisions based on their original admission.

### 9.5.1 Student Withdrawals

**9.5.1.1** Students may not withdraw from a single course/block during a semester; they must withdraw completely from RUSM. Students in the first 60 instructional weeks (four semesters of Foundations of Medicine curriculum) may begin the withdrawal process by completing an Application for Withdrawal Form available on MyRoss and online at http://www.rossu.edu/medical-school/shared-content/documents/DominicaWithdrawal.pdf and obtaining appropriate clearances and approvals. Such students will receive "**W**", "**WP**", or "**WF**" on their transcripts depending on whether they were passing or failing a block at the time of their withdrawal, as specified under the **Student Grading and Promotions Policies,**

EXHIBIT D
Page 303

Section 4.0 of the Student Handbook. All approved withdrawals must be submitted to the Office of the Registrar.

**9.5.1.2** Refunds, if required, will be determined by the last day of attendance in an academically related activity.

**9.5.1.3** Students who received "**WF**" in any of their blocks at the time of withdrawal will be reviewed by the Readmission Committee to determine whether they are eligible for readmission.

**9.5.1.4** Students who were failing one or more courses at the time of withdrawal will be on Academic Probation if they are readmitted. The student's schedule of courses will be assigned by the Associate Dean of Education.

**9.5.1.5** Students who were failing one or more courses at the time of withdrawal will also be on financial aid probation, and will not receive funds to continue if they are still on Academic Probation in the succeeding semester.

**9.5.2 Administrative Withdrawals**
See Section 4.5.5.

### 9.6 Deferrals

**9.6.1** Prior to the start of classes, students admitted to a specific semester may request to defer their admission to a subsequent semester. This is limited to no more than the next two semesters. Those who do not begin enrollment during that period are considered to have deactivated their applications and must re-apply for admission. Applications for deferrals must be made to the Admissions Office. Students deferring to a future semester must meet all the requirements in effect for that semester.

**9.6.2** Entering students who, following their initial check-in on campus, wish to defer their enrollment to the following semester may do so through Student Affairs, only during Week One of the semester.

**9.6.3** Students who are admitted for a given semester, do not come to campus to check-in for that semester, and do not request a deferral, are administratively withdrawn and are considered to have deactivated their applications and must re-apply for admission.

### 9.7 Additional Interruptions/Terminations

RUSM may implement disciplinary actions for non-academic infractions (see e.g., Section 6 of this Student Handbook) which may result in suspension or dismissal. Students may be dismissed from RUSM for poor academic performance, for violation of the Student Honor Code, and/or for disruptive or unprofessional behavior. As a general RUSM policy, students who are dismissed will not be considered for readmission. Dismissal on this basis during an academic semester does not warrant reduction of tuition and fee charges.

## 10.0 STUDENT POLICY ON ALCOHOL AND OTHER DRUGS

RUSM has developed a Student Policy on Alcohol and Other Drugs, with which all students must comply. It can be found on the RUSM website.

# 11.0 STUDENT RIGHTS AND RESPONSIBILITIES

## 11.1 Privacy Rights

RUSM follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), which are as follows:

- The right to inspect and review the student's education record within 45 days of the day the University receives a request for access.

- Students should submit to the Office of the Registrar a written request that identifies the records they wish to inspect. The Office of the Registrar will make arrangements for access and notify the student of the time and place where the records may be inspected.

- The right to request the amendment of the student's education records that the student believes is inaccurate or misleading.

- Students may ask RUSM to amend a record that they believe is inaccurate. They should write to the Office of the Registrar, clearly identify the part of the record they want corrected, and specify why it is inaccurate.

- If RUSM decides not to amend the record as requested by the student, RUSM will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

- The right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

- One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is a person employed by RUSM in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom RUSM has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

- A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility. Upon request, RUSM may disclose education records without consent to officials of another school in which a student seeks or intends to enroll.

- RUSM may disclose directory information upon request. Directory information includes:

  Name, address, and telephone listing

  Dates of attendance, degrees and awards

  Field of study

  Most recent previous school attended

  Photographs

  Date and place of birth

EXHIBIT D
Page 305

E-mail address

- The right to file a complaint with the U.S. Department of Education concerning alleged failures by RUSM to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-4605.

11.2 Accommodations of Students With Disabilities

As part of its dedication to making educational opportunities available to a diverse range of students, RUSM is committed to ensuring that qualified students with disabilities are afforded reasonable accommodations. RUSM follows the guidelines established by the National Board of Medical Examiners, which determines eligibility for testing accommodation for the USMLE.

Requests for accommodation should be made within thirty (30) days of acceptance to RUSM through the Accommodation Coordinator. RUSM keeps all accommodation requests confidential except to the extent necessary to consider the request and implement any approved accommodations. RUSM reviews requests to determine whether they are supported by adequate and appropriate documentation and will facilitate each request through the Accommodation Committee which, after careful review and if necessary consultation with appropriate professionals, will make a recommendation to the Dean. The decision of the Dean will be communicated to the student.

All accommodations will be reasonable and appropriate to the circumstances, allowing equal opportunity for students with disabilities, and will not infringe on the essential requirements of, or fundamentally alter, the medical education program of RUSM.

If accommodation is required during clinical clerkships it is the responsibility of the student to seek appropriate accommodation directly from facilities in which training is undertaken. The Accommodation Coordinator is available to clinical students if needed to facilitate those discussions between the student and the site.

**Disclaimer:** While RUSM is committed to providing reasonable accommodations to qualifying students, RUSM cannot guarantee any student will obtain any or similar accommodations from the United States Medical Licensing Board. It is the responsibility of each student to keep abreast of the United States Medical Licensing Board requirements, as well as corresponding state licensing law for accommodation consideration.

Furthermore, RUSM makes no guarantee that facilities outside of its campuses, including but not limited to housing and other establishments, will provide accommodations for individuals with disabilities.

**11.3 Religious Observance**

RUSM is non-sectarian, and as such does not close for the religious holidays of any specific denomination or group. Students who miss classes or laboratories for any reason will be responsible for the content of all missed course work. Examinations that are scheduled to occur on religious holidays generally will not be rescheduled.

**11.4 Student Ombudsman**

The Student Ombudsman is available to assist students to gain access to services, and to understand the policies of RUSM. The Student Ombudsman is an agent who is available to listen to students' concerns and questions, and explore and identify appropriate resources. The Student Ombudsman functions as a mediator, listener, and facilitator. Students are encouraged to contact the Student Ombudsman to help

EXHIBIT D
Page 306

open avenues of communication. Students may contact the Student Ombudsman at 732-509-4600, extension 2890.

## 12.0 THE ANNE ROSS LIBRARY AND RELATED MATTERS

The Anne Ross Library and Learning Resource Center (LRC) strives to be the intellectual center of the RUSM and provides services, resources, equipment, and facilities needed to enhance self-directed learning, support evidence-based medicine, and help students succeed academically.

Students are expected to purchase required textbooks for each course. The library houses a full range of biomedical books, journals, study aids, audiovisual programs, and computer-assisted materials that supplement the required readings. The library also provides access to many electronic and online resources through its website.

A student identification card with barcode is required for all library transactions and services including borrowing books, using multimedia resources, and accessing the Internet. The library is intended for RUSM students, faculty, and staff only. Children are not permitted in the Anne Ross Library and LRC. The Library Director and staff are available to help students access and efficiently utilize all of the library's resources.

During the semester, the library is open 22 hours per day, seven days a week for the convenience of students. Prior to exams the library is open 24 hours per day. Any changes in library hours are posted on the front door in a timely manner.

Students are expected to take their notes, books, and personal items with them when they leave the library. At 5:00 am each morning the library is closed for cleaning, and study tables, carrels, and group study rooms are cleared of all materials left behind. The library re-opens at 7:00 am.

Students are expected to return library materials on time. Overdue fines are assessed to ensure prompt return of high-use items. Failure to pay fines or return books will affect a student's ability to borrow other materials and may affect the release of final grades or the ability to register for the following semester. Eating  and smoking are not permitted in the library. Students should silence cell phones and take calls outside the library.

Stealing or damaging library materials, equipment, or furniture is a serious offense. Students caught vandalizing, mutilating, or stealing library materials, equipment, or furniture, or physically threatening staff members will receive disciplinary action. Security cameras are in operation in all rooms of the library. Personal items lost or stolen are the responsibility of the student. Students should be careful not to leave valuables unattended. Items found in the library will be turned over to the security department.

Students who consistently ignore the basic rules of the library will be identified and warned by the library staff. Students are encouraged to make suggestions and express their ideas about library services, resources, and facilities to the Library Director or through the SGA.

See Appendix VI for additional policies applicable to the library on the Dominica Campus.

## 13.0 HOUSING IN DOMINICA

RUSM offers on-campus housing primarily for first semester students. Due to the limited number of available rooms, these residences are assigned on a "first come, first served" basis; however, students also have access to housing options within walking distance of the campus in the town of Portsmouth and the surrounding area. A limited number of apartments are available for students with special needs; particularly students with requirements for suitable accommodation for families and pets. Students should review the material provided in

EXHIBIT D
Page 307

the Welcome Packet and on the housing database to arrange housing prior to their arrival in Dominica. RUSM's housing coordinators are available to assist students in finding appropriate accommodations.

## 14.0 SECURITY

RUSM maintains a security force on the campus to preserve order and the safety of the students and the campus. This security force functions under policies and procedures established by the administration, as well as in response to directives from the administration that may be issued and publicized from time to time. All on- and off-campus incidents must be reported to the security force. Appropriate and comprehensive action will be taken to effectively manage all critical incidents and events. Additionally, relevant details will be published across the campus community so all campus members are made aware of issues that may have the potential of impacting their safety as well to maintain an appropriate level of awareness.

In accordance with U.S. Department of Education requirements, information about security and safety practices, as well as campus crime statistics, is published annually. This information is distributed to current students and may be obtained, upon request, by any prospective student.

In Dominica RUSM employs a cadre of security officers to provide 24-hour security to RUSM, its students, and staff, at the Portsmouth Campus. All security officers have receive task force based training, which may also be supplemented by formal training at the Dominica Police Training School.

By and large, most student security problems occur outside the campus compound. It is recommended that students and visitors maintain a high level of awareness and take the same precautions that they would take in major cities in the United States.

Security is also provided for the RUSM Clinical Facility at the Princess Margaret Hospital in Roseau, which is used by students during clinical assignments and clinical clerkships.

## 15.0 STUDENT GOVERNMENT ASSOCIATION

The student body elects class representatives and officers for the Student Government Association (SGA) each semester. The SGA is active in coordinating athletic events, supporting student philanthropic efforts, underwriting various student interest clubs, sponsoring and arranging social activities on campus, and bringing student concerns to the attention of the administration. To be qualified to run for office and serve as an officer or other SGA position, a student must be a full-time student and in good academic standing as defined in the Student Handbook. Students who are officers in the SGA are considered leaders and role models for the student body. As such, they are required to maintain a cumulative GPA above 2.6 prior to election and have no disciplinary action on record. Those who do not meet these criteria will be asked to resign and another student will be appointed or elected to serve.

Employees from the Office of Student Affairs act as advisors to the SGA. Students are required to pay an SGA fee, assessed with their tuition, to support the efforts of the SGA. In addition, all late registration fees and library fines go entirely to the SGA.

## 16.0 WHEN YOU LEAVE DOMINICA

Students must pay all their non-student loan and local debts before they leave Dominica. Students are responsible for all debts to landlords, local restaurants, phone companies, RUSM, or others. The Dominican laws on debt are strict, and it is a student's responsibility to ensure all debts are paid before

EXHIBIT D
Page 308

leaving the island.  If debts to RUSM remain outstanding, the student may not be allowed to proceed with clinical clerkships or obtain any transcripts from the Office of the Registrar.

It is recommended that each student find two faculty members to write letters of recommendation. It is best to get letters from professors who know you well from small group interactions such as problem based learning (PBL) or introduction to clinical medicine (ICM). These letters are kept on file in the Office of the Registrar for possible inclusion into the MSPE.  It is very beneficial to have these on file, as professors know you well now, but details about you may fade over time.  These letters are references, not testimonials, and are, therefore, confidential; students may not have copies. It is advisable to check with the Office of the Registrar to confirm that your letters are on file. The necessary release of information forms for students and letter of recommendation forms for faculty are on the G drive under Student Affairs.

EXHIBIT D
Page 309

# APPENDIX I- Technical Standards

**Qualifications for Doctor of Medicine Degree Candidates**

**Introduction**

The Liaison Committee on Medical Education (LCME) has recommended that all medical schools develop technical standards to assist them in determining whether applicants for admission candidates seeking the degree of Doctor of Medicine are qualified to pursue a career in medicine. This document, "Qualifications for Doctor of Medicine Degree Candidates" (Qualifications), contains RUSM's technical standards which are based on guidelines produced by the Association of American Medical Colleges. All applicants who reach the interview stage will be required to read the Qualifications and to sign a copy of the attached form to indicate that they understand the Qualifications. The signed form is kept as a permanent part of the record of all matriculating candidates. Students need to be able to meet all Technical Standards with or without a reasonable accommodation.

**Technical Standards**

Medicine is a physically and mentally demanding profession in which practitioners are asked to place the interests of their patients above their own, which requires commitment to a life of service and dedication to continuous learning. The rigorous four year medical school curriculum is where candidates begin to develop the qualities necessary for the practice of medicine. It is during this period of medical education that the candidate acquires the foundation of knowledge, attitude, skills, and behaviors that he or she will need throughout his or her professional career. During this period, it is critical for the School of Medicine to evaluate whether the candidate is qualified to receive a degree of Doctor of Medicine. The School of Medicine has a responsibility to society to train physicians who are competent to care for their patients with critical judgment, broadly based knowledge, and well honed technical skills. The abilities that physicians must possess to practice safely are reflected in the technical standards that follow. Thus, applicants and candidates must be able to meet these standards and successfully complete all identified requirements to be admitted to the School of Medicine, to progress through the curriculum and ultimately, to receive the degree of Doctor of Medicine. Candidates for the degree of Doctor of Medicine must be capable of performing in defined areas: Visual, Oral-Auditory, Motor, Sensory, Cognitive, and Social.

**A. Visual**
Candidates must be able to observe and participate in experiments in the basic sciences, e.g., physiologic and pharmacologic demonstrations and microscopic studies of microorganisms and tissues. In order to make proper clinical decisions, candidates must be able to observe a patient accurately. Candidates must be able to acquire information from written documents, films, slides or videos. Candidates must also be able to interpret X-ray and other graphic images, and digital or analog representations of physiologic phenomena, such as EKGs with or without the use of assistive devices. Thus, functional use of vision is necessary, close and at a distance.

**B. Oral-Auditory**
Candidates must be able to communicate (both verbally and in writing) effectively, sensitively, and rapidly with patients and members of the health care team. Candidates must be fluent in English. In emergency situations, candidates must be able to understand and convey information essential for the safe and effective care of patients in a clear, unambiguous, and rapid fashion. In addition, candidates must have the ability to relate information to, and receive from, patients in a caring and confidential manner.

**C. Motor**
Candidates must possess the motor skills necessary to perform palpation, percussion, auscultation, and other diagnostic maneuvers. Motor skill demands require reasonable endurance, strength, and precision. Candidates should have sufficient motor function to be able to do basic laboratory tests (urinalysis, CBC, etc.), carry out diagnostic procedures (proctoscopy, paracentesis, etc.) and read EKGs and X-rays. A candidate should be able to execute motor movements reasonably required to provide general care and

EXHIBIT D
Page 310

emergency treatment to patients. Examples of emergency treatment reasonably required of physicians are cardiopulmonary resuscitation, the administration of intravenous medication, application of pressure to stop bleeding, the opening of obstructed airways, the suturing of simple wounds, and the performance of simple obstetrical maneuvers. Such actions require coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision.

**D. Sensory**
Candidates need enhanced sensory skills, including accuracy within specific tolerances and functional use for laboratory, classroom, and clinical experiences. Students who are otherwise qualified but who have significant tactile, sensory, or productive disabilities must be evaluated medically to determine whether they are able to perform adequately in a medical setting with or without a reasonable accommodation. These disabilities include individuals who were injured by significant burns, have sensory motor deficits, cicatrix formation, or have malformations of upper extremities.

**E. Strength and Mobility**
Candidates must have sufficient posture, balance, flexibility, mobility, strength, and endurance for standing, sitting, and participating in the laboratory, classroom, and clinical centers.

**F. Cognitive**
In order to effectively solve clinical problems, candidates must be able to measure, calculate, reason, analyze, integrate, and synthesize in a timely fashion. In addition, they must be able to comprehend three-dimensional relationships and understand the spatial relationships of structures.

**G. Social**
Candidates must possess the emotional health required for the full utilization of their intellectual abilities, for the exercise of good judgment, for the prompt completion of all responsibilities attendant to the diagnosis and care of patients, for the development of effective relationships with patients, and for effective functioning as a member of the health care team. Candidates must be able to tolerate physically taxing workloads and function effectively under stress. They must be able to adapt to changing environments, display flexibility and learn to function in the face of the uncertainties inherent in the clinical problems of patients.

The unpredictable needs of patients are at the heart of becoming a physician. Academic and clinical responsibilities of students may require their presence during day and evening hours, any day of the week.

Students will be judged not only on their scholastic accomplishments, but also on their physical and emotional capacities to meet the full requirements of the University's curriculum, and to graduate as skilled and effective practitioners of medicine.

The following technical requirements apply:

1. Is the candidate able to observe demonstrations and participate in experiments in the basic sciences?

2. Is the candidate able to analyze, synthesize, extrapolate, solve problems, and reach diagnostic and therapeutic judgments?

3. Does the candidate have sufficient use of the senses of vision and hearing and the somatic sensation necessary to perform a physical examination? Can the candidate perform palpation, auscultation, and percussion?

4. Can the candidate reasonably be expected to relate to patients and establish sensitive, professional relationships with them?

5. Can the candidate reasonably be expected to communicate the results of the examination to the patient and to his or her colleagues with accuracy, clarity, and efficiency?

**6.** Can the candidate reasonably be expected to work as an effective member of the health care team?

**7.** Can the candidate reasonably be expected to learn and perform routine laboratory tests and diagnostic procedures?

**8.** Can the candidate reasonably be expected to perform routine invasive procedures as a part of training using universal precautions without substantial risk of infection to patients?

**9.** Can the candidate reasonably be expected to perform with precise, quick, and appropriate actions in emergency situations?

**10.** Can the candidate reasonably be expected to display good judgment in the assessment and treatment of patients?

**11.** Can the candidate reasonably be expected to possess the perseverance, diligence, and consistency to complete the medical school curriculum and enter the independent practice of medicine?

**12.** Can the candidate reasonably be expected to accept criticism and respond by appropriate modification of behavior?

Ross University School of Medicine

# APPENDIX II - AMA Ethical Principles

**American Medical Association Principles of Medical Ethics Preamble**

The medical profession has long subscribed to a body of ethical statements developed primarily for the benefit of the patient. As a member of this profession, a physician must recognize responsibility to patients first and foremost, as well as to society, to other health professionals, and to self. The following Principles adopted by the American Medical Association are not laws, but standards of conduct which define the essentials of honorable behavior for the physician.

Principles of medical ethics:

**1.** A physician shall be dedicated to providing competent medical care, with compassion and respect for human dignity and rights.

**2.** A physician shall uphold the standards of professionalism, be honest in all professional interactions, and strive to report physicians deficient in character or competence, or engaging in fraud or deception, to appropriate entities.

**3.** A physician shall respect the law and also recognize a responsibility to seek changes in those requirements which are contrary to the best interests of the patient.

**4.** A physician shall respect the rights of patients, colleagues, and other health professionals, and shall safeguard patient confidences and privacy within the constraints of the law.

**5.** A physician shall continue to study, apply, and advance scientific knowledge, maintain a commitment to medical education, make relevant information available to patients, colleagues, and the public, obtain consultation, and use the talents of other health professionals when indicated.

**6.** A physician shall, in the provision of appropriate patient care, except in emergencies, be free to choose whom to serve, with whom to associate, and the environment in which to provide medical care.

**7.** A physician shall recognize a responsibility to participate in activities contributing to the improvement of the community and the betterment of public health.

**8.** A physician shall, while caring for a patient, regard responsibility to the patient as paramount.

**9.** A physician shall support access to medical care for all people.

*Adopted June 1957; revised June 1980; revised June 2001*

EXHIBIT D
Page 313

## APPENDIX III - Student Honor Code & Constitution

**The Concept of Honor at Ross University School of Medicine**

The Honor System at Ross University School of Medicine is a deeply cherished obligation founded upon the personal integrity of each individual member of the University community. It requires that all members of this community conduct themselves honorably at all times and in all dealings with others. This shared commitment to high ethical standards creates an atmosphere of trust and respect vital to the unique sense of community, which characterizes the institution.

Authority for the maintenance and operation of the Honor System is delegated directly by the Board of Trustees to the students through the Dean, with concurrence of the faculty. It is the students who are responsible for determining when a breach of honor has been committed, and it is they who are entrusted with enforcing the system. Accordingly, every member of the student body has the responsibility, not only for understanding the provisions of the Honor Code, but also for maintaining at all times the highest possible degree of personal integrity. Moreover, every student must realize that acceptance of admission to Ross University School of Medicine includes the explicit agreement to abide by the provisions of the Honor Code as contained in the Honor Constitution.

The presence of the Honor Code and its provisions does not in any way abridge or subrogate the responsibilities of the faculty in monitoring the student body in all areas herein identified, and in bringing actions through previously adopted mechanisms if incidents occur which are not brought to the attention of the School by the Honor Council.

**THE HONOR CONSTITUTION**

**Honor Pledge**

The Honor System applies to every student who is enrolled at Ross University School of Medicine. Accordingly, every student shall be required to verify acceptance of the Honor System by signing the following Honor Pledge:

> "As a student at Ross University School of Medicine, I, (student name), do hereby accept the Honor System. I have received the Student Handbook and am fully aware of the Honor Code and Constitution and Student Code of Conduct contained within. I agree to read and become familiar with the Honor Code and Constitution and the Student Code of Conduct.
>
> Accordingly, I resolve to refrain from conducting myself in a manner that is unbecoming of a medical professional. I acknowledge that, in support of the Honor System, it is my responsibility to report any violations of the Honor Code or Student Code of Conduct. I understand that with any violation of the Honor Code or Student Code of Conduct, a plea of ignorance will not be acceptable, and the violation may result in my permanent dismissal from the University.
>
> I pledge that I shall endeavor at all times to create a spirit of honor of my chosen profession by upholding the Honor System myself and helping others to do the same."

Registration as a student at Ross University School of Medicine is not complete until signed verification of the Honor Pledge is on file, and no grades can be recorded until this is done. If the Pledge is not signed by the end of the fourth week of the semester the student's matriculation may be cancelled and all fees paid will be forfeited in accordance with the withdrawal policy described in

EXHIBIT D
Page 314

the Academic Catalog. The ultimate responsibility for signing the Honor Pledge rests with each individual student. On the first day of classes each semester, students receive a link to the Student Handbook and this pledge by incorporation.  The Honor Council President will contact administration in instances where this electronic document delivery does not occur.

**Article I: Scope of the Honor Code**

**Section 1**   Violations of the Honor Code include lying, cheating, stealing conduct unbecoming a medical professional and toleration of the aforementioned acts in all their various forms. These terms are explained as follows:

**A. Lying:**   Any deliberate verbal, written or other misrepresentation of the truth.

This violation includes, but is not limited to: forgery and the falsification or misuse of the student identification card by using another's card or by allowing another to use one's own card; falsification of documents concerning sickness or physicians visits, financial aid documents and transcripts; verbal attempts to mislead others; and omissions and embellishments of the plain truth.

**B. Cheating**:   Any intentional misrepresentation of another's work as one's own or a misrepresentation of the circumstances under which the work was done.

This violation includes, but is not limited to, copying, plagiarism, unauthorized collaboration and unauthorized divulging of test contents or other information.

**C. Stealing**:   Any intent to deprive an owner of property without authorization or consent.

This violation includes, but is not limited to, the taking of any item belonging to another person or the University, the theft or mutilation of library material, the unauthorized use or duplication of a key belonging to the University, and failure to pay money when owed to an individual or business.

**D. Conduct unbecoming of a medical professional:**

Any behavior deemed inappropriate of a medical professional that would otherwise reflect poorly upon the school and its representatives.

This violation includes, but is not limited to, sexual harassment, illegal use/possession/distribution/sale of drugs, public intoxication to a gross extent and public indecency. Lesser offenses may also be deemed conduct unbecoming a medical professional.

**E. Toleration:**   Failure of a student to report items A: lying, B: cheating, C: stealing and D: conduct unbecoming of a medical professional constitutes a violation of the Honor Code and that student is thereby subject to disciplinary action.

**Section 2**   In order to reaffirm commitment to the academic components of the Honor System, all students shall sign an abbreviated form of the Honor Pledge on

EXHIBIT D
Page 315

paper exams or acknowledge the Honor Pledge on computerized exams. The Pledge verifies that the work submitted is the student's own and has been done in accordance with the requirements set forth by the instructor.

## Article II. Organization

**Section 1**   The Honor Council is a judicial body designed to try specific cases brought to it regarding possible violations of the Honor Code.

**Section 2**   The Honor Council consists of a president, vice president and seven other members.

A.   The Honor Council president is elected at large by the entire student body from among currently enrolled students.

B.   The eight other members, consisting of two representatives from each class (first, second, third and fourth semester), are elected by currently enrolled students in the respective semester.

C.   One Honor Council representative shall be elected by the Council to serve as vice-president. That person shall assume the duties of the president in the president's absence and shall perform other duties as may be assigned by the president. A majority vote in favor must take place for assignment of this position.

D.   The terms of office of Honor Council members shall start at the beginning of each semester, and shall continue until the installation of the succeeding members the following semester. Members of the Honor Council may be re-elected.

E.   Any member of the Honor Council who fails to perform the duties or uphold the standards of office may be removed by action taken by the Honor Council as follows:

1.   A majority vote by the Honor Council must take place in favor of removing the Honor representative in order for the motion to be carried. This applies to all members of the Honor Council including the Honor Council President and Vice President.

2.   Those members who have been removed from office for any reason will not have their nomination honored if they seek an Honor Council position at a later date during their tenure at Ross University.

3.   If the Honor Council representative must leave office due to personal reasons they are still eligible for subsequent re-elections. Any student who wishes to run for a position on the Honor Council must not have been found responsible for a prior Honor Code violation.

**Section 3**   The Honor Council may receive complaints directly from community members or may have cases forwarded from Student Affairs or other administrative offices.

Where a violation is reported directly to Honor Council, the report will be forwarded to Student Affairs for preliminary investigation.  Except where policies or other administrative considerations prevent directing of such cases back to the Honor Council the Complainant's preference that the case be heard by Honor Council will be recognized.

**Section 4**   The Honor Council must exercise great care in assuring that there are no

EXHIBIT D
Page 316

conflicts of interest for participating Council Members.

Conflicts of interest should be determined prior to distribution of materials related to a case.  If there is a germane conflict of interest between any Honor Council member and any party or witness, that member will not be able to participate in any of the proceedings. Where sufficient conflict of interest exists such that a quorum cannot be met, a case will be referred to Grievance Committee.

**Section 5**   There shall be one non-voting faculty representative to the Honor Council, who shall be present at each hearing.

    **A.**   The Director of Professional Standards and Judicial Management (Student Affairs) will act in this capacity unless by majority vote, the Honor Council finds need for an additional advisor to work in conjunction with Student Affairs.

    **B.**   A faculty representative will be present for all deliberations concerning the case and offer counsel regarding considerations for a verdict, but may not vote.  Where the faculty advisor has a conflict of interest, parties must be given the option to object to the advisors participation and an alternative advisor shall be selected by the Honor Council.

**Article III: Procedure**

**Section 1 Initiating a Complaint**

The Honor Council operates on the premise that no violation occurred until proven otherwise.

    **A.**   All members of the School of Medicine community should feel obligated to aid the Honor Council concerning any hearing involving violations the Honor Code. If it is apparent upon first review of a complaint, answer and other case materials that no honor violation has in fact occurred, there shall be no further proceedings. A case may be dismissed after review by the Honor Council if the explanation contained in an answer is deemed satisfactory or if it becomes evident that the perceived violation was a misunderstanding or conflict falling outside the scope of the Honor Constitution.

    **B.**   If further proceedings are warranted, notice should be provided to all parties within five days of receipt of the Answer except where the complexity of a case or other administrative requirements require more time.  Where there is a delay, parties will be updated on the status of the case.

    **C.**   The Honor Council President will meet with the Faculty Advisor to assure that parties have been informed of the process for adjudication, as well as their rights and responsibilities. After this meeting, the Honor Council President will schedule a hearing.

    **D.**   No hearing shall be scheduled between the beginning of the week prior to Final Examinations and the end of the Examination Period. Cases that arise within this time frame shall be tried as soon as possible, but ordinarily no later than two weeks after SGA elections during the subsequent semester.  In the event of extenuating circumstances, the Honor Council President may grant a postponement.

    **E.**   Acceptance of Responsibility

EXHIBIT D
Page 317

1. The accused student may accept responsibility at any point prior to convening the actual Honor Council hearing.
2. When accepting responsibility, the accused student may indicate this on the originally completed Answer or on a revised Answer. Alternatively, the accused student may make a statement at the start of a hearing.
3. Upon receipt of the accused student's acceptance of responsibility, the Honor Council President shall arrange for or proceed to a review and sanction hearing which will in some but not all cases include questioning of the accused student, the complainant and/or other witnesses in a format similar to a formal hearing.

## Section 2 Hearing

**A.** Composition

1. At a hearing, the Honor Council shall be represented by six of its members and the faculty representative. The Honor Council members must include: the Honor Council president, who is the presiding officer for the hearing, vice president and at least four unbiased Honor Council representatives.

    a. It shall be the duty of the Honor Council President to ensure that each representative is unbiased. Toward that end, the accuser and the accused, as well as the members of the Honor Council, shall have the right to question anyone who may be biased.
    b. Although Honor Council representatives are normally expected to serve if called, exemptions may be made for academic reasons or other legitimate extenuating circumstances.

**B.** Rules of Testimony

1. If the accused or accuser chooses to respond to questions from the Honor Council, such responses must be made personally by the accused, not by counsel or by any other representative of the accused.
2. At the hearing neither party may be compelled to respond to questions. If verbal testimony is declined, that decision will be confirmed for the record during proceedings
3. Upon conclusion of all testimony the Honor Council shall deliberate and deliver a verdict. A verdict of responsible shall be rendered only upon the concurrence of majority of the Honor Council that a violation occurred.  The standard of review will be "more likely than not."
4. If a verdict of responsibility is rendered, the Honor Council representatives who are present shall decide the appropriate sanction, which shall be announced by the Honor Council President to the Associate Dean of Student Affairs for final approval.

**C.** Procedures

1. The Honor Council President will set the time and date for the

hearing and shall notify the accused and the accuser, as well as all named witnesses via a hearing notice in the mail or email.

2. Upon the date of the hearing both parties shall appear and present their case.

3. Upon agreement by the involved parties to respond to questions the following procedure shall be followed:

> The accuser shall present their case first. Upon completion of testimony, questions may be posed to the accuser from the Honor Council. If witnesses are present or requested, they shall be heard at this time. This procedure is repeated for the accused.

> Where there is an administrative complaint, Honor Council will read the complaint statement into the record and select witnesses from the complaint at their own discretion.  The process will only involve questioning by Honor Council and the accused.

4. All proceedings will be recorded.  This recording and all case materials remain the property of the University and will be maintained for Honor Council by Student Affairs.

5. Post-hearing deliberations will take place immediately following and a majority resolution will be reached. If a decision cannot be reached, the Honor Council President shall cast the tiebreaker vote.

6. A memorandum will be developed concerning the case proceedings and final recommendation which will be forwarded to the faculty advisor for distribution to the Associate Dean for Student Affairs for final approval.

D. Sanctions

1. Following a finding or an admission of responsibility, the Honor Council shall recommend to the Dean one or more of the following sanctions:

   a. **Academic violations**: In a case involving academic violations,  the academic sanction shall include a failing grade and may include one or more of the following:
      i. **Probation**: Probation places the student on notice that any future violation of the Honor Code will result in either suspension for a specified period of time or permanent dismissal from the school.
      ii. **Suspension**: A suspension is the loss of registration privileges for the specified semester(s). The period of suspension must be at least one semester, and may be longer at the discretion of the Associate Dean. In cases where the offense takes place in one semester, and the penalty is imposed in a subsequent semester, a failing grade may be assigned in one or more courses for the semester in which the offense took place. The assigning of a failing grade is in addition to a suspension effective in the specified semester.
      iii. **Non-academic probation**: This form of probation

is a comprehensive loss of social privileges for the allotted period of probation. The following events/activities are prohibited for the probation period

1. Student Government Association or Student Organization entertainment and/or social events
2. University sponsored social events, not those relating to religion

The non-academic probation sanction does not prohibit participation in any events required by professors or that are considered academic service. The full privileges of being a Ross University School of Medicine student will be restored upon completion of the allocated period of social probation.

iv.   **Permanent dismissal.**
A student receiving the penalty of permanent dismissal is not eligible to return to the university.

b.   **Violations of Conduct Unbecoming of a Medical Professional**: In the case of a violation of conduct unbecoming of a medical professional, the sanctions outlined in the Student Handbook may be recommended based on the severity of the offense.

E.   Cases involving actions against the community may be forwarded to the Grievance Committee for action.

F.   Any record of previous honor offenses shall not be taken into account in determining the verdict in a hearing; however, the Honor Council shall consider such record in determining the sanction to be imposed in the event of a subsequent finding of responsibility, as follows:

1. If a student, having been previously found responsible and placed on probation, shall be found responsible of a second violation, the sanction for the latter violation should be either suspension or permanent dismissal.
2. If a student, having been previously found responsible and suspended, shall be found responsible for a subsequent violation, the penalty for the latter violation must be permanent dismissal.

G.   In any hearing resulting in a finding of responsibility, the sanction imposed may be entered into the student's official academic record pursuant to policies of the University Registrar and/or Student Services.

**Section 3 Appeal**

A.   Appeal of Final Decision

EXHIBIT D
Page 320

1. A student found responsible for an honor offense may appeal the verdict on procedural grounds or upon the presentation of relevant new evidence that was unavailable at the time of the original hearing. Such appeal must be made in writing to the Dean of the Medical School pursuant to the procedure outlined by the administration in the Student Handbook
2. The Dean may consult with the Honor Council President, Honor Council members and/or Student Affairs regarding the concluded proceedings.
3. This decision shall be made final by the Dean, and the student who has been found responsible shall have no further right of appeal.

B. Appeal of Sanction.

1. A student found responsible of an honor offense has the right to appeal the sanction on the grounds that the penalty is too harsh for the violation committed. Such appeal must be made in writing to the Dean of the Medical School pursuant to the procedure outlined by the administration in the Student Handbook.
2. The Dean may consult with the Honor Council President, Honor Council members and/or Student Affairs regarding the concluded proceedings and may review the recording of the initial hearing and, on the basis, determine whether to sustain, decrease, or increase the penalty imposed at the initial hearing.
3. This decision shall be made final by the Dean, and the student found responsible shall have no further right of appeal.

**Section 4 Record of Honor Hearing**

A. In the case where the accused is found not responsible, all records of the hearing contained within the student's educational file shall be destroyed expeditiously.  A single copy of materials will be saved for record keeping purposes only.

B. In the case of a finding of responsible, one of the following entries may be made on the student's official academic record pursuant to the standards and policies established by the University Registrar:

1. "Placed on probation for (period of time) by the Honor Council on (date) for the honor Code offense of (name of violation). Probation involves (specific sanction imposed)."
2. "Suspended for (period of time) by the Honor Council on (date) for the Honor Code offense of (name of violation). Entitled to enroll no earlier than (date)."
3. "Permanently dismissed from the School by the Honor Council on (date) for the Honor Code offense of (name of violation)."

C. There will be a Hearing History maintained for research and review of future cases.

**Section 5 Publication**

Each semester, a brief summary of every case tried by the Honor Council shall be submitted to the SGA for publication in an appropriate format. Such summary shall

EXHIBIT D
Page 321

include the verdict and the sanction (if any), but shall not include the names of the accuser or the accused or details sufficient to identify the parties.

**Article IV: Ratification**

**Section 1**   Amendments to this Constitution may be initiated either by the Honor Council itself or by the student body.  Student Affairs and/or a Faculty Advisor may also recommend amendments.

  **A.**  The Honor Council may initiate an amendment by a majority vote.

  **B.**  The student body may initiate an amendment by presenting to the Honor Council a petition signed by at least ten percent of the currently enrolled student body. For approval, the amendment must then receive an affirmative vote of at least three-fourths of the Honor Council members. It must then receive an affirmative vote by the majority of the Honor Council members.

  **C.**  In the event that the Honor Council does not approve an amendment initiated by the student body, such action can be overridden if a petition, signed by at least twenty-five percent of the currently enrolled student body, is presented to the Honor Council requesting a referendum on the amendment.

Revised and Approved: July 2012

EXHIBIT D
Page 322

Ross University School of Medicine

September 2012 Student Handbook

## APPENDIX IV - Course Evaluations Policy

RUSM is committed to improve the quality and content of its educational program. To achieve this goal student feedback is extremely important.

All students are required to complete at the end of each semester an evaluation for each course in their semester and of each of the members of the faculty involved in the teaching. Evaluations are completed on-line through a program called CoursEval. In addition, students may be asked periodically to complete surveys evaluating specific functions and services that RUSM provides. This input is important to evaluate students' perceptions and needs.

RUSM maintains the confidentiality of these evaluations. Faculty receive aggregate responses for their courses and sometimes receive notification of completion and non-completion. Under no circumstances will students be identified and associated with the content of their evaluations. Although confidentiality is maintained, individuals who complete or do not complete the evaluation can be identified by name for reporting purposes.

RUSM communicates with students through its own email system. The CoursEval program also utilizes RUSM email to inform students about the evaluation process. Students leaving the Dominica campus are reminded that communication regarding evaluation requirements in AICM and the Clerkships will continue through RUSM email.

## APPENDIX V - Photography & Video Imaging Policy

**1. Purpose:**
1.1 The purpose of this Policy is to ensure that any type of photography such as still pictures, video and film recorded or broadcast by any means including storage by electronic media, which occurs in or around the facilities of Ross University School of Medicine is not used for commercial purposes and that it does not interfere with the educational, scholarly or administrative functions of the institution, or impair any individual's right to privacy.

**2. Scope:**
2.1. This procedure applies to all visitors, faculty, staff and students. Pictures are not for publication or public distribution unless approved by the Dean or the Dean's designee.

2.2. All individuals found to be in violation of this policy are subject to institutional discipline up to and including expulsion.

**3. Procedure**
Photography is generally permitted as long as it is in good taste and for personal use. Prior permission from the Dean or the Dean's designee is required when (1) the photography is for commercial purposes; (2) photography has questionable content (3) the photography is intended for a political purpose; ( 4) the photography will require set up of any equipment which could impede normal activities on campus; or (5) the photography involves human specimens or cadavers. Photography shall be considered to be for commercial purposes if it is intended to be sold or otherwise exchanged for value, or is for any use that could imply endorsement of a product or service. Photography will be considered to be for a political purpose if it is used or intended to support or oppose either a candidate for any public office, or any particular point of view on an issue of public concern or debate. Photography will be considered questionable in content if it may be viewed as libelous, defamatory, predatory, lewd or pornographic.

Photography for films or videos may require submission of storyboards or scripts prior to approval. All photography permissions are for designated times and dates. RUSM does not guarantee that any specific area or activity on campus will be available at the requested time or date. Permission by RUSM must specify designated times and dates in writing and be signed by the Dean or the Dean's designee. Ross University School of Medicine may withhold its permission or require conditions for its permission at its discretion.

Permission of Ross University School of Medicine does not include or imply any permission to photograph any individual, regardless of whether such person is a staff member, patient, student or visitor to the RUSM facilities. Photographers are reminded that they need to obtain the permission of each individual photographed and that commercial use of an individual's image or likeness typically requires written consent of that individual.

In the event of an incident or emergency requiring police, fire or other emergency response personnel, access to areas previously open to photographers may be barred or limited to allow emergency personnel to ensure safety and security. Depending on the nature of the photography, the amount of equipment used and the location of the photography, proof of general liability insurance may be required. Specific contractual arrangements must be negotiated in advance.

EXHIBIT D
Page 324

# APPENDIX VI - Dominica Campus Policies

## Smoking Policy

### 1. PURPOSE
1.1. This document outlines the policy of Ross University School of Medicine, regarding smoking on the Dominica campus. It is designed to maintain a safe, healthy and clean environment for all members of the campus community.

### 2. SCOPE
2.1 The policy is applicable to all students, faculty, staff and visitors and includes all classrooms, RUSM owned and rented property or vehicles, private offices, shared spaces, the library, all study spaces, living spaces owned or rented by RUSM, laboratories, gymnasium, stairwells and all open spaces surrounding the above. In addition, there will be no smoking within 100 feet in any direction of the front gates of RUSM.

### 3. POLICY
During the September 2012 semester, RUSM will be a non-smoking campus with the exception of designated areas on campus where smoking will be allowed. These areas will be designated with signage and feature cigarette disposal receptacles. Smoking must remain within 6 feet of the marked areas listed below:

The western end of the grassy area across from the library and parking lot toward Classroom One within 6 feet of the posted sign.
At the annex – by the tree line at the back of the property by the posted sign.

For Jenner Hall – across the main access road.

For RUH – across the main access road, or public areas near RUH not owned or rented by the University.

For the Campus Activities Center area – outside the entrance gate.

Beginning January 2013, no smoking will be permitted on campus.

### 4. DEFINITIONS
Campus is defined as all grounds owned or rented by Ross University School of Medicine.

### 5. RAMIFICATIONS
5.1 Individuals in violation of the policy will be directed to the appropriate smoking areas.

### 6. ENFORCEMENT
Faculty, staff, and security personnel will be responsible for the implementation of this policy.

### 7. PUBLICITY OF POLICY
7.1 New students entering RUSM will be given the restricted smoking policy during orientation. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

### 8. REVIEW
8.1 Review of this restricted policy will take place within one year of the effective date in consideration of a total smoking ban on campus.

EXHIBIT D
Page 325

## Dominica Campus Study Space Policy

|  | **CAMPUS POLICY**<br>Study Space Policy | **ISSUED BY**<br>**DATE ISSUED**<br>**EFFECTIVE May, 1, 2009** |
|---|---|---|

**Amended September, 2009**
**Amended April 2011 -(some study areas redefined and clarification of where to find policy)**
**Amended July, 2012 – see (group study space section added)**

**1.      PURPOSE**

1.1      This document outlines the policy of Ross University School of Medicine (RUSM), regarding study space on campus. It is designed to allow equal access to study space for all students.

1.2      To encourage students to be responsible for their personal belongings.

1.3      To encourage a professional and collegial atmosphere.

**2.      SCOPE**

2.1      This policy applies to all students of the Ross University School of Medicine. The <u>Individual Study Space Policy</u> applies to every area on campus is covered by this policy and the rules apply equally. The <u>Group Study Space Policy</u> applies to the Large Learning Lab during the specified hours. There are no exceptions to the study space policy.

**3.      PUBLICITY OF POLICY**

3.1      The policy will be advertised via email notification to all students.  The policy will also be available on the G drive under G:\Student Affairs\Policies and Procedures.

3.2      Incoming first semester students will be informed of the Study Space Policy at New Student Orientation and continuing students will be informed during their respective Continuing Student Orientations. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

**Individual Study Space Policy**

**4.      DEFINITION**

4.1      An individual study space is defined as any place on campus where a student might study, including, but not limited to classrooms, the library, RUH common study areas,

EXHIBIT D
Page 326

open areas and the upper and lower seaside decks. There is no study at the Campus Activity Center at any time – this applies to all three floors.

5.     **POLICY**

5.1    **<u>Students must be physically present with their belongings at all times or they may be removed.</u>** No student may leave their belongings for any length of time for any reason (see breaks) anywhere on campus.

5.2    Each semester may utilize their semester classroom as a preferential study space. Other classes may use the space based on availability. The exception to this is classroom 4. Due to the unique schedule of the 4th semester curriculum, classroom 4 is reserved for use by 4th semester students.

5.3    Students studying in classrooms are limited to two adjoining spaces for study. If there are no study spaces available in a classroom and a student sees someone from another class occupying study space, they may politely ask them to leave. The expectation is that both parties will act respectfully and professionally. When students are finished studying, going to lunch or leaving for any reason other than a brief break (see breaks defined below). Students must collect all belongings and take them along. When they come back if someone else is in that space, then the student may find another vacant space in which to study.  If either party becomes argumentative, they may be reported to Student Affairs and/or may receive a professionalism card and be sent to Honor Council or Grievance Committee.

5.4    Every other study space is available on a first come basis and limited to one table or one carrel per student. When a student comes to study they may stay and study as long as they like as long as they are physically present in the space.

5.5    This policy also refers to overnight squatting – meaning that no one may leave anything anytime, anywhere in a space overnight.

5.6    Breaks - If a student needs to take a break during study time they may leave their belongings unattended for a **maximum of 60 minutes for all Study Spaces except the Library Computer Lab: 15 minutes maximum).** Students are responsible for any unattended items. The University reserves the right to remove any unattended items.

5.7    There are no exceptions to the study space policy, every area on RUSM campus owned or rented property is covered by the study space policy and the rules apply equally.

5.8    Students are allowed to leave their belongings in any study space unattended without penalty during the lunch hour from noon to 1:00 each day of the week. No sweeps will be performed during this hour.

**Group Study Space Policy**
6.     **PURPOSE**

6.1    This document outlines the policy of Ross University School of Medicine (RUSM), regarding a group study space on campus. It is designed to allow students a place to study in small groups in a collaborative environment not bound by noise restrictions.

EXHIBIT D
Page 327

6.2   To outline the expectations and requirements for the use of the the Large Learning Lab as a group study space.

**7.   DEFINITION**

7.1   The group study space is confined exclusively to the Large Learning Lab on campus. The hours of student use of the Large Learning Lab for the purposes of group study are Monday-Friday: 5:30pm-2:00am and Saturday and Sunday 8:00am-2:00am.

**8.   POLICY**

8.1   Students understand that the space is intended to be loud and that there are no restrictions on noise during the hours of Group Study Space in the Large Learning Lab.

8.2   Students must leave all tables and computer equipment in their original locations. The only furniture that is able to be moved are chairs and these must be returned to their original location when a student leaves.

8.3   No food is allowed in the Large Learning Lab during group study space hours.

8.4   Students must be physically present with their belongings at all times or they may be removed. No student may leave their belongings for any length of time for any reason (see bathroom breaks-section 4.9) in the Large Learning Lab. The University reserves the right to remove any unattended items.

8.5   Group Study Space is available on a first come basis and is limited to the availably of tables and chairs. When a student comes to study they may stay and study as long as they like as long as they are physically present in the space. When students are finished studying, they must collect all belongings and take them along.

8.6   The Large Learning Lab is a multi-purpose space and may be reserved by Student Clubs and Organizations for events during the Group Study Space Hours. These events must be scheduled 48 hours in advance on the Meeting Room Manager System and approved by Campus Life in Student Affairs. A schedule for the Large Learning Lab will be posted on the exterior doors for each week. Individual students and informal groups do not need to schedule a time to study in the Large Learning Lab, however scheduled events by Student Clubs and Organizations take precedent for use of the space during group study hours.

8.7   No one may leave anything to reserve space for themselves or a group without being physically present.

8.8   Any conflicts between students or groups of students over group study space are to be first resolved at the student level. Any concerns can be reported to Student Affairs to investigate and may result in a professionalism card of concern and/or be sent to Honor Council or Grievance Committee for resolution.

8.9   Breaks - If a student needs to take a break during study time they may leave their belongings unattended for a maximum of 60 minutes only. Students are responsible for any unattended items.

9.     **ENFORCEMENT**

9.1    Security, housekeeping and Student Affairs are primarily responsible for enforcing the study space policy for both individual and group study space. This includes collecting items left unattended for more than 60 minutes for all study spaces except the Library Computer Lab (15 minutes maximum). Additionally faculty and staff may enforce the policy. Period "sweeps will take place and those enforcing the policy may come into a study space at any time, wait for 60 minutes, and then collect any unattended property.

9.2    Any items collected will be held in a room on campus which will be determined at the start of each semester and publicized via email. Items collected will be held for a maximum of 24 hours and available to be claimed at any time. Security officers will list and sign out the articles to the student claiming them.

9.3    Unclaimed items will be donated or sold at a publicly held auction.

9.4    Ross University, its employees or agents will be not responsible for lost, stolen or damaged items that are collected.

10.    **RAMIFICATIONS**

10.1   Students who are non-compliant and/or argumentative and/or who violate the study space policy repeatedly may be issued a professionalism card and/or taken to the Honor Council or Grievance Committee.

## Animals on Campus

**1. PURPOSE**
1.1. The purpose of this policy is to help provide and maintain a safe, clean environment for the RUSM campus community by addressing the issue of animals on campus.

**2. SCOPE**
2.1 This policy applies to all members of the RUSM community present on the Dominica campus, RUSM students, employees, associates, contractors, their employees and visitors of any of these individuals.

**3. DEFINITION**
3.1 A pet includes any animal that is continuously cared for at a RUSM community member's residence.

3.2 A stray is any animal that is not continuously cared for at a RUSM community member's residence and has no apparent owner.

3.3 The campus is defined as the property including the Annex, the main campus, the Campus Activity Center (CAC), the seaside decks, Ross University Housing (RUH) and any other RUSM owned or rented property.

EXHIBIT D
Page 329

3.4   A **Service Dog** is an assistance dog specifically trained to help an individual with a legally-recognized disability.

## 4. POLICY

4.1  Pets are allowed on campus. The pets must be leashed and under the supervision of their owners at all times. Pets are not allowed to be tied up or left alone at anytime for any reason. Pets are not permitted into any campus building or on campus transportation. Owners must clean up after their pets and dispose of any waste properly. Pets are not allowed on the Seaside decks or on the preparatory school playground.

4.2  Legally-recognized service animals are allowed in and on campus property. Any individual requiring a service animal on campus must provide proper documentation of the need for a service animal and certification that the animal is trained as a service animal. The owner of the animal is responsible for the animal's behavior at all times. If the animal acts aggressively or inappropriately, it may be barred from campus temporarily or permanently.

4.3  Animals with no apparent owner may be captured by security officers or other designed persons. The animal will be caged on campus or sent to a designated veterinarian for one week. An announcement will be made to the campus community via e-mail about the caught stray to see if anyone wishes to claim and adopt the animal. Any stray in custody for more than a week will be euthanized.

4.4  Grazing animals are considered non-pets on the campus and are not allowed on campus. Any grazing animal found on campus will be detained. The owner (if known) of the grazing animal will be notified to retrieve the grazing animal within three days. If not claimed by the three (3) day limit, arrangements will be made for the animal to be placed at the government property in Londonderry. The cost of transportation to Londonderry and any other charges assessed to retrieve the animal will be the responsibility of the owner.

4.5  No stray animal is to be fed on campus as this encourages animals to return to campus. Security or others have the right to report anyone found feeding animals on campus. If asked to produce an I.D. to security one must comply.

## 5. ENFORCEMENT

5.1  Stray dogs or animals tied up without their owner with them may be removed by security or their designee.

5.2 Security officers and their designee's are the main enforcers of this policy, and any campus member has the right to remind others of the policy; cordial interactions are expected.

## 6. RAMIFICATIONS

6.1  Anyone who does not follow the animals on campus policy may be fined $100 U.S. A second offense could result in a referral to Honor Council or Grievance Committee for students or reprimand for others. The animal may also be impounded until the fine is paid. After three days RUSM reserves the right to treat the animal as a stray and follow the process for stray animals. Any money collected from fines will support the animal policy.

6.2  If there are continued complaints regarding any pet or pet owner on campus (even if the pet is on a leash) and/or the animal's behavior poses a direct threat to the health or safety of others, the pet will be prohibited from returning to campus.

## 7. PUBLICATION OF POLICY

7.1  At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

7.2  New Students will be given this policy as part of new student orientation.

## Food and Drink in the Library Policy

**1. PURPOSE**

1.1. This document outlines the policy of Ross University School of Medicine, regarding consumption of food and drink in the library. It is designed to prevent or reduce the destruction of library material and computer wiring by rodents and other pests; to maintain a safe, healthy and clean environment for patrons of the library including its staff.

1.2 To encourage persons to use alternative areas designated for the consumption of food.

**2. SCOPE**

2.1 This policy applies to all members of the RUSM community, RUSM associates, contractors and their employees and visitors.

**3. DEFINITION**

The **library** is that area of the campus which house materials, equipment of reference for students, faculty and staff. It comprises of books, journals, video tapes, cd's, cameras, computers, photocopiers, offices and study rooms.

**Food** is any solid or liquid matter which is taken by mouth to satisfy someone's hunger. Examples of food are, but not limited to ice cream, cookies, cake, sandwich, burger, bread, biscuits, fries, chicken, rice, soup, fruits, shakes and yogurt.

**Drinks** are defined as any liquid matter which is taken by mouth to satisfy one's thirst. Examples include (but are not limited to) water, coffee, energy drinks, tea, juice and sodas, and exclude alcoholic beverages.

**4. POLICY**

4.1 It is the policy of the library that no food will be allowed in the library at any time.

4.2 Drinks are allowed in the library at any time.

4.3 Students will be responsible for proper disposal of liquid containers.

**5. ENFORCEMENT**

5.1 Representatives of the library or their designees, student government leadership and designated representatives of the SGA, campus security or other appointed persons will enforce the policy. Enforcement could include inspection of any articles brought into the library, periodic walk-throughs of study areas or other means of determining if food is present in the library.

5.2 Students will be asked to produce their RUSM identification card at the time of the violation.

**6. RAMIFICATIONS**

6.1 Students found to have food in the library will be in violation of the policy and ramifications may include removal of the food, and a fine. Students with repeat violations may be referred to the Honor Council or Grievance Committee.

6.2 The first time that a student is found in violation of the policy, the food will be removed and the student will be fined $25.00EC. The student will be issued a receipt for the fine and his or her name will be recorded as violating the policy. If the fine is not immediately paid and is still outstanding at the end of the semester, the student's grades will not be released and he or she will not be able to register.

EXHIBIT D
Page 331

6.3 The second time that a student is found in violation of the policy he or she will be issued a fine.

6.4 Any further violations of the policy will be referred to the Honor Council or Grievance Committee.

6.5 Failure to produce a student ID upon request or displaying non-professional behavior when confronted with the violation may result in further disciplinary action. Additionally the individual may be escorted off the campus, and have his or her photo taken for identification purposes.

**7. PUBLICATION OF POLICY**
7.1 Initially the policy will be advertised via a pop-up on all RUSM configured computers. Additionally the policy will be posted on the doors of the library, announced in the library, publicized on media site and sent out via email by SGA representatives. The policy will also be available on the G drive under Student Affairs/Policies and Procedures/Library Policy.

7.2 Incoming first semester students will be given the library policy at orientation. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

**Printing Policy:**

**1. PURPOSE**
1.1. This document outlines the print policy of Ross University School of Medicine including weekly student print quotas and additional print purchases on the Dominica campus.
**2. SCOPE**
2.1 This policy is applicable to all students of RUSM at the Dominica campus. There are no exceptions to the print policy; every student is equally covered as outlined by the policy.

**3. DEFINITIONS**
3.1 A print is defined as one side of a sheet of paper. A page is defined as two sides of a sheet of paper A printing week is defined as the seven day period beginning immediately after midnight each Sunday morning and ending on Saturday night at midnight.

**4. POLICY**
4.1 Student print quotas starting with the effective date of this policy will be 200 prints (100 pages) per week, according to the stipulations below.

    4.1.1   Initially the policy will apply only to first and second semester students.
    4.1.2. Third semester students will maintain their previous print quota until the May 2010   semester at which time this policy will apply.
    4.1.3 Fourth semester students will maintain their previous print quota until the September 2010 semester at which time this policy will apply.

4.2 Effective September semester 2010, all students on the Dominica campus will receive the same quota which is 200 prints per week as described in 4.1.

4.3 At the end of each printing week students who have not used their allotted quota will forfeit the remainder of their quota; there is no rollover of print quotas.

4.4 In addition to the weekly print quota, any student wishing to purchase additional prints can do so from the accounts department. Additional prints are sold in increments of 50 prints for $10.00EC which is subject to change based on costs. After April 1st, 2010, the prints will be available for purchase from the campus copy center.

4.5 Additional prints purchased are separate from the print quota. Additional prints purchased will rollover every week until they are used up.

EXHIBIT D
Page 332

4.6  No refunds will be given for unused prints even if the student departs RUSM or does not utilize the purchased prints.

4.7  Any printing problems encountered by students concerning the printing process including printer malfunctions, loss of prints or errors in printing can be reported to the printing contracting company, Campbell's Business Systems by means of a fault report. The fault reporting procedure is outlined online in the student resources page of the RUSM website and is also located at each print station.

4.8  No printing is permitted while classes or other scheduled activities are taking place in the classroom area.

## 5. RAMIFICATIONS

5.1  Students who print during class time or when other scheduled activities are taking place may be reported to the class representative.

5.2  Any other violations of the policy considered as unprofessional behavior will be evaluated on an individual basis and may result in other sanctions.

5.3  Students are expected to treat printing equipment and staff who maintain the printing stations, with respect. Any unprofessional behavior could result referral to the Honor Council or Grievance Committee.

## 6. ENFORCEMENT

6.1 SGA officers, class representatives and students are encouraged to hold their peers accountable for the policy. Additionally all faculty, staff or security representatives of Ross University are permitted to enforce the policy.

## 7. PUBLICATION OF POLICY

7.1  At the beginning of each semester, a reminder of the policy will be sent out to the community via e-mail by Student Affairs.

7.2  Student Affairs will distribute the print policy to incoming first semester students at orientation.

## Exam Concept Review Policy (effective May 14, 2012)

**1. PURPOSE:** To provide a conducive learning environment by creating a "one stop shop" for a formative exam concept review.

**2.SCOPE:**  This policy applies to department chairs and teaching faculty for all mini exams in semesters 1 to 4, excluding lab exams, local finals and NBME exams.

**3. DEFINITION:** Protocol for reviewing exam concepts after mini exams.

**4. POLICY STATEMENT:** At present the students by request can review question concepts and a copy of their scantron and responses. However, many students feel that it would be more beneficial to their education if they had the opportunity after each exam to learn from the questions answered incorrectly.

**5. PROCEDURE:**
- Students take the mini exam.
- The exam question review committee (EQRC) meets.
- All corrections are made to the exam e.g. deletions, double keys etc., and the exam is graded based on these decisions. Questions deleted after EQRC review will not be further discussed.
- The exam center sends students the exam concepts and their responses.

EXHIBIT D
Page 333

Ross University School of Medicine                                      September 2012 Student Handbook

- The EQRC prepares a list of concepts, based on the item analysis, that appear to need review for the students. The list will include, but not be limited to, questions that the Class Exam Review Representative requested the EQRC to review and that the EQRC found to be valid questions.
- The EQRC gives this list to Class Exam Review Representative at the time the EQRC decisions are communicated (usually late on the afternoon of the day following the exam). The Class Exam Review Representative can share this list with the class, and students can request the Class Exam Review Representative to add to the list any additional concepts that they would like to have reviewed.
- The finalized list is sent by the Class Exam Review Representative to the exam center by midafternoon day 2 after the exam.
- The exam center notifies the module directors, department chairs, faculty and students of the time, date and venue of the review and provides the list of concepts to be reviewed.
- Department chairs are responsible for being sure the appropriate faculty members are present at the review to address the concepts on the list.
- The review sessions are moderated by the relevant module directors or their designee.
- The purpose of the sessions is to review concepts that were problematic on the exam; questions will not be presented verbatim.

EXHIBIT D
Page 334