# EXHIBIT  F

# EXHIBIT  F



# *STUDENT HANDBOOK*

# **2013-2014**

**September 1, 2013**

© 2013 Global Education International.  All rights reserved.

EXHIBIT F
Page 432

# Table of Contents

DEAN'S MESSAGE ........................................................................... 4

USING THE STUDENT HANDBOOK ............................................... 4

ACADEMIC ..................................................................................... 5

ACADEMIC TERMINOLOGY ....................................................... 5

ACCOMMODATIONS FOR STUDENTS WITH DISABILITIES ....... 13

COURSE EVALUATIONS POLICY ............................................... 15

CURRICULUM OVERVIEW ........................................................ 15

EXAM CONCEPT REVIEW POLICY ............................................ 17

HONOR CODE & CONSTITUTION ............................................ 18

LICENSURE TO PRACTICE MEDICINE IN THE U.S. ................... 25

SANCTIONS ............................................................................. 27

STUDENT GRADING AND PROMOTION POLICIES ................... 32

TECHNICAL STANDARDS ......................................................... 43

ADMINISTRATIVE ........................................................................ 46

CONTACT INFORMATION
LEAVES OF ABSENCE, WITHDRAWALS AND DEFERRALS ......... 46

PHOTOGRAPHY & VIDEO IMAGING POLICY ........................... 48

REGISTRATION AND OTHER REGISTRAR SERVICES ................. 49

RELIGIOUS OBSERVANCES ...................................................... 52

STUDENT COMPLAINT PROCEDURE ....................................... 52

STUDENT LOAN DEFERMENT, TUITION PAYMENT AND REFUNDS ......... 55

DOMINICA ................................................................................... 57

DOMINICA CAMPUS STUDY SPACE POLICY ........................... 57

DOMINICA FOOD AND DRINK IN THE LIBRARY POLICY .......... 60

DOMINICA PRINTING POLICY ................................................. 61

DOMINICA SMOKING POLICY ................................................. 62

HOUSING IN DOMINICA .......................................................... 63

LIBRARY AND LEARNING RESOURCE CENTER ........................ 64

LIFE IN DOMINICA .................................................................. 65

PETS IN DOMINICA ................................................................. 67

PREPARING FOR DEPARTURE FROM DOMINICA .................... 67

3

SECURITY IN DOMINICA ........................................................................... 67

PROFESSIONAL CONDUCT................................................................................... 69

ALCOHOL AND SUBSTANCE ABUSE POLICY.......................................... 69

AMA ETHICAL PRINCIPLES ..................................................................... 71

CODE OF CONDUCT AND DISCIPLINARY ACTIONS ................................ 72

COMMITMENT TO NON-DISCRIMINATION AND NON-HARASSMENT..... 82

CONTROLLED DRUGS PRESCRIPTION POLICY........................................ 84

SEXUAL OFFENSE POLICY ...................................................................... 84

SEXUAL OFFENSES ................................................................................. 85

STUDENT LIFE .................................................................................................... 88

INTRAMURALS, CLUBS AND ORGANIZATIONS, AND STUDENT LEADERS ............................... 88

PRIVACY RIGHTS AND FERPA NOTIFICATION ........................................ 89

STUDENT GOVERNMENT ASSOCIATION AND AMSA .............................. 90

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

4

# DEAN'S MESSAGE

There has never been a greater need for the skilled, caring and knowledgeable physician. We at Ross University School of Medicine (RUSM) are part of a proud and noble tradition helping to meet that need. Over the past five years, RUSM has had more graduates placed in U.S. residency programs than any other school in the world. Our aspiring physicians come here to do what it takes to learn, to persevere, and to succeed in improving themselves and the future care of their patients. We attract an impressively credentialed faculty and staff that are similarly motivated. We welcome you as you begin this new chapter in your lives, and are excited to have you join our community.

Joseph A. Flaherty, MD
Chancellor and Dean, Ross University School of Medicine

# USING THE STUDENT HANDBOOK

## Overview
This handbook is effective as of May 1, 2013. Its contents apply to all students, including those on semester break or leave of absence, and those visiting other medical schools or a clinical affiliate. As these policies govern your time as a student at RUSM, we expect you to be familiar with the content of both this Handbook and the Academic Catalog. Any student who receives financial aid should also read the *Financial Planning Guide*, since only general aspects of financial aid are included here.

## Current Policies
Please be aware that the online edition of the Student Handbook supersedes all prior editions. From time to time, updates to policies will be made to both the Handbook and Academic Catalog. RUSM reserves the right to change the rules, regulations, course offerings, degree requirements, academic calendar, and other material contained in this Handbook or the Academic Catalog at any time. We will make every attempt to notify students in advance of significant changes in policy, but we recommend you refer to these documents frequently.

# ACADEMIC

## ACADEMIC TERMINOLOGY

The following terms are used throughout this handbook.  These are relevant in the guidelines that govern your progress as a student at RUSM, prior to joining a residency program.  The Dean of RUSM determines these guidelines, with assistance from RUSM's Promotions Committee and other faculty committees.

Following the terms, we have provided you with a list of acronyms and associated website links.  This will be a convenient reference for you, as you navigate the many aspects and programs involved in your academic success.

### Definitions of Academic Terms

**Promotion**: A student's advancement to the next level in his or her academic program.

**Academic Probation**: A student on academic probation must improve his or her academic performance during a specified timeframe or be subject to dismissal and/or loss of Title IV funding.

**Academic Amnesty/Grade Replacement:**  Students completing semester one in May 2013 and beyond will be able to replace "F" grades in their GPA after repeating the course and receiving a passing grade.

**Dismissal**: The discharge of a student from RUSM.

**Dismissal Appeal**: A student may appeal a decision resulting in dismissal. If this appeal is approved and the student returns to matriculation, he or she is then put on academic probation for a defined period of time (e.g., the following enrolled semester). The student must improve academic performance during this timeframe as specified in the approval or be subject to dismissal.

**Good Standing**: A student maintains good standing by complying with all academic policies and procedures, and by remaining current with financial obligations. For students not in good standing, RUSM reserves the right to withhold services, transcripts, grades and certifications.

**Satisfactory Academic Progress (SAP)**: Satisfactory academic progress indicates that a student has met degree requirements to acceptable level within a specified time period. Your SAP standing is important during academic evaluation and determination of eligibility for financial aid. Students who do not meet SAP requirements are subject to dismissal and/or loss of Title IV funding.

*Timeframes*

If you began first semester prior to May 2013, to maintain SAP, you must complete the Foundations of Medicine portion of the curriculum within 75 instructional weeks (five semesters) or fewer, and complete the clinical portion within 135 instructional weeks; you have 210 instructional weeks to finish the entire program. If you began first semester in May 2013 or after, to maintain SAP, you must complete the Foundations of Medicine portion of the curriculum within 90 instructional weeks (six semesters) or fewer, and complete the clinical portion within 135 instructional weeks; you have 225 instructional weeks to finish the entire program.

*Grade Point Average*

Students must maintain a cumulative grade point average (GPA) of 2.00 or higher for advancement to Advanced Introduction to Clinical Medicine (AICM). If a student earns a cumulative GPA of 1.99 or lower,

6

the Promotions Committee will carefully review the student's complete academic record and either permit the student to begin AICM on academic probation or recommend the student for dismissal.

*Passing Blocks/Courses*
Students who began first semester before May 2013 are required to pass all blocks in a semester to maintain SAP.  Students who began first semester in May 2013 or after are required to pass all courses in a semester to maintain SAP.  Should you fail one block or course in a semester, you must repeat the entire semester (regardless of performance in other blocks or courses). You will not be allowed to proceed with subsequent semesters until you have successfully completed each prior semester's study. Please note that no semester may be repeated more than once.

**Suspension**: A period during which a student is not allowed to enroll in classes. He or she may have to complete special requirements prior to resuming his or her academic program.

## Academic Acronyms
The field of medicine is full of acronyms. The chart below serves as a convenient reference for you in navigating through medical education. You'll notice that this chart also includes links to websites that offer further information.

| Acronyms | | Application |
|---|---|---|
| ALOA | Approved Leave of Absence | A student who wishes to temporarily interrupt his or her studies may apply for an Approved Leave of Absence (ALOA). |
| AAMC | American Association of Medical Colleges | Committed to improving the nation's health through medical education, research, and high-quality patient care.  www.aamc.org |
| ACGME | Accreditation Council for Graduate Medical Education | Responsible for the accreditation of post-MD medical training programs within the U.S.  www.acgme.org |
| AICM | Advanced Introduction to Clinical Medicine | A course that all students are required to take after completing Foundations of Medicine coursework. This course can be taken in Dominica, Miramar or Michigan. |
| AMA | American Medical Association | Unites physicians nationwide to address the most important professional and public health issues.  www.ama-assn.org |

| AMCAS | American Medical College Application Service | A non-profit, centralized application processing service for applicants to the first-year entering classes at participating U.S. medical schools.<br><br>www.aamc.org |
|---|---|---|
| CK (USMLE Step 2 CK) | Clinical Knowledge | A portion of the USMLE Test, Step 2 CK focuses on the principles of clinical science deemed important for the practice of medicine under supervision in postgraduate training.<br><br>www.usmle.org/examinations/step2/step2ck.htm |
| CLIPP | Computer-assisted Learning in Pediatrics Program | Comprehensive, Internet-based learning program for use by third-year medical students during their pediatric clerkships.<br><br>www.clippcases.org |
| COA | Cost of Attendance | Amount of money it will cost to attend RUSM. This can include things such as tuition and fees, books and supplies, travel, rent, and living expenses.<br><br>www.fafsa.ed.gov |
| CRN | Course Registration Number | Used to identify RUSM courses; students also use CRN to register for courses online. |
| CS (USMLE Step 2 CS) | Clinical Skills | A portion of the USMLE Test, Step 2 CS measures students' and graduates' ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues.<br><br>www.usmle.org/step-2-ck/ |
| CV | Curriculum Vitae | A document that summarizes relevant job experience and education. |
| DL | Direct Loan Program | Acronym for the William D. Ford Direct Loan Program which allows students access to federal unsubsidized and PLUS loans. |
| DME | Director of Medical Education | Oversees the development, direction and coordination of all medical education activities at a hospital. |
| DMI | DeVry Medical International | Parent organization that oversees RUSM. |

| DOE | Department of Education | U.S. Agency that promotes student achievement and preparation for global competitiveness.<br><br>www.ed.gov/index.jhtml |
|---|---|---|
| EC or XCD | Eastern Caribbean Dollars (Currency) | Used to describe currency in Dominica. |
| ECFMG | Education Commission for Foreign Medical Graduates | Assesses the readiness of international medical graduates to enter fellowship or residency programs in the U.S. that are accredited by the ACGME.<br><br>www.ecfmg.org |
| EFC | Expected Family Contribution | A measure of a student (or student's family's) financial strength that is calculated according to a formula established by law. It refers to the amount of money the government expects a student's family to contribute toward educational expenses.<br><br>www.finaid.com |
| EFT | Electronic Fund Transfer | Financial transaction that is performed electronically. |
| ERAS | Electronic Residency Application Service | Transmits residency applications, letters of recommendation, MSPEs, transcripts, and other supporting credentials from applicants and medical schools to fellowships, osteopathic internships, and residency programs via the Internet.<br><br>www.aamc.org/students/eras/start.htm |
| ESL | English as a Second Language | Indicates that English is a person's 2nd language, or that English is not a person's native language.<br><br>www.toefl.org |
| FA | Financial Aid | Any program that offers financial assistance to students in the form of grants, loans or scholarships. |
| FAFSA | Free Application for Federal Student Aid | Application required for students to receive federal financial aid. Applicant must a U.S. citizen or permanent resident in order to be eligible.<br><br>www.fafsa.ed.gov |
| FAM | Foreign Affairs Manual | Contains functional statements, organizational responsibilities and a list of authorities for each major component of the U.S. Department of State. |

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

| FAQ | Frequently Asked Questions | Resource on the RUSM website that provides answers to common questions. |
|---|---|---|
| FDSLP | Federal Direct Student Loan Program | Federal loan program in which funds from student loans are disbursed directly from the federal government.<br><br>www.ed.gov |
| FERPA | Family Educational Rights and Privacy Act | Federal law that protects the privacy of student education records.<br><br>www.ed.gov |
| FREIDA | Fellowship and Residency Electronic Interactive Database | Online database of accredited graduate medical education programs—both residency and fellowships—in the U.S. |
| FSMB | Federation of State Medical Boards (Step 3) | Test offered to students who have graduated from medical school. The Step 3 test helps students attain licensure.<br><br>www.fafsa.ed.gov |
| GPA | Grade Point Average | Numeric representation of a student's academic performance. |
| Hep B | Hepatitis B | Vaccine required for RUSM students. |
| HIPAA | Health Insurance Portability and Accountability Act | This act gives the right to privacy to individuals from age 12 through 18.<br><br>http://www.hhs.gov/ocr/privacy/ |
| IEFC | International Education Finance Corporation | Provides educational funds to assist U.S. students studying at over 400 institutions, and Canadian/ international students studying in the U.S.<br><br>http://www.college-degrees.com/international-education-finance.html |
| IELTS | International English Language Testing System | Measures ability to communicate in English across four language skills: listening, reading, writing and speaking. Designed for people whose native language is not English, but who intend to study or work where English is the language of communication.<br><br>www.ielts.org |
| IMG | International Medical Graduate | Individual who has graduated from an international medical school.<br><br>www.imgi.net |

| LCME | Liaison Committee on Medical Education | Nationally-recognized accrediting authority for medical education programs leading to an M.D. degree in U.S. and Canadian medical schools.<br><br>www.lcme.org |
|------|----------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------|
| LDA | Last Day of Attendance | Final day of attendance during a student's time of study; often important in determining when a student loan will enter repayment. |
| LOE | Letter of Eligibility | Application for non-affiliate rotations (only for the state of NY). |
| LOA | Leave of Absence | Period of time during which a student will be away from school. |
| LOR | Letter of Recommendation | Evaluates the fitness of a student for a certain position; usually written by a teacher or employer, or person of similar authority. |
| MCAT | Medical College Admission Test | Computer-based standardized examination for prospective medical students in the U.S. and Canada.<br><br>www.aamc.org/students/mcat |
| MD | Doctor of Medicine | Medical school graduate. |
| MMR Vaccine | Mumps, Measles and Rubella Vaccine | Vaccine required for RUSM students. |
| MPN | Master Promissory Note | Legally-binding agreement between a lender and a borrower outlining the terms of a loan. By signing the MPN, the borrower agrees to the terms and promises to pay back the loan.  www.fafsa.ed.gov |
| MPS | Minimum Passing Score | Lowest score required in order to pass a certain test or exam. |
| MSPE | Medical School Performance Evaluation/Dean's Letter | Comprehensive evaluation letter that documents a student's medical school performance |

| NBME | National Board of Medical Examiners | Provides online services for students and graduates of U.S. and Canadian medical schools, including application for USMLE Step 1, Step 2 CK, Step 2 CS, provision of score documents, certificates and/or confirmation letters. www.nbme.org |
| NCFMEA | National Committee on Foreign Medical Education and Accreditation | Reviews standards used by foreign countries to accredit medical schools and determines whether they are comparable to standards used to accredit medical schools in the U.S. www.ed.gov |
| NLM | National Library of Medicine | Collects materials and provides information and research services in all areas of biomedicine and health care. Located at the National Institutes of Health in Bethesda, Maryland, the NLM is the world's largest medical library. www.nlm.nih.gov |
| NRMP | National Resident Matching Program | Private, not-for-profit corporation established in 1952 to provide a uniform date of appointment to positions in graduate medical education (GME) in the U.S. www.nrmp.org |
| NSC | New Student Coordinator | Advisor who works closely with students as they prepare for their first semester on campus. |
| OASIS | Online Applicant Status and Information System | Provides general information and the status of items related to ECFMG Certification.  https://oasis2.ecfmg.org |
| OSAP | Ontario Student Assistance Program | Financial aid program delivered by the government of Ontario, Canada for post-secondary education students. www.osap.gov.on.ca/osapPortal |
| OSLC | Online Student Loan Counseling | Allows students to complete entrance and exit loan counseling anytime online. www.mappingyourfuture.org |
| PBL | Problem-based Learning | Instructional method that challenges students to "learn to learn" by working cooperatively to solve real-world problems. |

| | | |
|---|---|---|
| PLUS | Parent Loan for Undergraduate Students | Fixed-rate loan for parents of undergraduate students. No one other than a parent or legal guardian may take out this loan, and repayment usually begins while the student is still in school.<br><br>www.parentplusloan.com |
| RUSM | Ross University School of Medicine | www.rossu.edu |
| SAP | Satisfactory Academic Progress | Level of academic progress required for a student to keep financial aid awarded by the federal government.<br><br>www.fafsa.ed.gov |
| SAR | Student Aid Report | Summary of student FAFSA information. Schools listed on the FAFSA can request a copy of a student's SAR to determine if he or she is eligible for federal student aid.<br><br>www.fafsa.ed.gov |
| SGA | Student Government Association | Association on the medical school campus that focuses on increasing the quality of campus life for RUSM students.<br><br>www.rossmedsga.com |
| TB Tests | Tuberculosis Test | Required for admission into RUSM, as well as for living in the Caribbean. |
| TOEFL | Test of English as a Foreign Language | When a student's native language is other than English, this test may be required in applying to English-speaking colleges and universities. It evaluates potential success in using and understanding academic English at a college level.<br><br>www.toefl.org |
| USD | United States Dollar | Abbreviation used to indicate U.S. currency. |
| USMLE | U.S. Medical Licensing Exam | Exam that medical doctors are required to pass before being permitted to practice medicine in the U.S.<br><br>www.usmle.org |
| WES | World Education Services | A not-for-profit organization specializing in foreign credential evaluation.<br><br>www.wes.org |

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

EXHIBIT F
Page 443

## ACCOMMODATIONS FOR STUDENTS WITH DISABILITIES

RUSM is committed to ensuring that qualified students with disabilities are afforded reasonable accommodations. The RUSM curriculum represents a core curriculum essential to all physicians. Therefore, RUSM expects that each student admitted will be capable of completing the full curriculum of required courses and electives under the established RUSM policies. All students and applicants must be capable of meeting the RUSM Technical Standards, with or without reasonable accommodation, at each stage of their medical education. Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program.  Requests for accommodation should be made as soon as the need is known and within the guidelines described here. Requests are processed in Foundational Sciences and Clinical Sciences by the appropriate Accommodation Coordinator in the Office for Student Affairs.

### Foundational Sciences

Requests for accommodation during the foundational science portion of the curriculum should be submitted in writing to the Accommodation Coordinator for Foundational Sciences.

### Advanced Introduction to Clinical Medicine (AICM) and Clinical Sciences

It is the student's responsibility to ensure that all accommodation requests and materials are up to date prior to commencing AICM and /or clinical sciences. Requests for accommodation during the clinical portion of the curriculum should be submitted to the Accommodations Coordinator for AICM/Clinical Sciences.  Accommodations that were received during Foundational sciences will be taken into consideration but cannot ensure similar accommodations in the Clinical sciences phase. (see Clinical Phase Accommodations section below).

### Timeframe

For recently-admitted students, requests for accommodation should be submitted within thirty days of acceptance. When the need for an accommodation arises after a student has begun medical studies, all documentation must be submitted at least fourteen days prior to the date the accommodation is needed to allow time for an evaluation of the request and documentation. RUSM will make all reasonable efforts to review such requests in a timely manner, but cannot guarantee the disposition of requests prior to any specific examination or phase of the curriculum.

### Responsibility

 To qualify for accommodation, a student must identify him/ herself to the Accommodation Coordinator, declare the disability or suspected disability in writing, and request accommodation. It is also the student's responsibility to obtain a thorough written evaluation from an appropriate professional, documenting the presence, extent, and ramifications of the disability. In addition, the documentation should explain what specific types of accommodation the evaluator believes might be most helpful in offsetting the effects of the disability to an acceptable extent (in a medical school environment, if possible). Responsibility for the timely submission of requests and supporting documentation rests upon the student seeking the accommodation.  Our goal at RUSM is to provide equal opportunity without undermining the integrity of any course, clerkship, or program. Requests not submitted with at least 14 days' notice or not accompanied by sufficient supporting documentation will impede RUSM's ability to respond in a timely manner.

## Confidentiality

RUSM keeps all accommodation requests confidential to the extent necessary to consider the request and implement the accommodations upon approval. RUSM reviews requests to determine whether they are supported by adequate and appropriate documentation. After careful review in consultation with appropriate professionals, the Accommodation Coordinator will make a recommendation to the Senior Associate Dean for Student Affairs. The decision of the Senior Associate Dean will then be communicated in writing to the student.

## Propriety

All accommodations will be reasonable and appropriate to the circumstances, allowing equal opportunity for students with disabilities. Accommodations must not infringe on or fundamentally alter the essential requirements of the medical education program, as outlined in the RUSM Technical Standards.

## Advanced Introduction to Clinical Medicine (AICM) and Clinical Phase Accommodations

If an accommodation is required during the clinical phase of the curriculum, the student is responsible for seeking that accommodation directly from the affiliated institution(s) at which he or she has undertaken clinical training. Requests, along with supporting documentation, should be submitted in a timely fashion, in accordance with that facility's policies. Accommodations during the Clinical phase are determined by the disability accommodation policies and processes of the clinical training institutions. Although RUSM may have granted a student's request for accommodations during the pre-clinical phase of the curriculum, this in no way assures that the clinical training institution can or will provide accommodations. The Accommodations Coordinator is available to advise and assist RUSM students with the accommodation request processes of the clinical training institutions, but has no role in the outcome of such requests.

## Accommodations and USMLE/NBME Testing

If a student with a disability requires an accommodation for any phase of the USMLE testing, it is the student's responsibility to seek that accommodation directly from the NBME and/or the Federation of State Medical Boards (FSMB) in compliance with their policies. Although RUSM previously may have granted accommodation requests for the student, disability accommodations for these examinations are determined solely by the policies or processes of the NBME or FSMB. The Accommodations Coordinator is available to assist students with the process governing requests for an accommodation for the USMLE, but RUSM has no role in the outcome of these requests.

## External Facilities

RUSM makes no guarantee that any facility outside of its campuses, including housing and other establishments, will provide accommodations for individuals with disabilities.

15

## COURSE EVALUATIONS POLICY

RUSM is committed to improving the quality and content of its educational program. Student feedback is extremely important in achieving this goal.

At the end of each foundational science semester, students are asked to evaluate each course in their semester, and for each of the members of the faculty involved in the teaching of the coursework. Foundational science evaluations are completed online through a program called CoursEval. In addition, students may be asked periodically to complete surveys evaluating specific functions and services that RUSM provides. This input is important in assessing the perceptions and needs of our students.

At the end of each core clinical clerkship, students are required to evaluate the clerkship through Renaissance. Failure to evaluate core clerkships will result in failing the Renaissance portion of the clerkship.

RUSM maintains the confidentiality of these evaluations. Faculty receive aggregate responses for their courses and sometimes receive notification of completion and non-completion. Under no circumstances will students be identified and associated with the content of their evaluations. Although confidentiality is maintained, individuals who complete or do not complete the evaluation can be identified by name for reporting purposes.

RUSM communicates with students through its own email system. The CoursEval program also utilizes RUSM email to inform students about the evaluation process. Students leaving the Dominica campus are reminded that communication regarding evaluation requirements in AICM and the Clerkships will continue through RUSM email.

## CURRICULUM OVERVIEW

The Doctor of Medicine (MD) degree is awarded upon successful completion of the following:
- Foundations of Medicine curriculum
- Clinical Science curriculum
- US Medical Licensing Examination (USMLE) Step 1
- USMLE Step 2 Clinical Knowledge (CK)
- USMLE Step 2 Clinical Skills (CS)

To be eligible for graduation, students must successfully complete all coursework and USMLE requirements within seven calendar years.

The Doctor of Medicine degree program is designed to meet the core competencies established by the Accreditation Council for Graduate Medical Education (ACGME). ACGME competencies are discussed throughout the program, and will be identified as applying to the following categories of competency:

- Patient care
- Medical knowledge
- Practice-based learning and improvement
- System-based practice
- Professionalism
- Interpersonal skills and communication

RUSM is currently adopting changes in Foundations of Medicine curriculum; not all changes will affect every student currently enrolled. There follows a brief overview of the Foundations of Medicine and Clinical Science curricula and associated programs in this context. Both curricula are covered in more detail further in this section.

**Foundations of Medicine Overview**

The Foundations of Medicine curriculum is designed to:

- Offer an in-depth, comprehensive program of biomedical sciences for medical practitioners.
- Provide supporting patient case correlations and clinical competency experience.
- Present a physical diagnosis course to prepare students for clinical clerkships.

For students entering the program in May of 2013 and beyond, two tracks will be offered for completion of the Foundations of Medicine program.

- **The Curriculum**: This offers completion of the prescribed coursework within five semesters.
- **Accelerated Curriculum:** This offers completion of the same prescribed coursework within four semesters.

The first semester for the standard Curriculum and the Accelerated Curriculum are identical. Mid-way through the first semester program, students are given the option to either continue in the five semester curriculum or enter into the accelerated curriculum for the remainder of the Foundations of Medicine program.  This option will allow students entering Semester 2 in September of 2013 to choose a program suited to their particular learning styles and preferences.   A graphic representation of the curriculum compared to the accelerated curriculum can be found here.

**Clinical Science Curriculum Overview**

The Clinical Science curriculum consists of 90 weeks of clinical training, although students may be granted additional time, upon request and with the permission of the dean. This study begins with a 9-week course entitled Advanced Introduction to Clinical Medicine (AICM). AICM trains students in taking medical histories and making physical diagnostics, and enhances critical thinking and problem-solving skills. To properly address medical issues encountered in the clinical setting, AICM is conducted in hospitals and clinical facilities in Miramar, Florida; Saginaw, Michigan; and Roseau, Dominica.

The balance of your Clinical Skills curriculum consists of 81 weeks of clerkships: 48 weeks of required core clerkships and 33 weeks of elective clerkships. During this phase, students receive hands-on training in patient care while rotating through various medical specialties with teaching hospitals and other approved healthcare facilities in the U.S. In addition to clerkship rotations, students are required to pass the USMLE Step 2 Clinical Knowledge (CK) and the USMLE Step 2 Clinical Skills (CS) to pass this phase of training.

Course descriptions can be found in the **Academic Catalog**.

# EXAM CONCEPT REVIEW POLICY

**PURPOSE:** To provide a conducive learning environment by creating a "one stop shop" for a formative exam concept review

**SCOPE:** This policy applies to department chairs and teaching faculty for all mini exams in semesters 1 to 4, excluding lab exams, local finals and NBME exams.

**DEFINITION:** Protocol for reviewing exam concepts after mini exams.

1.  **POLICY STATEMENT:** At present the students by request can review question concepts and a copy of their scantron and responses.

2.  **PROCEDURE:**
    - Students take the mini exam
    - The exam question review committee (EQRC) meets
    - All corrections are made to the exam e.g., deletions, double keys etc., and the exam is graded based on these decisions. Questions deleted after EQRC review will not be further discussed
    - The exam center sends students the exam concepts and their responses
    - The EQRC prepares a list of concepts, based on the item analysis, that appear to need review for the students. The list will include, but not be limited to, questions that the Class Exam Review Representative requested the EQRC to review and that the EQRC found to be valid questions.
    - The EQRC gives this list to Class Exam Review Representative at the time the EQRC decisions are communicated (usually late on the afternoon of the day following the exam). The Class Exam Review Representative can share this list with the class, and students can request the Class Exam Review Representative to add to the list any additional concepts that they would like to have reviewed.
    - The finalized list is sent by the Class Exam Review Representative to the exam center as soon as possible, usually by midafternoon two days after the exam.
    - The exam center notifies the module directors, department chairs, faculty and students of the time, date and venue of the review and provides the list of concepts to be reviewed.
    - Department chairs are responsible for being sure the appropriate faculty members are present at the review to address the concepts on the list.
    - The review sessions are moderated by the relevant module directors or their designee.
    - The purpose of the sessions is to review concepts that were problematic on the exam; questions will not be presented verbatim.

# HONOR CODE & CONSTITUTION

## The Concept of Honor at RUSM

The Honor System at RUSM is a deeply cherished obligation founded upon the personal integrity of each individual member of the RUSM community. It requires that all members of this community conduct themselves honorably at all times and in all dealings with others. This shared commitment to high ethical standards creates an atmosphere of trust and respect vital to the unique sense of community, which characterizes the institution. Authority for the maintenance and operation of the Honor Code is delegated directly by the Board of Trustees to the students through the Dean, with concurrence of the faculty. It is the students who are responsible for determining when a breach of honor has been committed, and it is they who are entrusted with enforcing the system. Accordingly, every member of the student body has the responsibility, not only for understanding the provisions of the Honor Code, but also for maintaining at all times the highest possible degree of personal integrity. Moreover, every student must realize that acceptance of admission to RUSM includes the explicit agreement to abide by the provisions of the Honor Code as contained in the Honor Constitution.

The presence of the Honor Code and its provisions does not in any way abridge or subrogate the responsibilities of the faculty in monitoring the student body in all areas herein identified, and in bringing actions through previously adopted mechanisms if incidents occur which are not brought to the attention of RUSM by the Honor Council.

## THE HONOR CONSTITUTION

Honor Pledge

The Honor Code applies to every student who is enrolled at RUSM. Accordingly, every student shall be required to verify acceptance of the Honor System by signing the following Honor Pledge:

"As a student at RUSM, I, (student name), do hereby accept the Honor System. I have received the Student Handbook and am fully aware of the Honor Code and Constitution and Student Code of Conduct contained within. I agree to read and become familiar with the Honor Code and Constitution and the Student Code of Conduct.

Accordingly, I resolve to refrain from conducting myself in a manner that is unbecoming of a medical professional. I acknowledge that, in support of the Honor System, it is my responsibility to report any violations of the Honor Code or Student Code of Conduct. I understand that with any violation of the Honor Code or Student Code of Conduct, a plea of ignorance will not be acceptable, and the violation may result in my permanent dismissal from RUSM.

I pledge that I shall endeavor at all times to create a spirit of honor of my chosen profession by upholding the Honor System myself and helping others to do the same."

Registration as a student at RUSM is not complete until signed verification of the Honor Pledge is on file, and no grades can be recorded until this is done. If the Pledge is not signed by the end of the fourth week of the semester, the student's matriculation may be cancelled and all fees paid will be forfeited in accordance with the withdrawal policy described in the Academic Catalog. The ultimate responsibility for signing the Honor Pledge rests with each individual student. On the first day of classes each semester, students receive a link to the Student Handbook and this pledge by incorporation. The Honor Council President will contact administration in instances where this electronic document delivery does not occur.

## Article I: Scope of the Honor Code

**Section 1**

Violations of the Honor Code include lying, cheating, stealing conduct unbecoming a medical professional and toleration of the aforementioned acts in all their various forms. These terms are explained as follows:

A.  **Lying:** Any deliberate verbal, written or other misrepresentation of the truth.

This violation includes, but is not limited to: forgery and the falsification or misuse of the student identification card by using another's card or by allowing another to use one's own card; falsification of documents concerning sickness or physicians visits, financial aid documents and transcripts; verbal attempts to mislead others; and omissions and embellishments of the plain truth.

B.  **Cheating:** Any intentional misrepresentation of another's work as one's own or a misrepresentation of the circumstances under which the work was done.

This violation includes, but is not limited to, copying, plagiarism, unauthorized collaboration and unauthorized divulging of test contents or other information.

C.  **Stealing:** Any intent to deprive an owner of property without authorization or consent.

This violation includes, but is not limited to, the taking of any item belonging to another person or the RUSM, the theft or mutilation of library material, the unauthorized use or duplication of a key belonging to RUSM, and failure to pay money when owed to an individual or business.

D.  **Conduct unbecoming of a medical professional:** Any behavior deemed inappropriate of a medical professional that would otherwise reflect poorly upon RUSM and its representatives.

This violation includes, but is not limited to, sexual harassment, illegal use/possession/distribution/sale of drugs, public intoxication to a gross extent and public indecency. Lesser offenses may also be deemed conduct unbecoming a medical professional.

E.  **Toleration:** Failure of a student to report items A: lying, B: cheating, C: stealing and D: conduct unbecoming of a medical professional constitutes a violation of the Honor Code and that student is thereby subject to disciplinary action.

**Section 2**

In order to reaffirm commitment to the academic components of the Honor System, all students shall sign an abbreviated form of the Honor Pledge on paper exams or acknowledge the Honor Pledge on computerized exams. The Pledge verifies that the work submitted is the student's own and has been done in accordance with the requirements set forth by the instructor.

## Article II. Organization

**Section 1**

The Honor Council is a judicial body designed to try specific cases brought to it regarding possible violations of the Honor Code.

**Section 2**

The Honor Council consists of a president, vice president and seven other members.

A. The Honor Council president is elected at large by the entire student body from among currently enrolled students.
B. The eight other members, consisting of two representatives from each class (first, second, third and fourth semester), are elected by currently enrolled students in the respective semester.
C. One Honor Council representative shall be elected by the Council to serve as vice-president. That person shall assume the duties of the president in the president's absence and shall perform other duties as may be assigned by the president. A majority vote in favor must take place for assignment of this position.
D. The terms of office of Honor Council members shall start at the beginning of each semester, and shall continue until the installation of the succeeding members the following semester. Members of the Honor Council may be re-elected.
E. Any member of the Honor Council who fails to perform the duties or uphold the standards of office may be removed by action taken by the Honor Council as follows:
    1. A majority vote by the Honor Council must take place in favor of removing the Honor representative in order for the motion to be carried. This applies to all members of the Honor Council including the Honor Council President and Vice President.
    2. Those members who have been removed from office for any reason will not have their nomination honored if they seek an Honor Council position at a later date during their tenure at RUSM.
    3. If the Honor Council representative must leave office due to personal reasons they are still eligible for subsequent re-elections. Any student who wishes to run for a position on the Honor Council must not have been found responsible for a prior Honor Code violation.

**Section 3**

The Honor Council may receive complaints directly from community members or may have cases forwarded from Student Affairs or other administrative offices.

Where a violation is reported directly to Honor Council, the report will be forwarded to Student Affairs for preliminary investigation. Except where policies or other administrative considerations prevent directing of such cases back to the Honor Council the Complainant's preference that the case be heard by Honor Council will be recognized.

**Section 4**

The Honor Council must exercise great care in assuring that there are no conflicts of interest for participating Council Members.

Conflicts of interest should be determined prior to distribution of materials related to a case. If there is a germane conflict of interest between any Honor Council member and any party or witness, that member will not be able to participate in any of the proceedings. Where sufficient conflict of interest exists such that a quorum cannot be met, a case will be referred to Grievance Committee.

**Section 5**

There shall be one non-voting faculty representative to the Honor Council, who shall be present at each hearing.

A.  The Director of Professional Standards and Judicial Management (Student Affairs) will act in this capacity unless by majority vote, the Honor Council finds need for an additional advisor to work in conjunction with Student Affairs.
B.  A faculty representative will be present for all deliberations concerning the case and offer counsel regarding considerations for a verdict, but may not vote. Where the faculty advisor has a conflict of interest, parties must be given the option to object to the advisors participation and an alternative advisor shall be selected by the Honor Council.

## Article III: Procedure

Section 1 Initiating a Complaint

The Honor Council operates on the premise that no violation occurred until proven otherwise.

A.  All members of the RUSM community should feel obligated to aid the Honor Council concerning any hearing involving violations the Honor Code. If it is apparent upon first review of a complaint, answer and other case materials that no honor violation has in fact occurred, there shall be no further proceedings. A case may be dismissed after review by the Honor Council if the explanation contained in an answer is deemed satisfactory or if it becomes evident that the perceived violation was a misunderstanding or conflict falling outside the scope of the Honor Constitution.
B.  If further proceedings are warranted, notice should be provided to all parties within five days of receipt of the Answer except where the complexity of a case or other administrative requirements require more time. Where there is a delay, parties will be updated on the status of the case.
C.  The Honor Council President will meet with the Faculty Advisor to assure that parties have been informed of the process for adjudication, as well as their rights and responsibilities. After this meeting, the Honor Council President will schedule a hearing.
D.  No hearing shall be scheduled between the beginning of the week prior to Final Examinations and the end of the Examination Period. Cases that arise within this time frame shall be tried as soon as possible, but ordinarily no later than two weeks after SGA elections during the subsequent semester. In the event of extenuating circumstances, the Honor Council President may grant a postponement.
E.  Acceptance of Responsibility
    1.  The accused student may accept responsibility at any point prior to convening the actual Honor Council hearing.
    2.  When accepting responsibility, the accused student may indicate this on the originally completed Answer or on a revised Answer. Alternatively, the accused student may make a statement at the start of a hearing.
    3.  Upon receipt of the accused student's acceptance of responsibility, the Honor Council President shall arrange for or proceed to a review and sanction hearing which will in some but not all cases include questioning of the accused student, the complainant and/or other witnesses in a format similar to a formal hearing.

Section 2 Hearing

A.  Composition
    1.  At a hearing, the Honor Council shall be represented by six of its members and the faculty representative. The Honor Council members must include: the Honor Council president, who is the presiding officer for the hearing, vice president and at least four unbiased Honor Council representatives.

    a.   It shall be the duty of the Honor Council President to ensure that each representative is unbiased. Toward that end, the accuser and the accused, as well as the members of the Honor Council, shall have the right to question anyone who may be biased.

    b.   Although Honor Council representatives are normally expected to serve if called, exemptions may be made for academic reasons or other legitimate extenuating circumstances.

B.   Rules of Testimony

1. If the accused or accuser chooses to respond to questions from the Honor Council, such responses must be made personally by the accused, not by counsel or by any other representative of the accused.
2. At the hearing neither party may be compelled to respond to questions. If verbal testimony is declined, that decision will be confirmed for the record during proceedings.
3. Upon conclusion of all testimony the Honor Council shall deliberate and deliver a verdict. A verdict of responsible shall be rendered only upon the concurrence of majority of the Honor Council that a violation occurred. The standard of review will be "more likely than not."
4. If a verdict of responsibility is rendered, the Honor Council representatives who are present shall decide the appropriate sanction, which shall be announced by the Honor Council President to the Associate Dean of Student Affairs for final approval.

C.   Procedures

1. The Honor Council President will set the time and date for the hearing and shall notify the accused and the accuser, as well as all named witnesses via a hearing notice in the mail or email.
2. Upon the date of the hearing both parties shall appear and present their case.
3. Upon agreement by the involved parties to respond to questions the following procedure shall be followed:

   The accuser shall present their case first. Upon completion of testimony, questions may be posed to the accuser from the Honor Council. If witnesses are present or requested, they shall be heard at this time. This procedure is repeated for the accused.

   Where there is an administrative complaint, Honor Council will read the complaint statement into the record and select witnesses from the complaint at their own discretion. The process will only involve questioning by Honor Council and the accused.

4. All proceedings will be recorded. This recording and all case materials remain the property of RUSM and will be maintained for Honor Council by Student Affairs.
5. Post-hearing deliberations will take place immediately following and a majority resolution will be reached. If a decision cannot be reached, the Honor Council President shall cast the tiebreaker vote.
6. A memorandum will be developed concerning the case proceedings and final recommendation which will be forwarded to the faculty advisor for distribution to the Associate Dean for Student Affairs for final approval.

D. Sanctions

   1. Following a finding or an admission of responsibility, the Honor Council shall recommend to the Dean one or more of the following sanctions:

      a. **Academic violations**: In a case involving academic violations, the academic sanction shall include a failing grade and may include one or more of the following:

         i. **Probation**: Probation places the student on notice that any future violation of the Honor Code will result in either suspension for a specified period of time or permanent dismissal from RUSM.

         ii. **Suspension**: A suspension is the loss of registration privileges for the specified semester(s). The period of suspension must be at least one semester, and may be longer at the discretion of the Associate Dean. In cases where the offense takes place in one semester, and the penalty is imposed in a subsequent semester, a failing grade may be assigned in one or more courses for the semester in which the offense took place. The assigning of a failing grade is in addition to a suspension effective in the specified semester.

         iii. **Non-academic probation:** This form of probation is a comprehensive loss of social privileges for the allotted period of probation. The following events/activities are prohibited for the probation period

            1. SGA or Student Organization entertainment and/or social events

            2. RUSM sponsored social events, not those relating to religion

         The non-academic probation sanction does not prohibit participation in any events required by professors or that are considered academic service. The full privileges of being a RUSM student will be restored upon completion of the allocated period of social probation.

         iv. **Permanent dismissal:** A student receiving the penalty of permanent dismissal is not eligible to return to RUSM.

         v. **Violations of Conduct Unbecoming of a Medical Professional**: In the case of a violation of conduct unbecoming of a medical professional, the sanctions outlined in the Student Handbook may be recommended based on the severity of the offense.

E. Cases involving actions against the community may be forwarded to the Grievance Committee for action.

F. Any record of previous honor offenses shall not be taken into account in determining the verdict in a hearing; however, the Honor Council shall consider such record in determining the sanction to be imposed in the event of a subsequent finding of responsibility, as follows:

   1. If a student, having been previously found responsible and placed on probation, shall be found responsible of a second violation, the sanction for the latter violation should be either suspension or permanent dismissal.

   2. If a student, having been previously found responsible and suspended, shall be found responsible for a subsequent violation, the penalty for the latter violation must be permanent dismissal.

G. In any hearing resulting in a finding of responsibility, the sanction imposed may be entered into the student's official academic record pursuant to policies of the University Registrar and/or Student Services.

Section 3 Appeal

A.   Appeal of Final Decision
   1.   A student found responsible for an honor offense may appeal the verdict on procedural grounds or upon the presentation of relevant new evidence that was unavailable at the time of the original hearing. Such appeal must be made in writing to the Dean of RUSM pursuant to the procedure outlined by the administration in the Student Handbook.
   2.   The Dean may consult with the Honor Council President, Honor Council members and/or Student Affairs regarding the concluded proceedings.
   3.   This decision shall be made final by the Dean, and the student who has been found responsible shall have no further right of appeal.

B.   Appeal of Sanction
   1.   A student found responsible of an honor offense has the right to appeal the sanction on the grounds that the penalty is too harsh for the violation committed. Such appeal must be made in writing to the Dean of RUSM pursuant to the procedure outlined by the administration in the Student Handbook.
   2.   The Dean may consult with the Honor Council President, Honor Council members and/or Student Affairs regarding the concluded proceedings and may review the recording of the initial hearing and, on the basis, determine whether to sustain, decrease, or increase the penalty imposed at the initial hearing.
   3.   This decision shall be made final by the Dean, and the student found responsible shall have no further right of appeal.

Section 4 Record of Honor Hearing

A.   In the case where the accused is found not responsible, all records of the hearing contained within the student's educational file shall be destroyed expeditiously. A single copy of materials will be saved for record keeping purposes only.
B.   In the case of a finding of responsible, one of the following entries may be made on the student's official academic record pursuant to the standards and policies established by the University Registrar:
   1.   "Placed on probation for (period of time) by the Honor Council on (date) for the honor Code offense of (name of violation). Probation involves (specific sanction imposed)."
   2.   "Suspended for (period of time) by the Honor Council on (date) for the Honor Code offense of (name of violation). Entitled to enroll no earlier than (date)."
   3.   "Permanently dismissed from RUSM by the Honor Council on (date) for the Honor Code offense of (name of violation)."
C.   There will be a Hearing History maintained for research and review of future cases.

Section 5 Publication

Each semester, a brief summary of every case tried by the Honor Council shall be submitted to the SGA for publication in an appropriate format. Such summary shall include the verdict and the sanction (if any), but shall not include the names of the accuser or the accused or details sufficient to identify the parties.

**Article IV: Ratification**

**Section 1**

Amendments to this Constitution may be initiated either by the Honor Council itself or by the student body.
Student Affairs and/or a Faculty Advisor may also recommend amendments.

A.  The Honor Council may initiate an amendment by a majority vote.
B.  The student body may initiate an amendment by presenting to the Honor Council a petition signed by at least
    ten percent of the currently enrolled student body. For approval, the amendment must then receive an
    affirmative vote of at least three-fourths of the Honor Council members. It must then receive an affirmative
    vote by the majority of the Honor Council members.
C.  In the event that the Honor Council does not approve an amendment initiated by the student body, such
    action can be overridden if a petition, signed by at least twenty-five percent of the currently enrolled student
    body, is presented to the Honor Council requesting a referendum on the amendment.


## LICENSURE TO PRACTICE MEDICINE IN THE U.S.


RUSM graduates must be certified by the Educational Commission for Foreign Medical Graduates (ECFMG) to
practice medicine in the U.S. Steps to certification include graduation from a school listed in the International
Medical Education Directory (IMED), and successful completion of Step 1 and Step 2 of the U.S. Medical Licensing
Exam (USMLE).

You will take the USMLE Steps 1 and 2 during your time at RUSM. Step 1 is a test assessing the application of basic
medical sciences in patient care. Step 2 consists of two examinations: a Clinical Knowledge exam (CK) and a Clinical
Skills exam (CS). Prior to sitting for these exams, you must apply and be certified eligible by the University
Registrar.

Passing the Step 3 USMLE test is also a requirement in becoming a physician, but you may sit for it following
graduation, during residency, or upon conclusion of residency, depending on state board requirements. More
information may be obtained from the ECFMG. Their contact information is as follows:

3624 Market Street
Philadelphia, Pennsylvania 19104–2685
Telephone: (215) 386–5900
Fax: (215) 387–9196
www.ecfmg.org

## U.S. Medical Licensing Examination (USMLE) Policy, Steps 1 & 2

### USMLE Step 1

*Overview*
USMLE Step 1 assesses fluency in basic medical science. Students must pass Step 1 in order to proceed to the core clinical clerkships portion of the curriculum.

*Eligibility*
In order take this exam, you must be certified. Eligibility for certification includes the following: (a) enrollment as a full-time student in good standing, having met all financial obligations; (b) successful completion of all courses in the Foundations of Medicine curriculum; and (c) passing the NBME Comprehensive Basic Sciences Exam.

*Timeframe*
Upon certification, students must sit for USMLE Step 1 within six months of passing the NBME CBS and pass within three attempts and one calendar year of becoming eligible. The first attempt must be within six months of becoming eligible. *No extensions will be granted to this rule.* Students who fail to meet this deadline will be placed on Administrative Withdrawal from RUSM. They will also lose sponsorship for the USMLE Step 1 and forfeit the Step 1 fee. Failure to sit for Step 1 within six months, pass within three attempts and/or pass the test within one calendar year of eligibility will result in dismissal.

*Applying for Clinical Clerkship Placement*
Students who pass the USMLE Step 1 and request placement in clinical clerkships must submit a copy of their USMLE score reports and performance profiles to the University Registrar. Verbal statements or incomplete reports will not be accepted.

### USMLE Step 2 Clinical Knowledge (Step 2 CK)

*Overview*
USMLE Step 2 CK assesses the application of medical knowledge and clinical science in the care of patients. It specifically emphasizes health promotion and disease prevention. Step 2 CK is taken in a student's clerkship years following completion of required clinical training.

*Eligibility*
You become eligible for certification to take the USMLE Step 2 CK upon successful completion of one clinical core rotation; however, students are encouraged to complete all clinical core rotations prior to sitting for USMLE Step 2 CK. You must submit your USMLE Step 2 CK application to the University Registrar at least six weeks before your requested eligibility window, but no more than 120 days before.

*Timeframe*
Students must pass Step 2 CK in a maximum of three attempts, and within two calendar years of becoming eligible. You may request a leave of absence to prepare for Step 2 CK of up to ten weeks. Failure to pass the test within three attempts or within two calendar years of eligibility will, in most cases, result in dismissal.

**USMLE STEP 2 Clinical Skills (Step 2 CS)**

*Overview*
Step 2 CS assesses your ability to obtain a relevant medical history, perform a proper physical examination in a clinical setting, and compose a competent written record of the experience. It also evaluates your ability to communicate effectively in the English language. The Step 2 CS is taken during the clinical clerkship portion of your medical studies.

*Eligibility*
You are eligible to take the Step 2 CS upon successful completion of one clinical core rotation; however students are encouraged to complete all clinical core rotations prior to sitting for USMLE Step 2 CS. You must also submit an application to the University Registrar to take this exam. You may submit this application along with your application for the Step 2 CK (see above).

*Timeframe*
Students must pass Step 2 CS in a maximum of three attempts, and within two calendar years of becoming eligible in order to receive the Doctor of Medicine degree. Failure to pass the test within three attempts or within two calendar years of eligibility will, in most cases, result in dismissal.

**Certification for the USMLE**

*Applying for Certification*
Applications for the USMLE Step 1, Step 2 CK, and Step 2 CS are available online at www.ecfmg.org. To be certified, you must be in good standing and have met all financial obligations to RUSM. When requesting re-certification (in order to take an examination a second or third time), you must submit to the University Registrar a complete copy of your USMLE score reports for the previous examinations. Please note that all USMLE scores (pass or fails) must be submitted to the University Registrar.

**USMLE Score Reports**
Students must submit USMLE Step 1, Step 2 CK, and Step 2 CS score reports to the University Registrar (Registrar@rossu.edu) within 90 days of taking the exam.  Failure to submit USMLE score reports within 90 days will result in Administrative Withdrawal.

## SANCTIONS

In keeping with RUSM's commitment to creating a safe and productive learning environment, we have implemented the disciplinary process to discourage conduct inconsistent with the high standards held by most of our students. Following a disciplinary action, RUSM may impose appropriate sanctions, varying according to the severity of the offense, that we hope will protect those dedicated to learning this challenging profession and encourage ethical conduct among their peers.

Sanctions are determined by the Associate Dean following the resolution of a disciplinary action. This may be an informal resolution, such as a Complaint settled through mediation; or a hearing following an infraction of the Honor Code or Code of Conduct. The latter two are held before the Honor Council and Grievance Committee, who may also recommend sanctions.

There follows a list of the most commonly imposed sanctions, but RUSM may also choose to impose other sanctions, not listed here, depending on the severity of the misconduct. We strive to find a balance between

encouraging those that deserve a second chance while still protecting the rights of the majority of our students, who deserve an orderly learning environment.

## Available Sanctions

1. **Warning or Admonition.** A warning or admonition is the issuance of an oral or written reprimand. These are generally given to alert a student in danger of more serious sanctions if academic, attendance, conduct or other compliance issues are not promptly addressed.

2. **Required Compliance/ Remediation.** When a student is out of compliance with enrollment or admission requirements, RUSM will inform the student of the area needing attention, and how the situation may be rectified. In the event of a delay in compliance, RUSM may impose one or more of the following sanctions, and perhaps other appropriate measures as required, until the student becomes fully compliant.
   - Restricted campus privileges until compliance is reached.
   - Collection of monies or property where restitution is owed.
   - Counseling and education in the area of noncompliance.
   - Participation in psycho-educational groups and/or assigned educational initiatives designed to assist the student towards compliance.

3. **Disciplinary Probation.** Ongoing or serious disciplinary issues may result in the student being placed on Disciplinary Probation for a defined period of time. Students may continue their studies during disciplinary probation, but will have restricted access to other components of campus activity. A student on probation also risks suspension or expulsion in the event of additional violations during this period. Probation may include exclusion from RUSM-sponsored events, such as the following:

   - RUSM-sponsored social events
   - RUSM-sponsored extracurricular activities
   - Campus clubs
   - Student organizations
   - Student leadership roles
   - Involvement in or attendance at public performances on campus
   - Assistance with student/campus publications
   - Attendance at or involvement in events or activities sponsored by student campus organizations

However, students on disciplinary probation will be permitted to participate in any activity or event that is required for course work.

**Lifting of Probation:** Probation is lifted after the time period specified, when a) no further violations are committed; and, b) all terms specified in the disciplinary decision have been successfully completed.

**Student file:** This period of probation is documented in the student file as Disciplinary Probation. Upon completion of the terms of this probationary period, a student may request that the probation be noted as successfully completed. Students are encouraged to document all efforts taken to address any cited violation, and confirm that this documentation is preserved in their student files.

**Financial Aid:** Unlike Academic Probation, periods of Disciplinary Probation will not impact a student's eligibility for or status regarding financial aid.

4.   **Suspension.** Students with on-going or serious problems in such areas as compliance or conduct may be recommended for suspension following a formal or informal disciplinary hearing. Suspended students are ineligible to enroll in classes or participate in any activities held on RUSM premises for a determined period of time. Students on suspension will not be allowed to attend classes, campus-sponsored events, or otherwise visit campus property for the duration of the suspension. There are two types of suspension – Interim Sanctions, imposed during the resolution of a serious disciplinary case; and the Suspension Sanction, imposed by a Board of Conduct following the resolution of such a case.

    A.   **Interim Suspension:** A student may be suspended on a temporary basis prior to an informal resolution or hearing, according to one or more of the following guidelines:
- RUSM may choose to impose an Interim Suspension when one or more of the following occur:
  - a)   There is an indication that a student's misconduct will be repeated or continued;
  - b)   There is an indication that safety for the RUSM community will be compromised without immediate action; and/or
  - c)   Suspension is necessary for RUSM or its affiliates to carry on its functions effectively and efficiently.
- An interim suspension may be imposed without advance notice, and take immediate effect.
- As with a suspension sanction, interim sanctions imply a loss of all student rights and privileges.
- An interim suspension generally does not conclude until after a final disciplinary determination has been made.
- A student on an interim suspension may submit a concisely written appeal, limited as to whether the interim suspension should remain in effect until the disciplinary action reaches a conclusion. This appeal will be reviewed and decided upon by the Dean or a delegate. (See more on **Appeals**, below.)
- Time spent in an interim suspension does not count toward completion of any suspension sanction that may follow the final decision of the disciplinary action, unless the terms of the suspension sanction communicate otherwise in clear language.

**Lifting of Suspension:** Interim suspensions are lifted following the granting of a successful appeal or upon the issuance of a formal or informal disciplinary decision (which may result in a further suspension sanction). Where conditions are placed upon a student's return, those conditions must be approved as fully completed before the student will be allowed to register for a future semester.

**Student File:** An interim suspension may impact the student's transcript. The designation for the missed time on the transcript is determined in consultation with the University Registrar on a case by case basis, following the determination reached by an informal resolution or formal hearing. If designated as a suspension, it will appear in the student's educational file as Non-academic Suspension. Students are encouraged to document efforts taken to address a cited violation.

**Financial Aid:** Eligibility for financial aid may be impacted depending upon the length of an interim suspension, and whether it transitions to a suspension sanction following disciplinary action. Students are required to comply with all financial aid repayment obligations during a suspension.

B.   **Suspension Sanction:** Following the resolution of a serious disciplinary action, the presiding administrator may impose a suspension upon the student. Suspensions are generally imposed as a sanction following serious infractions of the Code of Conduct or local law, as follows:

- Suspension Sanctions may be imposed as the result of either an informal disciplinary decision or a formal disciplinary hearing.
- Typically suspensions last from one full semester (or until the end of a semester already begun), to one full calendar year (three semesters).
- Suspended students will surrender their RUSM identification card.
- They may be on campus for the limited purposes of conducting the following consultations and determinations during the **five Semester Days** immediately following the issuance of the sanction:
   a) Suspended students should consult with Student Services regarding the status of their financial aid.
   b) They should also consult with Student Services and an attorney or other relevant Dominican agency regarding the status of their student visa.
- When on any campus for these or other administrative purposes, the student must be accompanied by a RUSM official from the office meeting with the student.

**Lifting of Suspension:** Where conditions are placed upon a student's return, those conditions must be certified as fully completed before the student will be eligible to register for a future semester. A suspended student, upon return to campus, will be on automatic disciplinary probation for either a designated period of time, identified at the time the original sanction is issued, or until graduation from RUSM.

**Student File:** A suspension will appear in the student's educational file as Non-academic Suspension. Students are encouraged to document efforts taken to address a cited violation.

**Financial Aid:** Students are required to comply with all financial aid repayment obligations during a suspension.

**NOTE:** Failure to comply with the limitations of any suspension may result in extended suspension or permanent expulsion.

5.   **Expulsion.** Expulsion means permanent termination of student status. An expelled student is no longer permitted to attend RUSM or any of its affiliated institutions. A student dismissed on disciplinary grounds is not eligible for re-admission.

**Student File:** A record of this disciplinary action will be placed in the student's file.

**Financial Aid:** All financial aid repayment obligations apply.

## Records of Sanctions

Any sanctions imposed are recorded in the student's disciplinary file, and, where appropriate, also noted in permanent educational records. Information regarding probations, suspensions and expulsions are readily available to RUSM officials as needed to assure administrative compliance with those sanctions.

In the event a student withdraws or is dismissed prior to the disposition of a disciplinary action, documentation of a pending disciplinary case without final determination will be included as part of the student's educational record.

## Notifications during Suspensions/Expulsions

RUSM may be obligated to take into account the interest of the following parties when resolving a disciplinary matter:

- **Immigration.** In those situations in which a student is not a citizen of the country where the study of medicine is occurring, RUSM may be obligated to inform immigration authorities of changes to a student's enrollment status following an expulsion or suspension. A student who has been suspended or expelled may no longer be entitled to the status of a legal resident.
- **Complainants and Victims.** Regarding access to sensitive information during a disciplinary action, RUSM will balance the interests of privacy and other legal rights of the accused student with those of victims and complainants.
- **Legal Authorities:** RUSM may be obligated to disclose information as required to legal authorities, when disciplinary action uncovers evidence of conduct in violation of the law.

## Appeals

**Initiation and Scope.** Students may appeal the outcome of disciplinary actions. These appeals must be submitted in their proper form within *ten Semester Days* of notification of the decision of the Associate Dean. Appeals are considered only when it is clearly established by the appealing party, in a concise written statement, that one of the following occurred:

- **The decision was unreasonable** based on the information presented at the hearing and/or based on the alleged violation;
- **The sanction was unreasonable** based on the information presented at the hearing and/or based on the violation;
- **There was a misinterpretation** of the Code of Conduct or other policies, by the Grievance Committee, Honor Council, or administrator during the adjudication of the case.
- **A procedural error occurred** that resulted in an unfair hearing; or
- **Relevant information was not brought out** in the initial hearing that may have been sufficient to alter a decision, because such information was not known to the person appealing at the time of the original hearing.

The specific basis or bases for the appeal must be identified by the appealing party in the written appeal.

**Administrative Response**. Neither the Complainant nor Respondent will attend Appeal hearings. With the exception of appeals involving new information not known at the time of the original hearing or informal resolution, the Dean or designee's review will be limited to the written appeal, documents and evidence originally presented at the hearing or informal resolution, and the official record of the hearing. The Dean or designee may:

- Uphold the original finding and outcome;
- Require a (new) hearing;
- Send the appeal back to the Associate Dean, Grievance Committee or Honor Council for review of decision or sanctions;
- Reverse the original decision by finding that a violation or no violation of the Code of Conduct occurred; or
- Amend sanctions where the original sanctions imposed are found to be unreasonable.

**Notification**. The Dean or his or her designee will notify the Associate Dean of the Dean's final decision on the appeal within *15 Semester Days* of the Dean's receipt of the written appeal. The Dean or Associate Dean or their designee, will notify the parties of the appeal decision.

## STUDENT GRADING AND PROMOTION POLICIES

### Grading Policies for Foundations of Medicine Semesters

Grading and promotion polices create a minimum acceptable grade, based on a defined Minimum Passing Score (MPS). Some courses at RUSM are high pass/pass/fail, although most use A, B+, B, C+, C, and F grading designations. Students taking courses with letter grades require a minimum C grade within a given semester to promote to the next semester. All grades are posted on MyRoss at the end of each semester.

### Exemplary Grades

Students earning exemplary grades are recognized as follows:

**Dean's Honor Roll:** Students who earn a High Pass in both courses of Semester 1 qualify for the Dean's Honor Roll.

**Dean's List:** During foundational science semesters, students who have maintained a 3.50 GPA in two successive foundational science semesters qualify for the Dean's list. They remain on the Dean's list as long as they maintain a 3.50 GPA. The Dean's list is posted at the beginning of each semester, as soon as grades are available.

**Distinguished Scholar:** Students maintaining a 4.0 GPA during the Foundational Science semesters are designated as Distinguished Scholars.

**Graduation with Honors:** Honors designees are published in the commencement program, and will be printed on those graduates' diplomas. To be eligible for Honors status, you must do the following:
- Be a student in good standing,
- Have not received an "F" in any course,
- Have a 3.00 cumulative GPA through the foundational science semesters,
- Have passed USMLE Step 1 with a score of 210 or higher,
- Have passed Step 2 CK with a score of 200 or higher, (for students who completed first semester prior to May 2013) or with a score of 220 or higher (for students who completed first semester after May 2013) ,
- Passed Step 1, Step 2 CK, and/or CS in no more than 1 attempt, and

- Meet one of the following combined foundational science and clinical curriculum cumulative GPA requirements:

  3.50 – 3.59 Honors
  3.60 – 3.79 High Honors
  3.80 – 4.00 Highest Honors

Starting in May 2013, students completing semester one, will receive one of three grades: High Pass, Pass or Fail. Grades for the first semester do not count toward the cumulative GPA. Courses in remaining semesters will receive an A, B+, B, C+, C or F grade and will impact GPA.

***For students who started first semester between May 2010  and Jan 2013,***
Each semester of the organ systems-based curriculum is comprised of three instructional courses and one Clinical and Competencies Skills (CCS) course, which spans the entire semester. The Clinical and Competencies Skills (CCS) course is graded and recorded on official transcripts as pass/fail.


**Examinations**
**Foundations of Medicine Examinations**

**Locations of Exams**
All examinations in the Foundational Science semesters are taken on the Portsmouth campus, except clinical practical examinations, which may be given in the Princess Margaret Hospital (RUSM facility).

**Examination Protocol**
All students must bring their official RUSM identification card to all exams, and be at their assigned seat five minutes before the beginning of an examination. Students who arrive at the examination room without ID or once the proctor has begun giving instructions will be denied entry and receive a mark of zero in the examination.

If a student suspects a fellow student of cheating during an exam, the student should discreetly alert an exam proctor. A student found cheating on an examination receives a grade of zero for that examination, and is subject to dismissal from RUSM. No bags, books, electronic devices, or cellular phones may be brought into the examination room. Final and make-up examinations must be returned, and may not be removed from the examination room.

**Missed Examinations**
Students are expected to take all exams. However, with prior approval, students may occasionally be allowed to miss mid-term exams in an emergency. In these cases, grade is determined by weighting final examinations.

In order to be excused from a mid-term examination, the student must present valid documentation prior to the exam describing the nature of the emergency to the Associate Dean of Student Affairs or a designee, and must include appropriate supporting documentation. Approval is at the discretion of the Associate Dean or a designee. A mid-term examination missed without prior approval will be assigned a grade of zero. (See more on excusable absences in **Attendance**, below.)

Final examinations must be taken on schedule; failure to do so could result in a failing grade for the course. A student missing the final while on an approved leave of absence will receive a grade of "I" (Incomplete) and must take that examination at the end of the following semester. The "I" grade will revert to an "F" if the incomplete exam is not made up by the end of the following semester. RUSM will not modify exam group assignments, for either written or clinical exams, to accommodate a student's travel off the island. Do not book a flight on the same day as your exam.

**Comprehensive Basic Science Examination**

Students enrolling on or after September 2012 are required to take the National Board of Medical Examiners (NBME) Comprehensive Basic Science Examination at the end of their final Foundational Science semester. Students must obtain a passing score, as determined by the Dean, prior to being certified to take Step 1 of the USMLE.

Students are given three opportunities to obtain a passing grade and must pass: (1) within no more than three consecutive attempts, and (2) within one year of becoming eligible. Any student failing to do so is subject to review by the Promotions Committee. The Promotions Committee will then conduct a careful review of the student's entire academic record, and will either grant a student an additional opportunity to take the NBME Comprehensive Examination, or possibly recommend the student for dismissal.

## Grades for Foundations of Medicine Semesters

For coursework begun during or after the January 2012 semester, grades are interpreted and GPAs are determined as follows:

| Letter Grade | Numerical Percentage Range | Quality points per credit hour |
|---|---|---|
| A | 85-100 | 4.00 |
| B+ | 80-84 | 3.50 |
| B | 75-79 | 3.00 |
| C+ | 70-74 | 2.50 |
| C | MPS-69 | 2.00 |
| F | Fail (below MPS) | 0.00 |
| P | Pass | 0.00 |
| W* | Withdrawn Before Interim Exams | 0.00 |
| WP* | Withdrawn Passing | 0.00 |
| WF* | Withdrawn Failing | 0.00 |
| I | Incomplete | 0.00 |

*Withdrawal from a single course during a semester is not permitted. However, if a student withdraws from the term, a grade may be given for any courses that have been fully completed.*

All students must have a minimum GPA of 2.00 in order to advance to AICM.

## Clinical Sciences Grading and Examinations

Each core rotation in Clinical Sciences provides curricular guidelines that students must follow. At the conclusion of core clerkships, students must complete NBME subject examinations. Letter grades are assigned at the conclusion of each rotation. More information on clinical rotation grades and details of NBME examinations may be found in the Clinical Reference Guide.

## Promotion Policies
### Foundations of Medicine Semesters

Students who receive passing grades and are otherwise in good standing are promoted to the next semester. Students who fail any semester for the first time will be allowed to repeat the failed semester on Academic Probation. Students failing two semesters will be recommended for dismissal.

Students who have been dismissed have the right to appeal to the Dean (see below). If a student successfully appeals a dismissal and is allowed to return, the student will be placed on Academic Probation for the next semester.

## Academic Probation

The Academic Probationary status of a student is determined by the Student Promotions Committee. Students are placed on Academic Probation under the following circumstances:

- When repeating a semester.
- When cumulative GPA is below 2.00.
- When taking an approved leave of absence with 1 or more WFs.
- After readmission with 1 or more WFs earned during the last attempted term.
- After successfully appealing a dismissal.

Students will be removed from Academic Probation if, at the end of the next semester, they pass all courses and their cumulative GPA is 2.00 or higher.

Academic Probation has important financial aid consequences, which are explained in the Office of Student Finance publication "Financial Planning Guide" available on the www.rossu.edu website.

Students must clear any academic deficiency and should have a cumulative GPA of 2.00 or higher by the end of the pre-clinical curriculum to advance to clinical training.

## Academic Dismissal

Students are subject to Academic Dismissal based on the following:

- Failing any course or semester upon two attempts.
- Failure of remedial courses or remedial competencies.
- Student is, or will be, unable to complete the Foundations of Medicine curriculum in no more than 75 instructional weeks (five semesters) for students who completed their first semester prior to May 2013. Students who complete their first semester after May 2013 must complete their Foundations of Medicine curriculum in 90 instructional weeks (six semesters).  The Promotions Committee may make an exception based on academic progress or mitigating circumstances.
- Failure to achieve a cumulative GPA of 2.00 or above by the completion of the  Foundations of Medicine curriculum.
- Failure to pass the Comprehensive NBME in three attempts.
- Failure to pass the USMLE Step 1 or Step 2 CK or CS in three attempts.
- Failure of two clinical rotations (including AICM).
- Failure of a clinical rotation where a grade of "R" was awarded for the same rotation.
- Failure to abide by RUSM policies.
- Student demonstrates the inability to meet the RUSM's technical standards.

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

Students may also be dismissed for non-academic reasons or professionalism concerns pursuant to the Code of Conduct. See **Code of Conduct** in this Handbook.

### *Appeals process for Academic Dismissal*

*Any student dismissed from the Foundations of Medicine curriculum may appeal the dismissal through the office of the Associate Dean of Education. Appeal letters should be emailed to the Associate Dean of Education and the University Registrar and must be made within seven days of the date on the dismissal notification letter.*

*The appeal will be heard by the Promotions Committee, which will then make an official recommendation to the Senior Associate Dean of Academic Affairs. The Senior Associate Dean for the Dominica Campus will make a decision to uphold or overturn the dismissal.*

*In cases where a student feels there were extraordinary circumstances leading up to the dismissal, a final appeal may be made to the Dean of RUSM. Appeal letters should be emailed to the Dean and the University Registrar at* promotionappeals@RossU.edu. *Appeals must be made within seven days of the date on the decision letter from the Senior Associate Dean for the Dominica Campus. Once an appeal is received, the Dean will respond within 15 days of receipt of the appeal. The Dean's decision is final.*

*Those students who are appealing their dismissal decision will be considered for reinstatement for the semester subsequent to the semester in which the decision regarding the appeal is made. For example, a student who is dismissed at the end of the September 2012 term, and is allowed to return, would be on inactive status for the January 2013 term and then resume his or her studies during the May 2013 term if his or her appeal is granted.*

### Administrative Withdrawal

Students are subject to Administrative Withdrawal if they:

- Do not register for Foundational Science and AICM semesters by the prescribed deadline determined by the University Registrar.
- Do not return to campus to check-in during the designated check-in period prior to the start of the semester. Check-in period is determined by the University Registrar.
- Fail to report to a clinical rotation on the first day of the rotation (for AICM and Clinical Clerkships).
- Do not return at the time specified as the end of an approved leave or take an unauthorized leave.
- Are not scheduled for a clinical rotation for a period of 180 days or more and have not applied for and received an approved leave of absence.
- Do not sit for the Comprehensive NBME within three consecutive attempts.

- Do not sit for their first attempt of the USMLE step 1 within six months of becoming eligible.
- Do not pass the USMLE Step 1 within one year of becoming eligible.
- Do not pass the USMLE Step 2 within three years of becoming eligible.
- Do not submit USMLE results within thirty days of receipt.
- Do not submit missing file documentation within one semester of being admitted, including but not limited to transcripts and immigration documents.

A student who is Administratively Withdrawn will be reported as withdrawn effective the last day he or she attended classes. The date of withdrawal will be reported to the U.S. Department of Education if the student has federal student financial aid loans.

**Temporary Withdrawal**

Students are subject to Temporary Withdrawal for absences longer than four weeks in duration (scheduled breaks between semesters do not apply).  Students in Temporary Withdrawal status for more than 26 weeks are subject to administrative withdrawal.

## Clinical Sciences Clerkship Eligibility

In order to be eligible to begin clinical core clerkship rotations, students must meet all of the following prerequisites:

- Successfully complete all the requirements of the Foundations of Medicine curriculum.
- Successfully complete the Advanced Introduction to Clinical Medicine course.
- Pass the USMLE Step 1 (see below).

### Clinical Sciences Clerkship

Passing the AICM course and USMLE Step 1 are required for continuation into clinical clerkships. Students who have completed these steps may begin clinical clerkships at any time during this period. Beyond this timeframe, students who have not resumed clinical training fall into repayment status on their student loans and must be reported as withdrawn, for most purposes, to outside agencies.

### Entering Clinical Clerkships

Following the 9 week AICM course, RUSM requires 48 instructional weeks of core clerkships and 33 instructional weeks of electives, for a total of 90 instructional weeks of clinical training. The entire clinical segment, currently 90 instructional weeks, must be successfully completed within 135 instructional weeks of attendance.

***Note:*** *These requirements may be subject to change in the future depending on regulatory and other academic requirements*.

Students must take and pass all required core and elective clinical clerkships. Following each core clerkship, students must take and pass an NBME subject examination. Please also note the following:

- If a student fails a core clerkship, the student must repeat that same clerkship before being allowed to continue in the program.

- If a student fails an elective clerkship, that student must successfully repeat either the same elective, or another elective involving the same number of weeks as the failed elective.

- Students with two failing grades of the Clinical Sciences (AICM, core clerkships, or elective clerkships) are subject to dismissal.

## Good Standing and Satisfactory Academic Progress

**Good Standing:**  Students maintain good standing by displaying Satisfactory Academic Progress (SAP) as defined below, complying with all other academic rules and regulations, and by remaining current with financial obligations. RUSM reserves the right to withhold services, transcripts, and certifications from students who are not in good standing.

**Satisfactory Academic Progress:**  Satisfactory Academic Progress (SAP) represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation

and in determination of financial aid eligibility. Students maintain SAP by meeting the requirements listed under Promotions Policies.

SAP is evaluated at the end of the student's academic year (normally 2 semesters) according to the following criteria:

**Qualitative and Quantitative Measures**
At the end of each academic year, each student's academic progress is evaluated by RUSM. This evaluation involves two metrics, one quantitative and one qualitative.

- The quantitative measure evaluates the student's pace of progression through the medical education program with the maximum timeframe. The pace of progression is calculated by dividing the cumulative course credits or clinical weeks that the student has successfully completed by the cumulative course credits or clinical weeks that the student has attempted.
- Students in their first academic year are subject to a pace of progression of 50%. Students in their 2nd year or higher are subject to a pace of progression of 67%. Please note that courses with a grade of W, WP, WF and I are not counted in the attempted credits. Transfer credits accepted will count as attempted and completed credits for the calculation.
- The qualitative measure evaluates the student's cumulative GPA. Students are required to maintain a 2.00 cumulative GPA in order to meet the qualitative measure at the time of review. Students completing semester one in May 2013 or later, may receive academic amnesty for "F: grades that are repeated and passed.

**Failure to meet the SAP criteria**
**Academic and Financial Aid Probation**
If the results of the SAP evaluation indicate that a student has not met either one of the qualitative or quantitative measures, the student will be notified in writing that he/she is no longer eligible for federal financial aid and is subject to dismissal from RUSM. A student receiving such notification may appeal the determination and request reinstatement on academic/financial aid probation.

- Students making an appeal must submit information on why he/she failed to make SAP and what has changed that will allow him or her to demonstrate SAP at the next evaluation.
- Students wishing should submit their appeal to promotionappeals@RossU.edu.
- If the student appeals the adverse SAP determination and RUSM determines that the student should be able to make SAP during the subsequent term of enrollment and meet RUSM's SAP standards or if RUSM develops an academic plan for that student, that if followed, will ensure that the student is able to meet RUSM's SAP standards at a specific point in time, then RUSM may place the student on academic/financial aid probation.
- A student who is reinstated on academic/financial aid probation may receive federal financial aid for an additional term of enrollment. While a student is on academic/financial aid probation, RUSM will require the student to fulfill specific terms and conditions in accordance with the academic plan, such as engaging in certain recommended RUSM activities designed to improve performance.
- At the end of the one term of enrollment while on academic/financial aid probation, in order to remain enrolled at RUSM and qualify for future federal financial aid funds, the

student must meet RUSM's SAP standards OR must meet the requirements of the academic plan developed by RUSM.

- A student on academic/financial aid probation may still be dismissed if he or she fulfills the criteria for academic dismissal (see academic dismissal criteria above).

**Academic Progress Standards for Clinical Students**
In addition to the SPA criteria above, the following are additional required criteria for measuring SAP for students in the clinical phases of their training:

- Passing the NBME Comprehensive Basic Science Exam in no more than three consecutive attempts and within the prescribed timeframe for each attempt.

- Taking the USMLE Step 1 within six months of becoming eligible.

- Passing the USMLE Step 1 in no more than three attempts, and within one year of becoming eligible.

- Passing the USMLE Step 2 Clinical Knowledge (CK) and Step 2 Clinical Skills (CS) in no more than three attempts and within three years of eligibility.

**Failing Grades**
Any student receiving an "F" in any portion of the Clinical Sciences will be subject to review by Clinical Subcommittee of the Promotions Committee. Students on Academic/Financial Aid Warning may be allowed to continue rotations only at the discretion of the Clinical Subcommittee of the Promotions Committee.

If a student is dismissed for unsatisfactory progress and submits an appeal, he/she may be allowed to repeat the semester on probation. However, including instructional weeks of repeated semesters, maximum timeframe limits for entire completion of the curriculum must not be exceeded.

**Maximum Timeframe for SAP**
Students who completed their first semester prior to May 2013 must complete the entire Doctor of Medicine program in a maximum of 210 instructional weeks of attendance. Students who completed their first semester on or after June 2013 must complete the entire Doctor of Medicine program in a maximum of 225 weeks. Any student who does not complete the program within the appropriate timeframe will no longer be eligible to receive federal financial aid. Once it becomes mathematically impossible for a student to complete within the maximum timeframe, the student will be dismissed.

**Note:** This refers to actual attendance in regular or remedial semesters, as well as actual instructional weeks of attendance in the clinical training segment. It does not include the following:

- Periods when the student is on an approved leave of absence (ALOA) for preparation and time needed to schedule and take the USMLE Steps 1, 2 CK and 2 CS (See **Leaves of Absence**.);
- The time of regularly scheduled breaks between semesters; or
- While pending assignment to a scheduled clinical clerkship.
- A semester during which a leave of absence is taken, or in which the student withdraws prior to the end of week two of the semester, will not be counted toward the limit for meeting the above requirements.

Students who do not meet the standards for SAP are subject to dismissal. However, under very unusual circumstances, the Promotions Committee may determine, on an individual basis, that a student may continue at RUSM for one semester (on Probationary status).

## Probation

Students may be placed on academic probation for academic issues. Academic Probation is based on both course work and professional behavior, and is recommended by the Promotions Committee to the Dean. Academic Probation may be imposed in any semester, including clinical semesters.

RUSM grants professional degrees, and thus professional behavior is as important as academic performance. Students may also be placed on Non-Academic Probation for professionalism or behavioral problems, upon recommendation of the Grievance Committee or Honor Council to the Senior Associate Dean of Academic Affairs or the Senior Associate Dean for Student Affairs. Non-Academic Probation is based on a student's behavior which does not meet one or more of the requirements in this Handbook (See **Code of Conduct**), and can be imposed in any semester, including the clinical semesters.

## Attendance

### Foundations of Medicine

Students are expected to attend class. The policies that govern attendance requirements are described in writing in the syllabus for each course. Keep in mind that RUSM is non-sectarian and does not close for religious holidays. Attending examinations and other required exercises is mandatory, except for the following:

- A medical or family emergency for which a student has requested and been granted an Emergency Leave of Absence. (See **Leaves of Absence, Withdrawals and Deferrals** for more information.)

- Military obligations, jury duty, or the mandate of a subpoena, with proper advance notification to the Associate Dean for Student Affairs.

- Illness or injury documented by the RUSM Health Center. RUSM Health Center personnel WILL NOT provide a medical excuse to a student for a previously unreported student illness *after* a missed mandatory academic activity has occurred. In the case of an acute illness or accident, a medical excuse from the Health Center, or treating physician, is required. Even if the illness is self-limiting and does not require an immediate appointment, the student must contact the Health Center for assessment as soon as symptoms are experienced, and prior to the mandatory academic activity. Phone consultation by Health Center personnel is supported by transportation provided by RUSM Security to and from the Health Center for the purpose of assessment/treatment for ill students who require assistance.

*Petitions to Miss an Exam or Miss/Reschedule a Mandatory Academic Activity*

The Attendance Committee will consider petitions for excused absences that are not addressed by the above exceptions. Petitions for permission to miss or reschedule an exam or required exercise on the basis of extraordinary personal circumstances that are not included in the three exceptions listed above are considered by the Attendance Committee.  The Office for Student Affairs will provide detailed information to any student wishing petition the Attendance Committee.

### Clinical Sciences

Students in the Clinical Sciences curriculum are expected to be in attendance 100% of the time. It is up to each individual hospital to enforce its attendance rules, and RUSM students are expected to abide by those rules. Student work hours are aligned with Accreditation Council for Graduate Medical Education (ACGME) duty hour requirements.

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

**Dropping a Rotation**

Students are not permitted to drop a clinical rotation within 30 calendar days of the start date, or after beginning the rotation. Exceptions to this policy may be made by the Senior Director for Clinical Student Affairs, at his or her discretion.

If a student drops a clinical rotation within 30 calendar days of the start date or after beginning the rotation, without permission of the Senior Director for Clinical Student Affairs, the student will be subject to the following:

- Being held personally responsible for the tuition costs of the entire rotation (the weekly amount is determined by dividing the tuition for one semester by the number of weeks in the semester).

- Receiving an F grade.

- Not being permitted to begin another clinical rotation until after the end date of the rotation he/she has dropped.

- Not having priority in re-scheduling.


**Residency Interviews**

It is unacceptable for a student to miss multiple days to interview for residency positions. Students should plan ahead to take time off during the interview period (October - January). Short (2-3 week) electives can be done so those interviews can be scheduled between them.

## TECHNICAL STANDARDS

**Qualifications for Doctor of Medicine Degree Candidates**

**Introduction**

The Liaison Committee on Medical Education (LCME) has recommended that all medical schools develop technical standards to assist them in determining whether applicants for admission candidates seeking the degree of Doctor of Medicine are qualified to pursue a career in medicine. This document, "Qualifications for Doctor of Medicine Degree Candidates" (Qualifications), contains RUSM's technical standards which are based on guidelines produced by the Association of American Medical Colleges. All applicants who reach the interview stage will be required to read the Qualifications and to sign a copy of the attached form to indicate that they understand the Qualifications. The signed form is kept as a permanent part of the record of all matriculating candidates. Students need to be able to meet all Technical Standards with or without a reasonable accommodation.

**Technical Standards**

Medicine is a physically and mentally demanding profession in which practitioners are asked to place the interests of their patients above their own, which requires commitment to a life of service and dedication to continuous learning. The rigorous four year RUSM curriculum is where candidates begin to develop the qualities necessary for the practice of medicine. It is during this period of medical education that the candidate acquires the foundation of knowledge, attitude, skills, and behaviors that he or she will need throughout his or her professional career. During this period, it is critical for RUSM to evaluate whether the candidate is qualified to receive a degree of Doctor of Medicine. RUSM has a responsibility to society to train physicians who are competent to care for their patients with critical judgment, broadly based knowledge, and well-honed technical skills. The abilities that physicians must possess to practice safely are reflected in the technical standards that follow. Thus, applicants and candidates must be able to meet these standards and successfully complete all identified requirements to be admitted to RUSM, to progress through the curriculum and ultimately, to receive the degree of Doctor of Medicine. Candidates for the degree of Doctor of Medicine must be capable of performing in defined areas: Visual, Oral-Auditory, Motor, Sensory, Cognitive, and Social.

A.  **Visual**

Candidates must be able to observe and participate in experiments in the basic sciences, e.g., physiologic and pharmacologic demonstrations and microscopic studies of microorganisms and tissues. In order to make proper clinical decisions, candidates must be able to observe a patient accurately. Candidates must be able to acquire information from written documents, films, slides or videos. Candidates must also be able to interpret X-ray and other graphic images, and digital or analog representations of physiologic phenomena, such as EKGs with or without the use of assistive devices. Thus, functional use of vision is necessary, close and at a distance.

B.  **Oral-Auditory**

Candidates must be able to communicate (both verbally and in writing) effectively, sensitively, and rapidly with patients and members of the health care team. Candidates must be fluent in English. In emergency situations, candidates must be able to understand and convey information essential for the safe and effective care of patients in a clear, unambiguous, and rapid fashion. In addition, candidates must have the ability to relate information to, and receive from, patients in a caring and confidential manner.

C.  **Motor**

Candidates must possess the motor skills necessary to perform palpation, percussion, auscultation, and other diagnostic maneuvers. Motor skill demands require reasonable endurance, strength, and precision. Candidates should have sufficient motor function to be able to do basic laboratory tests (urinalysis, CBC, etc.), carry out diagnostic procedures (proctoscopy, paracentesis, etc.) and read EKGs and X-rays. A candidate should be able to execute motor movements reasonably required to provide general care and emergency treatment to patients. Examples of emergency treatment reasonably required of physicians are

cardiopulmonary resuscitation, the administration of intravenous medication, application of pressure to stop bleeding, the opening of obstructed airways, the suturing of simple wounds, and the performance of simple obstetrical maneuvers. Such actions require coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision.

D.   **Sensory**

Candidates need enhanced sensory skills, including accuracy within specific tolerances and functional use for laboratory, classroom, and clinical experiences. Students who are otherwise qualified but who have significant tactile, sensory, or productive disabilities must be evaluated medically to determine whether they are able to perform adequately in a medical setting with or without a reasonable accommodation. These disabilities include individuals who were injured by significant burns, have sensory motor deficits, cicatrix formation, or have malformations of upper extremities.

E.   **Strength and Mobility**

Candidates must have sufficient posture, balance, flexibility, mobility, strength, and endurance for standing, sitting, and participating in the laboratory, classroom, and clinical centers.

F.   **Cognitive**

In order to effectively solve clinical problems, candidates must be able to measure, calculate, reason, analyze, integrate, and synthesize in a timely fashion. In addition, they must be able to comprehend three-dimensional relationships and understand the spatial relationships of structures.

G.   **Social**

Candidates must possess the emotional health required for the full utilization of their intellectual abilities, for the exercise of good judgment, for the prompt completion of all responsibilities attendant to the diagnosis and care of patients, for the development of effective relationships with patients, and for effective functioning as a member of the health care team. Candidates must be able to tolerate physically taxing workloads and function effectively under stress. They must be able to adapt to changing environments, display flexibility and learn to function in the face of the uncertainties inherent in the clinical problems of patients.The unpredictable needs of patients are at the heart of becoming a physician. Academic and clinical responsibilities of students may require their presence during day and evening hours, any day of the week.

Students will be judged not only on their scholastic accomplishments, but also on their physical and emotional capacities to meet the full requirements of RUSM's curriculum, and to graduate as skilled and effective practitioners of medicine.

The following technical requirements apply:

1.   Is the candidate able to observe demonstrations and participate in experiments in the basic sciences?
2.   Is the candidate able to analyze, synthesize, extrapolate, solve problems, and reach diagnostic and therapeutic judgments?
3.   Does the candidate have sufficient use of the senses of vision and hearing and the somatic sensation necessary to perform a physical examination? Can the candidate perform palpation, auscultation, and percussion?
4.   Can the candidate reasonably be expected to relate to patients and establish sensitive, professional relationships with them?
5.   Can the candidate reasonably be expected to communicate the results of the examination to the patient and to his or her colleagues with accuracy, clarity, and efficiency?
6.   Can the candidate reasonably be expected to work as an effective member of the health care team?
7.   Can the candidate reasonably be expected to learn and perform routine laboratory tests and diagnostic procedures?

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

45

8. Can the candidate reasonably be expected to perform routine invasive procedures as a part of training using universal precautions without substantial risk of infection to patients?

9. Can the candidate reasonably be expected to perform with precise, quick, and appropriate actions in emergency situations?

10. Can the candidate reasonably be expected to display good judgment in the assessment and treatment of patients?

11. Can the candidate reasonably be expected to possess the perseverance, diligence, and consistency to complete the RUSM curriculum and enter the independent practice of medicine?

12. Can the candidate reasonably be expected to accept criticism and respond by appropriate modification of behavior?

# ADMINISTRATIVE

## CONTACT INFORMATION

RUSM communicates important information with students through school-assigned e-mail addresses.  Students should use their official RUSM e-mail account to send and receive school-related messages.  RUSM requests that students provide alternate e-mail addresses for use in the unlikely even that school e-mail systems are inoperative. Students are responsible for ensuring their contact information is accurate.  Please remember to update contact information at the beginning of semester 1, during the transition to AICM, and during clinical years.  Contact information can be updated through myROSS.

## LEAVES OF ABSENCE, WITHDRAWALS AND DEFERRALS

The RUSM curriculum is designed to offer a series of integrated learning experiences that build upon one another. Interruptions to this educational schedule, therefore, create undesirable breaks in the continuous learning process. Interruptions are of concern to medical licensure boards, and they can also affect financial aid eligibility and loan repayment status. Therefore, absences are approved only under extraordinary, well-documented circumstances.

The profession of medicine demands a great deal of time and attention; many components of the medical education program cannot be made up or remediated. You will frequently be required to make tough choices concerning the competing demands of educational and personal interests. Prior to submitting a request for an absence, you should carefully consider your priorities in terms of successfully completing your RUSM medical degree. Typically, excused absences will only be granted if you have a significant, unavoidable conflict and can make up missed activity. Students are advised to consult with the Associate Dean of Student Affairs or the Senior Associate Dean for Student Affairs, as appropriate, to discuss plans for any interruption of their studies.

### Emergency Leaves of Absence (ELOA)

On occasion, students may need to interrupt their enrollment during a semester for unavoidable, non-academic reasons. With the approval of the Associate Dean of Student Affairs (or her/his designee), a student may be temporarily excused from classes during a semester due to documented emergency circumstances. These include severe illness or major injury to the student, or a similar emergency or death in the student's immediate family. If an emergency leave of absence is granted, the following conditions apply:

- *Documentation*. Documentation of the emergency is required for ELOA approval. If the student does not provide documentation, the ELOA may be nullified and the student's absence will no longer be considered excused.

- *Timeframe*. If the student is able to return within two weeks of such an emergency and complete all coursework for that semester, his or her absence will be constituted as an Emergency Leave of Absence (ELOA), and will have no effect on enrollment status.

- *Frequency and SAP*. For students on ELOA, the interrupted portion of the semester will not be counted when determining time limits for satisfactory academic progress. No more than one ELOA will be granted per semester.

- *Conversion to Approved Leave of Absence*. Students must return from an ELOA within the two-week timeframe. Those who do not return within this period will be administratively withdrawn.

## Unauthorized Leaves

Except when granted an emergency leave of absence as outlined above, students who leave during a semester or a scheduled clinical clerkship will be administratively withdrawn.

Students wishing to return to RUSM after an unauthorized leave must apply for readmission. The past performance of these students will be reviewed by the Readmission Committee to determine whether they can be readmitted, and if so under what conditions (such as academic probation).

*Exception for Clinical Clerkship Breaks*. Due to scheduling constraints between clinical clerkships (and external institutions' procedures), brief breaks in study may occur. Such breaks, if shorter than four weeks, have no impact on the student's enrollment status. The *Financial Planning Guide* offers information about the loan disbursement policy for longer gaps in study.

## Student Withdrawals

Students may voluntarily withdraw from enrollment. They must then apply for readmission if they wish to return to RUSM, and will be subject to the tuition policy for withdrawals and loan refund federal policy (See *Tuition Refund Policy for Withdrawals*). Readmission is not guaranteed but applications will be reviewed by the Readmission Committee. Readmitted students will typically be subject to all academic policies and tuition and fees in effect at the time of re-enrollment, without any "grandfathering" provisions based on their original admission. Student withdrawals are governed by the following policies:

- *Application for Withdrawal*. Students may not withdraw from a single course/block during a semester; they must withdraw completely from RUSM. Within the Foundations of Medicine curriculum, students may begin the withdrawal process by completing an Application for Withdrawal form available at http://www.rossu.edu/medical-school/shared-content/documents/DominicaWithdrawal.pdf, and also at MyRoss. They must then obtain all required clearances and approvals.

- *Transcripts*. Students withdrawing from RUSM will receive "W" (if no exams were taken), "WP" or "WF" on their transcripts depending on whether they were passing or failing a block at the time of their withdrawal (see Student Grading and Promotions). All approved withdrawals must then be submitted to the University Registrar.

- *Refunds*. Refunds, if required, will be determined by the last academically-related activity.

- *Readmission with "WF."* Students who receive "WF" in any block at the time of withdrawal will be reviewed by the Readmission Committee to determine whether they are eligible for readmission.

    o Students who were failing one or more courses at the time of withdrawal will be put on academic probation if they are readmitted.

## Deferrals

Prior to the start of classes, students admitted to a specific semester may request to defer their admission to a subsequent semester. The following policies apply to deferrals:

- *Timeframe*. This privilege is limited to no more than the upcoming two semesters. Students who do not begin enrollment during that period are considered deactivated and must re-apply for admission.

- *Applications and Requirements*. Applications for deferrals must be made to the Admissions Office. Students deferring to a future semester must meet all the requirements in effect for that semester.

- *Week One Deferrals*. Entering students who, following their initial check-in on campus, wish to defer their enrollment to the following semester may do so through Student Affairs. This option is only available during week one of the semester.

- *Deactivation*. On occasion, students who are admitted for a given semester do not arrive on campus to check-in for that semester, and they do not request a deferral. These students are administratively withdrawn and are considered to have deactivated their applications. They must re-apply for admission.

## Disciplinary Dismissals

RUSM may implement disciplinary actions for non-academic infractions that may result in suspension or dismissal. Students may be dismissed from RUSM for poor academic performance, violations of the Honor Code, or for disruptive or unprofessional behavior (for further examples, please see the **Code of Conduct and Disciplinary Actions**).

As a general RUSM policy, students who are dismissed will not be considered for readmission. Dismissal of this kind during an academic semester does not warrant reduction of tuition and fees.

## PHOTOGRAPHY & VIDEO IMAGING POLICY

### 1. Purpose

1.1 The purpose of this Policy is to ensure that any type of photography such as still pictures, video and film recorded or broadcast by any means including storage by electronic media, which occurs in or around the facilities of RUSM is not used for commercial purposes and that it does not interfere with the educational, scholarly or administrative functions of the institution, or impair any individual's right to privacy.

### 2. Scope

2.1 This procedure applies to all visitors, faculty, staff and students. Pictures are not for publication or public distribution unless approved by the Dean or the Dean's designee.

2.2 All individuals found to be in violation of this policy are subject to institutional discipline up to and including expulsion.

### 3. Procedure

Photography is generally permitted as long as it is in good taste and for personal use. Prior permission from the Dean or the Dean's designee is required when (1) the photography is for commercial purposes; (2) photography has questionable content (3) the photography is intended for a political purpose; ( 4) the photography will require set up of any equipment which could impede normal activities on campus; or (5) the photography involves human specimens or cadavers. Photography shall be considered to be for commercial purposes if it is intended to be sold or otherwise exchanged for value, or is for any use that could imply endorsement of a product or service. Photography will be considered to be for a political purpose if it is used

or intended to support or oppose either a candidate for any public office, or any particular point of view on an issue of public concern or debate. Photography will be considered questionable in content if it may be viewed as libelous, defamatory, predatory, lewd or pornographic.

Photography for films or videos may require submission of storyboards or scripts prior to approval. All photography permissions are for designated times and dates. RUSM does not guarantee that any specific area or activity on campus will be available at the requested time or date. Permission by RUSM must specify designated times and dates in writing and be signed by the Dean or the Dean's designee. RUSM may withhold its permission or require conditions for its permission at its discretion.

Permission of RUSM does not include or imply any permission to photograph any individual, regardless of whether such person is a staff member, patient, student or visitor to the RUSM facilities. Photographers are reminded that they need to obtain the permission of each individual photographed and that commercial use of an individual's image or likeness typically requires written consent of that individual.

In the event of an incident or emergency requiring police, fire or other emergency response personnel, access to areas previously open to photographers may be barred or limited to allow emergency personnel to ensure safety and security. Depending on the nature of the photography, the amount of equipment used and the location of the photography, proof of general liability insurance may be required. Specific contractual arrangements must be negotiated in advance.

## REGISTRATION AND OTHER REGISTRAR SERVICES

### Registration for New Students

As a new student, you have much to do to prepare for your medical education at RUSM.  Your Welcome Packet contains information and forms you need to complete your acceptance, and your enrollment is contingent upon your submission of all required documentation by the end of your first semester. The University Registrar is available to assist you during the process.

Please take seriously your obligation to complete and submit all forms in a timely manner.  Your offer of admission lists any documentation needed by the University Registrar to complete your enrollment, including immigration paperwork necessary for obtaining a student visa. If all documentation is not submitted by the end of first semester, you will be subject to administrative withdrawal and may lose the privilege to register for a subsequent semester.

### Visa Requirements Prior to Check-in Of Incoming Students

During your studies you will be considered a guest in Dominica.  As such, you will be required to comply with all local and international immigration law.  The University Registrar and Immigration Advisor are available to guide you.

Non-resident visitors from many countries can be granted a Visa, good for up to six months, upon entry.  Citizens of certain countries require an entry visa which must be obtained prior to arriving in Dominica. Students who do not obtain a visa during their first semester will not be allowed to register for second semester and may be administratively withdrawn.

Please see the campus Student Services Department for more information, and submit all visa-related requests to the RUSM Immigration Advisors.

## Foundations of Medicine Registration and Check-In

Students enrolled in the Foundations of Medicine curriculum must:

- Register online
- Check-in in person on campus
- Provide a valid student ID card

These steps must be completed by the deadlines established by the University Registrar. These deadlines and the schedule for check-in and registration are updated regularly by the Campus Registrar. For further information, please see the Campus Registrar and/or MyRoss.

## Student ID

To ensure proper identification and to complete check-in, students must present their official RUSM identification cards. To replace lost ID cards for students (and companions), there is a charge of XCD $25. Please see on-campus Student Services Department for more information.

## Late Check-In

Late check-in must be approved in advance by the Associate Dean for Student Affairs. Students checking in late without prior approval will be charged a late check-in fee of US $200/day. A waiver of the late check-in fee may be granted only in cases of medical emergency or flight delay/cancellation that were outside of the student's control.

Students who request a waiver of the late check-in fee must submit a Petition for Late Arrival form with supporting documentation of emergency circumstances. This form is available online at http://www.rossu.edu/medical-school/currentstudents/formsandbooks.cfm. Fully completed forms may be submitted to the campus Registrar via e-mail or fax:

E-mail: Registrar@RossU.edu
Fax: 732-509-4820

Students arriving on campus after the end of the check-in period established for each semester may not be checked-in for that semester and may be administratively withdrawn. Any financial aid disbursements received by RUSM will be returned to the lender.

## Tuition and Fees

The deadline for tuition and fees is set by the Office of Student Finance, and generally falls about 15 days before the start of classes. Tuition is deferred for students receiving financial aid until they check-in in-person. At that point, only students with approved financial aid and/or those sponsored by a RUSM-recognized, third-party payer will be allowed to register—unless approval is granted by the University Director of Student Finance or designee.

Where the University Director of Student Finance authorizes registration with late payment, the student must complete a promissory note and remit payment within 30 days of the beginning of the semester. Late payments are subject to a US$75.00 late fee. Under the terms of the note, the student may be considered for an administrative withdrawal based on non-payment. If non- or under-payment occurs, the student may not receive credit for that semester.

**Clinical Science Segment Registration and Check-In**
Students in the Advanced Introduction to Clinical Medicine must:
   a)   Register online by the deadline established by the University Registrar
   b)   Check-in in person at their AICM location on the first day of the semester

Students are assigned to clinical clerkships once they have completed the following:
   1.   Received passing scores in the AICM course
   2.   Passed the USMLE Step 1
   3.   Submitted documentation of these scores to the University Registrar (including both sides of their USMLE report)
   4.   Submitted health records and required documentation to the Office of Clinical Clerkships
   5.   Received financial clearance from the University Director of Student Finance

All clerkship assignments are made by the Office of Clinical Clerkships.  In general, clerkship programs will be taken according to a pre-arranged schedule. Students will be notified of their entry into a given program via written confirmation from the Office of Clinical Clerkships. Students in the clinical clerkship curriculum are initially scheduled for 30 instructional weeks (two 15-instructional-week semesters).  Students must schedule through the Office of Clinical Clerkships and be present on the first day of a clinical segment.  Failure to do so will result in administrative withdrawal.

Students who decline their clerkship schedule must sit out for a semester (15 calendar weeks) before reassignment. A student who fails to decline in a timely manner and who does not attend a scheduled clinical clerkship will receive an "F" on his or her transcript for that clerkship, and will be subject to further disciplinary action from RUSM.

Students performing clerkships are considered enrolled full-time, provided they are scheduled for a minimum of 9 instructional weeks. The calendar period in which 15 instructional weeks of clerkships are completed defines the semester for that student.

For the Clinical Clerkship segment, non-resident, non-U.S. citizens may require a visa to enter the U.S. Further instructions and information are available in the Clinical Clerkship Program Guidelines posted on the student portal.


## Other Registrar Services

### Transcript Requests
Students may request official transcripts from the University Registrar at www.rossu.edu/myross/. Requests cannot be taken by telephone. Transcripts cannot be released until all financial obligations to RUSM have been met and any missing administrative documents have been received.

To obtain an unofficial transcript, students may view and print their unofficial grade reports from the MyRoss website.

### Enrollment Verification Letter Requests
Enrollment Verification Letters can be printed from myRoss.  Additionally, students may request an official letter of Enrollment Verification (for student loans, visa requests, etc.) by submitting a request online at www.rossu.edu/myross/. Students should allow at least 10 business days for processing.

**Clinical Evaluation Requests**

Students may request a copy of their clinical evaluations after grades are posted by submitting a request online at www.rossu.edu/myross/. Students should allow at least 10 business days for processing.

## RELIGIOUS OBSERVANCES

RUSM is non-sectarian, and as such does not close for the religious holidays of any specific denomination or group. Students who miss classes or laboratories for any reason will be responsible for the content of all missed course work. Examinations that are scheduled to occur on religious holidays generally will not be rescheduled.

## STUDENT COMPLAINT PROCEDURE

**STUDENT COMPLAINT PROCEDURE**

Ross University School of Medicine (RUSM) is deeply committed to creating a productive learning environment free from harassment or discrimination and which provides students appropriate resources and support.  In keeping with that commitment, RUSM has developed this Student Complaint Procedure, which is intended to advise students on how to raise and resolve any complaints or issues with RUSM, including (by way of illustration only) such diverse topics as dissatisfaction with services provided at a campus or clinical location, or discrimination or harassment in violation of RUSM's policies.  Students are expected to adhere to this policy when raising complaints *against RUSM* or *any RUSM colleague*.  Students who wish to file a complaint regarding *a fellow student's conduct* should consult the Honor Code and Constitution section of the RUSM Student Handbook.

RUSM advises students that RUSM takes complaints very seriously and expects students to use good judgment in raising and attempting to resolve a complaint.  Students are expected to adhere to the Honor Code and Code of Conduct at all times; raising a complaint that contains false allegations or for an improper purpose, such as to gain an unfair advantage academically, will be deemed a violation of the Honor Code and/or Code of Conduct and may subject the student to disciplinary action.

RUSM also reminds students that, as physicians in training, they are expected to adhere to a set of Technical Standards, which includes social skills such as problem solving and the ability to work as an effective member of a team.  Accordingly, RUSM expects that students will attempt to resolve conflicts in a mature and appropriate manner, while being respectful of, and attempting to maintain a collegial relationship with, those involved.  In most circumstances, and in keeping with the Technical Standards, RUSM expects students to attempt to resolve their complaints informally and through respectful discourse as outlined below.  RUSM acknowledges, however, that not all complaints are amenable to informal resolution, including but not limited to complaints involving sexual harassment, discrimination or other serious allegations of misconduct by a RUSM colleague.  Further, because no policy is one-size-fits-all, though, RUSM reserves the right to deviate from this policy if the circumstances of a particular complaint call for additional flexibility.

**Informal Complaint Process**

This initial process is followed to attempt to resolve the matter orally or in writing with the individual(s) most directly connected to the student's complaint.  If the student is not comfortable discussing the matter with the individuals most directly involved, the student may take his or her informal complaint to a liaison not directly involved, such as the Associate Dean of Student Affairs for students in the foundational science semesters or Jeanie Robertson for students in clinical semesters.  If a complaint pertains to the Associate Dean of Student Affairs or Jeanie Robertson, you should contact the Senior Associate Dean for Student Affairs.

A complainant pursuing informal resolution of his/her complaint usually is not required to submit a written complaint to initiate the process.  Under these informal procedures, the student may, at any time, elect to stop further action by withdrawing the complaint, subject to the confidentiality provisions noted below, and with the understanding that, depending on the nature of the allegations, RUSM may be obligated to investigate the complaint with or without the complainant's involvement.

Complaints addressed informally may not be investigated to the same degree as formal complaints.  Mediation may be used as a method for resolving the complaint informally, but not all complaints are appropriate for mediation; for example, allegations of sexual assault typically are not appropriate for mediation.

Adopting informal procedures for addressing complaints does not mean that RUSM does not take these complaints seriously.  Informal procedures simply provide an alternative method for addressing complaints, which are in keeping with RUSM's Technical Standards. The complainant can also decide to file a formal complaint as described below at any time.


**Formal Complaint Process**
If the informal procedure is not appropriate or does not yield a successful resolution, the student can file a formal complaint in the following manner:

    A.     When to File a Complaint
           Complaints should be filed by the student as soon as possible and, in any case, within 30 days after the end of the semester in which the concern arose.  It is the student's responsibility to raise a complaint in a timely manner such that corrective action, if appropriate, can be taken *before* the student suffers an adverse consequence such as a poor grade.

    B.     What to File
           A formal complaint must be in writing and include the following:
- The complainant's name, student ID#, address, email address, and phone number.
- A complete description of the concern/issue – including date, location, and all individuals involved, or who witnessed or otherwise have knowledge of the events and circumstances giving rise to the complaint.
- A description of what efforts have been made to resolve the issue informally.
- A statement of the resolution requested.

           If a student is hesitant or unwilling to put a complaint alleging discrimination, harassment (including sexual misconduct) or other unlawful conduct in writing, he or she is encouraged to discuss his or her concerns with the Associate Dean of Student Affairs

    C.     Where to File Complaint
           The complaint shall be filed with the Associate Dean, if pertaining to the foundational sciences semesters, or Jeanie Robertson, if pertaining to the clinical semesters.  The written complaint can be submitted electronically or in person.

           If a complaint pertains to the Associate Dean of Student Affairs or Jeanie Robertson, the complainant should contact the Senior Associate Dean for Student Affairs.

    D.     Notice of Receipt
           Upon receipt of the formal complaint, the designated point of contact (Associate Dean or Jeanie Robertson), alternate (Senior Associate Dean for Student Affairs) or his or her designee will initiate an investigation.  Through the course of the investigation, the designated point of contact

or alternate may interview or consult with and request information regarding issues from the complaining student and any other individuals believed to have relevant information, including faculty, staff, and other students.

F.      Findings and Notification
        Upon completion of the investigation, the designated point of contact or alternate will report the findings of the investigation and any proposed resolution to the complainant.

G.      Appeal
        Within 10 calendar days of the issuance of the final report, the complainant may appeal to the Dean.  Appeals must be submitted in writing and must state a basis for the appeal.  Bases on which a student may appeal are:
        - There is new evidence that was unavailable at the time of the original investigation that would affect the outcome of the original decision.
        - There were procedural irregularities in the complaint process that affected the outcome.
        - The findings of the investigation were not based on, or ignored, substantial evidence.
        - The proposed resolution was not reasonable based on the evidence compiled during the investigation.

        The decision of the Dean on the appeal is final.

**Confidentiality Policy for Student Complaints**
RUSM wishes to create an environment in which individuals feel free to discuss and redress concerns and complaints.  RUSM understands that complainants, witnesses, and others involved in the investigation process may be concerned about the confidentiality of information they are sharing.  In some cases, however, RUSM may be obligated to take action when it becomes aware of information relating to a complaint.  Confidentiality will be maintained to the extent possible and consistent with RUSM's obligations in investigating complaints.

Once an individual discloses identifying information to RUSM through the processes described above, he/she will be considered to have filed a complaint with RUSM.  While the confidentiality of information received, the privacy of individuals involved, and compliance with the wishes of the complainant or witnesses cannot be guaranteed, they will be respected to the extent possible and appropriate.

**Retaliation Policy regarding Student Complaints**
RUSM prohibits retaliation against anyone who reports an incident of alleged harassment, discrimination or other unlawful conduct, or any person who assists or participates in a proceeding, investigation or hearing relating to such allegations.

Retaliation includes, but is not limited to, any form of intimidation, reprisal, or harassment. All complaints of retaliation should be reported in accordance with the complaint procedures outlined above.  If the procedures outlined above would result in the student being required to submit his or her complaint to the person whom he or she believes is retaliating against him or her, the student may submit the retaliation complaint to the campus or location leader, who will determine an appropriate party to address the retaliation complaint.

Submission of a good-faith complaint or report of harassment, discrimination or other unlawful conduct will not adversely affect the complainant's future grades, learning, or academic environment.  RUSM will discipline or take appropriate action against anyone who retaliates against any person who reports an incident of alleged harassment,  discrimination, or other unlawful conduct, or who retaliates against any person who testifies, assists or participates in a proceeding, investigation or hearing related to such allegations.

## STUDENT LOAN DEFERMENT, TUITION PAYMENT AND REFUNDS

At RUSM, we know that tuition and loans are an important aspect of our students' education. We are committed to providing clear information to facilitate our students' financial responsibility. In this section of the Handbook, we'll describe possibilities for student loan deferment while you study. We'll also provide information about how to pay your tuition and receive tuition refunds during withdrawals and leaves of absence.

### Student Loan Deferment

If you have previously received student loans at other institutions, you may wish to defer repayment while matriculated at RUSM.  RUSM provides enrollment data to the National Student Clearinghouse which will be accessible to your loan lenders.  There are certain cases (i.e. private loans) where you may need to complete a form from your lender and obtain a verification of enrollment from RUSM.  The enrollment verification letter is available at the MyRoss website, and should be mailed to your lender with the deferment form.

Please be advised that loans cannot be deferred during curriculum gap periods of more than four weeks. This includes gaps due to studying for, sitting for, and waiting for passing results for the USMLE.

### Tuition during Remedial Semesters

Full-time tuition is charged for students who are registered full time (nine or more credits).  Students must pay full-time tuition even if they are repeating courses.

Any student wishing to retake a failed course is required to repeat all blocks in the semester.  Students who are allowed to repeat coursework must also enroll in the Essential Lifelong Learning Skills (ELLS) remedial course. Upon successfully completing all courses with passing grades, students may progress to the next semester.

### Tuition Refund Policy for Withdrawals and Leaves of Absence

Tuition policies are administered in accordance with federal guidelines. (Please see **Title IV: Disclosure of Consumer Information** for further detail.)

A withdrawal occurs when a student's enrollment is permanently discontinued or, in some cases, even temporarily interrupted (see below for further information on leaves of absence). An official withdrawal occurs when the student notifies the Associate Dean of Student Affairs and the University Registrar in writing; an unofficial withdrawal occurs when the student does not give written notification. For financial aid and tuition purposes a leave of absence is treated as a withdrawal.

The effective date of withdrawal is normally the student's last academically related event. When a student withdraws, RUSM assesses tuition based on the period he or she attended, and in correspondence with federal loan entitlement regulations. These are as follows:

- If a new student withdraws prior to the start of the first semester, no tuition charges are due; however, acceptance deposits are forfeited.

- If a continuing student withdraws prior to the start of a subsequent semester, no tuition charges are due.

56

- If a student withdraws during the first 60% of a semester, tuition charges are directly prorated based on the portion of the semester that has elapsed. As semesters are normally 15 weeks in length, tuition is usually prorated for withdrawals during weeks one through nine.

- Per federal regulations for withdrawal during the first 60% of a semester, student loan entitlement is recalculated. RUSM and the student are each proportionally responsible for returning "unearned" financial aid to the relevant lender(s).

- If a student withdraws after the first 60% (after completing the ninth week) of a semester, the full tuition charges remain due.

**Tuition Policy during Leaves of Absence**

Academic Leaves of Absence (ALOA) may be authorized in limited circumstances (see Leaves of Absence).  For financial aid purposes and tuition adjustments, an ALOA is considered the same as a withdrawal.  Requesting and receiving an ALOA will have an impact on your obligation to repay tuition and student loans. For purposes of student loan deferment, a leave of absence is the same as a withdrawal and loans will go into repayment status as of the last academically related event.

A student who begins an ALOA during a semester and sets a return date at the beginning of the next semester will be reported as "not enrolled" to all lenders. However, the student is not required to reapply for admission to RUSM following such an ALOA.

For more information on loan repayment obligation during leaves while taking the USMLE, please see the section of this Handbook on Licensure to Practice Medicine in the U.S.

# DOMINICA

## DOMINICA CAMPUS STUDY SPACE POLICY

Amended September, 2009
Amended April 2011 - (some study areas redefined and clarification of where to find policy)
Amended July, 2012 – see (group study space section added)

1. PURPOSE
   1.1 This document outlines the policy of RUSM, regarding study space on campus. It is designed to allow equal access to study space for all students.

   1.2 To encourage students to be responsible for their personal belongings.

   1.3 To encourage a professional and collegial atmosphere.

2. SCOPE
   2.1 This policy applies to all students of the RUSM. The <u>Individual Study Space Policy</u> applies to every area on campus is covered by this policy and the rules apply equally. The <u>Group Study Space Policy</u> applies to the Large Learning Lab during the specified hours. There are no exceptions to the study space policy.

3. PUBLICITY OF POLICY

   3.1 The policy will be advertised via email notification to all students. The policy will also be available on the G drive under G:\Student Affairs\Policies and Procedures.

   3.2 Incoming first semester students will be informed of the Study Space Policy at New Student Orientation and continuing students will be informed during their respective Continuing Student Orientations. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

**<u>Individual Study Space Policy</u>**

4. DEFINITION

   4.1 An individual study space is defined as any place on campus where a student might study, including, but not limited to classrooms, the library, RUH common study areas, open areas and the upper and lower seaside decks. There is no study space at the Campus Activity Center at any time – this applies to all three floors.

5. POLICY

   5.1 <u>Students must be physically present with their belongings at all times or they may be removed.</u> No student may leave their belongings for any length of time for any reason (see breaks) anywhere on campus.

   5.2 Each semester may utilize their semester classroom as a preferential study space. Other classes may use the space based on availability. The exception to this is classroom 4 which due to the unique schedule of the 4th semester curriculum is only to be used by 4th Semester Students.

5.3   Students studying in classrooms are limited to two adjoining spaces for study. If there are no study spaces available in a classroom and a student sees someone from another class occupying study space, they may politely ask them to leave. The expectation is that both parties will act respectfully and professionally. When students are finished studying, going to lunch or leaving for any reason other than a brief break (see breaks defined below). Students must collect all belongings and take them along. When they come back if someone else is in that space, then the student may find another vacant space in which to study. If either party becomes argumentative, they may be reported to Student Affairs, the Honor Council, and/or Grievance Committee.

5.4   Every other study space is available on a first come basis and limited to one table or one carrel per student. When a student comes to study they may stay and study as long as they like as long as they are physically present in the space.

5.5   This policy also refers to overnight squatting – meaning that no one may leave anything anytime, anywhere in a space overnight.

5.6   Breaks - If a student needs to take a break during study time they may leave their belongings unattended for a maximum of 60 minutes for all Study Spaces except the Library Computer Lab: 15 minutes maximum). Students are responsible for any unattended items. RUSM reserves the right to remove any unattended items.

5.7   There are no exceptions to the study space policy, every area on RUSM campus owned or rented property is covered by the study space policy and the rules apply equally.

5.8   Students are allowed to leave their belongings in any study space unattended without penalty during the lunch hour from noon to 1:00 each day of the week. No sweeps will be performed during this hour.

## Group Study Space Policy

6.   PURPOSE

6.1   This document outlines the policy of RUSM, regarding a group study space on campus. It is designed to allow students a place to study in small groups in a collaborative environment not bound by noise restrictions.

6.2   To outline the expectations and requirements for the use of the Large Learning Lab as a group study space.

7.   DEFINITION

7.1   The group study space is confined exclusively to the Large Learning Lab on campus. The hours of student use of the Large Learning Lab for the purposes of group study are Monday-Friday: 5:30pm-2:00am and Saturday and Sunday 8:00am-2:00am.

8.   POLICY

8.1   Students understand that the space is intended to be loud and that there are no restrictions on noise during the hours of Group Study Space in the Large Learning Lab.

8.2 Students must leave all tables and computer equipment in their original locations. The only furniture that is able to be moved are chairs and these must be returned to their original location when a student leaves.

8.3 No food is allowed in the Large Learning Lab during group study space hours.

8.4 Students must be physically present with their belongings at all times or they may be removed. No student may leave their belongings for any length of time for any reason (see bathroom breaks-section 4.9) in the Large Learning Lab. RUSM reserves the right to remove any unattended items.

8.5 Group Study Space is available on a first come basis and is limited to the availably of tables and chairs. When a student comes to study they may stay and study as long as they like as long as they are physically present in the space. When students are finished studying, they must collect all belongings and take them along.

8.6 The Large Learning Lab is a multi-purpose space and may be reserved by Student Clubs and Organizations for events during the Group Study Space Hours. These events must be scheduled 48 hours in advance on the Meeting Room Manager System and approved by Campus Life in Student Affairs. A schedule for the Large Learning Lab will be posted on the exterior doors for each week. Individual students and informal groups do not need to schedule a time to study in the Large Learning Lab, however scheduled events by Student Clubs and Organizations take precedent for use of the space during group study hours.

8.7 No one may leave anything to reserve space for themselves or a group without being physically present.

8.8 Any conflicts between students or groups of students over group study space are to be first resolved at the student level. Any concerns can be reported to Student Affairs to investigate and may be sent to Honor Council or Grievance Committee for resolution.

8.9 Breaks - If a student needs to take a break during study time they may leave their belongings unattended for a maximum of 60 minutes only. Students are responsible for any unattended items.

9. ENFORCEMENT

9.1 Security, housekeeping and Student Affairs are primarily responsible for enforcing the study space policy for both individual and group study space. This includes collecting items left unattended for more than 60 minutes for all study spaces except the Library Computer Lab (15 minutes maximum). Additionally faculty and staff may enforce the policy. Period "sweeps will take place and those enforcing the policy may come into a study space at any time, wait for 60 minutes, and then collect any unattended property.

9.2 Any items collected will be held in a room on campus which will be determined at the start of each semester and publicized via email. Items collected will be held for a maximum of 24 hours and available to be claimed at any time. Security officers will list and sign out the articles to the student claiming them.

9.3 Unclaimed items will be donated or sold at a publicly held auction.

9.4 RUSM, its employees or agents will be not responsible for lost, stolen or damaged items that are collected.

10. RAMIFICATIONS

10.1 Students who are non-compliant and/or argumentative and/or who violate the study space policy repeatedly may be taken to the Honor Council or Grievance Committee.

## DOMINICA FOOD AND DRINK IN THE LIBRARY POLICY

1. PURPOSE
   1.1 This document outlines the policy of RUSM, regarding consumption of food and drink in the library. It is designed to prevent or reduce the destruction of library material and computer wiring by rodents and other pests; to maintain a safe, healthy and clean environment for patrons of the library including its staff.

   1.2 To encourage persons to use alternative areas designated for the consumption of food.

2. SCOPE
   2.1 This policy applies to all members of the RUSM community, RUSM associates, contractors and their employees and visitors.

3. DEFINITION

   The **library** is that area of the campus which house materials, equipment of reference for students, faculty and staff. It comprises of books, journals, video tapes, cds, cameras, computers, photocopiers, offices and study rooms.

   **Food** is any solid or liquid matter which is taken by mouth to satisfy someone's hunger. Examples of food are, but not limited to ice cream, cookies, cake, sandwich, burger, bread, biscuits, fries, chicken, rice, soup, fruits, shakes and yogurt.

   **Drinks** are defined as any liquid matter which is taken by mouth to satisfy one's thirst. Examples include (but are not limited to) water, coffee, energy drinks, tea, juice and sodas, and exclude alcoholic beverages.

4. POLICY
   1.1 It is the policy of the library that no food will be allowed in the library at any time.

   1.2 Drinks are allowed in the library at any time.

   4.3 Students will be responsible for proper disposal of liquid containers.

5. ENFORCEMENT
   5.1 Representatives of the library or their designees, student government leadership and designated representatives of the SGA, campus security or other appointed persons will enforce the policy. Enforcement could include inspection of any articles brought into the library, periodic walk-throughs of study areas or other means of determining if food is present in the library.

   5.2 Students will be asked to produce their RUSM identification card at the time of the violation.

6. RAMIFICATIONS
   6.1 Students found to have food in the library will be in violation of the policy and ramifications may include removal of the food, and a fine.  Students with repeat violations may be referred to the Honor Council or Grievance Committee.

   6.2 The first time that a student is found in violation of the policy, the food will be removed and the student will be fined US$25.00. The student will be issued a receipt for the fine and his or her name will be

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

recorded as violating the policy. If the fine is not immediately paid and is still outstanding at the end of the semester, the student's grades will not be released and he or she will not be able to register.

6.3  The second time that a student is found in violation of the policy he or she will be issued a fine.

6.4  Any further violations of the policy will be referred to the Honor Council or Grievance Committee.

6.5  Failure to produce a student ID upon request or displaying non-professional behavior when confronted with the violation may result in further disciplinary action. Additionally the individual may be escorted off the campus, and have his or her photo taken for identification purposes.

7.  PUBLICATION OF POLICY
7.1  Initially the policy will be advertised via a pop-up on all RUSM configured computers. Additionally the policy will be posted on the doors of the library, announced in the library, publicized on media site and sent out via email by SGA representatives. The policy will also be available on the G drive under Student Affairs/Policies and Procedures/Library Policy.

7.2  Incoming first semester students will be given the library policy at orientation. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.


## DOMINICA PRINTING POLICY

1.  PURPOSE
1.1  This document outlines the print policy of RUSM including weekly student print quotas and additional print purchases on the Dominica campus.

2.  SCOPE
2.1  This policy is applicable to all students of RUSM at the Dominica campus. There are no exceptions to the print policy; every student is equally covered as outlined by the policy.

3.  DEFINITIONS
3.1  A print is defined as one side of a sheet of paper. A page is defined as two sides of a sheet of paper. A printing week is defined as the seven day period beginning immediately after midnight each Sunday morning and ending on Saturday night at midnight.

4.  POLICY
4.1  Student print quotas starting with the effective date of this policy will be 200 prints (100 pages) per week, according to the stipulations below.

    4.1.1  Initially the policy will apply only to first and second semester students.

    4.1.2  Effective September semester 2010, all students on the Dominica campus will receive the same quota which is 200 prints per week as described in 4.1.

4.2  At the end of each printing week students who have not used their allotted quota will forfeit the remainder of their quota; there is no rollover of print quotas.

4.3  In addition to the weekly print quota, any student wishing to purchase additional prints can do so from the accounts department. Additional prints are sold in increments of 50 prints for $10.00EC which is subject to change based on costs. The prints are available for purchase from the campus copy center.

4.4 Additional prints purchased are separate from the print quota. Additional prints purchased will rollover every week until they are used up.

4.5 No refunds will be given for unused prints even if the student departs RUSM or does not utilize the purchased prints.

4.6 Any printing problems encountered by students concerning the printing process including printer malfunctions, loss of prints or errors in printing can be reported to the printing contracting company, Campbell's Business Systems by means of a fault report. The fault reporting procedure is outlined online in the student resources page of the RUSM website and is also located at each print station.

4.7 No printing is permitted while classes or other scheduled activities are taking place in the classroom area.

5. RAMIFICATIONS
   5.1 Students who print during class time or when other scheduled activities are taking place may be reported to the class representative.

   5.2 Any other violations of the policy considered as unprofessional behavior will be evaluated on an individual basis and may result in other sanctions.

   5.3 Students are expected to treat printing equipment and staff who maintain the printing stations, with respect. Any unprofessional behavior could result referral to the Honor Council or Grievance Committee.

6. ENFORCEMENT
   6.1 SGA officers, class representatives and students are encouraged to hold their peers accountable for the policy. Additionally all faculty, staff or security representatives of RUSM are permitted to enforce the policy.

7. PUBLICATION OF POLICY
   7.1 At the beginning of each semester, a reminder of the policy will be sent out to the community via e-mail by Student Affairs.

   7.2 Student Affairs will distribute the print policy to incoming first semester students at orientation.

## DOMINICA SMOKING POLICY

1. PURPOSE
   1.1 This document outlines the policy of RUSM, regarding smoking on the Dominica campus. It is designed to maintain a safe, healthy and clean environment for all members of the campus community.

2. SCOPE
   2.1 The policy is applicable to all students, faculty, staff and visitors and includes all classrooms, RUSM owned and rented property or vehicles, private offices, shared spaces, the library, all study spaces, living spaces owned or rented by RUSM, laboratories, gymnasium, stairwells and all open spaces surrounding the above. In addition, there will be no smoking within 100 feet in any direction of the front gates of RUSM.

3. POLICY
The RUSM campus will be a non-smoking campus with exception of designated areas on campus where smoking will be allowed. These areas will be designated with signage and feature cigarette disposal receptacles. Smoking must remain within 6 feet of the marked areas listed below:

The western end of the grassy area across from the library and parking lot toward Classroom One within 6 feet of the posted sign.

At the annex – by the tree line at the back of the property by the posted sign.

For Jenner Hall – across the main access road.

For RUH – across the main access road, or public areas near RUH not owned or rented by RUSM.

For the Campus Activities Center area – outside the entrance gate.

4. DEFINITIONS
Campus is defined as all grounds owned or rented by RUSM.

5. RAMIFICATIONS
5.1  Individuals in violation of the policy will be directed to the appropriate smoking areas.

6. ENFORCEMENT
6.1  Faculty, staff, and security personnel will be responsible for the implementation of this policy.

7. PUBLICITY OF POLICY
7.1  New students entering RUSM will be given the restricted smoking policy during orientation. At the beginning of each semester a reminder of the policy will be sent out to the community via e-mail.

8. REVIEW
8.1  Review of this restricted policy will take place within one year of the effective date in consideration of a total smoking ban on campus.


## HOUSING IN DOMINICA

RUSM is committed to making your stay in Dominica as comfortable as possible by providing information about a wide range of housing opportunities for students and their families. Students should review the material provided in the Welcome Packet and in the housing database to arrange housing prior to arriving at RUSM.  Students may access the housing website through myRoss.

RUSM has a limited number of on-campus housing options, which are primarily reserved for first-semester students. Due to the minimal number of available rooms, these residences are assigned on a "first come, first served" basis. However, students also have access to many housing options within convenient walking distance of the campus. A few apartments are available for students with special needs.

Students are expected to abide by the RUSM Code of Conduct in both on- and off-campus living arrangements. Part of the RUSM honor code includes the avoidance of "any behavior deemed inappropriate of a medical professional that would otherwise reflect poorly upon RUSM and its representatives." If you would like assistance in finding appropriate accommodations, please call or email the RUSM Housing Coordinators at:

RUSM Housing
(767) 255-6400 or (767) 255-6433
Email: Housing@rossmed.edu.dm


## LIBRARY AND LEARNING RESOURCE CENTER

As the intellectual center of the RUSM, the Anne Ross Library and Learning Resource Center (LRC) enhances self-directed learning and supports evidence-based medicine. It will be one of the mainstays of your studies—providing services, resources, equipment and facilities to help you succeed.

While you are expected to purchase the required textbooks for each course, the library provides access to many electronic and online resources. To supplement your required readings, the library houses a full range of biomedical books, journals, study aids, audiovisual programs and computer-assisted materials.

*Hours*
The Library Director and staff are available to help students access and efficiently use the library's many resources during the following hours:

- Normal library hours: 22 hours per day, 7 days a week (closed 5:00 a.m. to 7:00 a.m. for cleaning)
- Library hours prior to exams: 24 hours per day

Any changes in library hours are posted on the front door in a timely manner.

*Protocol*
Normal library protocol applies in the Anne Ross Library. For instance, you will need to show your student identification card with barcode for all library transactions such as borrowing books, and using multimedia resources. Causing excessive noise and distraction is not allowed. Cell phones should be silenced and all calls taken outside of the library. Eating and smoking are not permitted. As the library is intended for RUSM students, faculty, and staff only, no children are permitted.

Students are expected to return library materials on time. Overdue fines are assessed to ensure the prompt return of high-use items. Failure to pay fines or return books will affect your ability to borrow other materials. It may also affect the release of final grades or the ability to register for classes.

*Personal Items*
When you leave the library, you are expected to take notes, books, and personal items with you. Since lost or stolen personal items are the responsibility of the student, you should take care not to leave valuables unattended. Student Life personnel and/or library security officers will remove all items unattended for longer than 15 minutes at computers, and 1 hour in study tables, carrels, and group study rooms as needed throughout the day, and during the 5:00 a.m. cleaning. These items will be available for pickup 24 hours following their receipt by security. Unclaimed items will be donated or sold at a publicly-held auction. RUSM, its employees or agents are not responsible for lost, stolen or damaged items that are collected.

*Prohibited Behavior*

Stealing or damaging library materials, equipment or furniture is a serious offense. Students will receive disciplinary action if they are caught vandalizing, mutilating, or stealing library materials, equipment, or furniture. Security cameras are in operation in all rooms of the library. Library staff will identify and warn students who consistently ignore the library rules. Any student who physically threatens a staff member will also receive disciplinary action.

*Feedback*

You are encouraged to make suggestions and provide input regarding library services, resources, and facilities to the Library Director or via the SGA.


# LIFE IN DOMINICA

RUSM is located on the beautiful Caribbean island of Dominica. Known as the "Nature Island," Dominica appeals to hikers, bikers, beachcombers, scuba divers, and those who simply appreciate spectacular, exotic views. Twenty-nine miles long and sixteen miles wide, it lies at the top of the Windward Islands in the West Indies. The landscape of Dominica is one of lush foliage draping cloud-shrouded, dormant volcanic peaks. Beautiful beaches alternate with dramatic cliffs along the coastline, surrounded by crystalline blue water and stunning vistas.

The island is laced with rivers fed by up to 40 inches of annual rainfall on the coast, and up to 300 inches in the tropical rainforests of the interior. Dominica's forests abound with rare birds, flowers and animals, including the world's largest parrot, a beaver without a tail and a giant frog. Lovely waterfalls, underwater cliffs, caves and volcanic springs contribute to Dominica's reputation as a preferred destination for eco-tourists seeking natural, unspoiled beauty.


## The People of Dominica

Although Dominica is located in the Caribbean, it is not considered a resort island. Its culture showcases a meld of Kalinago people, French, British, American and African influences. Most of the island's inhabitants speak English, though native Dominicans may also speak a French patois. The culture is friendly. Religion plays a central role in life on the island.

The local economy relies primarily on fishing or farming. Dominicans live mostly in villages near the coastal areas, as the interior is too mountainous for crop cultivation. Roseau is the capital and largest town; Marigot hosts the airport; and Portsmouth is home to RUSM. Roads connect these towns and provide access to outside attractions.

## RUSM and Dominica

As one of the premier Caribbean medical schools, RUSM is chartered by the government of Dominica. To build a mutually-beneficial relationship with the host country, the officials of RUSM are dedicated to working with the government of Dominica to improve the health and welfare of the local people, while simultaneously providing medical education of the highest quality. Students often participate in health fairs, disease prevention education, and work with local health care professionals as part of their supplemental education.

## Climate

Year-round temperatures in Dominica normally range from 75 to 85°F during the day, with comfortably cooler evenings and nights. There are two seasons: the dry season runs from December through June; and the wet season runs during the remainder of the year. Hurricanes are a risk in the early fall, as they are to most parts of the

Caribbean and southeastern U.S. Fortunately, the RUSM campus and community are well equipped to deal with tropical storms and hurricanes.

## Dress

The climate and local customs in Dominica dictate the style of dress. Because of the warm climate, most people find light cotton clothing to be the most comfortable. Since rain showers occur quite often—especially during summer and fall—umbrellas and light rain clothing are essential. On campus, casual clothes (shorts, sandals, sundresses) are worn most of the time. More formal wear, such as skirts or dresses for women, and slacks and shirts (no jeans or T-shirts) for men, are required for some social events and assignments to the Princess Margaret Hospital.

## Food

The cuisine of Dominica features a unique mix of African, Caribbean and European influences with a bright local twist. Expect dishes with rice, beans, plantains, and other fruits and vegetables, often with meat and often spicy. Local food is generally safe for consumption, and tap water is consumed by local residents, but we recommend students drink only boiled or bottled water. Food boiled in tap water is generally safe.

## Local travel

Travel within Dominica is best done by car.   Taxi services are readily available and reasonably priced, and official taxi fares are posted at the airports. Keep in mind that figures are listed in Eastern Caribbean dollars.

If you choose to buy a car or motorcycle, take note that driving is done on the left side of the road. Pedestrian traffic on sidewalks and stairways also stays to the left. You should be forewarned that Dominican roads are dangerous, especially for motorcyclists. Motorcyclists are required to wear helmets on campus, and we strongly advise that they be worn at all times.

## Communication

Telecommunications on Dominica are more than adequate: it has well-developed cable television, telephone, and wireless systems.

## Banking

Dominica uses Eastern Caribbean (XCD) currency, commonly referred to as EC dollars. The exchange rate officially hovers around 2.70 XCD dollars to one U.S. dollar. Most business establishments readily accept the U.S. dollar, but their exchange rate may be somewhat lower than the official rate. Local merchants and landlords will not accept personal checks drawn on U.S. and Canadian banks.

Banking facilities exist in both Portsmouth and Roseau, and students are advised to open a local account. During the work week, banks close at 2:00 p.m. On Fridays, they are open from 8:00 a.m. to 4:00 p.m. Unlike banks in the U.S., Dominican banks are closed on weekends. The bank on campus, National Bank of Dominica Ltd. (NBD), is open from 9 a.m. to 4 p.m. Monday through Friday. There are two ATMs on campus. Banks will negotiate U.S. checks, but it can take up to 30 days for personal checks to clear. However, NBD immediately clears all checks drawn against RUSM's accounts (including U.S. loan checks).

## Religion

A number of denominations are represented in Dominica. Students have organized Buddhist, Christian, Hindu, Jewish, and Muslim religious services.

## Local Laws

Students who travel to Dominica from abroad to study at RUSM should remember that they are guests in a foreign country, which has its own unique customs, laws and cultural norms.  Students and their guests, including family and friends, are expected to become familiar with and adhere to all local laws.  Students are reminded that failure

to adhere to local laws may result in serious repercussions beyond disciplinary action by RUSM but also include loss of visitor/student immigration status and/or criminal prosecution.

## PETS IN DOMINICA

Dominica requires an import permit for dogs and cats to enter the country. If you are planning to bring your dog or cat with you, please comply with the regulations of the Commonwealth of Dominica, which are available at http://www.rossu.edu/medical-school/documents/AnimalHealthGuidelines.pdf.

While you may bring your pet with you to Dominica, you should be aware that having your pet will limit your housing options. For instance, many landlords do not allow pets, or require an additional security deposit from pet owners. Reviewing the guidelines available online will help you make an informed decision about bringing your pet to Dominica.

See more about Animals on Campus.

## PREPARING FOR DEPARTURE FROM DOMINICA

 When the time comes for you to depart from RUSM, we hope you will have solid skills for the first steps of your fulfilling career, a network of many friends, and confidence in the path ahead of you. The following policies and recommendations regarding your departure from Dominica will help you move successfully to the next phase of your training.

### Debt
You must satisfy all local debts before you depart. The Dominican laws on debt are particularly strict. On some occasions when students have attempted to leave the country with unsatisfied debt, they have found themselves detained or jailed. Students are responsible for all debts to landlords, local restaurants, shops, phone companies, RUSM, and others.

Departing Dominica with outstanding debt to RUSM will prevent you from seeking clinical clerkships and proceeding to the next phase of your education. You will not be allowed to obtain needed transcripts from the New Jersey office until you have made arrangement for payment of your student obligations.

## SECURITY IN DOMINICA

RUSM takes campus security very seriously, so we maintain a security force on the campus to preserve the safety of our students. We urge you to promptly report all on- and off-campus incidents to the RUSM security force (by calling 767-235-9111) or to local police (by calling 767-445-5222).

*Statistics*
In accordance with U.S. Department of Education requirements, information is published annually about security and safety practices, and campus crime statistics. This information is distributed to current students, and is available upon request by any prospective student.

*On-Campus Security and Escorts*

To provide 24-hour security for RUSM, students, and staff, RUSM employs a cadre of security officers on its Portsmouth, Dominica campus. Security is available 7 days a week, 24 hours a day. Should you feel unsafe on campus, please call a uniformed security officer to serve as your escort: (767) 255-6234.

All security officers receive in-house training, which is supplemented by formal training at the Dominica Police Training School. Officers also provide security for the RUSM Clinical Facility at the Princess Margaret Hospital in Roseau, which students use during clinical assignments and clinical clerkships.

Security guards have authority to ask questions and request identification at any time. Criminal incidents will be referred to local law enforcement. All crime victims and witnesses are strongly encouraged to report incidents to both campus security and local police. Prompt reporting will ensure timely warning notices to the campus community and timely disclosure of crime statistics.

*Off-Campus Security*

Most student security problems occur off campus. While Dominica has a relatively low crime rate, students and visitors should still take the same precautions that they would take in major cities in the U.S. These include traveling in groups, locking the doors to accommodations and vehicles, and avoiding confrontations.

Students living in off-campus student housing facilities should check with their apartment landlords for specific safety procedures at their complexes. Although most complexes restrict access to apartments and provide keys for individuals, additional security measures vary from complex to complex. Crimes committed at off-campus housing should be immediately reported to Campus Security. They should also be reported as soon as is reasonably possible to the Student Affairs department.

# PROFESSIONAL CONDUCT

## ALCOHOL AND SUBSTANCE ABUSE POLICY

### Overview

Substance abuse is in direct conflict with the physician's charter to promote health. Faculty, administrators, and support staff should also recognize the potential for alcohol and drug abuse and avoid behavior that might be detrimental to this purpose. Because of the nature of the profession, we expect student conduct to conform not only to laws governing the use of alcohol and illegal substances, but also to exemplify a value for good health and a high standard of deportment.

These standards must be maintained during both your pre-clinical and clinical years of medical school, and the same restraint will be expected of you as physicians. Untreated abuse and/or dependence issues are unacceptable, and are cause for administrative action up to and including dismissal. Conviction of a felony in this regard prohibits your licensure as a physician.

These guidelines apply to all students, guests, and visitors on RUSM property or as part of any RUSM activity. The responsibility for knowing and abiding by these provisions rests with each individual. (See full RUSM policies at **Alcohol Policy** and **Controlled Drug Prescription Policy**.)

### Applicable Law

All members of the RUSM community shall abide by both the laws of the U.S. government, the Commonwealth of Dominica, and any local ordinances and regulations relative to the possession, consumption, distribution, transportation, manufacture and sale of alcoholic beverages or products.

Conviction for the possession or distribution of illegal drugs or alcohol will result in various penalties according to the nature of the offense. The prescribed penalties are included in the Drug Prevention (Of Misuse) Act, Chapter 40:07 of the laws of the Commonwealth of Dominica. According to this Act, "a person found in possession of a controlled drug in any school premises is deemed to have the controlled drug for the purpose of drug trafficking unless the contrary is proved, the burden of proof being on the accused." A prescription or letter from a physician is fair proof of the need to have a controlled substance and thus will not require a student to carry a medical record around with him or her.  On summary conviction of these charges, penalties include a fine of one hundred fifty thousand EC dollars and imprisonment for a term which may extend for fifteen years.

### Prohibited Activities

RUSM strictly prohibits the unlawful manufacturing, distribution, dispensing, use or possession of alcohol, illegal drugs and controlled substances or the misuse of prescription drugs on the RUSM  campus or the grounds of its affiliates (e.g., clinical teaching facilities).

### Penalties/Sanctions

All students are expected to be familiar with and to respect local and federal laws regarding the use and possession of drugs or alcohol. Violation of the law could subject the student to disciplinary action, up to and including dismissal and referral for prosecution.

RUSM will impose sanctions for violation of the standards of behavior both on and off campus, consistent with local and federal statutes and RUSM policies. Sanctions imposed depend upon the severity and frequency of the violation. Offenders may also be required to complete an appropriate rehabilitation program, in addition to or sometimes in lieu of disciplinary actions.

## RUSM Sanctions

Violation of RUSM alcohol and substance abuse policies are considered violations of the Honor Code. Sanctions include, but are not limited to: probation, probation and referral for treatment and rehabilitation (without adjudication), suspension, expulsion, and referral for prosecution, as appropriate. Individuals disciplined under these policies have the right to an appeal, in accordance with RUSM's grievance protocol.

Students convicted of drug possession under US federal law are ineligible for federal student grants and loans for up to one year after the first conviction, and five years after the second. The penalty for distributing drugs is loss of benefits for five years after the first conviction, ten years after the second, and permanently after the third conviction.

## External Sanctions

RUSM sanctions are separate from applicable civil or criminal laws. Violations of RUSM standards may also violate federal, state and local laws of the U.S., England and the Commonwealth of Dominica, or other appropriate governance body.

Violators will be subject to all appropriate penalties within the jurisdiction of the offense. Within the Commonwealth of Dominica jurisdiction, drug trafficking, which includes producing, supplying and using, is punishable by fines, deportation and/or imprisonment.

*Prevention & Assistance*

RUSM recognizes alcohol and drug abuse and dependency as clinical disorders defined in the current version of the *Diagnostic and Statistical Manual* (DSM-IV-TR) of the American Psychiatric Association. As a medical student and future physician, you are expected to know these guidelines and live accordingly. Lack of awareness and care in this regard leads RUSM, your colleagues and patients to question your suitability as a health care professional.

You will be continually reminded of the adverse health effects of dependence in the RUSM curriculum, which incorporates information on the effects that alcohol and drugs have on both mental and physical health. Excessive drinking and drug use will lead to a wide variety of physical and professional difficulties. Any amount of drug – prescription, illicit or legal (including alcohol) alters the chemical balance of the body.

Misuse or compulsive use of alcohol and other drugs can cause serious damage to major body organs such as the brain, stomach, lungs, liver, kidneys, heart, as well as, the immune and reproductive systems. Pregnant women put the fetus at risk for serious birth defects and complications at birth, as well as the possibility of delivering a baby with a drug dependency who may exhibit withdrawal signs. Other health problems include sleep disturbances, loss of memory and cognitive functions, malnutrition, convulsions, delirium and greater risk for life threatening accidents and events such as traffic deaths and suicides. Intravenous drug users, who share needles, are at high risk for contracting HIV/AIDS. Use and withdrawal from a harmful substance can also create mental problems, such as depression, anxiety, aggression, paranoia and delusions. The student may experience impairment with memory, comprehension and coordination.

RUSM seeks to prevent substance abuse through the general promotion of a substance-free educational environment. We actively enforce this policy, and you will be informed of any changes. In addition, we create an atmosphere in which individuals with alcohol and/or drug problems are encouraged to seek help and provided with assistance. Early intervention and counseling services are available and confidential. For more information or assistance with such programs as Alcoholics Anonymous (AA), you may confidentially contact RUSM Counseling Services.

Modeled upon the principles of the AMA's Council on Ethical and Judicial Affairs (CEJA), abuse assistance at RUSM offers services that are geared toward ensuring the personal health of students. Our priority for those addicted includes providing support and avoiding punitive measures as much as possible. RUSM, through Student Affairs and the Counseling Services, helps coordinate intervention services, conduct screening assessments, makes appropriate referrals for comprehensive assessment and treatment, provides case management services for those

with continuing problems, and encourages a collegial supportive environment. We continually strive to help promote students' overall health and wellness as a priority for the profession.

Students are encouraged to seek guidance from these programs at the earliest sign of need. Access to counseling services outside of those sponsored by RUSM, such as AA, help to support our efforts.

These counseling programs are offered outside of the disciplinary process and are considered separately from it, although a student may be referred to counseling services for support, if needed, during disciplinary proceedings. Confidentiality is maintained, and students voluntarily seeking assistance will not be subsequently referred for sanctions by RUSM while they remain cooperative in the process of recovery. We maintain a supportive atmosphere in these cases so long as the student exhibits a desire to address the problem. The following guidelines apply to our policy:

- Support is available for substance abuse problems through Student Affairs, the Health Center or Counseling Services.
- If a medical student violates RUSM policy or has academic difficulties and a substance abuse problem is identified, assistance will be provided if the student acknowledges the problem, consents to treatment in an appropriate rehabilitation program, and complies with the program.
- If a medical student violates RUSM policy or has academic difficulties and a substance abuse problem is identified, and the student refuses to acknowledge the problem, or does not consent to therapy, or does not comply with the appropriate rehabilitation program, disciplinary action up to and including dismissal or expulsion may be recommended.
- If a student reports to RUSM or to a clinical setting under the influence of alcohol or drugs, they may be immediately suspended and possibly dismissed or expelled from RUSM.

The use of drugs and alcohol can cause physical and psychological dependence and can interfere with memory, sensation and perception. The psychological dependence upon a substance occurs when that substance becomes central to the user's life. Medical students who are aware of or suspect a colleague of abusing alcohol or drugs are encouraged to intervene and provide assistance, or to refer the matter to the medical education administration.


A list of programs useful in drug and alcohol prevention, counseling, treatment, rehabilitation and re-entry is available at RUSM Counseling Services located adjacent to Classroom 1. Any student, spouse, or faculty member can confidentially contact Counseling Services for additional referral information.


## AMA ETHICAL PRINCIPLES

### American Medical Association Principles of Medical Ethics Preamble

The medical profession has long subscribed to a body of ethical statements developed primarily for the benefit of the patient. As a member of this profession, a physician must recognize responsibility to patients first and foremost, as well as to society, to other health professionals, and to self. The following Principles adopted by the American Medical Association are not laws, but standards of conduct which define the essentials of honorable behavior for the physician.

Principles of medical ethics:

1. A physician shall be dedicated to providing competent medical care, with compassion and respect for human dignity and rights.

2. A physician shall uphold the standards of professionalism, be honest in all professional interactions, and strive to report physicians deficient in character or competence, or engaging in fraud or deception, to appropriate entities.

3. A physician shall respect the law and also recognize a responsibility to seek changes in those requirements which are contrary to the best interests of the patient.

4. A physician shall respect the rights of patients, colleagues, and other health professionals, and shall safeguard patient confidences and privacy within the constraints of the law.

5. A physician shall continue to study, apply, and advance scientific knowledge, maintain a commitment to medical education, make relevant information available to patients, colleagues, and the public, obtain consultation, and use the talents of other health professionals when indicated.

6. A physician shall, in the provision of appropriate patient care, except in emergencies, be free to choose whom to serve, with whom to associate, and the environment in which to provide medical care.

7. A physician shall recognize a responsibility to participate in activities contributing to the improvement of the community and the betterment of public health.

8. A physician shall, while caring for a patient, regard responsibility to the patient as paramount.

9. A physician shall support access to medical care for all people.

*Adopted June 1957; revised June 1980; revised June 2001*

## CODE OF CONDUCT AND DISCIPLINARY ACTIONS

### Purpose
RUSM respects the strong work ethic and vision that motivates students to join our school. We know the commitment required to navigate the road ahead of you, and recognize the crucial role that a safe, productive academic environment plays in the pursuit of a medical career. We have established this Code of Conduct to promote a healthy learning environment, and expect you to become familiar with the code, through study as well as through close observation of these ethics in action among your colleagues and teachers.

Use this as a professional tool to guide you in beginning your career as a trusted member of the medical community. As with physicians, RUSM students are expected to display the highest standards of ethical and professional behavior. This extends to all aspects of your life, requiring conduct that displays honesty, maturity and respect for others. The Dean and the Dean's designees developed and enforce these policies and procedures both to promote an atmosphere conducive to active learning, and to preserve the educational mission of RUSM.

By applying, accepting admission, enrolling in and attending classes at RUSM or using the many services at your disposal, you indicate your acceptance of these standards of conduct. Adherence to the Code of Conduct, together with the Honor Code, the Technical Standards, and the AMA Guidelines in this and future Handbook editions, will contribute to your credibility and success as a medical professional and are essential to your successful completion of the RUSM program.

Not only students, but their guests and any person authorized to act on a student's behalf, are also required to comply with the Code of Conduct. Students or their guests or agents who fail to do so will be subject to disciplinary action.

## Applicability of Code of Conduct

These standards of conduct govern your actions at all times during your educational career with RUSM, regardless of when or where such conduct occurs.  These standards apply to student conduct occurring on or off campus and during periods of active enrollment, semester break, official leave or while suspended or withdrawn from RUSM.

## Standards of Expected Conduct and Behavior

There are several sets of standards you will be expected to meet throughout your tenure as a medical student and during your career as a physician. The Code of Conduct in this current section is only one of them. In addition, students must also be capable of meeting all levels of proficiency and ethical conduct defined in the following standards.

- **Technical Standards:** These define a basic level of proficiency in medical science and application that students are required to obtain during their schooling in order to demonstrate a capacity to serve competently as a physician. (See Technical Standards)
- **American Medical Association Code of Ethics:** The AMA Code of Ethics defines the essentials of honorable behavior for the physician.  RUSM relies on the AMA Code of Ethics, among other sources, when evaluating whether a student's conduct befits that expected of a medical professional and, thus, students should familiarize themselves with the AMA Code of Ethics.
- **Honor Code and Constitution:** The Honor Code and Constitution, developed by members of the Student Government Association (SGA), is accompanied by a pledge, mandatory for each student, that requires that all members of the RUSM community conduct themselves honorably at all times and in all dealings with others.
- **Code of Conduct:**  The Code of Conduct is set forth below.

Knowing and following these standards will provide a basis of understanding the capabilities, character and demeanor of the qualified, ethical physician. Any behavior in conflict with the tenets of these documents may result in disciplinary action.  In addition to taking appropriate disciplinary measures, RUSM also may report illegal or criminal conduct to appropriate law enforcement authorities.

## Code of Conduct

Some specific acts of misconduct that are unacceptable and therefore subject to disciplinary action include, but are not limited to:

- **Academic Misconduct:** A student has an obligation to exhibit honesty in carrying out all of his/her academic assignments. Academic dishonesty is no more or less relevant based on the particular exam, assignment, class or clinic in which it occurs. While a faculty member may consider academic misconduct in the award of a grade, a student may also be subject to disciplinary action. Academic dishonesty includes, but is not limited to, receipt or transmission of unauthorized aid on assignments or examinations, plagiarism, and violation of rules established to assist in monitoring academic integrity.

- **Tolerance of Misconduct:** A student has an obligation to assist in maintaining community norms and standards. Tolerance of inappropriate behavior by other students, spouses, or agents such that the RUSM community is negatively impacted will be subject to disciplinary action. Tolerance includes, but is not limited to aiding, abetting, inciting, or cooperating with another person in the violation of a RUSM regulation, policy, Honor Code tenet or Code of Conduct provision.

- **Alcohol on Campus:** RUSM prohibits the unauthorized possession or use of alcohol on campus (see **Alcohol and Substance Abuse Policy**).

- **Possession or Unauthorized Use of Controlled Substances/Drugs.** RUSM prohibits the possession, sale, or distribution of illegal drugs, diversion of controlled substances, or use of controlled substances without a prescription.

- **Dishonesty, Deception, Fraud and Misuse of Documents:** RUSM expects students to conduct all business in an honest and forthright manner. Examples of deception, fraud, and misuse of documents include furnishing false information, such as representing oneself as another verbally or in writing; knowingly omitting material information necessary to make a statement not misleading; knowingly supplying false or misleading information verbally or in writing; or falsifying, tampering with, altering, forging or misusing any RUSM record or any official document.

- **Failure to Comply with Requests:** RUSM expects compliance with all administrative requests. Examples of failure to comply includes: failing to follow oral or written instructions regarding policies and expectations by a properly identified RUSM official; failing to respond in a timely and affirmative manner to requests for meetings; failing to produce immigration documents; failing to complete registration by a specified date; failing to present RUSM Identification or other required ID; and knowingly interfering with students, faculty or staff acting in the performance of their assigned duties.

- **Failure to Comply with Disciplinary or Corrective Measures:** RUSM recognizes that, in many instances, a student's response to a sanction or remediation efforts may offer insight into that person's ability to learn and change conduct based on the receipt of feedback. Failure to comply with or seek proper clarification of disciplinary sanctions and/or refusal to remediate, such as missed mandatory classroom or clinic instruction time, may result in disciplinary action.

- **Possession or Use of Weapons/ Explosives/ Fireworks.** RUSM is not an appropriate venue for weapons to be carried or used. Possession, use, or distribution of weapons or explosives of any kind are prohibited. Examples of prohibited firearms include rifles, shotguns, pistols, air rifles, pellet guns, slingshots, machetes, explosives, fireworks, and any kind of ammunition. While small utility knives are acceptable to have on one's person, they are not to be displayed as an implicit or explicit threat or used as a weapon. Though commonly carried visibly in Dominica, machetes and cutlasses are not appropriate on campus, even when wrapped or stored according to local custom.

- **Violation of Laws:** RUSM expects community members to adhere to all local laws and to act in accordance with commonly understood U.S. laws which may be enforced at the local and/or federal level within the U.S.

- **Sexual Misconduct, Harassment, Assault and Abuse.** RUSM does not tolerate any form of sexual assault, rape, sexual harassment, physical assault or abuse. No person may harass, coerce, intimidate, assault or recklessly endanger another person in a sexual or other manner (See also **Sex Offenses**)

- **Improper Communication.** RUSM expects professional communication and a respectful demeanor when presenting information in all venues. This includes but is not limited to email correspondence, social networking, websites/ blogs, phone calls, and face-to-face interactions in and outside of the classroom and/or clinic setting. The belief that one has made a communication private or has limited access does not excuse vulgar, offensive, defamatory or otherwise problematic words or ideas. While students may speak, dissent and protest, they are expected to assure that any such speech, dissention, or protest does not interfere with the rights of others or distract from or disrupt RUSM activities.

- **Inappropriate Behavior/Conduct Unbecoming a Medical Student or Professional.** Students are expected to behave in a mature and responsible manner, respecting the rights and privileges of others at all times. An act on or off campus which is morally shameful, or jeopardizes the integrity of RUSM or the medical profession, or is detrimental to RUSM or any member of the RUSM community is prohibited.

- **Misuse of Property, Vandalism and Arson.** RUSM and vendor property is to be respected and used in a responsible manner. Violations of this section include but are not limited to unauthorized removal, alteration, possession or use of property; unauthorized entry into property; damage or destruction of property; reckless, negligent or knowing acts which may result in damage to property; creating a fire hazard or endangering the safety of people or the integrity of property; misuse or tampering with fire prevention, control and detection equipment; and unauthorized use, possession or duplication of keys.

- **Misuse of Technology and Intellectual Property**. No student shall violate the law or RUSM policies in the use of technology, computers, electronic resources, copyrighted works or other intellectual property.

- **Gambling.** RUSM prohibits gambling on campus.

- **Inappropriate Patient Care.** Failure to Adhere to the Tenets of the American Medical Association Code of Ethics or the Expectations of a Reasonable Patient in a Healthcare Setting. As future physicians, RUSM students must demonstrate an understanding of ethical behaviors and the associated critical thinking skills expected of medical professionals. Failure to adhere to ethical standards and reasonable patient expectations includes but is not limited to performing medical procedures without proper supervision, falsifying clinic records, failure to wear RUSM or hospital identification, failure to identify oneself as a medical student, sharing patient information/violating patient confidentiality, and providing medical advice without a license. NOTE: *These standards apply to simulations and other role play activities in addition to community clinics and all genuine patient care settings*.

- **Violation of the Honor Code.** Honor Code tenets prohibit lying, cheating, stealing, conduct unbecoming a medical professional and intolerance. While addressed within the student Code of Conduct, the SGA reasserts these principles in the Honor Code, which reflects the student body's commitment to appropriate conduct and adherence to community norms. Students are required to sign a pledge acknowledging an awareness of the Honor Code and Code of Conduct. The Honor Code will be recited at White Coat Ceremony. Ignorance of the contents of the Honor Code does not constitute an excuse for non-compliance. (See **Honor Code and Constitution**). Refusal to sign and/or recite the Honor Code may impact a student's enrollment status and may result in disciplinary action.

76

- **Failure to Adhere to Policies.** RUSM expects compliance with all policies set forth in this Student Handbook and on the RUSM Student G: Drive, as well as all other published RUSM policies. Furthermore, students are expected to comply with expectations set forth by DeVry Inc. and affiliate institutions including but not limited to Synergy, Inc., and any hospital, clinical, or other affiliate institutions, while benefiting from facilities at those institutions.

## Student Discipline

We at RUSM actively promote a safe and positive learning environment. Prospective physicians are justifiably expected to exhibit a high standard of conduct. Ethics for your behavior are described in the following documents, with which you will have many opportunities to both study and observe in action during your student years:

- The RUSM Code of Conduct,
- The RUSM Honor Code,
- The RUSM Technical Standards, and
- AMA Guidelines.

We recognize that the vast majority of our students and administration work honorably together in compliance with these standards of conduct. However, should a student or RUSM employee ever feel threatened, or witness conduct contrary to these standards, we have established policies to assist you in appropriately addressing these concerns.

### Filing a Complaint

Any member of the RUSM community (Complainant) may file a complaint against a student (Respondent) if he/she observes conduct that violates these standards by submitting a written statement (Complaint) in the form available. Students studying in Dominica should submit a complaint to:

Ruth Schroeder, Ph.D.
Ross University School of Medicine
Associate Dean for Student Affairs
Ross University School of Medicine
Box 266
Dominica, West Indies
Email: RSchroeder@RossU.edu
Office Phone: 767-255-6358

Student studying in the U.S., such as at a clinical affiliate site, should submit a complaint to:

Paula S. Wales, Ed.D.
Ross University School of Medicine
Senior Associate Dean for Student Affairs
2300 SW 145th Avenue, Suite 2000
Miramar, FL 33027
Email: PWales@RossU.edu
Office Phone: 954-885-3700

EXHIBIT F
Page 507

The Complaint should be submitted as soon as possible after the occurrence of the activity or event giving rise to the Complaint. The Complaint shall also:

- Be in writing on the form provided by RUSM;
- Identify the Complainant and any other witnesses to the activity or event;
- Identify the Respondent, by name, if possible;
- Contain a detailed description of the event or activity giving rise to the Complaint; and
- Provide or reference any supporting materials.

**Should you fear for your safety in the filing of a Complaint,** please state this clearly in the Complaint, and request that your name be kept confidential until these safety concerns are sufficiently addressed. Please also consult with Security and/or the local police department if believe that your security is in imminent danger. If an individual brings allegations of misconduct to RUSM's attention but does not pursue a written Complaint for any reason, RUSM reserves the right to lodge a written Complaint if necessary to preserve the safety and security of the Complainant or others.

**Note on Confidentiality:** RUSM recognizes the sensitivity of information often alleged in complaints, and handles all cases with appropriate confidentiality. While access to materials involving non-criminal activity is granted as needed to all parties involved in the resolution of the case, these individuals are not provided with copies of the materials, and they remain the property of RUSM at all times. RUSM provides no assurance, however, that Complaints filed will remain confidential. RUSM may need to disclose a Complaint, or details of a Complaint, in order to conduct an appropriate investigation into allegations of misconduct, take appropriate remedial or corrective actions, report illegal conduct to authorities, and accomplish other legitimate educational purposes.

## Assessment and Preliminary Investigation

**Complaint Assessment:** Upon receipt of a Complaint, the Reviewer performs an assessment of the charges, and may conduct an initial investigation, sufficient to determine whether the misconduct described 1) violates the RUSM Honor Code, Code of Conduct, or any other rule or regulation; and 2) is of severity warranting a hearing. Other administrators and heads of Boards of Conduct may be consulted, as needed, in assessing the complaint and selecting, if necessary, an *appropriate disciplinary forum.*

**Preliminary Investigation:** During complaint assessment, a preliminary investigation may be conducted, in which the Complainant and/or witnesses may be interviewed, and supporting documentation examined to assess the veracity and severity of the charges, and to assist in determining whether a disciplinary forum is merited.
For those complaints involving criminal activity involving a possible threat to the Complainant(s), witnesses, or the campus in general, the following assessments may also be conducted.

**Security Assessment:** In instances of Complaints involving actual or threatened bodily harm or otherwise indicating an imminent security risk to the RUSM campus or community, the Reviewer shall immediately notify the Campus Incident Commander to conduct a threat assessment. If necessary, immediate actions will be taken, if necessary, to preserve the security of the RUSM campus and community. These may include but shall not be limited to:

- Suspending the Respondent on an interim basis until a full investigation and hearing may be conducted;
- Ordering the Respondent to refrain from any and all contact with the Complainant, witnesses, and/or the RUSM community;
- Advising and/or assisting the Complainant in making a report to the local police department; and/or
- Invoking the assistance of local authorities to ensure the security of the RUSM campus and community.

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

**Note on Criminal Allegations:** Nothing shall limit the right of RUSM to immediately remove from RUSM premises or a clinical affiliate premises, or bar from RUSM events, a student accused of a violent, criminal or other egregious act that, as determined in RUSM's sole discretion, warrants immediate suspension and/or removal from campus to maintain the safety of other members of the campus community. A student so removed from the campus or clinical premises shall not re-enter until authorized by RUSM in writing to do so.

**Sexual Harassment Assessment:** You may submit complaints of sexual harassment for yourself or in behalf of a colleague when such behavior is observed. In these instances, the Reviewer shall notify the Title IX Coordinator and initiate any preventive security steps, as needed. This may include, but is not limited to, the issuance of a warning to the campus. This serves to 1) end the harassment, 2) prevent its recurrence, and 3) address its effects.


## Forums for Resolution

Following assessment, a Complaint may be dismissed, informally resolved, or referred to a Board of Conduct (Honor Council or Grievance Committee) for further action, as explained below. Those involving alleged criminal activity may also be referred to local law enforcement.

- **Dismissal of Charges:** If the Reviewer makes a determination, in consultation with necessary RUSM administrators and/or the Honor Council President, that the Complaint alleges conduct that 1) does not violate any RUSM rule or regulation; or 2) is not sufficiently serious to warrant disciplinary measures, the Complaint shall be closed with no further action taken.

  **Note:** Multiple complaints of minor infractions by the same student, which alone may not warrant further action, may together indicate a pattern of behavior that warrants disciplinary action.

- **Informal Resolution:** In cases of alleged misconduct that may be more easily resolved, the Reviewer may recommend an informal resolution. If both Complainant and Respondent agree that the matter may be reasonably expected to be successfully resolved through such methods as restorative justice and mediation, an impartial mediator may then be appointed to oversee and assist the process, if requested.

  **Note:** Mediation may not be used in the resolution of allegations of sexual harassment.

- **Referral to Honor Council:** If the Reviewer determines, in consultation with disciplinary forum representatives, that the Complaint alleges conduct violating the RUSM Honor Code and is sufficiently serious to warrant disciplinary action, the Complaint shall be referred to the Honor Council for further action, as described below.

- **Referral to Grievance Committee:** If the Reviewer determines, in consultation with disciplinary forum representatives, that the Complaint alleges conduct violating the RUSM Code of Conduct and is sufficiently serious to warrant disciplinary action, the Complaint shall be referred to the Grievance Committee for further action, as described below.


## Answering a Complaint

Should a Complaint warrant a disciplinary action, the Respondent will be notified of the charges and have **three Semester Days** (defined as a day on which regularly scheduled classes are held on the Dominica campus) to file an Answer with the designated head of the forum for resolution.
Answers to Complaints must state:

- Whether or not the student accepts responsibility for the charges;
- A response statement, written by the student, to the charges;

- A listing of additional witnesses; and
- An inclusion of or reference to any supporting materials.

Should an answer not be received within 3 Semester Days, the case will move forward without the student's response. Any written statements, witnesses, or supporting materials subsequently submitted by the Respondent shall be considered at the discretion of the disciplinary forum.

## Referral to Honor Council

Cases involving infractions of the Honor Code may be assigned to the Honor Council for resolution.

### Composition

The Honor Council consists of student representatives elected under the auspices of the SGA. They must meet basic requirements outlined in the *Honor Code* and *Honor Constitution*. The Council consists of nine members: two representatives from each class in semesters 1-4 and chaired by the Honor Council President. The Honor Council has authority over complaints including but not limited to violations of the *Honor Code*, *AMA Ethical Guidelines* and/or *RUSM Technical Standards*.

### Purpose

The Honor Council is entrusted by the student body to consider alleged violations of the Honor Code, examine the evidence, and to forward decisions and recommendations for sanctions, if any, to the Associate Dean or Dean on behalf of the student body.

### Oversight

The Honor Council will be supported and guided by the Conduct Administrator in conducting a fair hearing and determination process, which may vary dependent upon the severity of the alleged violation. Neither the Conduct Administrator nor the Faculty Advisor will actively influence deliberations or recommended sanctions. They may, however, provide information and/or feedback to the Council upon request. (See **The Honor Code** and related **Constitution** for more information.)

## Referral to Grievance Committee

Violations of the Code of Conduct will be referred to the Grievance Committee. Allegations involving criminal conduct will also be referred to local law enforcement.

### Composition

The Grievance Committee is an investigative arm of the Office of the Dean, and its authority is derived from that office. Recommendations and reports generated by the Grievance Committee are submitted to the appropriate Assistant or Associate Dean for review. It is comprised of members elected or appointed according to the following policies:

- The Grievance Committee in Dominica consists of sixteen faculty members appointed by the Dean and up to four students, one per class in Semesters 1-4. Student representatives are elected under the auspices of the SGA. The Grievance Committee is chaired by a faculty member, appointed by the Dean. The Grievance Committee shall elect a vice-chair by majority vote on an annual basis, or as needed.
- The Grievance Committee Stateside convenes on the Miramar Campus and consists of sixteen faculty representatives appointed by the Dean, and a minimum of two students. Student representatives are elected under the auspices of the SGA from semesters 5-10, and preferably have past experience on a

conduct board while in Dominica. The Chairperson is a faculty member appointed by the Dean. The Grievance Committee shall be reconstituted, as needed, to hear cases.

**Procedure**

Upon receipt of a Complaint, the Grievance Committee proceeds as follows:

- *Charging Letter:* Upon receipt of a Complaint, the Grievance Committee shall issue a written notice to the Respondent of the allegations made and the charges, including which rule or regulation is alleged to have been violated.
- *Answer:* The Respondent shall have three Semester Days to file a response admitting or denying the allegations.
- *Investigation and Hearing:* In conducting its investigation, hearing and deliberations, the Grievance Committee shall not be bound by any rules of evidence, nor be otherwise limited in what it may consider. The Grievance Committee shall make its determinations based on the preponderance of evidence before it and not beyond a reasonable doubt. The Grievance Committee shall:

  1. Set a timeframe reasonable under the circumstances for a hearing, usually not less than two nor more than 15 calendar days after the Respondent has received notice of the charge;
  2. Collect evidence in the form of witness statements, either written or verbal, or other documents it deems relevant;
  3. Give the Respondent notice of all evidence received that the Grievance Committee intends to consider, at least two days prior to the hearing if possible;
  4. Provide the Respondent with an opportunity to appear, preferably in person, at the hearing and an opportunity to be heard, imposing such time or other limitations as the Grievance Committee deems reasonable;
  5. Provide the Respondent with an opportunity to bring counsel or other representative; however, the Respondent shall also be expected to speak on his/her own behalf and the Grievance Committee need not give leave to the counsel or other representative to speak on the Respondent's behalf;
  6. In private, deliberate, weigh the evidence and make suggested findings of fact based on a majority vote. The Chair shall vote only as needed to break a tie. Upon a determination of an offense, the Grievance Committee will make a recommendation to the applicable Associate or Assistant Dean as to appropriate sanctions.

## Complaint Resolution

**Hearings**

A hearing before a Board of Conduct (Honor Council or Grievance Committee) will be scheduled after receipt of the Answer from the Respondent. If no Answer to the Complaint is submitted, the hearing will be scheduled following the deadline for submission (3 Semester Days). During a hearing, the Complaint and Answer are presented, and both parties may present supporting information, materials and witnesses.

Both the Complainant and the Respondent may invite a classmate or faculty member to serve as an advisor for the proceedings during the hearing. While the advisor(s) may be present at the hearing, they will be in a support role only, and will not be permitted to participate in the hearing.

**Bias or Conflict of Interest**

Members of the Board of Conduct must disqualify themselves from hearing cases arising from matters in which they were directly involved, or concerning people about whom they may be biased. Any such situation shall be brought to the attention of the President/Chair by the Member. If a case involves the President/Chair or people

about whom they may be biased, than either the Vice Chair or an unbiased faculty member of the Board of Conduct will be appointed by the Dean to preside over the proceedings in his/her place.

**Note:** Any Board of Conduct Member who fails to disclose bias or a conflict of interest may be subject to disciplinary action.

### Deliberation, Findings, and Final Determination

In deliberations, the Grievance Committee or Honor Council shall examine the relevant facts and supporting information presented, and determine the credibility of witnesses' statements. They shall use the standard of "more likely than not" in determining whether the charged student has committed misconduct pursuant to the Code of Conduct, Honor Code, AMA Guidelines and/or Technical Standards. They shall also consider appropriate sanctions. Upon conclusion of deliberations, all findings and recommendations are forwarded to the Associate Dean for Student Affairs or the Senior Associate Dean for Student Affairsfor a final determination.

### Timeline for Resolution

Complaint investigations and hearings are generally completed within 60 Semester Days of the submission of a written Complaint. However, circumstances, such as the complexity or severity of a complaint, may merit a longer process. In formal resolutions, the Associate Dean or a designee will provide a final decision, and will provide notice of the outcome to the parties within 15 Semester Days of receipt of the disciplinary party's findings and recommendations.

### Confidentiality

Information prepared in anticipation of or presented at the hearing or deliberation is confidential. Disclosure of confidential information not authorized by RUSM by any individual associated with the hearing will be subject to disciplinary action. Materials prepared in anticipation of the hearing will be accessible to all Board of Conduct members, parties to the Complaint, and advisors, as appropriate, in order to prepare for proceedings. However, these materials remain the property of RUSM at all times. Reproduction of these materials and/or unauthorized sharing of materials with individuals outside the disciplinary process is prohibited.

### Veracity

Hearings are closed to everyone except Board of Conduct members and individuals involved in the hearing. Witnesses shall only be present in the hearing room when appearing before the Board of Conduct to testify. All parties in a case are responsible for presenting truthful information. Any person found knowingly presenting false or misleading information may be subject to disciplinary action.

### Relevancy

The Board of Conduct will examine all relevant testimony and materials available at the hearing. Information presented should be limited to that which is relevant to the case. When a witness is available and willing to testify at the hearing, the testimony normally will be presented in person. However, when appropriate, the Chair may accommodate limitations in availability, or concerns for the safety and well-being of the parties or witnesses, by providing separate facilities, using a visual screen, or by permitting participation by written testimony, telephone, video recording, or other means.

### Conduct of Parties during a Hearing

All parties in a hearing are expected to conduct themselves in a courteous and respectful manner. The following rules of conduct shall be followed:

- Any attempted or actual intimidation of hearing participants will be subject to disciplinary action.
- All questions during the hearing will come from Board of Conduct members.
- The Complainant and Respondent may suggest questions to the President/Chair, but neither will question witnesses or the other party directly.
- All procedural questions during the hearing are subject to the decision of the President/Chair at the time of the hearing.

**Record**

There shall be a single verbatim record of the hearing, not including deliberations. This may be a written record, or an audio or visual recording. The record shall be the property of RUSM.

**Decisions**

A written, dated notice of the decision of the Board of Conduct (Decision), including sanctions, if imposed, will be forwarded to the Respondent by the Dean or a designee. The notice may also include information about further support available through the Office of Student Affairs. Record of a sanction will be maintained in the student's disciplinary file and, where appropriate, noted in the student's permanent educational record.

The Complainant will also be provided notice of the final decision on the Complaint. However, the notice sent to the Complainant usually will not contain details about sanctions imposed on the Respondent, particularly where the sanctions do not directly relate to the Complainant. However, decisions involving a crime of sex or violence may disclose this information.

**Appeals**

Decisions of the Assistant or Associate Dean may be appealed to the Dean or the Dean's designee (see more at **Appeals**). When an appeal is filed, the Assistant or Associate Dean may elect to delay sanctions pending the outcome of the appeal.


## COMMITMENT TO NON-DISCRIMINATION AND NON-HARASSMENT

RUSM is committed to providing an education conducive to the personal and professional development of each individual and is committed to maintaining an academic environment free of discrimination and harassment based on race, color, religion, national origin, sex, age, disability, veteran status, sexual orientation, political affiliation and any other legally protected classes in the relevant jurisdiction that complies with Title VI of the Civil Rights Act of 1964, Title IX of the Educational Amendments, and the local law. RUSM will not tolerate, condone or allow discrimination or harassment, whether engaged in by fellow students, faculty members, or non-faculty employees.


### What is Discriminatory Harassment?

Examples of words or conduct that may violate this policy are:

- Verbal abuse, slurs, derogatory comments or insults, about, directed at or made in the presence of an individual or group based on protected status.  This could include telephone calls, emails, instant, messages, etc.
- Display or circulation of written materials or pictures that are degrading to a person or group based on protected status;
- Damage to trespass to, or unauthorized use or property, such as spraying or scratching a motor vehicle, damage or theft of property, based upon the protected status of an individual or group;

- Physical contact or verbal threats based upon the protected status of an individual or group.


### What is Sexual Harassment?

Sexual harassment means unwelcome sexual advances, requests for sexual favors or other conduct of a sexual nature, submission to which is made a condition of a person's participation in their education. Sexual harassment occurs when a student is the recipient of conduct of a sexual nature where:

- Submission to, or toleration of, such conduct is made either explicitly or implicitly a term or condition of the student's enrollment;
- Submission to or rejection of such conduct by an individual is used as a the basis for academic decisions about the student; or
- Such conduct has the purpose or effect of unreasonably interfering with the student's welfare or academic performance, or creates an intimidating, hostile, offensive or demeaning academic environment.

### Whom to Contact if You Think That You Have Been Discriminated Against or Harassed

The Senior Associate Dean of Student Affairs is available to serve as a resource to any student, non-faculty employee or faculty member who has a sexual harassment inquiry or complaint. A representative in the Human Resources office is another available resource. These resource persons have information about applicable laws, RUSM rules and procedures, options available for resolution of complaints, and confidentiality requirements. Individuals with a sexual harassment inquiry or complaint may be more comfortable speaking with someone of the same gender, and either the Senior Associate Dean of Student Affairs or the Human Resources representative can assist in finding a resource person of the preferred gender.

**Title IX Compliance**

RUSM's Title IX coordinator is responsible for RUSM's overall compliance with Title IX, including response to reports of sexual misconduct affecting the campus community Questions regarding the application of Title IX and RUSM's compliance with it should be directed to the Title IX coordinator, whose contact information is available below. Students who wish to make a report of sexual misconduct affecting the campus community should follow the grievance procedure published in the student handbook..

Mark Ewald
Title IX Coordinator
Director, Ethics and Compliance Services
DeVry Inc.

3005 Highland Pkwy Downers Grove, IL 60515 (630) 353-1437
*mewald@devry.edu*

## CONTROLLED DRUGS PRESCRIPTION POLICY

**Policy for the prescription of controlled drugs to RUSM students**

Counseling Services of RUSM in conjunction with the Ministry of Health of Dominica has developed the following policy regarding the dispensing and use of prescription/controlled drugs: any student of RUSM who requires a prescription for a controlled substance will need to present to their physician adequate proof (prescription or letter from a physician) or evidence of the diagnosed condition for which the drug is indicated as a pharmacological treatment. Students found in possession of controlled substances for which they are not prescribed will be subject to disciplinary action, up to and including dismissal, and referred if appropriate for prosecution.


## SEXUAL OFFENSE POLICY

RUSM informs students about safe practices intended to avoid sexual assaults during orientation at the Foundations of Medicine campus in Dominica. Other educational programs are offered from time to time to promote awareness of rape, acquaintance rape and other forcible and non-forcible offenses.

In the event that a student becomes aware of a possible sexual assault, the student should promptly notify campus Security personnel at the telephone numbers given under Security and Safety Contact Information. Every effort should be made to preserve evidence for an investigation. Every member of the RUSM community is also encouraged to notify local law enforcement agencies of any sex crime, and RUSM counselors or other administrators will support and assist in this notification.

RUSM disciplinary proceedings are separate from and may be in addition to criminal charges when a sexual assault is reported. Both the complainant and the respondent have the right to be accompanied by an advisor during any disciplinary hearing, and both will be informed of the final determination and where appropriate the sanction(s) imposed. Sanctions may include reprimand, probation, suspension and dismissal.

RUSM counselors and outside counselors are available to provide mental health and other services to any member of the RUSM community affected by a reported sex offense. RUSM will also assist the victim of a sexual assault to adjust living or academic arrangements if requested and the changes are reasonably available.

"Sexual harassment" means unwelcome conduct, based on sex, which is so severe or pervasive that it unreasonably interferes with a person's RUSM employment, academic performance, or participation in RUSM programs or activities **and** creates a working, learning, program or activity environment that a reasonable person would find intimidating, hostile or offensive. Sexual harassment may include, for example, unwelcome sexual advances, requests for sexual favors, and acts of sexual violence. In evaluating any complaint of sexual harassment, the perceived offensiveness of a particular expression, standing alone, is not sufficient by itself to constitute sexual harassment. The conduct in question must be objectively intimidating, hostile, or offensive and interfere with a person's right to participate equally in programs and activities of RUSM. The exclusive purpose of this policy is to protect students from sex discrimination, consistent with applicable law.

Rape is defined as sexual intercourse that is coerced through force or threats of force, or with someone who is unconscious, or incapable of giving consent.

Forcible sexual offenses are defined as, "Any act directed against another person, forcible and/or against the person's will; or not forcibly or against the person's will where the victim is incapable of giving consent," and include, forcible rape, forcible sodomy, sexual assault with an object, and forcible fondling.

Non-forcible sex offenses are defined as "Unlawful, non-forcible sexual intercourse," and include incest and statutory rape.

CAMPUS SEX CRIMES PREVENTION ACT
This Act requires sex offenders already required to register in a State to provide notice, as required under State law, to each institution of higher education in that State at which the person is employed, carrying on a vocation, or is a student. This Act requires that state procedures ensure that this registration information is promptly made available to law enforcement agencies with jurisdiction where the institutions of higher education are located and that it is entered into appropriate State records or data systems. These changes take effect 2 years after enactment (2002).

This act amends the Higher Education Act of 1965 to require institutions of higher education to issue a statement, in addition to other disclosures required under that Act, advising the campus community where law enforcement agency information provided by a State concerning registered sex offenders may be obtained. This change takes effect 2 years after enactment (2002).

This act amends the Family Educational Rights and Privacy Act of 1974 to clarify that nothing in that Act may be construed to prohibit an educational institution from disclosing information provided to the institution concerning registered sex offenders, and requires the Secretary of Education to take appropriate steps to notify educational institutions that disclosure of this information is permitted.

States in the U.S. are required to maintain registries on certain convicted sex offenders. Information about this requirement and the registry in each state may be obtained at the following web site maintained by the U.S. Department of Justice:

http://www.nsopw.gov/

Although the law enforcement agencies in Dominica do not maintain information on registered sex offenders, RUSM will assist anyone making specific inquiries of the police.

**SECURITY ALERTS**
In addition to periodic advisories of a general nature, RUSM will notify the campus community if it has information about any crime or situation reported to campus Security that poses a credible and imminent threat to students or employees.

## SEXUAL OFFENSES

Proactive Measures

During the Orientation in Dominica, we discuss safe practices intended to prevent sexual assault. We also offer presentations by rape crisis counselors, lectures by police and security officials, and displays of sexual awareness literature from time to time. This educational content is intended to promote students safety via awareness of issues surrounding rape, acquaintance rape and other offenses.

*Reporting an Offense*
We understand the sensitive nature of this information, and we encourage students to watch out for themselves and for each other. If you become aware of a sexual assault or possible sexual assault, please promptly notify campus Security personnel at **(767) 235-9111**. Staff and faculty should report any on-campus sexual offenses to the Director of Safety & Security and to the proper authorities.

Every member of the RUSM community is also encouraged to notify local law enforcement agencies of any sex crime. RUSM counselors or other administrators will support and assist in this notification. Please note that in the case of an assault, you should make every effort to preserve evidence for an investigation.

*Sexual Assault Defined*
- Sexual assault is defined as physical contact of a sexual nature that is against one's will or without one's consent.
- Rape is defined as sexual intercourse that is coerced through force or threats of force, or sexual intercourse with someone who is unconscious or incapable of giving consent.
- Forcible sexual offenses are defined as any act directed against another person forcibly and/or against the person's will. This also includes acts not forcibly or against the person's will where the victim is incapable of giving consent. Such acts involve forcible rape, forcible sodomy, sexual assault with an object, and forcible fondling.
- Non-forcible sex offenses are defined as "unlawful, non-forcible sexual intercourse," and include incest and statutory rape.

*Procedures to Follow After an Assault*
Victims of sexual assault or rape are strongly encouraged to report incidents in order to deter future assaults and to ensure that they receive prompt help dealing with physical and emotional trauma. Victims should follow the steps outlined below in making a report:

1. Go to a safe place, preferably with someone who can provide emotional support.
2. Preserve all physical evidence. Do not shower, bathe or douche, and save the clothing worn.
3. Go to the hospital for medical care. Injuries should be treated and an examination completed to document and collect physical evidence of the assault. RUSM will assist with transportation if necessary.
4. Report a sexual assault on campus to the Associate Dean of Student Affairs or local leadership.
5. Report the assault to the police. If requested, RUSM will assist with notification.
6. Seek professional counseling for support in recovering from the psychological effects of the assault.

*Resources for Victims of Sexual Assault*
RUSM counselors and outside counselors are available to provide mental health and other services to any member of the RUSM community who is affected by sex offense. RUSM will also assist the victim of a sexual assault to adjust living or academic arrangements if requested, and in accordance with what is reasonably available. Should you or someone you know be a victim of sexual assault, please contact any of the following for assistance:

- RUSM  Counseling Center: (767) 255-6552/ (767) 275-1385
- After Hours Call Center: (767) 275-6350 or (767) 235-5380
- RUSM EMS: (767) 235-7677
- Portsmouth Hospital: (767) 445-5237
- Princess Margaret Hospital, Roseau: (767) 266-2000, (767) 448-2231
- Ministry of Community Development, Roseau: (767) 266-3248
- Jeanie Robertson:  (770) 910-4807.
- Online assistance: http://www.rapecrisis.com/

*Security Alerts*
In addition to providing periodic advisories of a general nature, RUSM will notify the campus community via email with information about any crime or situation reported to Security that poses a threat to students or employees.

*Disciplinary Action*
RUSM disciplinary proceedings are separate from and may occur in addition to criminal charges when a sexual assault is reported. Disciplinary procedures and sanctions as outlined in the Student Code of Conduct will be followed once charges are brought after an alleged sexual assault.

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

Both the accuser and the accused of a crime of violence or a non-forcible sex offense are entitled to the opportunity to have others present during a disciplinary hearing. Upon written request, the accuser and the accused will be informed of the results of any disciplinary proceedings. Sanctions may include reprimand, probation, suspension and dismissal.

*Campus Sex Crimes Prevention Act*
This Act requires sex offenders who are already required to register in a State to provide notice, as required under State law, to each institution of higher education in that State at which the person is employed, carried on a vocation, or is a student. This act requires: 1) that state procedures ensure that this registration information is promptly made available to law enforcement agencies with jurisdiction where the institutions of higher education are located, and 2) that it is entered into appropriate State records or data systems.

This Act amends the Higher Education Act of 1965 to require institutions of higher education to issue a statement, in addition to other disclosures required under that Act, advising the campus community where law enforcement agency information provided by a State concerning registered sex offenders may be obtained.

This Act amends the Family Educational Rights and Privacy Act of 1974 to clarify that nothing in that Act may be construed to prohibit an educational institution from disclosing information provided to the institution concerning registered sex offenders. It also requires the Secretary of Education to take appropriate steps to notify educational institutions that disclosure of this information is permitted.

States in the U.S. are required to maintain registries on certain convicted sex offenders. Information about this requirement and the registry in each state may be obtained at the following website, which is maintained by the U.S. Department of Justice: http://www.nsopw.gov/.

Although the law enforcement agencies in Dominica do not maintain information on registered sex offenders, RUSM will assist anyone who needs to make specific inquiries of the police.

# STUDENT LIFE

## INTRAMURALS, CLUBS AND ORGANIZATIONS, AND STUDENT LEADERS

### Intramurals, Clubs and Organizations, Student Leaders

While you will be primarily focused on your education at RUSM, we also encourage involvement in the many extracurricular activities available on campus.  A wide variety of clubs, sports, student organizations, activities and associated leadership opportunities can enrich your learning experience by helping you to make friends, acquire new skills, serve the community, and develop leadership abilities. Students participating in Intramurals, Clubs and Organization are reminded that their conduct is, at all times, expected to meet the standards of a medical professional and the Code of Conduct.   Student Leaders of such groups are reminded of RUSM's strong policy against discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, sexual orientation, gender identity, status as a parent, marital status or political affiliation.

**Intramural and Extracurricular Activities.** RUSM has an active sports community, offering a chance for needed exercise and socialization. Members of the RUSM community participating in these activities are expected to display good sportsmanship and standards of conduct becoming of the medical professional.

**Clubs and Organizations.** Clubs and organizations sponsored by RUSM offer a wide variety of opportunities to pursue other interests. Collective and individual behavior at group activities should serve as a reflection of the standards of RUSM. Extracurricular clubs and organizations must obtain prior approval from RUSM in the design and display of clothing or memorabilia which include their group's name and/or any reference to RUSM; and must demonstrate good judgment in the design and placement of logos and other identifiable information.

**Student Leaders.** Groups and the organization of extracurricular activities offer many opportunities for students looking to enhance their leadership skills. Officers and leaders of organizations, including the SGA, should be careful in selecting activities that represent the ideals of RUSM, both on- and off-campus. Leaders are responsible for exemplifying the Code of Conduct required of students, and also assuring the compliance of members.

**Group/Member Sanctions and Disciplinary Actions:** Any individual or group behavior that is in conflict with the standards set by the SGA, Campus Activities Center Staff and administration may result in sanction or reprimand from the group's governing body, including the SGA, and possible additional disciplinary action by RUSM. Failing to enforce proper behavior may also subject leaders to the loss of their leadership position. When appropriate, student leaders may be required to represent their members and answer for behavioral misconduct during disciplinary proceedings.

## PRIVACY RIGHTS AND FERPA NOTIFICATION

RUSM follows the guidelines of the U.S. Family Educational Rights and Privacy Act (FERPA), and maintains student rights as outlined below:

- *Right to Review*. Students have the right to inspect and review educational records within 45 days of the date that RUSM receives a request for access. Students should submit a written request to the University Registrar that identifies the records they wish to inspect. The University Registrar will make arrangements for access and notify the student of the time and place where the records may be inspected.

- *Corrections*. Students have the right to request the amendment of education records that they believe are inaccurate or misleading. Students should write to the University Registrar, clearly identify the part of the record they want corrected and specify why it is inaccurate.

- *Hearings*. If RUSM decides not to amend the record as requested by the student, RUSM will notify the student of the decision and advise the student of his or her right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided when the student is notified of the right to a hearing.

- *Consent*. Students have a right to consent to disclosures of personally identifiable information contained in the student's education record, except to the extent that FERPA authorizes disclosure without consent.

- *Disclosures without Consent*. Disclosure can be made without consent to RUSM officials with legitimate educational interests who need to review a record in order to fulfill their professional responsibilities. A RUSM official is a person employed by RUSM in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom RUSM has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an official committee (such as a disciplinary or grievance committee) or assisting a RUSM official. Upon request, RUSM may disclose education records without consent to officials of another school in which a student seeks or intends to enroll.

- RUSM may disclose directory information upon request. Directory information includes:
  - Name, address, and telephone listing
  - Dates of attendance, degrees and awards
  - Field of study
  - Most recent school attended
  - Photographs
  - Date and place of birth
  - E-mail address

- Students have the right to file a complaint with the U.S. Department of Education concerning alleged failures by RUSM to comply with the requirements of FERPA. The name and address of the Office that administers FERPA is:

  Family Policy Compliance Office
  U.S. Department of Education
  400 Maryland Avenue, SW
  Washington, D.C. 20202-8520

  For further information, students may also contact the Family Policy Compliance Office directly at 1-800-**USA-LEARN (1-800-872-5327) (voice). Individuals who use TDD may call 1-800-437-0833.**

DVI Compliance Approved/pj 08-20-13 – *For internal purposes only, not for inclusion on final document*

For more information, see http://www2.ed.gov/policy/gen/guid/fpco/ferpa/index.html

## STUDENT GOVERNMENT ASSOCIATION AND AMSA

We at RUSM believe that sound extracurricular activities enhance our students' leadership and social skills, and augment their medical education. Dozens of professional organizations and social clubs at RUSM invite you to make friends, serve others, participate in athletics, and be active in campus leadership. We encourage you to be involved.

### Student Government Association

Prominent among these organizations is the Student Government Association (SGA). The student body elects class representatives and officers for the SGA each semester. The SGA is active in coordinating athletic events, supporting student philanthropic efforts, underwriting various student interest clubs, sponsoring and arranging social activities on campus, and bringing student concerns to the attention of the administration.

**SGA Officer Qualifications**

To qualify to serve in an SGA leadership position, you must be a full-time student in good academic standing (as defined in this handbook). Students who are officers in the SGA are considered leaders and role models for the student body. As such, they must maintain a cumulative grade point average (cGPA) above 2.6 prior to election and have no disciplinary action on record. An SGA officer who does not meet these criteria will be asked to resign, and another student will be appointed or elected to serve.

**Advisors and Funding**

Members of the Office of Student Affairs act as advisors to the SGA. Students are required to pay a fee (assessed with their tuition) to support the efforts of the SGA. In addition, all late registration fees and library fines go entirely to the SGA.

### American Medical Student Association

Among the many organizations you may join at RUSM, students often find membership in the American Medical Students Association (AMSA) relevant to their studies and a good opportunity for hands-on community assistance. Membership is optional and dues are voluntary. AMSA works with the faculty to select outside speakers for Research Day, held each semester. They also provide public service opportunities that many students enjoy, such as health screening activities for the general public and providing health related services for students.  They also provide access to the programs of the National Body of AMSA in legislative and other governmental areas.