SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David T. Tran,

   Plaintiff

v.

Ross University School of Medicine,

   Defendant.

CASE NUMBER

5:17-cv-00583

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Stolzenbach, Brian M.
*Applicant's Name (Last Name, First Name & Middle Initial*
312-460-5000         312-460-7000
*Telephone Number*    *Fax Number*
bstolzenbach@seyfarth.com
*E-Mail Address*

of  Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Watson, Elisabeth C.
*Designee's Name (Last Name, First Name & Middle Initial*
184332           213-270-9600      213-270-9601
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
ewatson@seyfarth.com
*E-Mail Address*

of  Seyfarth Shaw LLP
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**

Dated: