SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David T. Tran,<br><br>                                        Plaintiff<br>v.<br><br>Ross University School of Medicine,<br>                                      Defendant. | CASE NUMBER<br><br>5:17-cv-00583-JGB-DTBx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Stolzenbach, Brian M.
*Applicant's Name (Last Name, First Name & Middle Initial*

312-460-5000          312-460-7000
*Telephone Number*     *Fax Number*

bstolzenbach@seyfarth.com
*E-Mail Address*

of

Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ROSS UNIVERSITY SCHOOL OF MEDICINE, SCHOOL OF VETERINARY MEDICINE LIMITED

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

**and designating as Local Counsel**

Watson, Elisabeth C.
*Designee's Name (Last Name, First Name & Middle Initial*

184332          213-270-9600          213-270-9601
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

ewatson@seyfarth.com
*E-Mail Address*

of

Seyfarth Shaw LLP
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: September 28, 2017

                                                                  U.S. District Judge