# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. TRAN | CASE NUMBER: |
| Plaintiff(s), | 5:17–cv–00583–JGB–DTB |
| v. | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   9/29/2017

Document Number(s):   23

Title of Document(s):   Motion for Change of Venue

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Proposed Document was not submitted as separate attachment.

Other:

A proposed order must be a separate attachment to a main document, such as, a motion, request, application, stipulation, etc., or to a Notice of Lodging. (L.R. 5–4.4.1.)

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 2, 2017    By:  /s/ *Irene Vazquez  951–328–4462*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**



G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS