# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| DAVID T. TRAN | 5:17−cv−00583−JGB−DTB |
| Plaintiff(s), | |
| v. | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

__9/29/2017__     __23__     __Motion for Change of Venue__

 Date Filed         Doc. No.     Title of Doc.

**IT IS HEREBY ORDERED:**

Document number 23 is stricken

Clerk, U.S. District Court

Dated: October 3, 2017          By: /s/ *Irene Vazquez*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112B (01/07)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**