David T. Tran
4396 Formosa St.
Jurupa Valley, CA 92509
(415) 497-8534
trantdavid@gmail.com

David T. Tran, In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David T. Tran**, | ) CASE #: 5:17-cv-00583-JGB-DTBx |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING MOTION FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1406(a) |
| v. | ) Date:  December 11, 2017<br>) Time:  9:00 a.m.<br>) Courtroom: 1 |
| **Ross University School of Medicine**, | ) Judge:  Honorable Jesus G. Bernal<br>) Date Action Filed:  March 27, 2017 |
| Defendant | ) |

On December 11, 2017, at 9:00 a.m., the Court held a hearing on Plaintiff's Motion for Change of Venue from the Central District of California (Eastern Division) to the Southern District of Florida. After considering the arguments of Plaintiff and

Defendant's counsel and reviewing the papers filed by the parties, IT IS ORDERED that Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Date executed:

_____
Honorable Jesus G. Bernal
(U.S. District Court Judge)
