**Administrative Offices (Miramar):**
2300 SW 145th Ave.
Miramar, FL 33027
**Telephone:** 954-885-3700

**Dominica Address:**
Ross University School of Medicine
PO Box 266
Roseau, Commonwealth of Dominica, West Indies

**Shared Services and Office of Student Finance**
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
**Telephone:** 732-509-3051
Toll-free telephone: 1-877-ROSS-EDU (877-767-7338)
On the Web: RossU.edu

**Address applications to:**
Ross University School of Medicine
Office of Admissions
485 US Hwy 1 South
Building B, 4th Floor
Iselin, New Jersey 08830
Fax: 732-509-4803
Email: Admissions@RossU.edu

Disclaimer:
This catalog supersedes all previous editions and is in effect until a subsequent version is published either in print or online. All information in this catalog is current at the time of printing. Statements regarding tuition and fees, curriculum, course offerings, admissions, and graduation requirements are subject to change at any time and are applicable to all enrolled students unless otherwise stated.

The online version of this catalog, found at RossU.edu, is the most current and accurate representation of Ross University School of Medicine's programs and policies. It is updated frequently to provide the most current information.
Date of Issue: November 15, 2016.

Ross University School of Medicine (RUSM) admits academically qualified students without regard to race, color, national origin, gender, religion, disability, or age and affords students all rights, privileges, programs, and activities generally made available to students at RUSM. It does not discriminate on the basis of race, color, national origin, gender, religion, disability, sexual orientation, age, political affiliation or belief in administration of its educational programs and other RUSM administered policies, or employment policies.

DeVry Education Group is the parent company of Ross University School of Medicine. *DeVry Education Group is a for-profit corporation registered with the FL Department of State to do business in Florida as Ross University School of Medicine.*
© 2016 Ross University School of Medicine. All rights reserved.