SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Alison Loomis (SBN 296618)
aloomis@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Brian Stolzenbach (*pro hac vice*)
bstolzenbach@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE
LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID T. TRAN,<br><br>             Plaintiff,<br><br>     v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>             Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANT ROSS UNIVERSITY SCHOOL OF MEDICINE'S NOTICE OF MOTION TO DISMISS UNDER FRCP 12(B)(2) AND 12(B)(6)**<br><br>Judge:   Jesus G. Bernal<br><br>Date Action Filed:  March 27, 2017 |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS

Pursuant to the Court's Procedures, Defendant respectfully requests that the hearing on its motion to dismiss (Dkt. No. 18) be continued from October 23, 2017, to December 11, 2017. In support of this motion, Defendant states as follows:

Defendant filed a motion to dismiss this lawsuit for, among other reasons, lack of personal jurisdiction and set the hearing on the motion to dismiss for October 23, 2017. Accordingly, Plaintiff's opposition to the motion to dismiss was due October 2, 2017. Rather than file an opposition, Plaintiff filed a motion to transfer venue to the U.S. District Court for the Southern District of Florida (Dkt. No. 26) and set the hearing on his motion to transfer venue for December 11, 2017.

In his motion to transfer venue, Plaintiff effectively concedes that the Court does not possess personal jurisdiction over Defendant. To begin with, he moves to transfer venue under 28 U.S.C. 1406(a), which applies only to cases "laying venue in the wrong division or district." In addition, in the body of his motion to transfer venue, he admits that this venue "is improper," (Pl. Mot. [Dkt. No. 26] 2:1-2), states that he "acknowledges or is fearful that the lack of personal jurisdiction would dismiss the case," (*Id.* at 3:15-16), states that he "is strongly doubtful of whether or not California has personal jurisdiction over the defendant," (*Id.* at 5:3-5), and "concedes to the fact [that this Court is the "'wrong' court"] when reading defendant's demurrer," (*Id.* at 5:6-8).

As a result, the only question before the Court is whether it should dismiss the case altogether or transfer it to the U.S. District Court for the Southern District of Florida, as Plaintiff requests. Defendant intends to file an opposition to Plaintiff's motion to transfer venue on or before the deadline for doing so (November 20, 2017).

Because of the overlap in the issues being presented by the two motions (indeed, the situation is such that one or the other should be granted), there is good cause to continue the hearing on Defendant's motion to dismiss until the same date on which the Court will hear Plaintiff's motion to transfer venue, *i.e.*, December 11, 2017.

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS

Pursuant to L.R. 7-3, the undersigned counsel for Defendant contacted Plaintiff via e-mail regarding the relief to be requested in this motion. In response, Plaintiff agreed via e-mail that the hearing on Defendant's motion to dismiss should be continued to December 11, 2017.

**WHEREFORE,** Defendant respectfully requests that the hearing on its motion to dismiss be continued to December 11, 2017.

DATED: October 9, 2017

Respectfully submitted,

SEYFARTH SHAW LLP

By: *s/Brian Stolzenbach*
Brian Stolzenbach
Counsel for Defendant
ROSS UNIVERSITY SCHOOL
OF MEDICINE, SCHOOL OF
VETERINARY MEDICINE LIMITED

41543623_1

3
DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO DISMISS