SEYFARTH SHAW LLP
Elisabeth C. Watson (SBN 184332)
ewatson@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Alison Loomis (SBN 296618)
aloomis@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Brian Stolzenbach (pro hac vice)
bstolzenbach@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE
LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN,<br><br>             Plaintiff,<br><br>      v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>             Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:    Jesus G. Bernal<br><br>Date Action Filed: March 27, 2017 |

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS
39565963v.1

1  IT IS ORDERED that Defendant's motion is GRANTED and the hearing on its
2  motion to dismiss is continued to December 11, 2017, at 9:00 a.m.
3
4  Dated: _____, 2017
5
6
7                                                    _____
                                                     Hon. Jesus G. Bernal
                                                     United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28