David T. Tran
4396 Formosa St.
Jurupa Valley, CA 92509
(415) 497-8534
trantdavid@gmail.com

David T. Tran, In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David T. Tran**, | CASE NUMBER: 5:17-cv-00583-JGB-DTBx |
| Plaintiff, | **NOTICE OF WITHDRAWAL** OF MOTION FOR CHANGE OF VENUE |
| v. | |
| **Ross University School of Medicine**, | |
| Defendant | |

Exactly 7 days prior to the hearing set forth for the Motion for Change of Venue on December 11, 2017 in the Central District of California, Eastern Division (See Docket No. 26), I, David T. Tran, hereby submit this Notice of Withdrawal of that

motion originally filed on October 6, 2017. As new and potentially favorable information has arisen in regards to jurisdiction, I intend to re-submit a Motion for Change of Venue to a different district by the end of next week.

Respectfully submitted on December 4, 2017.

David T. Tran

**(I CONSENT for this to be my electronic signature)**