| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Elisabeth C. Watson (SBN 184332)<br>ewatson@seyfarth.com |
| 3 | 333 S. Hope Street, Suite 3900<br>Los Angeles, CA 90071 |
| 4 | Telephone: (213) 270-9600<br>Facsimile: (213) 270-9601 |
| 5 | SEYFARTH SHAW LLP |
| 6 | Alison Loomis (SBN 296618)<br>aloomis@seyfarth.com |
| 7 | 560 Mission Street, 31st Floor<br>San Francisco, California 94105 |
| 8 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 9 | SEYFARTH SHAW LLP |
| 10 | Brian Stolzenbach (pro hac vice)<br>bstolzenbach@seyfarth.com |
| 11 | 233 S. Wacker Drive, Suite 8000<br>Chicago, Illinois 60606 |
| 12 | Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000 |

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE
LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE,<br><br>　　　　Defendant. | Case No. 5:17-cv-00583 JGB(DTBx)<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:　Jesus G. Bernal<br>Date Action Filed: March 27, 2017 |

1  IT IS ORDERED that Defendant's motion is GRANTED and the hearing on its
2  motion to dismiss is continued to March 19, 2018, at 9:00 a.m.

4  Dated: _____, 2017

_____
Hon. Jesus G. Bernal
United States District Court Judge