| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Elisabeth C. Watson (SBN 184332) |
| 2 | ewatson@seyfarth.com |
| | 333 S. Hope Street, Suite 3900 |
| 3 | Los Angeles, CA 90071 |
| | Telephone:  (213) 270-9600 |
| 4 | Facsimile:   (213) 270-9601 |
| 5 | SEYFARTH SHAW LLP |
| | Alison Loomis (SBN 296618) |
| 6 | aloomis@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 7 | San Francisco, California 94105 |
| | Telephone:  (415) 397-2823 |
| 8 | Facsimile:   (415) 397-8549 |
| 9 | SEYFARTH SHAW LLP |
| | Brian Stolzenbach (pro hac vice) |
| 10 | bstolzenbach@seyfarth.com |
| | 233 S. Wacker Drive, Suite 8000 |
| 11 | Chicago, Illinois 60606 |
| | Telephone:  (312) 460-5000 |
| 12 | Facsimile:   (312) 460-7000 |

Attorneys for Defendant
ROSS UNIVERSITY SCHOOL OF MEDICINE,
SCHOOL OF VETERINARY MEDICINE
LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID TRAN, | Case No. 5:17-cv-00583 JGB(DTBx) |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, | Judge:   Jesus G. Bernal |
| Defendant. | Date Action Filed:  March 27, 2017 |

1    IT IS ORDERED that Defendant's motion is GRANTED and the hearing on its
2 motion to dismiss is continued to March 19, 2018, at 9:00 a.m.

4 Dated: December 7, 2017

                                               Hon. Jesus G. Bernal
                                             United States District Court Judge